

and sentenced to two months in jail. After release, he returned to his transient life-style, alternating between Los Angeles and San Francisco."

"The eldest child, E. was diagnosed as suffering from posttraumatic stress disorder. During an interview with Dr. O'Connell, she stated that "her 'Daddy's a witch;' that 'bad witches took my picture with no clothes on;' that '[Paul, a friend of the father] calls me his girlfriend;' that [Paul] took pictures of her with no clothes on; that [Paul] said not to tell; that she and her mother were tied up together with no clothes on while her father had no clothes on; and that the witches 'shared weenies' and tried to touch her with their weenies but that she ran away." Two licensed social workers who evaluated the children testified that they were suffering from effects of post traumatic stress disorder.

[Two companion cases are described below]

### December 23, 1996, DAMIEN WAYNE ECHOLS AND CHARLES JASON BALDWIN v. STATE OF ARKANSAS, SUPREME COURT OF ARKANSAS, 936 S.W.2d 509; 902 S.W. 2d 781 (1995), Convictions and Sentencing for Murder Affirmed

Overview: Appellate documents state Damien Echols and Jason Baldwin were jointly tried and convicted for killing three 8 yr. old boys. Their accomplice, Jessie Misskelley, confessed and implicated both Echols and Baldwin in the murders. Misskelley was tried separately. In an appellate opinion dated July 17, 1995 (902 S.W.2d 781) Echols had previously appealed his case but filed a motion specifically waiving all points concerning his death sentence. The appellate court ordered the case back to the lower court to address Echols competency to waive an appeal of the death penalty. Echols finally decided to appeal his death sentence but the sentence was upheld.

One jury member received a death threat, another had received a threatening phone call during the trial. In the courts overview of the sufficiency of the evidence arguments, there were detailed descriptions of the three victims bodies, they'd been beaten and stabbed, and there were injuries to the genital area, evidencing forced oral sex. There was evidence of castration regarding child victim, Christopher Byers. "The skin of the penis had been removed, and the scrotal sac and testes were missing."

When asked by police how he thought the boys had been killed, Echols gave them statements not yet publicly known. On the witness stand, Echols testified that he'd read these facts from the newspaper. When the newspapers were shown to him, Echols admitted the information he was referring to was not in them and he didn't access the information in question from the newspaper after all. Two witnesses testified they overheard Echols admit he killed the three boys and that he was going to kill two more. The state thought the killings had been performed in a satanic ritual and an expert witness on the occult gave that opinion also. Echols admitted to being involved in the occult; items in his home included journals that had references to "morbid images, spells, and dead children." His parents had concerns about his involvement in "devil worship."

Medical records contained statements by Echols about his belief system: "People are in two classes, sheeps and wolves, and the wolves eat the sheep." He thought he obtained power from drinking the blood of others, especially from his sexual partners.

In regards to whether the field of satanism has scientific validity, the court notes:

**"Echols next contends that Dr. Griffis should not have been allowed to testify that the murders had the 'trappings of occultism' because there was no testimony that the field of satanism or occultism is generally accepted in the scientific community. The argument is without merit, as the trial court did not allow the evidence to prove that satanism or occultism is generally accepted in the scientific community. Rather, the trial court admitted the evidence as proof of the motive for committing the murders."**

In regards to Jason Baldwin, a witness testified that Baldwin spoke of the murders. "He told me he dismembered the kids, or I don't know exactly how many kids. He just said he dismembered them. He sucked the blood from the penis and scrotum and put the balls in his mouth."

------------

### April 1, 1996, JESSIE LLOYD MISSKELLEY, JR. v. STATE OF ARKANSAS, SUPREME COURT OF ARKANSAS, 915 S.W.2d 702, Convictions for First and Second Degree Murder Affirmed

Overview: Appellate documents state three 8 yr. old boys were brutally murdered, raped, and mutilated in Arkansas by Jesse Misskelley and two other accomplices-- Damien Echols and Jason Baldwin. The case against Misskelley was primarily based on his confession and supporting circumstantial evidence. "Misskelley stated he had been involved in a cult for three months, they met in the woods, they engaged in orgies and, as an initiation rite, the killing and eating of dogs. At one cult meeting, he saw a picture that Echols had taken of the three boys. Another witness testified that she had attended a Satanic cult meeting with Echols and Misskelley. A doctor offered testimony that the type of cuts in one of the victim's genital area required the use of 'skill and precision.'"

### October 25, 1996, ST. CLAIRSVILLE, OHIO, BELMONT COUNTY COURTHOUSE, Case No. 96CR-28, Nathan Brooks Found Guilty of Murder and Sentenced to Two Consecutive Life Terms

Overview: News reports state Nathan Brooks was found guilty of the mutilation slaying of his parents. He decapitated his father and his mother was hacked to death. Brooks told the officers he used the head in a Black mass ritual that he believed would increase his Satanic powers. He said he had also planned to kill a younger brother, but the youngster was visiting a friend. See "Man to be Jailed at least 43 Years in Satanic Killings," Columbus Dispatch, October 25, 1996; "Man Guilty in Parents Slayings: Deaths Were Part of Satanic Ritual, Son said in Statement," Columbus Dispatch, October 22, 1996.

35


**July 16, 1996, IN INTEREST OF P. J. M.,/E. C. M.,/J. W. M., MINORS, MISSOURI COURT OF APPEALS, 926 S.W.2d 223, Termination of Parental Rights Affirmed**

Overview: Appellate documents state this self-described Satanic family had been in and out of social services for many years resulting in their parental rights being terminated as to three of their seven children. The father had hit their 3 months old child while striking at the mother, and knocked that child to the ground. Later the child and mother fell from an automobile operated by the father while attempting to avoid apprehension.

There was constant and severe domestic violence; the father continually abused the mother, including using a cattle prod to electrically shock her, shot her with a gun, cut her with a razor blade and violated her with a baseball bat. The mother then claimed she made up the story, although physical evidence was discovered, she had a stab wound in her side and she was bleeding internally. She also related past abuse by the father, including being raped, shot, stabbed, and of attempts to cut her throat and cut off her arm.

Both parents had been arrested for the rape of a teenager, but the witness wouldn't testify so the charges were dropped. Both parents had tried to commit suicide and were involved in drug usage, satanic worship, and they sacrificed animals in front of the children. The mother admitted to this activity and to giving the children drugs to forget the ceremonies. The children also stated that this occurred.

**February 29, 1996, BRIAN SIMMONS v. THE STATE OF NEVADA, SUPREME COURT OF NEVADA, 912 P.2d 217, Conviction For First Degree Murder Affirmed**

Overview: Appellate documents state Defendant Brian Simmons shot his high school classmate, 15 year old Jason Kopack. Mr. Simmons had become preoccupied with Satanism, mutilation, rape, and killing. The court notes that in handwritten journals admitted into evidence, Simmons had copied Satanic invocations from books and expressed his desire to please Satan by murdering and mutilating people he knew. He reportedly told his victim's girlfriend that if Satan told him to kill someone, including Jason, he would do so. He had a list of five other individuals he planned to murder.

The court found that a book concerning witchcraft, expressing satanic themes was seized because it was considered relevant to the murder that was under investigation.

**February 6, 1996, SUZANNE HUGHES v. DEPARTMENT OF SOCIAL SERVICES ARLINGTON COUNTY, COURT OF APPEALS OF VIRGINIA, 1996 Va. LEXIS 77, Termination of Parental Rights Affirmed**

Overview: Appellate documents state a baby was removed from the custody of the mother, Suzanne Hughes, after evidence of abuse. The mother was eventually diagnosed with Multiple Personality Disorder [or DID]. The child was returned to her, but after

further incidents of abuse and neglect, she was taken into custody again. The mother's counselor testified that the mother stated she was involved with a Satanic cult that killed adults and babies, and they had threatened her. She stated she was involved with them since she was 7 yrs. old and she reported members of the cult abducting and raping her.

Under cross-examination, the mother was asked about the maternal grandparent's failure in reporting her own abuse, and the court was concerned that she was living at the maternal grandfather's home. The trial judge expressed concern over the continued existence of the Satanic cult, appellant's inability to help the police prosecute a member of this cult, appellant's continued residence in the same family home where she had been verbally and physically abused as a small child, and lack of family support that was missing when appellant was an abused child.

The appellate court found that the evidence of Ms. Hughes participation in the cult described was relevant to the proceedings.

### December 19, 1995, JIMMIE LEE PENICK v. STATE OF INDIANA, SUPREME COURT OF INDIANA, 659 N.E.2d 484, Conviction for Murder and Enhanced Sentence Affirmed

Overview: Appellate documents state four practitioners of Satanism, Jimmie Penick, Mark Goodwin, Keith Lawrence, and David Lawrence, conspired and planned to murder a prospective member, William Ault, of their "Satanic Church." All worked at a County Fair. They were concerned that the victim, William Ault, knew about a prior murder. They took him to what he thought was an initiation..."Ault was asked to lay down on a door, which was being used as an altar. Keith Lawrence read an invocation to Satan...Goodwin and the Lawrences made cuts on Ault's chest and abdomen in the form of an inverted cross, as well as other cuts...Penick's own words describe how the victim's chest and abdomen were cut open, how Goodwin tried to cut out victim's heart before he died, and how the victim remained conscious throughout this and responded to questions from the defendant."

The Court found that the aggravators were that Penick rendered his victim physically defenseless prior to torturing and killing him by painful and torturous methods, he dismembered the victim's body and orchestrated and assisted in concealing the victim's remains. There was evidence that victim's chest and abdomen were cut open, that a co-conspirator tried to cut out the victim's ear before he died, and that the victim remained conscious throughout.

Penick dismembered the victim's head and hands and admitted he removed the head to give the skull to a friend. Penick's defense was that he acted under the influence of his strong beliefs in Satanism but that he had converted to Christianity while in prison.

### Nov. 6, 1995, MCINTYRE v. THE STATE, SUPREME COURT OF GEORGIA, 463 S.E. 2d 476, Conviction For Murder Affirmed

Overview: Appellate documents state defendant Robert McIntyre was convicted of murdering a young female victim who was a runaway because she spurned his advances.

37

Robert McIntyre was a member of a Satanic group of which a Terry Chapman was the leader. Malisa Earnest and the victim were runaways who were given shelter by Chapman.

After the victim rejected McIntyre's sexual advances, McIntyre, Chapman and Earnest discussed killing the victim and agreed to strangle her with a boot lace. McIntyre then took the lace and tightened it around her neck. McIntyre and Chapman sat on either side of the victim's body… "Holding hands, they repeated a Satanic chant."

Terry Chapman and Malisa Earnest were also tried and convicted.

The Court found that the evidence regarding Satanism was properly admitted as motive for the crime.

### November 15, 1995, STEVEN BRIAN ALVARADO v. STATE OF TEXAS, COURT OF CRIMINAL APPEALS OF TEXAS, 912 S.W.2d 199, Convictions and Death Sentence Affirmed

Overview: Appellate documents state Steven Alvarado killed two people, a mother and son, during a drug deal in 1991 when he was 17 years old. A year or so prior to the murder Alvarado had been in the hospital. The psychologist stated that at that time, based on her reports, the appellant was "violent and dangerous and that he had a full-blown antisocial personality disorder."... He had "no concern for the rights of others, and admitted selling illegal weapons, abusing and selling illegal drugs, sexually assaulting a woman, mutilating human infants in Satanic rituals, and committing numerous other crimes. He was discharged after twelve days in the hospital because he was felt to be a danger to the other patients and that he was not suffering from a mental illness that was treatable, and, therefore under the mental health code had to be discharged."

The Court found that these and other factors supported the jury's finding at the punishment stage of the trial on the future dangerousness of the defendant.

### August 24, 1995, EDWARD BENNETT v. THE STATE OF NEVADA, SUPREME COURT OF NEVADA, 901 P.2d 676; 787 P.2d 797 (1990), Denial of Post Conviction Petition Affirmed

Overview: Appellate documents state Edward Bennett was sentenced to death for killing a girl. Writings were seized as evidence. Some of the statements included: "There's a problem in this country and has a lot to do with being white. There's too many people with ugly skin."... "I need to kill somebody or tear someone apart. I got to satisfy my need, cure this thirst for blood. So as I make the sacrifice by drinking it just for you and kill this child, for it is a first born, I'm giving you my soul, Satan. Where is my reward? My thirst for blood is now calm, but it shall rise again. My power is so strong I need to cause some death. For Lucifer's inside of me, and I don't want to let him out. I look in the mirror, I see him in my eyes. I feel his heart beating in my chest, and I know it is not mine. For I feel so privileged for I'm with number one. I'm so f____powerful and my reign has just begun as I kill and kill again. I feel my rewards come on. My power's

38

growing even greater. I'm so f___ strong for I am the devil's right-hand man. I carry out his every chore. I make this sacrifice in his name, Lucifer the Great, blood splattered on my face from the kill I've just done."

The prosecutor argued that the murder committed by Bennett was a "random, ritualistic, satanic execution." The Court found that the murder was "ritualistic and satanic," and that was a proper interpretation of the evidence.

**July 5, 1995, STATE OF NORTH CAROLINA v. MICHAEL ALAN PARKER, SR., COURT OF APPEALS OF NORTH CAROLINA, 459 S.E.2d 9, 1995 N.C. App. LEXIS 523, Convictions for Multiple Counts of Child Molestation Affirmed**

Overview: Appellate documents state the defendant Michael Parker thought there should be a mistrial for several reasons, one of which was witness testimony that he threatened to bomb the woman's shelter his wife and family were staying at. Defendant's children all testified to several specific instances of sexual abuse.

The Court described children's testimony: "...Defendant pulled down S's pants and threw her on the floor and inserted a spoon into her vagina and moved it around. Defendant took blood that was on the spoon, put it in a cup and drank it while the others were standing around singing with lit candles."... "S testified that when defendant took her to the woods behind her grandmother's house and abused her in front of several people holding lit candles, another young girl, A Robinson, started screaming at first and then she jumped up and she had no clothes on and she started running and her dad jumped up and started chasing after her through the woods."

On one occasion, defendant took M. to his grandmother's house, where she removed his clothes and got on top of him on the bed and jumped up and down on his private parts. Defendant watched and did nothing. One of the spectators Travis Gordon, put his penis in M's mouth. Defendant also placed his penis in M's mouth. M. Testified to another similar incident with the same 4 people.

The grandmother, Mildred Parker, was named as a co-defendant and was convicted for indecent liberties with a child.

News articles describe the children testifying that Parker raped and sodomized them in the family's trailer near Saluda and in nearby woods, often while other people wearing black pants and white shirts chanted. One child testified that on one occasion, defendant placed a brush handle into her vagina. Medical examinations of the three victims corroborated each of the victim's testimony and indicated a diagnosis of sexual abuse. See "Dad Guilty of Abusing Children Sexually, Eight Life Sentences," Greensboro News and Record, Feb. 6, 1994.

**June 29, 1995, ATHENS, GREECE, Asimakis Katsoulas and Manos Dimitrokallis were Found Guilty of Kidnapping, Rape and Murder . They were Sentenced to Life Imprisonment. Dimitra Maryetti was Found Guilty of Complicity and Sentenced to 23 years**

Overview: News reports state Satanic cult leader Asimakis Katsoulas and his "high priestess," confessed to leading a 20 member Satanic cult which had conducted animal and human sacrifices for three years. They were found guilty of kidnapping, raping and murdering a 30 year old woman and a 15 year old girl during occult ceremonies. The first victim was killed at her initiation ceremony. Katsoulas claimed he was the vehicle for "ancient demons." Another witness was abducted when the murderers told her they were police officers who wanted to question her. See "Two Young Men Confess to Rape, Murder of Two Women as Part of a Satanic Cult Ritual, Police said," AP, Dec. 28, 1993 and "Court Convicts, Sentences Two to Life Terms for Murder," AP, June 30, 1995; "Dark Trial of Yong Greek Satanists Grips Public," June 29, 1995.

**December 30, 1994, IN THE MATTER OF HEATHER BARKER, NEGLECTED CHILD, COURT OF APPEALS OF OHIO, SEVENTH APPELLATE DISTRICT, HARRISON COUNTY, 1994 Ohio App. LEXIS 6100, Juvenile Court Decision to Grant Permanent Custody to DHS affirmed**

Overview: Appellate documents state that at the age of 5 years Heather Barker was taken into custody by DHS due to physical injuries to her genital area. Cumulative testimony proved to the court that she had been sexually molested by clear and convincing evidence, although there was no obvious perpetrator to hold accountable. The mother was cited for neglect and was given 18 months reunification services but that did not alleviate the problems which brought the child into custody. Social Services did not believe the mother could protect the child. The child was prone to "trance-like" states after unsupervised visits with the mother and other unusual behavior. Both a treating psychologist and social worker evaluated the child and thought she had been ritually sexually abused based on her statements. A trial took place contesting these matters and the court amended the abuse complaint, based on clear and convincing evidence, to a finding of neglect as well.

**September 10, 1994, ARIZONA, PINAL COUNTY SUPERIOR COURT, STATE OF ARIZONA vs. EDWARD G. CANNADAY, DEFENDANT, Sexual Conduct with a Minor, Sentenced to 20 years // Co-Defendant, STATE OF ARIZONA, PLAINTIFF, vs. SHARLOTTE ANN BROWN, DEFENDANT, Case No. CR 16909, Convicted of Contribution to the Delinquency/Dependency of a Minor, Sentenced to Probation**

Overview: News articles state the children of Edward Cannaday (misspelled as Canaday in newspaper article), 38, a former pastor, claimed that their father and his three retarded brothers were part of a satanic cult that sacrificed animals, babies and children, and engaged in family group sex in the desert west of Coolidge in 1988. Cannaday was accused of having sex with and fondling his daughters and step-daughter, then 5, 10 and 11, and molesting his 6 year old son. All of the children were placed in foster homes.

Police heard reports during the late 1980's that dozens of dead bodies had been seen, but none were found, and no charges were filed, but still unexplained were bone fragments, bits of clothing and scraps of duct tape that were found.

40

Five other relatives were indicted on charges ranging from aggravated assault to child molestation but charges against the three younger brothers were dropped when they were declared incompetent to stand trial.

After a three-week trial Edward Cannaday was convicted of sexual molestation of a child. The defense attorney didn't dispute that the children were chronically abused which testimony and medical evidence suggested. His co-defendant and sister, Sharlotte Ann Brown, was convicted for contributing to the delinquency of a minor.

See "Man Could Get 162 Years in Molestations," The Arizona Republic, September 10, 1994; Ex-Pastor Sentenced On Child-Sex Charges, The Arizona Republic, November 19, 1994.

**October 26, 1994 , PEOPLE OF TEXAS v. FRANCES AND DANIEL KELLER, COURT OF APPEALS, Both Cases Upheld on Appeal No. 3-92-603-CR and No. 3-92-604-CR, Convicted for Aggravated Sexual Assault on a Child upheld; Sentenced to 48 years**

Overview: Appellate documents and news articles state Defendants Dan and Frances Keller were indicted in Travis County, Texas. They arranged to surrender to police but fled to Las Vegas instead after Dan Keller dyed his hair. The police tracked them down and arrested them in Las Vegas. The Kellers had a joint trial after which a jury found them guilty of sexually abusing a three year old girl. A doctor had found lacerations to the labia and hymen of the child that were consistent with an allegation of sexual abuse.

News reports state that more than one child was thought to have been abused at "Fran's Day Care" in Austin, Texas, operated by the Kellers, but this particular case cites their conviction of only one 3 ½ year old child. A 6-yr-old child, who also claimed to be a victim, testified on the behalf of the 3 1/2 year old and called Fran's Day Care, "Fran's Hate Care." About eight children were in therapy due to the abuse.

The children described ritual acts: being terrorized in a graveyard, seeing animals killed, being buried alive with animals, painting pictures with bones dipped in blood, being shot and resurrected, being stuck with needles and drugged, and seeing bodies dug up and mutilated with a chainsaw. A child led an investigator to a graveyard where they found animal bones. Parents reported children who were terrified of baths, children who believe they must kill themselves on their birthday, children who were afraid of ponies, fearful they will be put in jail, and children who could conduct a séance, complete with otherworldly "chants."

Children spoke of being forced to close their eyes while the Kellers took a meat cleaver and pretended to chop off their fingers and toes. One child peeked and saw Dan Keller pull a bone from a bag and smear it with blood from a jar and realized the perpetrator had tried to fool him. The child was forced to paint a picture with "Satan's arm" dipped in blood.

They spoke of seeing the Kellers place infants in the backyard swimming pool and letting them sink. Frances Keller would then remove the baby from the bottom of the pool, baptize it with blood, and offer it to Satan. The Kellers reportedly killed a baby named

41

Rachel by cutting her heart out. The heart was placed in a child's hand who described it going "thump, thump, thump until it stopped." The body was put in the swimming pool, and its skin and eyeballs buried in a hole.

One boy said a gun was held to his head while he was forced to molest his infant sister. When the pornographic movie was replayed for him, the gun was not visible and he realized he'd been tricked. At least three children developed an "eerie habit of behaving like cats. In sudden realistic transformations, parents say, the children would crawl, meow, hiss and demand food from bowls." One parents stated her daughter told her they were taken to an actual jail cell, and she was put in there with a kitten, and then it crawled through the bars and the perpetrators stomped on the cat, cut it up, and told them if they told, that's what would happen to them. They would show the children their parent's payment in check and would say, "See? Your mommy pays us to do this to you." The children then hatched a plan to try to kill Dan Keller. Texas Ranger Johnny Waldrip said he believed the kids wholeheartedly and thought they were subjected to ritualistic acts so they would be discredited. A therapist and expert witness testified about the reality of ritual abuse for the jury.

The defense lawyers used videos showing some the younger child recanting, saying the abuse never happened, in efforts to try to undermine the case. The defense also stated that the claims were "too outlandish to be believed" because the children also spoke of going on airplane rides and seeing a baby killed. The parents claimed that one of the perpetrators was flashing threatening hand signals during the child's testimony.

Another mother said,"I put my son in a mental hospital as a result of this abuse (by the Kellers), and it's only been through over a year of intensive psychotherapy that he's begun to partially heal."

Three other people were indicted for sexually abusing children at this daycare. They were Douglas Perry, a Travis County road maintenance worker, Janise White, a Travis County constable – Perry's wife, and Raul Quintero, another Travis County constable and White's partner. Douglas Perry was originally given immunity but denied any knowledge of events on the witness stand. Prosecutors then introduced a statement written by Perry on July 7, 1992 which was read to the jury. The statement described sexual activities with two children by the aforementioned individuals. He confessed to tearing a head off a doll and threatening the children that if they told, their heads would come off the same way

Perry eventually pleaded guilty to a charge of indecent acts with a child and he received 10 years probation. Indictments against White and Quintero were dismissed. Parents of two children filed a civil suit holding these three people accountable for not reporting the abuse, but the case was dismissed.

See "Speaking the Unspeakable/Nightmares of Fran's Day Care Stalk Families," Austin American-Statesman, Dec. 13, 1992; "6-yr-old Testifies He Witnessed Abuse of girl," Nov. 24, 1992; "Kellers Found Guilty of Sexual Assault," Austin American Statesman, Nov. 26, 1992; "Therapist Describes Ritualistic Abuse Claims," Austin American Statesman, Nov. 20, 1992.

**August 16, 1994, STATE OF NORTH CAROLINA v. PATRICK S. FIGURED, COURT OF APPEALS OF NORTH CAROLINA, 446 S.E. 2d 838, Convictions Affirmed For First Degree Sexual Offenses**

Overview: Appellate documents and news articles state Patrick Figured, 41, a former executive of an electronics company, entered an Alford plea of guilty to three counts of first degree sex offenses. The State agreed to dismiss the charges against a co-defendant, Sonja Hill, 34, who was Figured's girlfriend.

In July of 1990, the outgoing DA re-indicted Sonja Hill on the same charges. Figured filed a motion to have his guilty pleas set aside due to the DA violating terms of the agreement. On March 9, 1992, the Grand Jury re-indicted Figured for three counts of first degree sex offenses which occurred in 1988. The Court noted that each child who testified stated that the defendant inserted a screwdriver in his or her anus. Physicians found physical abnormalities in these children. Two of the children testified that the defendant made a dog urinate and forced the children to drink it. The Jury heard how Figured and his girlfriend, Sonja Hill, would drug and then molest the children at the unlicensed child care center in the Smithfield home of Hills' mother, Virginia "Polly" Byrd. The children testified that there were video cameras present when Figured sodomized them. Figured was then convicted of all charges.

Sonja Hill was convicted of indecent liberties with a child on 7/28/93

News articles describe this case as one involving child pornography, satanic rituals, and animal abuse. Parents of children who were abused filed a civil suit against Sonja Hill and her mother, Polly Byrd, who ran the daycare center. They alleged that their children had been forced to participate in Satan worship while being abused. The kids spoke of having to drink blood, their abusers burned Bibles, and wore masks and capes. Mr. Figured told the children that he did not believe in God.

Sonja Hill and her mother did not respond to the lawsuit, but a Johnston County jury awarded a $10.5 million judgment to the parents who did not believe they would ever collect the money but wanted other people to know that these acts do occur. See "Raleigh Man Sentenced to 3 Life Terms for Abuse," News and Observer, Oct. __1992

"Johnston Couple Win Child Sexual Abuse Suit," News and Observer, March 27, 1990.

**April 12, 1994, IN RE: CHRYSTAL AND TASHA, SUPERIOR COURT OF CONNECTICUT, JUVENILE MATTERS, 1994 Conn. Super. LEXIS 1061, Termination of Parental Rights Affirmed**

Overview: Appellate documents state that children Chrystal and Tasha were in several placements over a period of 4 years after a finding of neglect in Juvenile court. The mother was in and out of prison due to drug usage and sales. A Social worker who had worked with Tasha four days out of the week in the hospital noted that one of the children had been diagnosed with Multiple Personality Disorder [or DID] and had been subjected to Satanism. The Court said that because of the introduction of evidence of

43

ritual or Satanic sexual abuse, which came to light only after that child's commitment in 1989, it could account for her fragile emotional condition. It was not clear whether the incidents took place with the biological mother or in the foster homes the child was in over the years where allegations of abuse had been confirmed.

The Social worker could not eliminate the mother's home because Tasha identified her mother as a "ghost" and expressed fear of her. The child had referred to her mother as "Natas," which is Satan spelled backwards. Tasha recognized her mother as "Mama Dawn," one of the "Mamas" who involved her in the terrifying experiences she recounted from the Satanic ritual abuse connected with the Church, and feared her. Contact with her mother was suspended when the child began exhibiting negative behaviors after visitations or after other types of communication.

### March 22, 1994, COMMONWEALTH OF PENNSYLVANIA v. RICKIE JAY GADDIS, SUPERIOR COURT OF PENNSYLVANIA, 639 A. 2d 462, 1994 Pa. Super. LEXIS 963, Sentence Affirmed, Fine Vacated

Overview: Appellate documents state that the consolidated appeals were taken from the judgments of sentence imposed on February 9, 1993 against the father, Rickie Gaddis. He was found guilty in two separate trials of more than 150 counts of aggravated assault; recklessly endangering another person; terroristic threats; endangering the welfare of children; corruption of minors; false imprisonment; simple assault; prohibited offensive weapons; rape; statutory rape; involuntary deviate sexual intercourse; aggravated indecent assault; indecent exposure; incest; and criminal conspiracy.

The charges arose from the "horrific sexual, physical and emotional" abuse and neglect by Rickie Jay Gaddis, of his minor children. Gaddis was sentenced to "235 to 470" years in prison. The appellate court affirmed his sentence but vacated his fine. There had been concern he was going to capitalize on his crimes by selling a book.

News reports quote the police, stating the children were subjected by their parents and neighbors to ritualistic torture that included bloodlettings with a sword, Satanic ceremonies, hot needles under their fingernails, sodomy, stretching and tattooing. The children told police of Satanic rituals in which their 34 year old father used ceremonial swords to draw blood from adults and children to pour on the grave of a daughter killed in a fire three years ago. Also arrested were a 39 year-old man and three juveniles who lived with him, a 41 year-old man, and a 29 year-old man, visitor to the house.

Rickie Gaddis' wife, Debbie Louis Gaddis, 33, was also convicted.

In news reports dated 2006, Ricky Gaddis requested release from prison due to health woes but the Judge denied his request. He was described as a notorious child rapist/torturer and quoted his children's testimony about how he ruled over them with the claim of having "special powers." See "Pa. Couple is Charged with Torturing Children: Police Say Neighbors Also Took Part in Abuse," The Atlanta Journal and Constitution, November 26, 1991; "Pennsylvania Couple Charged with Brutalizing their Children," The Washington Post, November 26, 1991; and "Parents Charged with Torturing their Children," Associated Press, Nov. 25, 1991; "Gaddis Released Denied: Judge Unmoved



by Health Woes," Tribune-Democrat, December 9, 2006; "Child Abuser Seeks Prison Release," Tribune-Democrat, September 30, 2006.

**Dec. 27, 1993, WASHINGTON D.C., U. S. News and World Report, "'Through a Glass, Very Darkly': Cops, Spies and a Very Odd Investigation"**

Overview: This news article cites that the Justice Dept. was reinvestigating the Finders case and that some of the unresolved questions were allegations that the Finders Group were linked to the Central Intelligence Agency and they wanted to know whether or not the investigation into their activity had been closed inappropriately. "The many unanswered questions about the Finders case now have Democratic Rep. Charlie Rose of North Carolina, Chairman of the House Administration Committee, and Florida's Rep. Tom Lewis, a Republican, more than a little exercised. Could our own government have something to do with this Finders organization and turned their backs on these children? "That's what all the evidence points to," says Lewis, and there's a lot of evidence."… "Law enforcement sources say some of the Finders are listed in the FBI's classified counterintelligence files."

As background, in early Feb. 1987, six children were taken into custody in Tallahassee, Florida. Two men were charged with child abuse, but charges were dropped. The men said they were transporting these children to Mexico to a school for brilliant children. Their mothers were located in a group called the Finders. At the same time, Washington, D.C., police and U.S. Customs Service agents raided a duplex apartment building and a warehouse connected to the group.

Customs Reports dated 2/12/87 and 4/13/87 cite that among the evidence seized were detailed instructions about obtaining children for unknown purposes around the world, child trafficking, instructions to keep the above six children moving, and how to avoid detection. There were several photographs of nude children that appeared to "accent" the child's genitals, photographs of children involved in <u>animal rituals</u>, an altar, jars of urine and feces, and a staging area, all of which appeared to the Custom's Agents as an "indoctrination" center. Custom's agents were told to drop their investigation because it had become a "CIA internal matter," a fact which is documented in the Custom's documents.

**According to U.S. District court records, a confidential police source reported that the Finders were a "cult" that used "brainwashing" techniques. The source told of being recruited by the Finders with promises of financial reward, sexual gratification, and of being invited to explore satanism with them.**

Officials of the U.S. Customs Service, called in to aid in the investigation, said that the material seized  included photos showing children involved in bloodletting ceremonies, of animals, and one photograph of a child in chains. Customs officials said they were looking into whether a child pornography operation was being conducted. See Officials Describe 'Cult Rituals' in Child Abuse Case," The Washington Post, Feb. 7, 1987. Contact the author for copies of the Customs Reports.

45

**December 14, 1992, THE STATE OF TEXAS vs. PHIL STANLEY ROGERS; CASE NO. 18, 738, Charged and Pleaded guilty to "Indecency with a Child, Younger than 17 years, Committed During the Course of a Ritual." Jury sentence – 99 years**

Overview: Court documents and a news article state that Phil Stanley Rogers plead guilty to Indecency with a Child during the course of a Ritual. Items taken as evidence included books covering Satanic topics, pentagram symbols, candles, daggers and wands. An Abilene Police specialist on the occult explained how the items were used to gain "power and control." The 15 year old victim, a relative of the defendant, cried as she testified that the rituals began with the purchase of a Ouija board, chanting, and meditation were next. See "Man Admits Indecency with Child During Course of a Satanic Ritual," Abilene Reporter News, Dec. 15, 1992.

Note: Mr. Rogers was convicted under a ritual abuse law that was in the Texas penal code in 1992 but it has since been rescinded.

**April 29, 1992, IN THE MATTER OF THE WELFARE of J. M. P., COURT OF APPEALS OF MINNESOTA, 1992 Minn. App. LEXIS 436, Termination of Parental Rights Affirmed**

Overview: Appellate documents state the mother of J. M. P, Sharon Pieske, challenged the trials court's termination of her parental rights. The court noted that her past included "years of sexual and physical abuse, parental neglect, early and long-standing addiction to numerous drugs, serious mental health problems, and involvement in a Satanic cult." Her child was taken into custody after two hospitalizations due to overdosing. The mother was involved in four incidents, three involving criminal convictions, which caused harm to the children, including J.M.P. The child was enuretic, periodically preoccupied with themes of violence and bodily injury, and her "disorder is not curable." The mother tried to commit suicide, and was diagnosed with borderline personality disorder.

**May 9, 1992, ORLANDO, FLORIDA, ORANGE COUNTY COURTHOUSE, James L. Wright, Case No. CR0911814-A, was Convicted of Raping and Fondling Five Children; Margie Wright, Case No. CR0911814-B, Pleaded No Contest to Three Charges of Attempted Sexual Battery and Two Charges of Attempted Lewd Acts and was Sentenced to 5 1/2 years in Prison**

Overview: Three news articles describing this case state that Jim Wright, 36, and Margie Wright, 29, were charged with molesting children in the context of Satanic rituals. The victim's parents met the Wrights through their Church and Bible classes they attended together. The children reported that they saw Wright sacrifice a stray dog, slit its throat and stomach, and remove some entrails. He held up the entrails for the children to see and said the same thing could happen to the children if they "tattled." Sheriff's investigators found the dog's skeleton near the Wright's trailer.

46

A psychological evaluation of three boys said there were strong symptoms of sexual abuse associated with the cult activity. A 9 year old girl told investigators that Jim Wright forced her to have oral sex with him at gunpoint. "I didn't tell because I was scared," said a child. "Jim had a gun and said he'd kill my family, and he put a bad curse on us. Jim said devil words to us."

The Wrights molested children during their "Magic Show"; the victims said he pulled a gun out of a hat and made their underwear "disappear." The children described Satanic symbols, chalices filled with blood, and a box containing a corpse.

The parents of three of the victims moved residences and the prosecutor expressed concern because the children had been threatened by the cult not to testify. The parents said cult members had come to their house to take the children to stop them from testifying against the Wrights. The children had to be moved to a secure location due to the threats.

Maggie Wright testified against her husband while she pleaded no contest to reduced charges. See "Convict's Wife Sentenced for Trying to Molest Kids," Orlando Sentinel Tribune, May 9, 1992; "A Family Fears That Satanic Cult Will Try to Silence their Sons," Orlando Sentinel Tribune, August 10, 1991; "Child Abuse Suspect Trades Testimony for Lesser Charges," Orlando Sentinel Tribune, January 31, 1992.

**January 22, 1992, THE STATE OF WASHINGTON v. PAUL ROSS INGRAM, COURT OF APPEALS OF THE STATE OF WASHINGTON, No. 13613-9-II, Division Two, Confession to Sexual Molestation and 20 yr. Exceptional Sentence Affirmed**

Overview: The Appellate court stated Paul Ingram, former Thurston County Chief Civil Deputy Sheriff and 16-year law enforcement officer, was arrested on November 28, 1988 following allegations of sexual abuse made by his daughters, then 18 and 22 years old. Ingram waived his right to counsel and made incriminating statements. After six months of further investigation and interrogation, Ingram was charged by amended information with six counts of rape in the third degree - three counts per daughter - covering July through October 1988. He tried to withdraw his guilty plea but that was denied.

In May of 1989, Ingram signed a statement pleading guilty, acknowledging that he had sexually abused his daughters. The trial court had meticulously questioned Ingram about each element of the crime. Ingram stated on the record that the plea was voluntary. In October of 1989, Ingram sought to withdraw his guilty plea. He claimed that the original plea was the result of influences, including deception, brainwashing, religious and familial coercion. Dr. Richard Ofshe, a sociologist, testified for Ingram, stating that he thought the plea had not been entered in a knowing matter but was the result of fantasies created from intensive coercion. However, the three psychologists who testified for the State all agreed that Ingram's statements were real recollections and not the products of any trances or hypnosis. Bill Lennon, originally hired by the defense, eventually submitted a report that reflected statements made by Ingram, acknowledging long term abuse of his children and involvement in incest, sodomy, and homosexual activity.

47



"Ingram's Nov. 28 statement to officers were made before any contact with psychologists, his wife's pastor, or his wife's attorney, and contains virtually uncontestable evidence of guilty. Ingram confessed to using sex practices to prevent pregnancy with one of his daughters and of that daughters abortion in another county when she became pregnant by him, and of having anal intercourse with the daughter during her menstrual period so that the bed wouldn't get 'messed up.'"

Aggravating factors found were that Ingram threatened to kill his victims and the court concluded that the threats demonstrated deliberate cruelty.

Note: Paul Ingram, ostensibly a Christian man, confessed to police officers that he ritually abused his children in the context of Satanic ceremony, which his daughters also claimed took place. Richard Ofshe of the FMSF tried to talk Ingram out of his confession by claiming he confessed in a "trance-like" state and "proved" that by suggesting to Ingram a case scenario which very well could have occurred. Both Ofshe and Elizabeth Loftus, of the False Memory Syndrome Foundation, testified at Ingram's clemency hearing trying to assist in obtaining his release. According to news articles and the Clemency Board Transcripts, dated June 7, 1996, Ingram's son also attended that particular hearing and asked the board to keep his father in prison because he had been physically and sexually abused by him, which the board did. See: "Felons Hope for a Parting Gift from Lowry," Seattle Times, Dec. 12, 1996, Clemency Court Transcripts can be ordered at: (360) 753-6780.

For documentation of the satanic allegations, see "Remembering Satan - Part I," The New Yorker, May 17, 1993; "Remembering Satan - Part II," The New Yorker, May 24, 1993, by Lawrence Wright. The conclusions Mr. Wright reaches are closely aligned with the False Memory Syndrome Foundation. However, because this organization does not believe in the existence of SRA, their observations about individual cases are not particularly important.

<u>Lt. Col. Aquino was implicated in the following four cases</u>

**February 26, 1992, MICHAEL A. AQUINO v. MICHAEL P.W. STONE, SECRETARY OF THE ARMY, UNITED STATES DISTRICT COURT, 957 F.2d 139; 768 F.Supp. 529 (1991), Titling of Officer Affirmed**

Overview: Appellate documents, court documents, news articles, and Criminal Investigative Division [CID] transcripts state Michael Aquino, founder of a Satanist group, Temple of Set, was a Lt. Col in the Army Active Reserves. After a ritual abuse investigation at the Presidio Army Base where he was stationed, he sued the Army after they "Titled" him under an investigatory report, which was released two months after the criminal statue of limitations ran, for indecent acts with a child, sodomy, conspiracy, kidnapping, false swearing, and for his dismissal from the active reserves in 1990. Only one child victim, the daughter of the Chaplain of the Presidio, was named in the victim block although the word "children" was mentioned throughout the reports.

The child had identified Aquino as "Mikey" and his wife, Lilith, as "Shamby" after she sighted them at an Army PX on August 12, 1987. She told her mother that "Mikey was

the 'blood man' because he had put blood on her and licked it off." The CID investigators showed photographs to the child:

"Photographs do show a number of items that corroborate Kinsey's and other children's descriptions of the house where they were taken: (1) masks (2) guns (4) toy animals or dinosaurs (4) a lion picture on the wall and lions on the Egyptian throne (5) a computer (6) camera (7) a black room with soft walls and (8) a robot."

The investigation of Lt. Col Aquino, a very wealthy man, and his wife, Lilith, involved multi-jurisdictions and several children interviewed identified him from photo lineups as their alleged abuser, but the identification of Lilith Aquino was not persuasive. A child stated that during their abuse "Mikey" was dressed in woman's clothes and "Shamby" was dressed in men's clothing.

*An article dated Nov. 16, 1987 entitled "Second Beast of Revelation" in Newsweek magazine described the Presidio Daycare case and noted that Lt. Col. Aquino referred to himself as the Anti-Christ and he had an interest in the Nazi SS.

*In 1994, Temple of Set member Lillian Rosoff filed a restraining order against Michael Aquino, claiming he harassed her for leaving his "Church" after being a member for 18 years. [San Mateo County Superior Court Case #CIV-388423 – Case Sealed].

Internal court documents to Aquino vs. Stone can be ordered from: Office of the Clerk, Albert V. Bryan, US Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314-5798. Michael Aquino has also been associated with the case of Paul Bonacci, [See US District Court v. Paul A. Bonacci, 1999], and the following three cases in this archive.

See "Sect Founder Says Accuser Not a Member," San Francisco Chronicle, June 25, 1994; "Satanic Chief Tied to Mendocino Sex Abuse," Press Democrat, May 15, 1989; "Preschool Child Sex Abuse: The Aftermath of the Presidio Case," Journal of Orthopsychiatry 62 (2), April 1992, by Diane Ehrensaft, Ph.D; Books: "The New Satanists," by Linda Blood, 1994; "Why Johnny Can't Come Home," by Noreen Gosch, 2000.

## 1989, SAN FRANCISCO, CALIFORNIA, PRESIDIO ARMY DAY CARE CASE, Monetary Settlement with parents

Overview: News reports state that on Jan 5, 1987 Gary Willard Hambright, Presidio Daycare employee, was indicted for molesting one child who had been sodomized, but after a year of investigation, more than 30 victims at the Presidio Army Base had been identified. Children gave statements about being ritually abused, they were taken off base to private homes, and they claimed other perpetrators were involved in their abuse. The children alleged they were sexually abused, forced to urinate and defecate on Gary Hambright – and he would do the same to them - and they were forced to drink urine and eat feces.

One child said she played "pop poo baseball" at the home of one of her female teachers. Some children said they had blood smeared on their bodies, had guns pointed at them,

and were threatened that if they told about the abuse their parents would be killed. Many children said their abuse occurred during satanic rituals. Inside a concrete bunker behind the Military Intelligence Building at the Presidio, the words "Prince of Darkness" were painted. Another wall was covered with the numerals 666 and occult drawings.

In the early 1980's, a gardner's shack adjacent to the Presidio was raided. They found a pentagram on the floor and dolls heads on the ceiling. Two investigators were given permission to set up surveillance on the shack but they were then told to call it off. "We were sitting there, we've got a cult on the Presidio of San Francisco and nobody cares about it," said one investigator.

Three months after the indictment of Hambright, charges were dismissed without prejudice. The court would not allow hearsay evidence and ruled the victim could not qualify as a witness because of his age. Hambright was reindicted on Sept. 30 1987 for molesting 10 children. At that time he suggested there were other people involved. The US Attorney was criticized for not including children in the case who had persuasive evidence of molestation, but she did not want to present the more "bizarre" elements before a jury. She decided that Federal Jurisdiction in the case ended at the boundaries of the Presidio, which meant children who claimed they were taken off base could not be used as witnesses, and the case was dismissed. Gary Hambright later died of AIDS. The parents alleged a cover-up and after the investigation 23 children filed a $55 million claim against the Army.

Lt. Col. Michael Aquino was questioned in this case. [See Aquino vs. Stone] See "Satanic Priest Questioned in New Sex Case," San Jose Mercury News, May 13, 1989; "CHILD ABUSE AT THE PRESIDIO, THE PARENTS AGONY, THE ARMY'S COVER-UP, THE PROSECUTION'S FAILURE, San Jose Mercury News, July 24, 1988. The Army's settlement with the parents is documented by Presidio parent Sue Dorsey.

### September 21, 1988, PEOPLE v. DARYL T. BALL, SR. AND CHARLOTTE THRAILKILL, SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA, SCR 14750-C, Pleaded no contest to lewd and lascivious acts

Overview: This case was described by the prosecutor as involving multi-victims/perpetrators and ritual abuse although only Daryl Ball and Charlotte Thrailkill were the only ones charged. In an arrangement designed to spare the children the ordeal of testifying, Daryl T. Ball and Charlotte Thrailkill pleaded no contest to a total of nine counts involving lewd and lascivious conduct with six children. Ball was sentenced to 24 years in prison, Thrailkill was given a 14 year prison term.

Officials who interviewed and examined the children said there was no question they had been the victims of repeated and severe sexual assaults. The probation officers who wrote the presentencing evaluations said the children were in psychological treatment but the damage might be "irreparable."

The prosecutor described the extreme terror the children experienced and how difficult it was for them to testify. During the 18 month preliminary hearing, the children testified

that they were threatened to keep quiet or the perpetrators would eat their mothers hearts and make them eat it too. They described being given injections (or were bled), and being tied up. Daryl Ball threatened witnesses to keep them from testifying. The children also described being molested while being filmed with a banner in the background reading "Super Duper Child Molest Day." They were forced to watch the video of their own molest afterwards. A plea bargain was struck, reportedly to spare the kids from having to testify further.

The Criminal Investigative Division of the Army interviewed some of these same children in this case in their "Titling" investigation of Michael Aquino of the Temple of Set. [Aquino v. Stone]

A May 17, 1989 San Jose Mercury news article reports the statements of several parents:

"Ritual Sex Abuse of children has been under investigation in Mendocino County since at least 1984, when several children at the Jubilation Day Care Center in Fort Bragg said they had been sexually abused, tortured and forced to drink blood and eat feces. Debi Withrow, a Ukiah mother of two children who told police and Army investigators that Aquino abused them, said parents hope that their 'children will have their day in court.' Another parent, Dee Hartnett of Santa Rosa, said her daughter also told authorities that Aquino was one of the people who abused her in Mendocino County in 1986. The daughter testified against two of her abusers in a case in Santa Rosa that resulted in plea bargains last year. One of the accused Daryl T. Ball was sentenced to prison for 4 years in connection with the abuse of Hartnett's daughter and five other children. The other, Charlotte Thrailkill, was sentenced to 14 years in prison."

See "Child Sexual Abuse Case Ends with Prison Terms," The Press Democrat, Sept. 21, 1988; "Mendocino County Cops, Parents Seek Help in Child Abuse Probe," San Jose Mercury News, May 17, 1989.

**In Sept. 1998, Charlotte Thrailkill was declared a violent sexual predator -- the first female to have that distinction in California and she was sent to a State Hospital. See, "Thrailkill a Sexual Predator, Ex-SR Woman First in State with Designation," Santa Rosa Press Democrat, Sept. 9, 1998.

### 1984, FORT BRAGG, CALIFORNIA, Barbara and Sharon Orr's Daycare Closed by State, License Permanently Revoked

Overview: Pamela Hudson, L.C.S.W. assessed and treated over 27 children from a Fort Bragg daycare case called the Jubilation Daycare in Mendocino County between the years 1983 and 1990. The children stated the daycare operators and their "friends" abused them. Ms. Hudson described having no prior experience or training about ritual abuse but came to understand it after many years of treating these particular victims. Some of the symptoms the children exhibited were defecating on the floor in certain patterns and lying spread-eagled on the floor as if in crucification. She described children reporting being locked in a cage, their parents were threatened, they were buried in the ground in "boxes," held under water, threatened with guns and knives, injected with needles, bled and drugged, photographed during the abuse, tied upside down over a "star," hung from

poles and hooks, had blood poured on their heads, and witnessed the ritual sacrifices of babies, after which they were forced to chant "Baby Jesus is dead."

Jubilation Daycare, operated by Sharon and Barbara Orr (who presented themselves as Christians who held "Bible Study" meetings) was closed in 1984 and their license was permanently revoked after the State Department of Social Services investigated and found sufficient evidence of "child endangerment." There were no medical facilities in that immediate area that could evaluate child sexual abuse, but of all the children taken out of county to medical facilities, all were diagnosed with sexual molestation. Because the perpetrators had four months advanced warning, no other evidence was found, and no criminal charges were filed.

Children from this case also identified Lt. Col. Aquino as one of their abusers. From a 1989 Press Democrat news article:

"Local authorities for almost four years have insisted their investigations are inconclusive about repeated allegations from Debi and Greg Withrow that his two sons, from a former marriage were victims of ritual molestation during ceremonies witnessed by a large group of adults…"

"Last week, criminal investigators with the Army reportedly questioned Lt. Col Michael Aquino the satanic priest implicated in the Presidio case, about allegations he was involved in molestation cases in Mendocino and Sonoma counties. Besides the Withrow angle, Aquino was questioned about sexual abuse at the Jubilation Day Care Center in Fort Bragg."

Lt. Col. Michael Aquino and Lilith Aquino were open satanists and High Priest and Priestess of their own cult, the Temple of Set, for 20 years while Aquino served in the Armed forces. They have never been criminally convicted of any crime.

See book publications: "Treating Survivors of Satanist Abuse," edited by Valerie Sinason, pgs. 71- 81, 1994, and "Ritual Child Abuse: Discovery, Diagnosis and Treatment," by Pamela S. Hudson L.C.S.W., Jan 1, 1991; "Satanic Chief tied to Mendocino Sex Abuse," Press Democrat, May 15, 1989; "Ukiah Pair Keep Molest Case Alive," Press Democrat May 16, 1989.

**August 28, 1991, STATE OF OREGON v. MARY LOU GALLUP, COURT OF APPEALS OF OREGON, 816 P2d. 669, 1991 Ore. App. LEXIS 1266, Conviction Remanded // September 6, 1989, STATE OF OREGON v. EDWARD J. GALLUP, SR., 779 P.2d 169, Conviction for Sodomy Affirmed**

Overview: Appellate documents state Mary Lou Gallup sought reversal of her conviction for sexual abuse in the first degree. The Appeals Court found error in the local courts

ruling that material contained in the District Attorney file was work product, and exempt from discovery, which resulted in her conviction being vacated.

Mary Lou Gallup operated a private kindergarten in Roseburg, Oregon, called the Gallup Christian Daycare center. Her husband, Edward J. Gallup Sr., operated a separate preschool in that same vicinity and their son, Edward (Chip) J. Gallup Jr., operated a preschool in Winston, Oregon.

In 1987 defendant Edward Gallup Sr. was indicted for sexually assaulting a young boy who was a student at his preschool, and his son, Chip, was ultimately indicted on six separate charges for sexually assaulting six other preschool students. Edward (Chip) Gallup Jr. was ultimately found guilty of three charges.

In February 1988, defendant Edward Gallup Sr. and his wife were indicted on new charges for sexually assaulting another child. Edward Gallup Sr. appealed, claiming that publicity in his case prevented him from having a fair trial. He objected to a State's witness' testimony and the fact that he wasn't allowed to question his expert witness on re-direct. He also objected to the State's psychologist statement that children who have been sexually abused will very often not report the incident if they have been threatened by the abuser. The appellate court affirmed the conviction of Edward Gallup Sr.

According to a documentary about this case the children reported having to participate in the killing of animals, they were put in cages, the Gallups "dunked" children's heads in buckets of blood, they threatened the children, telling them that if they disclosed their abuse their parents would be killed. The Gallups would take toothpicks and make crucifixes or crosses out of them, and would ask, "Who are we worshipping today?... Jesus." Then on other occasions they would turn the crosses upside down and ask, "Who are we worshipping today?" and the Gallups would say "Satan." A child was worried that she would not go to heaven because she believed she participated in the killing of another person. Edward Gallup Sr. was an ex-minister of the Nazarene church.

See "Introduction to Children at Risk: Ritual Abuse in America," 1992, Narrated by Mike Farrell, for documentation of the ritual abuse aspects of this case. Ordering information is at: http://www.cavalcadeproductions.com/index.html

### July 30, 1991, COMMONWEALTH OF PENNSYLVANIA v. JASON L. ENDERS, ET AL., SUPERIOR COURT OF PENNSYLVANIA, 407 Pa. Superior Ct. 201, Conviction for False Imprisonment Affirmed

Overview: Appellate documents state Jason Enders and three co-defendants Scott Francis Liptak, Alexander O. Steinberg and Daniel Nelson were convicted of false imprisonment stemming from their participation in a Satanic cult ritual. The victim stated he wanted nothing to do with them but he was forcibly taken to an abandoned barn and tied to stakes in the ground over a pentagram drawn in the dirt. He had a leather collar with nails placed around his neck and a Satanic ritual was performed over him. One of the defendants punctured the victim's neck by pressing on the nails, and placed his fingers in the victim's blood, and then to his lips. A medical expert testified to treating wounds to the victims neck. The victim was then released after being warned he would be killed if he told

anyone about what had been done to him. Skulls and books on the occult were taken from the perpetrators homes as evidence.

The court described the crimes as ritualistic acts and stated that admitting evidence of the belief in and involvement in Satanism at the time was relevant and probative.

**June 11, 1991, NEW YORK, WESTPOINT MILITARY ACADEMY DAYCARE CASE, Monetary Settlement with Parents, Court File Sealed**

Overview: News articles state that in 1984-85 a 3 yr. old child from Westpoint's daycare was diagnosed with physical findings of molest -- a lacerated vagina. 50 children who attended West Points Army daycare were then interviewed by the FBI and several of them alleged sexual abuse. The parents in this case alleged a cover-up because no criminal charges were filed. The Times Herald Record reported on June 11, 1991 that the incidents unfolded against a backdrop of satanic acts, animal sacrifices and cult-like behavior. A parent complained that the Army was not prepared to treat satanic abuse and the FBI "botched" the investigation. "The specter of Satanism would later spur U.S. Military Academy officials to change the West Point child-care center's building number from 666 to 673."

San Jose newspaper reporter Linda Goldston, who covered the Presidio case, described the Westpoint case as one involving ritual abuse. The children said they had excrement smeared on their bodies and were forced to eat feces and drink urine. They said they were taken away from the day care center.

At that time, U.S. prosecutor Rudolph Giuliani declined to indict any alleged perpetrators and was criticized for potential conflict of interest because he was also defending West Point for the government against civil suits brought by the parents against the Army.

In 1985, the parents of 11 children filed a $110 million civil suit against the Army alleging their children were sexually abused. The Army concluded the case in 1991 by negotiating a monetary settlement with the parents, but no other facts are known because the court case was sealed. See "West Point Case Provoked $100 Million Civil Suit," San Jose Mercury News, August 9, 1987; "A Legacy of Pain," The Times Herald Record, June 11,1991; "The People v. R. Giuliani," The Record, Sept. 27, 1987; "CHILD ABUSE AT THE PRESIDIO, THE PARENTS AGONY, THE ARMY'S COVER-UP, THE PROSECUTION'S FAILURE, San Jose Mercury News, July 24, 1988.

**April 29, 1991, STATE OF MONTANA v. LEON LLOYD WHITCHER, SUPREME COURT OF MONTANA, 810 P.2d 751, Conviction For Sexual Intercourse Without Consent Affirmed**

Overview: Appellate documents state, Leon Lloyd Whitcher, 30, a self-described "high priest" of a Satanic cult, had sexual intercourse with a 14 yr. old without her consent. Prior to the assault, he asked her a series of questions about initiation into his satanic cult, whether she wanted "power," and if she'd "obey a high priest." He told the victim about a creature with a cat head and human body who would protect her.



The Court described "a pentagram, a satanic symbol in the form of a five-sided star inside of a circle with an eye in the center of the star that was painted on the floor of a large room in the house." Whitcher told the victim to change into a black robe, lie down, and stare at a pentagram painted on the ceiling before he assaulted her.

### April 13, 1991, SANTA ANA, CALIFORNIA, SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, B. , ET. AL V. ROE, ET. AL, Case # 590362: Civil Suit for Child Abuse Won Against Parent

Overview: News reports state a pair of anonymous sisters, Bonnie, 48,  and Patty, 38, who said their parents worshiped Satan and forced them to perform incest, ritual abuse and murderous deeds, won a lawsuit against their mother. The daughters told of human sacrifice and sexual abuse by a network of satanic cult members across Southern California who scared them into repressed silence for more than 30 years. They also accused their mother of sexually abusing her granddaughter, then 11 years old. "This [case] involved brainwashing, mind control and hypnosis," the daughter's attorney told an Orange County Superior Court jury. "We're talking about sick people who enjoy inflicting pain – who get their jollies from being sadistic."

No monetary damages were awarded, but the jury found that the two daughters suffered abuse and found that the mother was negligent. During the trial, Bonnie told jurors she was 12 when her parents forced her to kill an infant she conceived after being raped by a cult leader. She said her father cut up and burned the child. Patty also testified she was forced to kill a homeless man when she was 12. See "Mother to Trial, Alleging Ritual and Sexual Abuse," Orange County Register, March 19, 1991; "Sisters Win Suit on Satanic Abuse," The San Diego Tribune, April 13, 1991.

### March 12, 1991, STATE OF MISSOURI v. THERON REED ROLAND II , COURT OF APPEALS OF MISSOURI, WESTERN DISTRICT, 808 S.W.2d 855, 1991 Mo. App. LEXIS 371, First Degree Murder Conviction Affirmed

Overview: Appellate documents state Theron Reed Roland was convicted for the murder of his friend Steven Newberry. According to Roland, he murdered him after becoming involved in Satanism, began using drugs, and after listening to groups like "Megadeth" which  advocated sexual and physical violence. After an abusive childhood, he began hallucinating, practiced self-mutilation, tortured and killed animals and "chanted" to Satan for power. He developed a mentor relationship with another teen Satanist and they both decided to sacrifice Steve Newberry by clubbing him to death.

Roland believed this human sacrifice would "cause Satan to appear and give them power." Roland wanted the defense expert on the occult to testify about the effects of Satanism on the mind. The court let the expert testify to other aspects of the occult but didn't feel that he was qualified to testify on psychiatric aspects of the case. The expert, Carl Raschke, testified that Satanists abhor everything that Judeo-Christian morality deems good, and deems good everything Judeo-Christian morality abhors.  A Catholic priest, and authority on Satanism, explained the differences between satanic groups for the jury.

**December 17, 1990, PEOPLE v. CLIFF ST. JOSEPH, 226 Cal. App. 3d 289, DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, HABEAS PETITION DENIED, Conviction For First Degree Murder Perpetrated by Torture Affirmed**

Overview: Appellate documents stated defendant, Cliff St. Joseph, was convicted of the murder by torture of John Doe No. 60, and the sodomy and false imprisonment of Ricky Hunter. At trial, the court permitted an accomplice, Mr. Bork, to testify under a grant of immunity to the charges.

As background, four people were arrested for disturbing the peace. One of the parties arrested, Mr. Hunter, had been taken to the apartment two days before by appellant. Ricky Hunter claimed St. Joseph and the others had held him against his will and assaulted him; there was talk of Satanic worship and the other three people had been speaking of "sacrificing" him. At the apartment he was restrained and repeatedly assaulted by appellant, Mr. Bork, and another person by the name of Mr. Spela. Bork was present in the apartment when the murder victim arrived. He left the apartment after he heard screaming from the bedroom and saw appellant slashing the victim's chest.

A body was later discovered in San Francisco, California on June 15, 1985. "John Doe" had multiple stab wounds, genital injuries, and a pentagram had been carved into his chest. The court notes that there was "substantial evidence" that it was a sadistic, ritualistic human sacrifice consisting of whipping with a chain, slashing the victim's lips, dripping wax into the victim's eyes, burning and carving the victim's flesh with a knife, multiple stabbings, tying the limbs with guitar wire, and genital mutilations. The identity of the victim was never established. One of the offenders stated he had been present when St. Joseph had "John Doe" in his home and he helped St. Joseph dispose of the murdered victim described above. The court found that there was sufficient evidence proving that the injuries had been inflicted on the victim while he was still alive. The Coroner testified that some of the wounds inflicted were consistent with sadomasochistic practices, but the Court made a point of highlighting that the manner in which the victim was murdered, along with inferred intent, indicated that this was a ritualistic sacrifice.

**July 14, 1990, DETROIT, MICHIGAN, Case No. 01008804, Agustin Pena and Jaime Rodriguez Jr., Convicted of First-Degree Murder, Sentenced to Life in Prison**

Overview: News reports state that Agustin Pena and his cousin, Jaime Rodriguez Jr., were convicted of killing Stephanie Dubay in 1991. Prosecutors described the slaying as ritualistic activity and part of Rodriguez's devil worship. Both Pena and Rodriguez lost their appeals in the State court system in the mid-1990's. The Medical examiner said Dubay, a 15 year old runaway, was killed in a ritual crime, based on her tattoos, wounds and the "meticulous mutilation" of her body.

Dubay was decapitated, her skull skinned and saved in a freezer, and her tongue, right index finger and spleen were removed, all with surgical precision. Dubay had been stabbed 10 times in the back and chest and dismembered in the basement of Pena's house. Body parts were buried in three plastic bags in a shallow grave, and a fourth bag

56



was found in the front seat of a car in the garage. Law enforcement experts stated that each of these acts had a significance in some satanic belief systems. They believe that extraordinary powers can be captured and controlled through stylized sacrifice, mutilation, or taking specific body parts. See "Dismemberment Skills Hint at Other Crimes, Police Say," Detroit Free Press, July 14, 1990; "Beheading Murderer Seeks to Overturn Conviction," The Macomb Daily, August 27, 2006.

### February 22, 1990, STATE OF UTAH v. ALAN B. HADFIELD, SUPREME COURT OF UTAH, 788 P.2d 506, Convictions for Sodomy and Child Molest; Remanded Back to Court for Evidentiary Hearing

Overview: Appellate documents state Alan Hadfield was convicted of sodomy and sexual abuse of his children after his children testified against him. He appealed based on claims of "newly discovered evidence." This was an allegation by a paralegal who stated that therapist Barbara Snow, who was involved in counseling Hadfield's children and others in this Mormon community, was the common factor in these cases, and inferred that the therapist was responsible for the allegations.

The appellate opinion cites that at "least fifteen adults and fifteen children were identified as participants in various unusual sexual activities, including instances of group abuse of children by adults. The activities described by the children involved Satanic ritual, costumes and masks, photography equipment, men dressing in women's clothing, and frequent episodes of playing with and consuming human excrement. A specific instance of abuse related to Dr. Snow by W. and described by her at trial for example, involved defendants removing feces from W's rectum with a spoon and forcing him to play with it." The court stated that the defendant's strategy of undermining the believability of the children by attacking the practices of the therapist was ultimately unsuccessful with the jury.

The appellate court remanded the case back to court for an evidentiary hearing to see if the affidavit by the paralegal had merit.

Note: On 9/2/98 Assistant Attorney General Robert Parrish stated to this author that the Judge reviewed the information about claims against the therapist and found that there was no evidence to support the claims of the paralegal. Alan Hadfield's conviction still stands and he was released from probation in 1998. See: Video "Promise not to Tell" which documents the Hadfield case. Ordering information can be found at http://www.imdb.com/title/tt0889650/maindetails

### November 26, 1989, GIBREVILLE, GABON, Mba Ntem was Found Guilty and Sentenced to Death for Murder and Leading Cannibalism Rites

Overview: Several members of a religious cult were found guilty of aiding in "cannibalism ceremonies by serving human flesh to worshippers." A victim's mutilated remains were found in another town, and a photo was published of the high priest with a knife in his teeth and a jar containing pieces of a victim's tongue in his manacled hands. In the ceremony led by Mba Ntem, members of the cult ate the victim's stomach, liver, heart, lungs, tongue and genitals in what their leader called a "sacred plate." Some of the

worshippers were unaware of the contents, Ntem told the court. The court prohibited other details from being released. The news article states that "Animism" is a loose religious belief popular in central Africa and other parts of the word that a spirit or force resides in every animate and inanimate object. See "Death Sentence for High Priest in Cannibalism Trial," Associated Press, November 26, 1989.

### April 6, 1989, HAROLD GLENN SMITH v. THE STATE OF TEXAS, COURT OF APPEALS OF TEXAS, 1989 Tex. App. Lexis 794, Conviction for Murder Affirmed

Overview: Appellant documents state that Harold Smith was one of a group of young people who planned and carried out the brutal murder of their friend, Dennis Keith Medler. A group tricked him into accompanying them to a cemetery where they tortured him. Forensic evidence established that Medler died from lack of oxygen due to blockage of the airway by foreign objects, his own teeth and blood. Medler's torturer repeatedly beat him with their fists and kicked him, fractured both his upper and lower jaw, caused two teeth to lodge in his trachea, cut and stabbed him with a knife, burnt his hair, choked him by using a bandana and pipe tourniquet, and used the same pipe to pierce one of his eye sockets in an attempt to gouge out the eye. Medler begged his murders to "knock him out," once he realized they planned to kill him.

A witness testified that Smith compared the planned murder of his victim with animal sacrifice rituals he had carried out before and the prosecution presented evidence of his Satanic belief system. Mr. Smith appealed this issue but the Court upheld references to Satanism as motive for the crime.

### December 30, 1988, STATE OF OHIO v. JOHN L. FRYMAN, COURT OF APPEALS OF OHIO, TWELFTH APPELLATE DISTRICT, BUTLER COUNTY, 1988 Ohio App. LEXIS 5296, Conviction for Murder Affirmed

Overview: Appellate documents state John Fryman took the victim Monica Lemen to his "sorcery room where he had erected an altar for Satanic worship." He then shot her in the head. The next day he cut off the woman's legs above the knees and disposed of them behind an old church. The rest of the body was never found. Fryman claimed that he had killed her because she had insulted him by bringing another magician to his trailer, and that he disposed of her legs behind the church because "it was the place he practiced magic. By throwing her legs there he increased the power of that spot."

### November 25, 1988, SINGAPORE, Adrian Lim, Tan Mui Choo, and Hoe Kah Hong hanged for murder

Overview: News reports state three cult members, Adrian Lim, 46, his wife, Tan Mui Choo, 34, and his girlfriend Hoe Kah Hong, 33, were convicted in 1983 of murdering Agnes Ng Siew Heok, eight, and Ghazali Marzuki, 10, in 1981. The three perpetrators belonged to a cult that believed sacrificing children could bring "good luck." The three drank the children's blood after suffocating them in a bathtub.

Another news report states that the "macabre ritualistic killings included drinking the children's blood, trances, and electric shock 'treatments.'" See "Three Singaporeans Hanged for Cult Murder of Children," Reuters, November 25, 1988 and "Three Hanged in Singapore for Ritual Killings," UPI, Nov 25, 1988.

**July 7, 1988, IN THE MATTER OF DANIEL "DD" ET AL., ALLEGED TO BE ABUSED AND NEGLECTED CHILDREN, CHEMUNG COUNTY DEPARTMENT OF SOCIAL SERVICES; ALICE "DD", SUPREME COURT, APPELLATE DIVISION, THIRD DEPARTMENT, 530 N.Y.S.2d 314, Finding of Neglect Affirmed**

Overview: Appellate documents state the mother was appealing an order from Family Court finding she had neglected her children in New York State. She had allowed visitations to continue between the father and his girlfriend even though she knew that the girlfriend's children had been removed from the home for sexual abuse, but she did not question the situation until the father and girlfriend were arrested on sexual abuse charges.

Social Services discovered that all children had been forced by threats of physical abuse to engage in acts of sexual intercourse among themselves and with adults. In addition, they described participation in forced acts of bestiality, as well as involvement in Satanic rituals involving the sacrifice of animals and the drinking of blood. The court cites there was evidence that the mother may have been involved in these activities as well but that was never proven.

**March 30, 1987, HAMILTON, ONTARIO, FAMILY COURT, Children Declared Wards of the Court**

Overview: A legal publication reports that two children, "Janis," 7 years, and "Linda," 5 years old, were voluntarily placed in foster care by their mother "Sharon Wells" after she had a nervous breakdown. The children began disclosing information about their abuse in satanic rituals to their foster parent after which the foster parent recorded the details in an 165 page journal. The children spoke of being lowered into coffins with rotting corpses, of being forced to eat flesh from freshly murdered children, and starring in child pornography. Disbelieving the young girl's stories, the police declined to thoroughly investigate their allegations.

The Wardship hearing lasted 17 months, with 150 hearings days, 15,000 pages of transcripts, 61 witnesses and 142 exhibits, including 45 hours of audio and videotaped sessions of the children in play therapy. After nine days detailing her traumatic life on the witness stand, the mother collapsed, screaming on the courtroom floor, and had to be taken away by ambulance.

Family Court Judge Thomas Beckett summed up the horrific elements of the case in his ruling:

"The Court heard allegations of murder, of cannibalism, of graveyard rituals, and acts of bestiality. Allegations so horrible, so gruesome, so loathsome, that no one, including

59

myself, wanted to believe any of it. In fact, I wanted very much to believe that none of the allegations made by the two little girls could be true."… "The descriptions of midnight graveyard scenes with dancing and singing, people with masks, opening of graves and coffins, together with gross sexual acts, suggest cult activities" …"And why did the children speak of the number '666' – the symbol used in the Book of Revelations?"… "To say they 'lied' or that it was fantasy falls far short of explaining how such things could have been in their minds"… "The children gave graphic descriptions of the murder of children as well as adults, of dismemberment, of cutting flesh from bones."

Judge Beckett ordered police protection for the mother after she alleged her former husband threatened to kill her, the judges, and lawyers in the case.

On March 30th 1987, Judge Becket ruled that the two girls were sexually abused and forced to eat feces by their parents and the mother's former boyfriend. He made the girls Crown Wards and also ordered the third child, born to the mother during the hearing, be made a ward of the court as well.

News articles report that in 2006 the mother, Sharon Wells, publicly asked her now two grown daughters to donate a kidney to her, in order to "save her life." See "The Cannibal Case," Canadian Lawyer, March 7, 1989; "Questions of Satanism: Tales of Ritual Abuse are Common," MacLean's, April 21, 1997; "Sick Mom, Much Sicker Story- Daughters asked to Donate Kidney to Ailing Mother they Accused of Horrific Sexual Abuse," The Toronto Sun, January 29, 2006.

**August 15, 1986, STATE OF MAINE v. SCOTT WATERHOUSE, SUPREME JUDICIAL COURT OF MAINE, 513 A.2d 862, 1986 Me. LEXIS 862, Murder Conviction Affirmed**

Overview: Appellate documents state Scott Waterhouse was convicted for the murder of a 12 yr. old girl. The presence of semen on the victim's clothing indicated that the perpetrator masturbated over the victim's body.

Defendant claimed that the trial court erred in admitting evidence of his belief in Satanism. The Appeals Court disagreed. The State admitted a taped conversation between defendant and police officer in which defendant described at length both Satanism and the extent of his involvement with that belief. In addition, the State introduced into evidence portions of the "Satanic Bible." The defendant described sex and destruction rituals as part of the system of satanic beliefs. He stated that Satanism represented the darker side of humanity and urges indulgence of man's carnal needs rather than abstinence. He characterized the "seven cardinal sins" of the Christian faith as representing abstinence.

The portions of the Satanic Bible that were introduced as evidence were:

*Satan represents indulgence, instead of abstinence!

60

*Satan represented all of the so-called sins as they all lead to physical, mental, or emotional gratification!

*Are we not all predatory animals by instinct? If humans ceased wholly from preying upon each other, could they continue to exist?

*Death to the weakling, wealth to the strong!

*Blessed are the powerful, for they shall be reverenced among men -- cursed are the feeble, for they shall be blotted out.

The court stated: "Defendant could view commission of the heinous crime involved in this case as a means of achieving 'physical, mental or emotional gratification,' similarly he could believe that a demonstration of strength by domination of a weaker person would bring 'reverence among men.' At the expense of who, 'being weak, deserved his fate."

Both evidence of Satanic beliefs was considered probative of motive and the identity of the perpetrator.

[Two companion cases are described below]

### March 12, 1986, COMMONWEALTH OF MASSACHUSSETT v. CARL H. DREW, SUPREME JUDICIAL COURT OF MASSACHUSETTS, 489 N.E.2d 1233, Murder Conviction Affirmed

Overview: Appellate documents state Carl Drew was convicted of the first degree murder of one of his Satanic cult members in Fall River. The victim, Karen Marsden, was identified by a portion of the skull, clumps of hair, clothing, and jewelry. Evidence was admitted describing Marsden and another prostitute Doreen Levesque who were killed.

According to witness testimony... "The killing was performed as a diabolic ritual during which the soul of Marsden was purportedly given to Satan." Earlier, Marsden had tried to sever relationship with the cult. Drew threatened to kill her on several occasions, which he finally did. "Murphy dragged Marsden by the throat and hair into the woods. As she did this, the defendant walked alongside while Fletcher and Davis followed close behind. Murphy and the defendant then began striking Marsden with rocks. After further brutalizing Marsden, the defendant ordered Murphy to slit Marsden's throat and Murphy complied. The defendant then tore the head from the body and kicked it."

Carl Drew later told another person that he had killed Marsden because "she wanted to leave the cult and that he wanted her to feel pain." Several witnesses testified to the defendant's cult practices and he was asked to remove his jacked to exhibit a tattoo on his arm of a devil's head with the partially obliterated inscription "Satan's Avengers." The Court described the defendant chanting in a low, scratchy voice during rituals, purported to conjure Satan's presence.

The court specifically stated Drew's involvement in Satanism and the victim's desire to leave the cult was evidentially important to detail the context of the crime to the jury, as

opposed to viewing the murders as just random acts of violence.

-----------

### May 28, 1982, WILLIAM SMITH v. COMMONWEALTH OF MASSACHUSETTS, SUPREME JUDICIAL COURT OF MASSACHUSETTS, 436 N.E.2d 377, Immunity for Witness was Affirmed

Overview: Appellate documents state William Smith contested immunity for witness, Robin Murphy, who was to testify against him for the murder of Doreen Levesque. The appellate opinion states "These murders were among a series of ritual killings performed in the Fall River area by members of a Satanic cult." The witness described the ritual that accompanied the murder, and named various participants. The witness also recanted several times before finally testifying but finally admitted that she had been involved in the murder. She described the practices of the Satanic cult and indicated that both victims, Karen Marsden and Doreen Levesque, had been connected with the cult, either as devotees of the faith, or as associates in a prostitution enterprise.

### February 19, 1986, COMMONWEALTH OF PENNSYLVANIA v. FRANK G. COSTAL, JR., SUPERIOR COURT OF PENNSYLVANIA, 505 A.2d 337, Murder Conviction Affirmed

Overview: Appellate documents state expert testimony regarding Satanism and mind control was admitted into the court record to explain the killings of a mother and her 4 yr. old daughter by Frank Costal. The killings appeared to be in retaliation for the mother's interference in a drug deal and homosexual relationship between her husband and Costal. The state submitted evidence that the murders were performed in a "ritualistic manner." The victims were stabbed in a similar fashion, in the same pattern. Ceremonial robes, books, posters, plastic skulls and bats, and marriage licenses drawn up by Costal and signed by him as a "high priest" of Satan were seized from his apartment. A witness testified that Costal told him of attendance at human sacrifices and that 17 was the number of stab wounds required at these ritualistic killings.

### December 3, 1983, DETROIT, MICHIGAN, Case No. 83004343, Arzell Jones was convicted of first-degree criminal sexual conduct, single counts of kidnapping and using a firearm during a felony. Linda Greene was convicted of two counts of first-degree criminal sexual conduct

Overview: News reports state Arzell Jones, a private investigator, and Linda Greene, a Detroit policewoman, were convicted of sexually assaulting a 31-year-old woman who was held for more than three days and forced to take part in Satanic rituals. The prosecutor stated the woman was a victim of some "cultism and some ultimate psychological warfare." See: "Judge Says Victim was Subjected to 'Reign of Terror' Man, Policewoman Guilty of Sexual Assault in Satanic Rituals," Detroit Free Press, December 3, 1983.

ABOUT THE AUTHOR:   Diana Napolis has a Masters Degree in Transpersonal Psychology and was a licensed therapist in the State of California. Between the years 1990-2000 she worked as a Court Intervention Child Abuse Investigator at Child Protective Services in San Diego County, California, and as a Supervisor of Court ordered visitations for Family Court. Her specialty was investigating allegations of ritual abuse. Ms. Napolis has been collecting court documents in attempts to prove the reality of ritual abuse since 1991 after witnessing a coverup of ritual abuse in San Diego County which has been widely publicized. She believes the documentation in this archive proves without doubt that this type of abuse occurs. In 1998, shortly after publishing a web page covering a "false memory" federal trial of several therapists in Houston, Texas, Ms. Napolis was tracked by satanist Michael Aquino, Michelle Devereaux – an SRA "retractor" - Dr. Elizabeth Loftus, Advisory Board member of the FMSF, Attorney R. Christopher Barden, and Peter and Pamela Freyd, founding members of the FMSF. [Ms.Napolis has correspondence by Ms. Devereaux reflecting these facts] In 2001 Ms. Napolis discovered she had been targeted by ultra-sophisticated technology called "Voice to Skull Devices." [1]

---

[1] See the Center for Army Lessons Learned for the documentation of and definitions for "Voice to Skull Devices" at http://call.army.mil/products/thesaur/00016275.htm and "Voice Synthesis Devices" at http://call.army.mil/products/thesaur/00016274.htm

View parsed - Show only message text

```
From: "Nancy Stone" <dansto...@earthlink.net>
Subject: warning to Curio
Date: 1999/04/22
Message-ID: <7foug7$8jb$1@ash.prod.itd.earthlink.net>#1/1
X-Deja-AN: 469854642
X-Posted-Path-Was: not-for-mail
X-MimeOLE: Produced By Microsoft MimeOLE V4.72.2106.4
X-ELN-Date: 23 Apr 1999 04:55:35 GMT
X-ELN-Insert-Date: Thu Apr 22 22:05:02 1999
Organization: EarthLink Network, Inc.
Newsgroups: sci.psychology.psychotherapy
```

The message below was forwarded to me by a friend but has not hit my
server yet.  I am responding here because I do not know how to contact
Curio via e-mail.

Curio -- I wish to make this very clear to you.  If you contact my
employer in any way, make any complaint about me or even any further
"inquiry," I will turn over this message and other posts you have made
about me in the past to the local police in San Diego and file an
official stalking complaint against you.  If you merely wish to verify
my connection to UCSD you and anyone else can do so by visiting the
Psychology Department webpage.

I do not post from a UCSD account and they are in no way connected to
or responsible for anything I say on the internet.  They will
recognize that you are a known net-kook and will not take your
interference seriously.  However, your real-life attempts to
jeopardize my employment constitute a threatening and hostile act
which, taken with your other statements about me specifically, fit the
definitions of criminal stalking in the State of California.

The police have the means to find out who you are, even if individuals
do not.  You are not immune to discovery and if you value your
recreational activities on the internet I suggest that you leave me
alone.

This is your last warning.

Nancy Alvarado (Stone)


Path:

news.mv.net!newsfeed.mathworks.com!news.maxwell.syr.edu!nntp2.dejanews
.com!
nnrp1.dejanews.com!not-for-mail

From:

k...@my-dejanews.com

Newsgroups:

sci.psychology.psychotherapy

Subject:

Re: Bennett Braun, MD et al Trials Set

Date:
Fri, 23 Apr 1999 01:23:35 GMT

Organization:

Deja News - The Leader in Internet Discussion

Lines:

45

Message-ID:

<7foi2j$ll...@nnrp1.dejanews.com>

References:

<7fjhcp$36...@nnrp1.dejanews.com>
<19990421151821.15782.00000...@ng-fw1.aol.com>
<7fm2be$n5...@birch.prod.itd.earthlink.net>

NNTP-Posting-Host:

199.106.159.219

X-Article-Creation-Date:

Fri Apr 23 01:23:35 1999 GMT

X-Http-User-Agent:

Mozilla/4.5 [en] (WinNT; I)

X-Http-Proxy:

1.0 x9.dejanews.com:80 (Squid/1.1.22) for client 199.106.159.219

Xref:

news.mv.net sci.psychology.psychotherapy:78083


In article <7fm2be$n5...@birch.prod.itd.earthlink.net>,
   "Nancy Stone" <dansto...@earthlink.net> wrote:
> EREBUS1845 wrote in message
> <19990421151821.15782.00000...@ng-fw1.aol.com>...
>From: k...@my-dejanews.com

>Don't you have something more important to do, Nancy, than
>pick on a mental health consumer and try to show your superiority?
>Or aren't they giving you enough work to do gophering for
>the person you work for.

>Thanks --you know who you are--  who reveiled Nancy is just a
>research assistant.

Thanks Tor, but that wasn't a secret. :)

>Last time I knew about research assistants they did all the project's
>dirty work. You know the menial tasks since they don't have the experience
>or expertise to handle a project's paperwork (and that's *a lot* of

Google Groups

Exhibit 4

Help | Sign in

# sci.psychology.psychotherapy

[                    ] Search this group

Message from discussion Warning to Nancy (was Warning to Curio)

View parsed - Show only message text

```
From: k...@my-dejanews.com
Subject: Warning to Nancy (was Warning to Curio)
Date: 1999/04/23
Message-ID: <7fqkdu$gu6$1@nnrp1.dejanews.com>
X-Deja-AN: 470071311
References: <7foug7$8jb$1@ash.prod.itd.earthlink.net>
X-Http-Proxy: 1.0 x2.dejanews.com:80 (Squid/1.1.22) for client 199.106.159.219
Organization: Deja News - The Leader in Internet Discussion
X-Article-Creation-Date: Fri Apr 23 20:16:02 1999 GMT
Newsgroups: sci.psychology.psychotherapy
X-Http-User-Agent: Mozilla/4.5 [en] (WinNT; I)
```

In article <7foug7$8j...@ash.prod.itd.earthlink.net>,
  "Nancy Stone" <dansto...@earthlink.net> wrote:

N>The message below was forwarded to me by a friend but has not hit my
>server yet.  I am responding here because I do not know how to contact
>Curio via e-mail.

Of course, Nancy knows how to contact me via e-mail because I have
multiple, public e-mail addresses.

However, Nancy Alvarado (Stone) from UCSD writes:

>Curio -- I wish to make this very clear to you.  If you contact my
>employer in any way, make any complaint about me or even any further
>"inquiry," I will turn over this message and other posts you have made
>about me in the past to the local police in San Diego and file an
>official stalking complaint against you.  If you merely wish to verify
>my connection to UCSD you and anyone else can do so by visiting the
>Psychology Department webpage.

Nancy, I have already called the administration at UCSD as of several
weeks ago. I also asked them if it was proper for a member of their
staff to threaten to call the police in response to an ethical complaint
being made. They said no. I think this can get you into very big trouble,
kiddo, as I'm sure the chancellor might be interested about community
relations, your affiliations, and your continual lying.

I requested a copy of ethical guidelines for your job description
so that I could decide whether any of those guidelines have been
violated. I am still in that process, and haven't decided yet, but
the administration told me the job description was important to
know in order to clarify what, if any, ethical guidelines apply,
which is why I repeated your job description as it was related to me.
If there are no ethical violations, then no complaint will be made.
I told them I had no interest in tying up their resources with
anything inappropriate, but I was curious as to what ethical guidelines
were available. If nothing else, I was going to present them to you.

However, your continual threats of calling the police on anyone who
wants to make an ethical complaint, violates ethics in an of itself
and is a threatening activity, constituting obvious attempted
retaliation. I have concern for your students and anyone around you

who might want to make a complaint at any time.

N>I do not post from a UCSD account and they are in no way connected to
>or responsible for anything I say on the internet.

You have posted from a UCSD account, you make claims about your
employment frequently, and it remains to be seen how responsible
they want to be for you. Your friends have contacted licensing
boards, and they have filed suits against internet services, and have
engaged in censorship and on-going harassment, none of which
apparently bothers you, and much of it you excuse. You are involved
in research in my community, within a public University, and it
does involve me.

   It is different when the shoe is on the other foot, isn't it.

I think you need to think about this for awhile because sometimes
that is the only way people learn to have empathy and compassion
for the suffering of others.

N>They will recognize that you are a known net-kook and will not take
>your interference seriously.

I am not a "known net kook", Nancy, that's what your satanic affiliates
and friends of pedophiles are trying to promote. It's this type
of continual behavior from you that has led to my request for ethical
guidelines from UCSD.

N>However, your real-life attempts to jeopardize my employment constitute
>a threatening and hostile act which, taken with your other statements
>about me specifically, fit the definitions of criminal stalking in the
>State of California.

You are now obviously delusional and an illiterate who can't read or
understand the intent of the law, and you are attempting to misuse
the law for your own purposes. Everyone has the right to file an ethical
complaint about anyone, at any time. In fact, I know several other
people who are interested in this also.

You are using the tactics of cults and it doesn't reflect well on you.
If you haven't done or said anything seriously objectionable, then
your employment is not in jeopardy. However, due to your paranoia, I'm
beginning to believe that you feel guilty about something.
What is it, Nancy?

>The police have the means to find out who you are, even if individuals
>do not.  You are not immune to discovery and if you value your
>recreational activities on the internet I suggest that you leave me
>alone.

Nancy, the police will simply laugh at you, as you deserved to be
laughed at, and if you continue to make threats like this, that will
only contribute to my documentation of your ethical lapses.

I have all of the correspondence saved between the administration
and myself, and I can tell you that you are making things much
worse for yourself. My original intention was to clarify ethical
guidelines but you are now making the situation much worse.

Karena Jones
Curiojon...@hotmail.com
http://www.geocities.com/CapitolHill/senate/7736/aq.html
Michael Aquino, Leslie Packer, Nancy Alvarado and John Price

Case 3:08-cv-00557-WQH-JMA    Document 1-3    Filed 03/25/2008    Page 35 of 117

---

> Re: Bennett Braun, MD et al Trials Set

> In article <7fm2be$n5...@birch.prod.itd.earthlink.net>,
>    "Nancy Stone" <dansto...@earthlink.net> wrote:
> > EREBUS1845 wrote in message
> > <19990421151821.15782.00000...@ng-fwl.aol.com>...
> >From: k...@my-dejanews.com
>
> >Don't you have something more important to do, Nancy, than
> >pick on a mental health consumer and try to show your superiority?
> >Or aren't they giving you enough work to do gophering for
> >the person you work for.
>
> >Thanks --you know who you are--  who reviled Nancy is just a
> >research assistant.
>
> Thanks Tor, but that wasn't a secret. :)
>
> >Last time I knew about research assistants they did all the project's
> >dirty work. You know the menial tasks since they don't have the
> experience
> >or expertise to handle a project's paperwork (and that's *a lot* of
> >paper! NSF grants is a pain in itself) and publicity. We can see that
> >Nancy has a lot to learn in the latter capacity.
>
> N> This is what happens when you rely on something Curio says.  You
> get
> >it all wrong.
>
> Actually no, dear, I called UCSD and asked them specifically what your
> job description was because they said I needed to know that in case I
> wanted to file a complaint -- which I haven't done, to date.
>
> There are apparently different guidelines for different job
> descriptions.
> They looked you up and told me you were a non-tenured research
> assistant.
>
> I'm now going to call them back and tell them what you stated and see
> what they have to say. I have a real concern about you being involved
> in any type of research project within my community because I believe
> you to be unethical and a proven liar, and you can't be trusted to
> report accurately on anything too important.

> -----------== Posted via Deja News, The Discussion Network ==-----------
> http://www.dejanews.com/        Search, Read, Discuss, or Start Your Own

---

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

 Microsoft®

 MessengerService    **FREE upgrade for Hotmail**

# Hotmail  curiojones3@hotmail.com

 Passport sign out

| Inbox | Compose | Addresses | Folders | Options | Help |
|-------|---------|-----------|---------|---------|------|

Folder: **Inbox**

**From: "Cyber Lurker" <cyberlurker@justicemail.com>** Save Address Block Sender
**To: "C J" <curiojones3@hotmail.com>** Save Addresses
**Subject: Re: What is going on???**
Date: Wed, 03 Mar 1999 21:16:06 -0000
MIME-Version: 1.0
From cyberlurker@justicemail.com Wed Mar 3 13:16:30 1999
Received: from Unknown/Local ([?.?.?.?]) by shared3.whowhere.com; Wed Mar 3 13:16:06 1999
Message-ID: <LNNFGNAGFCIEAAAA@shared3.whowhere.com>
X-Sent-Mail: on
X-Mailer: MailCity Service
X-Sender-Ip: 166.62.192.123
Organization: JusticeMail (http://www.justicemail.com:80)
Content-Length: 1415

| Reply | Reply All | Forward | Delete | Previous | Next | Close |
|-------|-----------|---------|--------|----------|------|-------|

```
On Wed, 03 Mar 1999 12:35:07   C J wrote:
>
>Because when I first looked at that post, I thought it was
>the address from SOPHIE, her public newsletter. If I had
>known it was actually a personal address, I wouldn't have
>re-posted information that they already have.
>
It contained her personal phone number.  It doesn't take much to go from there.
>
>Because she didn't ask me why I did it, she told me to proof
>read better posts from the witchhunt list, and I didn't care
>for the tone of her letter. I didn't start the mess, they
>did and then I tried to help her.
>
I didn't see her letter; I am sure she was p*ssed.  As far as starting this
mess, you are right; you did not start it.
>
>This is really none of your business. I didn't start any of
>this mess, and I'm not about to be blamed for it.
>
You are correct again, it is 'none of my business'.  Karen is my business, she
is my friend.  And yes, I am very angry about what happened.
>
>Not much, I'm not interested in communicating with you any
>further.
>.
I'm glad that you don't (have much blood on your hands, that is).  I am sure I
do.
>
>Bye
>CJ

You are not the only one fighting this war; you are not alone; please remember
that.
```



N.B. - the **bold text** is commented

*Exhibit 6*

# Curious Transcript

| Curio | lurker |
|-------|--------|
| I'm here as I wrote to you yesterday. To verify it's me I set up one account then you sent me to another. | Greetings hs :) |
| ohh it works. I'm so excited | :) |
| ok | yes, this is a great way to communicate and remain incognito, so to speak :) |
| how do you turn off the music that keeps playing when you reply. | oh, just go down to the right of your big screen there is a little picture of a megaphone (yellow) or something like that; click on that and check 'mute'. it's on the task bar (where the time shows up) i'll wait for when you are read... ready... |
| never mind, I can't find it. let's get to busiiness | weird... okay, is it reasonably quiet? |
| no, it's really loud but I am the only one in this **room** right now | (giggle) really, you ought to figure a way to turn it off :) do you see the time in the right hand corner at the bottom of your screen (in the task bar)? |
| ok, I just tried something. hang on | there will be a little yellow man left of the time, then maybe some other icons. one of these should be a little yellow speaker (megaphone) looking thing |
| it was under something else now I'm trying it again. Wait tada, it worked | yeah!!! :) okay, whew! |
| yes, how embarasssing. spies shouldn't be sending messges to the **sound of trumpets** | (giggle) then again, people tend to ignore really loud spies :) |
| true. | sorry about that message on friday (knee jerk reaction). I was up till about 3:00 on Thursday morning trying to figure out what to do... yesterday, after your last message, i went to usenet and just caught up reading on some posts. now i know why you asked about **MA** |
| I was really troubled. Sometimes it's difficult to make a move without getting someone in trouble. But I am so private and I tell people so little, even when I correspond to them for a year, i know and value privacy and what confidentiality means. | even here, in this medium, i will be somewhat cryptic, but hopefully you will get enough of the gist about what is going on... |

| | |
|---|---|
| yes, that's good and I understand | yes, me too, well, to an extent. i have always been somewhat of a spectator. first off, no names regarding our, uhm other monikers, if you know what i mean |
| ok | secondly, hopefully the use of say, MA, for you know who, **MP**, for you know who else, etc. rather than out right names |
| ok. if there's any doubt who you mean, can I describe what they've done to get clear, or no | that way, if any of this gets out (**though I doubt it will**), either of us can claim ignorance or that we were talking about someone else :) |
| ok, got it | let's cross that bridge when we get to it; i hardly believe there will be any doubts; as i should be able to provide you with enough info, and you appear to be pretty good at reading between the lines |
| I think so | oh yeah, and one more thing. When this is all over, I really think we should meet (not for lunch) for a toast :) |
| ok, but we both need to decide when it's over | Though it may be years before it is 'really' over :) yeah, i am in ABSOLUTE agreement :) |
| yes, ;) | if you want the smiley face (which you notice i like to use) just enter a colon followed by a right parenthesis... but back to business... i pretty much told you about how i became involved... at least to a point. |
| i'm going to stay quiet and just read until you ask me to respond | i have been keenly interested in computer security for years (have nearly 20 years of experience) [okay, about staying quiet, that is]... blah, blah, blah... |
| as I said, don't know if you received **the e-mail**, he doesn't know the content of the messages, so he has no clear cut beef with you. if it's who I think it is, he is a walking advertisement for a child molester, and too stupid to keep himself from making really sick comments to others, as well as documenting his connections to a **dangerous person** | he also has made off-handed remarks about blood (which is pretty triggering to me). this has caused me to wonder if he is in any way affiliated with TOS. |
| if it's MP **then you know he is.** | and finally, he now knows that i have been diagnosed DID, which i haven't figured out yet, why i decided to post that on WH; though i did get an interesting backchannel from a certain MP. who said they were surprised by my site (I replied, why? and have received no answer). |
| my guess is that **they probably don't know what you're really up to**. Since you said you met the previous connections at a similar | i know that certain people are connected to TOS, and have, in fact, met MA. (about two months ago). they (not MA, the other folks that i believe |

hospital, didn't they know you were DID already?

are connected) have invited me to thanksgiving (they know that i am alone and don't have any family nearby). i told them that i wasn't for sure where i would be going for thanksgiving. also, a person who may be very suspect of the house burning has invited me to thanksgiving, up north. (nothing like, uhm, **eating with the enemy**, eh?)

You mean **you met MA**? If they know you're DID and you really are DID, please be very careful. I've heard some of these folks know how to program .

yes, i met MA. and MP. at the same time, for lunch. i don't think they knew back then. i hadn't really told them anything. though, don't know what MD told them.

which of course brings us back to the original claim someone told me months ago which is that you might be working for the TOS. **I can't rule that out**, and I'm wondering what is going on. What would be your interst in meeting with MA and MP?

And no, MD was never diagnosed DID; MK was, I believe, as was I. Of course, I had quite a range of diag's. like DID/PTSD/SRA,etc. Those were hard times back then, much better now, though this time of the year is always especially tough for me. MP says it's SAD.

please stay away from these people then. You know they're just going to try to use you.

I was asked not to break communcation with certain folk; I have been doing my best not to. Look. I'm being used any way you cut it. By my friends at DOJ, probably inadvertently by these folks, and who knows what else. ore who else

Do the DOJ folks know you're DID? if they did surely they wouldn't advise something that's really dangerous for you to do.

MD used me. MP (not of TOS, but of VT, used me, etc.), and now, it seems like my friends at DOJ are too. and now, it seems like i've potentially not only put my son in danger, but potentially put you in danger (**by answering their demand to turn over correspondence the way i did**). i'm glad you said 'no' about meeting. yesterday, I realized that that might have been what they wanted, so they could follow, etc. today, i was going to write from home, but, well, just a bit paranoid, so, like i said, took a couple of **cabs**, etc. i spent this morning setting up PGP (pretty good privacy) on my system. in the future, i will be using that as much as i can.

Of course. Can you give me a description of MP so I know who to look for? I know. I won't put you in danger but my concern is if they've accessed on of your alters, which is usually the case. **Did MA ask you to find me**?

i hardly doubt that. we were in a very public place (I insisted); at a popular dim sum restaraunt in the west portal. What was really weird, is MP and i got there first, we were waiting for MA, and when he walked in, i immediately knew who he was, and waved him over to the table

weren't you scared shitless to meet him?

ever heard the saying, never let them see you sweat? well, i have been involved in other situations (e.g., a big drug bust in souther NM) where i 'had to play the part,' so to speak. that one had dire results; i ended up in the hospital shot full of some drug (lost several days); they found a hypo on my dresser; finger prints on the

http://members.tripod.com/curiojbcs/transcript.html

hypo weren't mine. sweat? sweating is very dangerous indeed.

did MA ask you to find me?

no.

why in the hell not?

We talked about his army days, and the Kennedy assassination.

??

Ha! Ha!

Now that you mention it; that's wierd. I am certain he did not ask me anything about you.

how bizarre. Why did MP think you would be interested in meeting MA?

i don't know. it is. MP is the one who set the whole thing up. how did you know that?

Because as you told the story, it all started with MP, then you said you met MA, so it was a guess.

oh. sorry. my paranoia again...

you know of course that MA is known to be a skilled programmer with disociated people.

yes, i am well aware of that.

Bummer. Then if I were you I'd check in with my internal system. How co-conscious are you?

when i agreed to meet with MP and MA, I felt that I could be reasonably safe by meeting in a very public well travelled place. since i appear to not have lost any time, i do not believe anything happened.

That's a dumb question, I know. But I don't know how else to bring it up. The point is that they now know your history and you are not safe . I can't believe that you think you are, nor do I know why you moved to SF.

i already did that, back then. that meeting was extremely upsetting for some of us; and threw us off for awhile. I was learning how to race sail boats and used to go to the marina weekly. Now it has been over a month and nearly 2 months since I have been there.

I really don't know what to say.

i have spent my life running. my parents died back in 1995. since that time, i went into consulting, always on the move. i lost my last two jobs because of all of the shit that got stirred up. up until that time, things have been reasonably stable. then, when MD contacted me back in Nov., everything went to hell. That was one. a previous associate of mine is always telling me about how great SF is and how much money you can make.

Geeze, I wish you would get the heck out of there

then, in april, when MD left the threat on my phone, I took the one job that was not where i was at the time. that job was in SF. i was asked to resign from that job a month and a half ago. of course, my work experience is good enough, so i got another one right away

I'm sorry you're in this position.

it's not your fault. this kind of stuff happens. anyway, i've been through worse, really. i just

|  | wanted to make sure you are safe. you REALLY do need to be careful, cuz these people are very dangerous indeed, and very serious. i am not worried about myself. maybe i should be, but i am not. |
|---|---|
| Well are they planning on trying to surpise me during the next few weeks? | when i read your posts on usenet, after we emailed, i realized why MP was so upset. he has not said anything at all about you since our meeting, so that whole thing threw me. i guess even they can't keep their cool that long, huh? |
| Did he speak to you in person or just an e-mail. | on the phone. he has my phone number. he said something about buying tamales, and that he'd bought me a dozen. |
| ?? | oh, one day we talked about food (he always talks about food), anyway, i mentioned that i like tamales, and he said his neighbor makes them and next time he's (his neighbor) by, he would get some for me. |
| Good gads, I shudder just thinking about it. Did MP say he was going to hurt me? | there are at least 2 people, that i know of who have mentioned physical harm. one here in SF, the other up north. Don also suggested i talk to the SF DA about this. I have yet to reach him (the DA). |
| I know it's a bummer to move, I've done it often, but I wish you would at least change residences, change your phone number and just interact with these people via e-mail. | oh, and i just remembered something else... don't know if this means anything, but there are whisperings about halloween. Does this have any significance to you? |
| No, only that I'm sure they'd like to serve me up for dinner. | my name is not listed on the roster (i live in a secured building)... the only main thing that worries me is that i walk several block home, and usually very late at night. i've been doing this for several months now, and have been okay, but, since everything recently, i've felt a bit paranoid. |
| MA must own the city of SF by now. I'im sure he has access to phone records. Once they have your number, they must know your residence. | why would MA. care about me? i'm really pretty boring and don't do much, other than techno-dweeb stuff, and stuff for my DOJ friend every so often. |
| BTW, after saying you found my computer trail, you relayed some info that wasn't right. I don't have a @home account. So in case you've been corresponding with someone who has that account, it's not me. MA would care about you becuse he can use you and you are a SRA survivor. So he probably wants to invite you to his next meeting. | well that's good. one of your posts had an @home IP address. |
| Does he still live full-time in SF? | I have no idea where he lives. |

Just curious, what was the reason MP gave you for the meeting with MA?

I thought they might be able to help me find out who torched MK's house.

do you think MP and MA actually care who torched K's house? These people I'm sure were the ones making it appear the way it did. I'm going to have to go eat soon, I'm famished.

no. of course not. but, i thought there might be a chance.

How does MA look? I've seen his picture but is he fat?

yeah, me too. anyway. don't know if i helped you any. I really do hope so. MA has black hair. they do make quite a pair (giggle). i can't recall exactly what MA looks like, except the picture that's out on the web. when i try recalling him sitting at the table, i just see that picture pasted where he is sitting. weird huh?

Very werid. he might have hypnotized you.

yeah, when i was just trying to recall his face, and that picture came up, that thought occured to me...

Well we can only hope for the best but prepare for the worst. Unless there's something else I've got to go eat.

that's it, until next time, or until i hear anything. once again, hope i've helped you. and please, don't worry about me. i've lived with this stuff for ever, it seems. Take Care!

free hosting by dencity.com

*Exhibit 7*

**reply to author     reply to all      forward       redirect      move to folder   move to trash**

**your email**

**Subject:** **Re: I hope you know what you are doing...**
    **Date:** Fri, 22 Oct 1999 15:27:32 -0500
  **From:** "kjamson" <kjamson@webmail.city2city.com>
     **To:** "Trinity S Dream" <TrinitySDream@City2City.com>

---

> The only reason I'm not there under my own
> name (pseudo) is due to what they pulled on
> me when I was on the SE site. I'm not trying
> to be anonymous, just coy.

>Coy? I wouldn't exactly call your postings coy.
>It's not like theycan't figure out that it's you posting.

I'm making it as obvious as possible.

>You DO realize they are just going to turn up the
>heat on me, right?

You don't know who I am so what's the beef?
I don't write for anyone else, nor do I back
down for any reason. If they turn up the heat
on you, tell them you only investigate people
who are committing crimes. Right?

>Are you just trying to piss them off so they'll
>decide to take matters into their own hands?

Both. I'm not scared of these people and I
have various tricks up my sleeve. I've been
aware for a long time that I'm not doing
anything illegal. If they actually do follow
me and take me to court, I'll see that they
fry for it. If they want to try to hurt me,
who cares. I'm prepared for all possibilites
and all types of assholes. I also carry
a gun. Be sure to tell them that.

   K

---------------------------------------------------------------------------
Get free email, chat, and much more from City2City.com.

Exhibit 8



# Hotmail  kids2curio@hotmail.com

Passport
sign out

Inbox        Compose        Addresses        Folders        Options        Help

Folder: **Inbox**

From: "C J" <curiojones3@hotmail.com> Save Address Block Sender
To: kids2curio@hotmail.com **Save Addresses**
Date: Sat, 06 Nov 1999 18:37:47 EST
MIME-Version: 1.0
Received: from 207.214.0.183 by www.hotmail.com with HTTP;Sat, 06 Nov 1999 15:37:47 PST
X-Originating-IP: [207.214.0.183]
View Email Message Source

Reply        Reply All        Forward        Delete        Previous        Next        Close

Content-Type: text/plain; format=flowed

Michelle.Devereaux@StObsidian.Com
candrews@ci.renton.wa.us
Request for you to physically stay away from me - web page
site corrected


Dear Michelle, I appreciate some of your commentary and I
want you to know that. However your recent actions have
disturbed me. I have openly stated that I am from San Diego
and that fact can be easily referenced. I made a point to
say it after your friend Karen Kennedy was misidentified
as me in order to help her. I have made little attempt to
be completely anonymous and a few people do know who I am
although nobody to date has violated my privacy.

You requested that we meet several weeks ago and I said
no. You agreed and said it wasn't a good idea because you
could be followed. Instead, what you apparently did was
to follow me against my wishes two weeks later and you
have exposed me to very real danger. Now there is an
anonymous person on the internet claiming my picture has
been taken by a "lurker" - which has been your pseudonym.

Because of your stated background, I am seriously disturbed
by this and I think I should be.

Please do not violate my privacy again. I don't think that's

too much to ask.

Karen 'Curio' Jones
http://members.tripod.com/~Curio_5_/index.html

PS. My kar5@hotmail.com account has apparently been hacked
into and all of my mail is gone. You indicated that you do
hacking, Michelle, but I sincerely hope you did not do this.

Again, this is a violation of my privacy and I am not

committing any crimes although I understand that there are
many dangerous people angry with me and some of them were
approached by you to find me. This message is being sent
from this account because I want it clearly on record that
I have asked you to stop following me. I am cc'ing Charlie
Andrews because you were brought into the arson
investigation
under his watch and I want him to know this.

Get New Hotmail Notifications and Free Instant Messaging at
http://messenger.msn.com

Reply        Reply All        Forward        Delete        Previous        Next        Close

 (Move to Selected Folder)

Inbox        Compose        Addresses        Folders        Options        Help

Get notified when you have new Hotmail or when your friends are on-line. Send instant messages. Click here to get your
FREE download of MSN Messenger Service!

Buy Books | Buy Music | Cars | Clothes | Download Music | Entertainment
Free Games | Free Home Pages | PC Downloads | Travel Agent | Yellow Pages | More...

Search the web: 

© 1999 Microsoft Corporation. All rights reserved. Terms of Service    Privacy Statement



**Hotmail** *curiojones3@hotmail.com*

Passport
sign out

| Inbox | Compose | Addresses | Folders | Options | Help |

**Folder: Inbox**

**From:** "Michelle Devereaux" <Michelle.Devereaux@StObsidian.Com> **Save Address Block Sender**
**To:** "C J" <curiojones3@hotmail.com> **Save Addresses**
**CC:** <candrews@ci.renton.wa.us> **Save Addresses**
**Subject: Re: Request for you to physically stay away from me - web page site corrected**
**Date:** Tue, 9 Nov 1999 08:56:12 -0800
MIME-Version: 1.0
From Michelle.Devereaux@StObsidian.Com Tue Nov 09 08:54:03 1999
Received: from [207.69.200.110] by hotmail.com (3.2) with ESMTP id
MHotMailB9F19CAB0075D820F3C9CF45C86E33100; Tue Nov 09 08:54:03 1999
Received: from morpheus (user-33qtjil.dialup.mindspring.com [199.174.206.85])by smtp6.mindspring.com
(8.8.5/8.8.5) with SMTP id LAA02527;Tue, 9 Nov 1999 11:53:46 -0500 (EST)
Message-ID: <004601bf2ad3$55603e20$55ceaec7@morpheus>
References: <19991106232342.47791.qmail@hotmail.com>
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2615.200
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2615.200
View Email Message Source

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: 7bit

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

bcc: to various interested legal parties

Some comments...

One, last time I heard, a Library was still public property.  That we
may have ended up reading our email from computers in the same
building is purely coincidental. Two, I do not, and have never, been
involved in computer 'hacking'.  If you are referring to the fact
that I can read electronic fingerprints (or that I have assisted law
enforcement in recovering deleted data), then please get your facts
straight.

Further more, I remind you that I am not the one who posted Karen
Kennedy's personal information to the internet, thereby putting her
in the potential harms way that you have been going on about for the
last couple of years.  And though that address may have been posted
to Witchhunt first, Witchhunt, at that time was a private mailing
list, not on the world wide web, where any lunatic could lift it at
will.  If people, as you claim, "are out to cause you physical harm,"
then why on earth would you post an innocent person's personal
information to the Web?

BTW, is it true that you are carrying a concealled weapon, as you stated in your email to me?  I sure hope you have a license to carry.  After all, I do believe it is still illegal to carry a weapon (concealled or otherwise) on to University grounds in the state of California.  I also believe it is illegal to use electronic media to threaten people with such a weapon.  Of course, I suppose you'll argue that asking me to tell 'them' that you have a gun is not a threat, however, within the context of your email, it is easily recognizable as a threat. Either way, you might want to check into that.

Take Care Ms. Karen Curio Jones

As I've stated before, if you really want to help abused kids, then maybe you should get yourself down to the San Diego Computer Crime Lab and volunteer your services instead of running around the internet, annoying those of us who are actively trying to keep kids safe.

Regards,
Michelle Devereaux

- ----- Original Message -----
From: C J <curiojones3@hotmail.com>

Dear Michelle, I appreciate some of your commentary and I want you to know that. However your recent actions have disturbed me. I have openly stated that I am from San Diego and that fact can be easily referenced. I made a point to say it after your friend Karen Kennedy was misidentified as me in order to help her. I have made little attempt to be completely anonymous and a few people do know who I am although nobody to date has violated my privacy.

You requested that we meet several weeks ago and I said no. You agreed and said it wasn't a good idea because you could be followed. Instead, what you apparently did was to follow me against my wishes two weeks later and you have exposed me to very real danger. Now there is an anonymous person on the internet claiming my picture has been taken by a "lurker" - which has been your pseudonym.

Because of your stated background, I am seriously disturbed by this and I think I should be.

Please do not violate my privacy again. I don't think that's too much to ask.

Karen 'Curio' Jones
http://members.tripod.com/~Curio 5 /index.html

PS. My kar5@hotmail.com account has apparently been hacked into and all of my mail is gone. You indicated that you do hacking, Michelle, but I sincerely hope you did not do this. Again, this is a violation of my privacy and I am not committing any crimes although I understand that there are many dangerous people angry with me and some of them were approached by you to find me. This message is being sent from this account because I want it clearly on record that I have asked you to stop following me. I am cc'ing Charlie Andrews because you were brought into the arson investigation under his watch and I want him to know this.

```
Get Your Private, Free Email at http://www.hotmail.com

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.5.1

iQA/AwUBOChSK2mr7USbEYZBEQLG1wCfZCD7ep5+wIogaWTQTAiVXaZ6cEgAoMIo
aE5X8l8w3PtfK1x6Ppu9ZjhU
=zySb
-----END PGP SIGNATURE-----
```

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

Move To   (Move to Selected Folder) ▼

| Inbox | Compose | Addresses | Folders | Options | Help |

Get notified when you have new Hotmail or when your friends are on-line. Send instant messages.
Click here to get your FREE download of MSN Messenger Service!

Buy Books | Buy Music | Cars | Clothes | Download Music | Entertainment
Free Games | Free Home Pages | PC Downloads | Travel Agent | Yellow Pages | More...

**Search** the web: [                    ]  [ Search ]

© 1999 Microsoft Corporation. All rights reserved. Terms of Service   Privacy Statement

Exhibit 10

## ProQuest

Databases selected:  San Diego Union-Tribune

## A Web of intrigue | The search for Curio leads cybersleuths down a twisted path; [1 2 Edition]

*Mark Sauer.* **The San Diego Union - Tribune.** San Diego, Calif.: Sep 24, 2000. pg. E.1

**Abstract (Summary)**
Now they were being challenged -- libeled, in their words -- by someone who operated at a distinct advantage. Curio (who often went by the full pseudonym Karen Curio Jones) said her anonymity was necessary "for safety reasons" and she protected it fiercely.

[Carol Hopkins] later formed the Justice Committee and publicized what she identified as false allegations of child abuse here and around the nation. Curio blamed Hopkins and two San Diego Union-Tribune reporters (Jim Okerblom and the author of this story) for ending official interest here in satanic-ritual abuse:

She and Lt. Eddie Gilbert agreed to work with [Michelle Devereaux] to catch [Curio] as she posted from SDSU. Devereaux turned over her secret photos and a detailed description of Curio; the computer-lab was alerted.

**Full Text** (2585 words)

*Copyright Union-Tribune Publishing Co. Sep 24, 2000*

Armed with a telephoto lens and a laptop computer with a hidden camera, Michelle Devereaux headed south from San Francisco on a mission to find Curio.

Devereaux and her friend Barry camped out for hours at the computer lab in SDSU's Love Library, Curio's favorite place for launching salvos in her cyberspace campaign. Curio didn't show.

Just when Devereaux was about to give up, however, she spotted a trim, middle-aged woman with longish brown hair sitting amid the forest of computer terminals.

Was it Curio? Devereaux had seen her once, even chatted with her briefly, on a reconnaissance tour of the computer lab a month before. But she had to be sure.

She dispatched Barry with the laptop camera to a vacant machine across from their target with orders to start snapping surreptitiously. Then Devereaux took out a monocular so she could get a long-range view of what the woman was reading on her screen.

Bingo!

Devereaux hastily scribbled a note to Barry: "It's Curio! She's reading an e-mail I sent her last night!" She handed the note to the student sitting next to her: "Would you please give this to that guy over there, the one with the baseball cap that says `Psycho'?"

The kid looked at her like she was crazy, but did as Devereaux requested.

A dozen or more people from San Diego to Washington State and beyond -- all victims of Curio's Internet missives -- had been trying to unmask the notorious cyber crusader for nearly five years.

Now Devereaux had her in the cross hairs. But the photos wouldn't be enough. She hatched a plan:

Barry would wait out front with the telephoto lens. Devereaux would pick the right moment and approach Curio; she'd get spooked, head for the parking lot and Barry would photograph her license plate.

Then they'd have her.

It would have worked, too, if Barry hadn't got bored waiting and gone back inside for a soda.

Curio got away on that day last October. The photos of her from the secret camera weren't that clear; nobody recognized the woman staring at the SDSU computer screen.

It would be another eight months before those who have railed against her online, have sued her, have traded implied threats with her and reported her to the police would get the answer to the question tormenting them:

Who is Curio and why is she saying such nasty things about us on the Internet?

o o o

Amid her many hundreds of Internet postings, Curio offers several glimpses into her background.

In May 1997 she wrote that she had "worked in many facets of the child-abuse field for 10 years." She had "seen all manner of atrocities committed against children and witnessed all types of adult games played to avoid culpability."

Ten years earlier, Curio learned of a new form of child abuse. "Having a 17-year personal background in the `occult' has educated me about types of individuals who walk this path.

"My particular interest is in the subject of ritual abuse."

The words "ritual abuse" were often preceded by the word "satanic" in a debate that raged across America for 15 years, from the early 1980s to mid-90s.

Certain psychotherapists and some police investigators and prosecutors purported to have evidence of underground cults, satanic and otherwise, who had taken control of day-care centers and were abusing preschoolers in blood rituals.

These supposedly involved animal -- and even human -- sacrifice, cannibalism, torture and all manner of sexual abuse.

The ritual-abuse scare rocked the nation. The McMartin Preschool case in Manhattan Beach in the early '80s was followed by the Dale Akiki prosecution in San Diego and scores of similar cases around the United States, Canada, Britain and Australia. The media stories were endless.

Following the acquittals of the McMartin defendants and Akiki (who won more than $3 million from local authorities in a civil lawsuit), the theory of a satanic-ritual-abuse conspiracy was discredited by mental-health experts and the courts.

A 10-year investigation of satanic-ritual-abuse allegations by FBI Special Agent Ken Lanning turned up virtually nothing. Yet certain people persist in their belief in "these heinous crimes against children." Curio claims to be able to document 50 such cases worldwide.

In her zeal to protect "young victims," Curio has posted extensive information about notable individuals who worked hard over the years to debunk the notion of satanic-ritual-abuse.

Most of these people have stated their conclusions regarding ritual abuse in public forums and have been questioned in open court, where no one is anonymous.

But now they were being challenged -- libeled, in their words -- by someone who operated at a distinct advantage. Curio (who often went by the full pseudonym Karen Curio Jones) said her anonymity was necessary "for safety reasons" and she protected it fiercely.

That drove her opponents in the Internet "flame wars" nuts.

"You can't imagine what this does to you until you've gone through it," said Carol Hopkins, who is near the top of Curio's Internet enemies list. "She has disrupted our personal lives, called employers, talked to law-enforcement.

"She makes all sorts of unsubstantiated claims. There are a lot of crazies out there and some may be willing to act. It is truly frightening."

o o o

Carol Hopkins was a natural target for Curio.

A former school administrator, Hopkins was an outspoken member of the 1991-92 San Diego County Grand Jury that blasted the child- protection system after investigating wide-ranging allegations of zealous social workers removing children from their homes without cause.

Hopkins later formed the Justice Committee and publicized what she identified as false allegations of child abuse here and around the nation. Curio blamed Hopkins and two San Diego Union-Tribune reporters (Jim Okerblom and the author of this story) for ending official interest here in satanic-ritual abuse:

"In my opinion, Carol Hopkins, Mark Sauer and Jim Okerblom misreported on and gave a one-sided portrayal of ritual abuse for the county of San Diego nonstop for approximately six years," Curio wrote in a post revealing Hopkins' recent move to Mexico.

"Her criticism of me on the Internet was constant," Hopkins said. "She accused me of protecting child molesters, insinuated I was a child molester, claimed I don't believe child abuse exists. Curio was a big factor in my decision to give up the Justice Committee.

"I moved to Mexico for a fresh start and then she tracks me down here. I've learned that nobody escapes the Internet."

Another of Curio's favorite subjects is Elizabeth Loftus, professor of psychology and adjunct professor of law at the University of Washington in Seattle.

An internationally known expert on the workings of memory, Loftus has written numerous articles and books decrying the idea that trauma associated with child sexual abuse acts to repress the memory of such horrible events.

And she has testified for the defense in many trials (including the Akiki case), explaining how memories -- especially those of young children -- can be manipulated, even by well-meaning people.

According to Curio, Loftus "colluded with" Hopkins to write the critical grand-jury reports, a claim both women denounce as absurd.

Loftus said she recently was invited to deliver the keynote address at a convention of the New Zealand Psychology Society and arrived to find herself the center of controversy.

Accusations that she conspires to protect child molesters, many fueled by Curio's Internet postings, led to a story in the Wellington Evening Post and stoked the talk-show fires.

"I spent most of my time defending myself against misrepresentations," Loftus said. "People attending my speech were met by individuals with 27-page booklets -- much of it compiled from the Internet -- accusing me of all sorts of vile stuff.

"These kinds of things can have a life beyond the time and geographical borders we're used to thinking of."

But if Hopkins and Loftus consider Curio a tireless nuisance, Michael Aquino considered her a threat to his safety and that of his family.

Aquino said that is why he filed suit in San Diego Superior Court against a local Internet provider in a failed attempt to learn Curio's identity.

It seems inevitable that the retired Army intelligence officer from San Francisco would loom large on Curio's radar screen.

He was, after all, a top official in the late Anton LaVey's Church of Satan and founded the Temple of Set, a quasi-religious institution that many consider satanic.

In the late 1980s, Aquino was investigated in a McMartin/Akiki- type case centering on allegations of satanic abuse at a day-care center at San Francisco's Presidio military base.

Aquino, who was a lieutenant colonel, was questioned because of his satanic beliefs. Neither Aquino nor anyone associated with him was ever charged, much less tried and convicted, in the Presidio case -- a point Curio concedes.

But that hasn't stopped her from insinuating he abuses children in satanic rituals.

"My basic interest was to identify an anonymous person who, because of his/her obsessions and delusions, might pose a threat to the safety of myself and my family," Aquino said.

Curio claims that Aquino was booted out of the Army as a result of the Presidio investigation.

Aquino, who adamantly denies any involvement in the Presidio day- care center or satanic-ritual abuse, said that in addition to the Bronze Star (1970) and many other military awards, he was awarded the Meritorious Service Medal in 1994 following his voluntary retirement from the Army.

o o o

In the beginning, Michelle Devereaux said, she was not a target of Curio but a compatriot.

Devereaux, 43, has two grown sons, a plethora of tattoos and body piercings and an extraordinary knowledge of cyberspace after 20 years in the computer business.

She also once believed she had been abused by a satanic cult herself.

"Curio and I were coming from the same place -- I spent eight or nine years in therapy, all the while researching satanic-ritual abuse," Devereaux said. "It wasn't until 1999 that I exited the cloud of unknowing."

Curio, she said, "sealed it for me that this stuff is all a bunch of crap. When she came along doing her Internet thing and saying all this stuff about these people, I finally realized how crazy it all was.

"I feel sorry for her on one hand. But she's vicious. And she's got her supporters. She was really hurting people. I decided to get involved."

Devereaux became a cyber-sleuth. She traced Curio's Internet posts to specific computers.

Besides her home computer, Curio posted from computer labs at SDSU, USD and UCSD as well as from Children's Hospital, Sharp HealthCare Centers, San Diego Public Library, San Diego County Library and local cyber cafes.

So determined was she to protect her anonymity, Curio not only favored public computers but also forged her online identity and scrambled her electronic trail.

But Devereaux eventually smoked her out.

"I came up with a way to monitor the Internet so every time she posted, I got paged," Devereaux said.

She had contacted police in San Diego and San Francisco about Curio's "cyberstalking crusade," yet failed to garner much interest. But Devereaux found a sympathetic ear at SDSU Police headquarters on campus.

"In some of the Internet correspondence, it was alleged that Curio had made threats and might be carrying a gun. That raised our interest," said Detective Susan McCrary.

She and Lt. Eddie Gilbert agreed to work with Devereaux to catch Curio as she posted from SDSU. Devereaux turned over her secret photos and a detailed description of Curio; the computer-lab was alerted.

In late May, Gilbert got a sudden call from Devereaux: Curio was posting. "I rushed over, but she was gone," he said.

Then on Tuesday, June 13 at 1 p.m., Devereaux's pager again went off. She called Gilbert immediately; he again hustled over to the computer lab in the center of campus.

And there she was.

"I was in plain clothes with another investigator," Gilbert said. "She didn't match the photo I had -- she'd cut her hair. But I was pretty sure it was her. I requested back-up from uniformed officers because of the information about a gun.

"(Curio) moved to another computer and I noticed she had signed on as ThomasDylan@hotmail -- one of her aliases. We moved in and detained her.

"She was extremely upset, kind of paranoid, really. She said dangerous people had been after her for some time, that they were out to get her and now the police were cooperating with them."

The officers searched Curio's bag but found no gun.

"When we asked if she'd been using university computers to harass people on the Internet, she said, `I post messages and information.' She denied ever harassing anyone in her life, however."

But Curio was anonymous no longer.

Her name, Gilbert said, is Diana L. Napolis, 44, of La Mesa. She worked for San Diego County as a child-protection-services investigator for many years before leaving that post in 1996.

"She told us she is self-employed now, working in child-custody cases downtown," McCrary said.

The police warned her not to use SDSU computers any longer. "One of our big concerns on this campus is stalking and harassment," McCrary said.

Then they let her go.

Within days of Curio's apprehension at SDSU, state records show, a Diana L. Napolis obtained a marriage and family counseling license from the state of California, enabling her to practice psychotherapy.

o o o

Napolis ignored several requests to be interviewed for this story. Whatever motivates her remains pretty much a secret.

But now that Curio has been exposed, no one involved is quite sure what to do.

"It's like the dog who chases cars and finally catches one," Devereaux said. "Now what?"

SDSU police say they are maintaining a file on her and if there's enough evidence of cyberstalking and harassment, they may recommend that the district attorney file charges. California is one of the few states with an anti-cyberstalking law.

"It's a very gray area, though," McCrary said. "She hasn't made any physical threats. Everything's been done in a public forum."

But pulling back the curtain on Curio to reveal Napolis has effectively stripped her of her power, Devereaux contends.

That may be enough, Aquino said: "Now that this person has been identified, that `faceless' threat no longer exists. She is now just another woman with `satanic ritual-abuse' sexual fantasies."

Carol Hopkins likens Napolis to "the mythical Japanese soldier stumbling out of the jungle still fighting World War II."

"Conspiracy theories about satanic-ritual abuse have been thoroughly discredited by reasonable people, but true believers remain."

She said the Curio case boils down to a civil-rights issue:

Do First Amendment rights of free speech trump the rights of those being accused of a crime (child molestation) to know their accuser's identity?

"On the Internet now, you can say almost anything you want, and there's nothing to stop you," Hopkins said. "When we didn't know who Curio was, she had power. To finally learn she's a nobody, why even bother with her now?"

Of course Diana Napolis/Karen Curio Jones has her own opinion, posted on the Internet:

"This is still the United States and I believe it is wrong to try and censor speech just because you don't like the message."

**[Illustration]**
1 DRAWING | 2 PICS; Caption: 2. Memory expert Elizabeth Loftus testified in Dale Akiki's trial. (E-3) 3. Carol Hopkins, favorite Curio target, is a former San Diego grand juror. (E-3); Credit: 1. Laurie Harker / Union-Tribune

Credit: STAFF WRITER

**Indexing (document details)**

| | |
|---|---|
| People: | Devereaux, Michelle, Hopkins, Carol, Loftus, Elizabeth, Aquino, Michael, Napolis, Diana L |
| Author(s): | Mark Sauer |
| Section: | *LIFESTYLE* |
| Publication title: | The San Diego Union - Tribune. San Diego, Calif.: Sep 24, 2000. pg. E.1 |
| Source type: | Newspaper |
| ISSN: | 1063102X |
| ProQuest document ID: | 60916373 |
| Text Word Count | 2585 |
| Document URL: | http://0-proquest.umi.com.dbpcosdcsgt.co.san-diego.ca.us:80/pqdweb?did=60916373&sid=1&Fmt=3&clie ntId=17948&RQT=309&VName=PQD |

Copyright © 2007 ProQuest LLC. All rights reserved.





Google™
BETA Groups

"Louisa Napolis"    Google Search

○ Search all groups  ○ Search the Web

*Exhibit 11*

Click here for information about upcoming improvements to this beta version of Google's Usenet search.

**Usenet search result 5 for "Louisa Napolis"**

From: Corax (ccc44406@vip.cybercity-nospam.dk)                              Search Result 5
Subject: More on "Curio"
Newsgroups: alt.satanism, alt.paranormal.spells.hexes.magic, alt.religion.mormon
Date: 2001-01-12 04:52:07 PST                                              View complete thread

Original San Diego University Police Report at San Diego University Computer
Laboratory

UNIVERSITY POLICE

INCIDENT REPORT

CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY): PAGE #1 of 2

CASE#: 0 0 - 0 0 9 7 3

MONTH DAY YEAR DAY OF WEEK TIME
653(M)Harassing / Annoying Phone Calls 06 13 00 TUES 1300

INCIDENT INVOLVES: STUDENT NON-STUDENT FACULTY OR STAFF FRATERNITY SORORITY

ADDITIONAL REPORTS: CRIME ARREST CITATION NARRATIVE OTHER:

LOCATION OF INCIDENT (OR ADDRESS): CITY
SAN DIEGO STATE UNIVERSITY STUDENT COMPUTER LAB San Diego

COMPLAINANT/REPORTING PARTY: ADDRESS: TELEPHONE
M.SVEC #506 5400 CAMPINILE DR 594-1991

VICTIM: ADDRESS: TELEPHONE
WITNESS: ADDRESS: TELEPHONE
SUSPECT: STUDENT ADDRESS: TELEPHONE
RACE: SEX: DATE OF BIRTH: SOCIAL SECURITY #: DRIVERS LICENSE #:
ORGANIZATION/POSITION:
W F 11-09-55 UNK N0849359

REPORTING OFFICER/UNIT #: APPROVED BY: MONTH DAY YEAR TIME
M. SVEC #506 06 14 2000 1900

OFFICER'S OBSERVATIONS AND ACTIONS:
ON 06-13-2000, AT APPROXIMATELY 1200 HRS, I RESPONDED TO THE STUDENT
COMPUTER LAB IN THE SDSU LIBRARY TO ASSIST INVESTIGATORS. WHEN I ARRIVED I
MET WITH LT. GILBERT WHO TOLD ME THERE WAS A FEMALE IN THE LAB WHO IS THE
SUSPECT IN A CASE INVOLVING HARRASSING AND ANNOYING PHONE CALLS (REFERENCE
SAN FRANCISCO POLICE DEPARTMENT CASE #000107383).

LT. GILBERT POINTED OUT THE SUSPECT, LATER IDENTIFIED AS LOUISA NAPOLIS, WHO
WAS SITTING BEHIND TERMINAL #1006. HE ALSO INDICATED SHE MAY POSSIBLE BE
CARRYING A WEAPON AND TO USE CAUTION. I CONTACTED NAPOLIS AND ASKED HER IF
SHE WOULD STEP OUT IN THE HALLWAY TO SPEAK TO ME. OFFICER MCDANIEL #519
PATTED NAPOLIS DOWN FOR ANY WEAPONS AND NOTHING WAS FOUND. WHILE WAITING FOR

INVESTIGATORS I ASKED NAPOLIS BASIC PERSONAL INFORMATION TO COMPLETE A
STANDARD SAN DIEGO REGIONAL FIELD INTERVIEW REPORT. NAPOLIS WAS VERY
RELUCTANT TO GIVE INFORMATION AND STATED SEVERAL TIMES THERE WERE MANY
PEOPLE WHO WERE AFTER HER AND DIDN'T WANT THE INFORMATION TO BE PUBLIC.

I EXPLAINED TO NAPOLIS WE WERE TALKING TO HER IN REFERENCE TO A HARASSMENT
CASE AND SHE WAS SUSPECT. NAPOLIS STATED SHE HAS NEVER HARRASSED ANYONE IN
HER LIFE. I ALSO ASKED HER WHAT SHE WAS DOING IN THE STUDENT COMPUTER LAB IF
SHE WASN'T A SAN DIEGO STATE STUDENT (SDSU). NAPOLIS SAID THE LAB IS CLOSE
TO HOME AND SHE USES THE COMPUTERS TO COMMUNICATE WITH OTHERS ON CHILD ABUSE
CASES.

NAPOLIS ALSO MENTIONED SHE IS SELF-EMPLOYED, WORKING WITH CHILD CUSTODY
CASES IN THE DOWNTOWN SAN DIEGO AREA. A FOLLOW-UP THROUGH SAN DIEGO COUNTY
HUMAN RESOURCES SHOWED NAPOLIS WAS EMPLOYED BY THE COUNTY UP UNTIL 1996 AND
NO LONGER WORKS THERE. NAPOLIS'S DMV PRINTOUT STILL SHOWS HER AS A SAN DIEGO
COUNTY CHILD ABUSE INVESTIGATOR. RECOMMEND INVESTIGATIONS FOLOW-UP AND HAVE
THIS DELEATED.

CASE#: 00-00973
Page: 2 of 2
----------

THROUGHOUT MY CONVERSATION WITH NAPOLIS SHE WAS VERY NERVOUS AND PARANOID.
SHE BELIEVED SEVERAL PEOPLE WERE AFTER HER AND DIDN'T TRUST LAW ENFORCEMENT.

©2001 Google

Exhibit 12

Dec. 1, 07

Dear Clerks Office,

I received a letter from your department on 11/21/07 after I requested a copy of an incident report regarding harassing phone calls.

You sent me one incident report # 030191328 regarding the alleged victim Michelle Devereaux.

You also indicated that there was another report # involving Michelle Devereaux and a "Jones." You gave what looks like a partial report No. which I could not read. I am sending you the letter you sent to me with the request that you send me the second incident reporting involving Devereaux and Jones.

I can only make out the numbers 000-204-9. I am hoping you will be able to send this as soon as possible because I need it both for a court case and perhaps a criminal complaint against Devereaux for filing a false police report.

My name is Diana Napolis you know, better than I, the exact date, time, and location of this second report.

This matter is very urgent and so I request that you reply as soon as possible. Thank you very much.

Diana Napolis
(619) 462-5818

7500 Mary St.
La Mesa, Calif.
91942

*Exhibit 13*

POLICE DEPARTMENT
# CITY AND COUNTY OF SAN FRANCISCO
THOMAS J. CAHILL HALL OF JUSTICE
850 BRYANT STREET
SAN FRANCISCO, CALIFORNIA  94103-4603



**HEATHER J. FONG**
CHIEF OF POLICE

_11/21/07_
DATE

To: _Diana Napolis_
_7500 Crany St._
_La Mesa, Ca  91942_

✓ We are unable to locate the requested information in our files. _Rept # 000 107 383_

_____ We are unable to determine if the requested documents are in our files without further data.
You may resubmit your request, provided the following information is included with your request.

_____ Case number (if known).

_____ Names of persons listed in the police report.

_____ Type of incident (if accident, include License plate number).

_____ Date of the incident.

_____ Other _____

_____ Motor vehicle accidents, when there is no injury reported at the time of the accident, are generally not investigated, therefore no police report was prepared.

_____ State law prohibits the release of the requested documents.

_____ This file has been purged or destroyed.

✓ Other _Research reveals 2 reports 030-191-328 & 000-204-91_
_involving same Party (Devereaux) and one of suspect_
_(Jones)._

Prepared by: _Off. A. Lim #1316_
Report Management Section
Room 475

Report Type: Initial RMS - Original    San Francisco Police Department
**INCIDENT REPORT**

000204967

| | | | | |
|---|---|---|---|---|
| **I N C I D E N T** | Incident Number<br>000204967 | Reported Date/Time<br>02/18/2000 12:00 | Occurrence On/From Date/Time<br>10/02/1999 12:00 | Occurrence To Date/Time | CAD Number<br>000491422 |

**I N C I D E N T**

Type Of Incident
Suspicious Occurrence - 64070 / ANNOYING PHON. CALLS 19050

| Location Of Occurrence<br>2 TOWNSEND ST. #I-809 | Type Of Premise<br>Apartment |
|---|---|

| Arrest Made | Non-Suspect Incident | Suspect Known<br>Yes | Suspect Unknown | Reporting Unit<br>3B00 |
|---|---|---|---|---|

| Location Sent To : CO.B.<br>Copies To (Name Of Units) : GW<br>Assigned By : PHM, 56 | Assign To : GW<br>Report Status : Signed |
|---|---|

**O F F I C E R   D E C L A R A T I O N**

I declare under penalty of perjury, this report of _____ 2 _____ pages is true and correct, based on my personal knowledge or is based on information and belief following an investigation of the events and parties involved.

Prop 115 Certified:        5 Yrs [X]    Post Training [X]    Signature: _____

| Reporting Officer<br>MARTIN,PETER H | Star<br>56 | Station<br>CO.B. | Watch<br>DAY | Date<br>02/18/2000 13:34 |
|---|---|---|---|---|
| Reviewing Officer<br>Sgt. Edward Santos #2 | Star<br>2 | Station<br>B | Watch<br>6/16 | Date<br>2/18/00 |
| OIC Approval Officer<br>LT. L. GORASIAN #310 | Star | | Watch | Date<br>02/18/00 |

| Report Status<br>Signed | Juv. Involved | How Cleared | Assigned To<br>GW | Copy To |
|---|---|---|---|---|

**S U B J E C T   1**

| Code<br>R/V - Reportee/Victim | Name<br>DEVEREAUX,MICHELLE | Alias |
|---|---|---|
| Home Phone | Home Address | |
| Work Phone | Work Address | |

| School (If Juvenile) | Sex<br>Female | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|

Race : Filipino                    Age : 42
Employer/School Name

**S U B J E C T   2**

| Code<br>S - Suspect | Name<br>JONES, CURIO | Alias |
|---|---|---|
| Home Phone | Home Address | |
| Work Phone | Work Address | |
| School (If Juvenile) | | |

Race : White

Incident #  000204967                                      Page  1  of  2

Report Type: Initial

**San Francisco Police Department**
**INCIDENT REPORT**

**000204967**

| N A R R A T I V E | Topic: INCIDENT NARRATIVE |
|---|---|

THE V/R, MICHELLE DEVEREAUX, SAID THAT SINCE OCTOBER 2, 1999 THE ABOVE DESCRIBED SUSPECT USING THE NAME OF CURIO JONES HAS BEEN SENDING HER NAME , ADDRESS AND TELEPHONE NUMBER  OUT OVER THE ENTERNET WITHOUT HER PERMISSION.  MS DEVEREAUX DOES HAVE A WEB CITE.  ALTHOUGH NO THREATS HAVE BEEN MADE BY MS JONES MS DEVEREAUX IS CONCERNED BECAUSE SHE HEARD OVER THE ENTERNET THAT MS JONES HAS A GUN.

SINCE NOVEMBER 2, 1999, MS DEVEREAUX HAS HAD MANY TELEPHONE CALLS WHERE THE PERSON HANGS UP OR HANGS ON THE LINE WITHOUT ANSWERING.  MS DEVEREAUX BELIEVES THE CALLS ARE BEING MADE BY MS JONES ALTHOUGH SHE HAS NO DEFINITIVE PROOF THAT MS JONES HAS BEEN MAKING THE CALLS.

*Exhibit 15*



# sci.psychology.psychotherapy

Search this

Message from discussion <u>Curio identified: Diana L Napolis</u>
<u>View parsed</u> - Show only message text
Path: supernews.google.com!sn-xit-02!sn-xit-03!supernews.com!cyclone-
sf.pbi.net!165.113.238.17!pln-
w!spln!dex!extra.newsguy.com!newsp.newsguy.com!enews3
From: San Diego Reader <donotre...@interbulletin.bogus>
Newsgroups: sci.psychology.psychotherapy
Subject: Re: Curio identified: Diana L Napolis
Date: Fri, 29 Sep 2000 05:27:39 +0000
Organization: BBS InterBulletin.com
Lines: 22
Message-ID: <39D4284B.5394235D@interbulletin.com>
References: <39cea525_1@news3.calweb.com>
NNTP-Posting-Host: ns.interbulletin.com
Content-Transfer-Encoding: 8bit
X-Newsreader: InterBulletin WebNewsreader [Beta v0.2]
X-Complaints-To: abuse@interbulletin.com

John M Price PhD <jmpr...@calweb.com> wrote in article
<39cea52...@news3.calweb.com> :
>The story is at the San Diego Union Tribune.
>
>http://www.uniontrib.com/news/uniontrib/sun/currents/news_mz1c24curio.
html
>
>Diana Louisa Napolis has an MFC license 36844
>
>Complaint forms can be found at the Board of Behavioral Sciences site:
>
>http://www.bbs.ca.gov
>
>should you feel you need them.

Hats off to Mark Sauer of the San Diego Union Tribune for writing the
elightening article on Diana Napolis. Ms. Napolis is a court-appointed
monitor in a custody situation involving my ex-daughter-in-law, who was
ruled a danger to our 5-year old grandaughter. Ms. Napolis supervises
when our granddaughter visits her mother and has been acting so strange
this summer we were about to head into court to have Ms. Napolis
replaced. She has become convinced that our granddaughter is possessed
by the devil. She claims the child told her, "in a low and frightening
voice" to never touch her or come near her again. After reading the
article, "A web of intrigue," I am convinced it is Ms. Napolis who
needs supervision and she should be replaced immediately! Why should
our hard earned tax dollars pay child custody monitor's $30/hr to tell
us our children are possessed by the devil?



**SDSU**
San Diego State University

University Police
Department of Public Safety
San Diego State University
5500 Campanile Drive
San Diego CA 92182•8210
TEL: 619•594•1991
FAX: 619•594•6653

Exhibit 16

July 2, 2001

Ms. Diana Napolis
5638 Lake Murray Blvd #194
La Mesa, CA 91942

Dear Ms. Napolis:

Thank you for your letter dated May 23, 2001 regarding an incident at
San Diego State University on June 13, 2000.

Michelle Devereaux, the original reporting party, is the only person who
requested a copy of the report. After a review of the case and pursuant
to Government Code section 6254(f), we provided her with a copy.

Also after reviewing the incident, I cannot agree with your opinion that
the officers "exercised" poor judgment. The officers were legitimately
investigating a San Francisco Police case and an allegation that you had a
weapon. We take situations involving possible weapons seriously and
have an obligation to our community to investigate them. Thank you for
your concern.

Sincerely,

John J. Carpenter
Chief of University Police

Mr. Scratch!/Private information - alt.satanism | Google Groups    Case 3:08-cv-00557-WQH-JMA    Document 1-3    Filed 03/25/2008    Page 63 of 117    Page 1 of 9

Exhibit 11

## Google Groups

## alt.satanism

[Search this group] [Search Groups]

Message from discussion Mr. Scratch!/Private information

View parsed - Show only message text

```
Path: archiver1.google.com!newsfeed.google.com!sn-xit-02!sn-post-01!supernews.com!corp.s
From: "People's Commissar" <tanijants...@my-deja.com>
Newsgroups: alt.satanism
Subject: Re: Mr. Scratch!/Private information
Date: Mon, 21 May 2001 06:21:08 -0400
Organization: Posted via Supernews, http://www.supernews.com
Message-ID: <tghr753hnco03f@corp.supernews.com>
References: <3B28CBC4@MailAndNews.com> <9e9ah0$5jh$1@news.inet.tele.dk> <tgh127s5pkbr7a@
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 5.50.4133.2400
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4133.2400
X-Complaints-To: newsabuse@supernews.com
Lines: 533
```

Just cutting off her miserable hands should work.  Maybe ripping out her
tongue too.

Yah, works great in churka countries where religious fanatic abound.

```
--
Satanic Reds http://www.geocities.com/satanicreds/
Unique - check it out!  www.darktradition.com
Member of the Satanic Council
http://www.geocities.com/saganiccouncil/mainmenu.html
Dark Doctrines part of Satanic Reds Org.
http://www.apodion.com/vad/dark/
http://satanmuse.rules.it/
SLAVA NAM! POWER TO THE WORKING PEOPLE!
```

"anon" <a...@anon.com> wrote in message
news:tgh127s5pkbr7a@corp.supernews.com...
> No harm was done?  Curio, the psychotic with her fantasies, caused untold
> harm, she ruined lives.  She caused psychological damage to the families
of
> the people she harassed and did this for years, including small children
in
> those families.   She ruined careers.  She caused a woman to have to leave
> the country.  Studies have even shown the change in neurochemistry in
people
> who are stalked this way.  And what of their wives and children?
>
> Curio should be executed.  It's as simple as that, Curio should be
executed
> to simply set an example.  She should be given the death penalty for this
> damage.
>
> In the internet age, new laws have to be made.  People can't be allowed to
> terrorize others in this way.  I see on the "COS files" (lost the URL,
> sorry) some people said something about how the Cossers were always trying
> to get information on their members; some even admitted taking part in
this
> To what end?  For purposes of terror?

> 
> Enough with this freedom of speech thing.  Some things are more important,
> such as the right of a citizen to be safe.
> 
> 
> 
> 
> "Corax" <ccc44...@vip.cybercity-nospam.dk> wrote in message
> news:9e9ah0$5jh$1@news.inet.tele.dk...
> > A web of intrigue
> > The search for Curio leads cybersleuths down a twisted path
> > 
> > By Mark Sauer
> > 
> > September 24, 2000
> > 
> > Armed with a telephoto lens and a laptop computer with a hidden camera,
> > Michelle Devereaux headed south from San Francisco on a mission to find
> > Curio.
> > 
> > Devereaux and her friend Barry camped out for hours at the computer lab
in
> > SDSU' s Love Library, Curio' s favorite place for launching salvos in
her
> > cyberspace campaign. Curio didn' t show.
> > 
> > Just when Devereaux was about to give up, however, she spotted a trim,
> > middle-aged woman with longish brown hair sitting amid the forest of
> > computer terminals.
> > 
> > Was it Curio? Devereaux had seen her once, even chatted with her
briefly,
> on
> > a reconnaissance tour of the computer lab a month before. But she had to
> be
> > sure.
> > 
> > She dispatched Barry with the laptop camera to a vacant machine across
> from
> > their target with orders to start snapping surreptitiously. Then
Devereaux
> > took out a monocular so she could get a long-range view of what the
woman
> > was reading on her screen.
> > 
> > Bingo!
> > 
> > Devereaux hastily scribbled a note to Barry: "It' s Curio! She' s
reading
> an
> > e-mail I sent her last night!" She handed the note to the student
sitting
> > next to her: "Would you please give this to that guy over there, the one
> > with the baseball cap that says ' Psycho' ?"
> > 
> > The kid looked at her like she was crazy, but did as Devereaux
requested.
> > 
> > A dozen or more people from San Diego to Washington State and beyond --
> all
> > victims of Curio' s Internet missives -- had been trying to unmask the
> > notorious cyber crusader for nearly five years.
> >

> > Now Devereaux had her in the cross hairs. But the photos wouldn' t be
> > enough. She hatched a plan:
> >
> > Barry would wait out front with the telephoto lens. Devereaux would pick
> the
> > right moment and approach Curio; she' d get spooked, head for the
parking
> > lot and Barry would photograph her license plate.
> >
> > Then they' d have her.
> >
> > It would have worked, too, if Barry hadn' t got bored waiting and gone
> back
> > inside for a soda.
> >
> > Curio got away on that day last October. The photos of her from the
secret
> > camera weren' t that clear; nobody recognized the woman staring at the
> SDSU
> > computer screen.
> >
> > It would be another eight months before those who have railed against
her
> > online, have sued her, have traded implied threats with her and reported
> her
> > to the police would get the answer to the question tormenting them:
> >
> > Who is Curio and why is she saying such nasty things about us on the
> > Internet?
> >
> >
> >
> >
> > Amid her many hundreds of Internet postings, Curio offers several
glimpses
> > into her background.
> >
> > In May 1997 she wrote that she had "worked in many facets of the
> child-abuse
> > field for 10 years." She had "seen all manner of atrocities committed
> > against children and witnessed all types of adult games played to avoid
> > culpability."
> >
> > Ten years earlier, Curio learned of a new form of child abuse. "Having a
> > 17-year personal background in the ' occult' has educated me about types
> of
> > individuals who walk this path.
> >
> > "My particular interest is in the subject of ritual abuse."
> >
> > The words "ritual abuse" were often preceded by the word "satanic" in a
> > debate that raged across America for 15 years, from the early 1980s to
> mid-'
> > 90s.
> >
> > Certain psychotherapists and some police investigators and prosecutors
> > purported to have evidence of underground cults, satanic and otherwise,
> who
> > had taken control of day-care centers and were abusing preschoolers in
> blood
> > rituals.
> >
> > These supposedly involved animal -- and even human -- sacrifice,
> > cannibalism, torture and all manner of sexual abuse.

> >
> > The ritual-abuse scare rocked the nation. The McMartin Pre-School case
in
> > Manhattan Beach in the early ' 80s was followed by the Dale Akiki
> > prosecution in San Diego and scores of similar cases around the United
> > States, Canada, Britain and Australia. The media stories were endless.
> >
> > Following the acquittals of the McMartin defendants and Akiki (who won
> more
> > than $3 million from local authorities in a civil lawsuit), the theory
of
> a
> > satanic-ritual-abuse conspiracy was discredited by mental-health experts
> and
> > the co.
> >
> > A 10-year investigation of satanic-ritual-abuse allegations by FBI
Special
> > Agent Ken Lanning turned up virtually nothing. Yet certain people
persist
> in
> > their belief in "these heinous crimes against children." Curio claims to
> be
> > able to document 50 such cases worldwide.
> >
> > In her zeal to protect "young victims," Curio has posted extensive
> > information about notable individuals who worked hard over the years to
> > debunk the notion of satanic-ritual abuse.
> >
> > Most of these people have stated their conclusions regarding ritual
abuse
> in
> > public forums and have been questioned in open court, where no one is
> > anonymous.
> >
> > But now they were being challenged -- libeled, in their words -- by
> someone
> > who operated at a distinct advantage. Curio (who often went by the full
> > pseudonym Karen Curio Jones) said her anonymity was necessary "for
safety
> > reasons" and she protected it fiercely.
> >
> > That drove her opponents in the Internet "flame wars" nuts.
> >
> > "You can' t imagine what this does to you until you' ve gone through
it,"
> > said Carol Hopkins, who is near the top of Curio' s Internet enemies
list.
> > "She has disrupted our personal lives, called employers, talked to law
> > enforcement.
> >
> > "She makes all sorts of unsubstantiated claims. There are a lot of
crazies
> > out there and some may be willing to act. It is truly frightening."
> >
> >
> >
> > Carol Hopkins was a natural target for Curio.
> >
> > A former school administrator, Hopkins was an outspoken member of the
> > 1991-92 San Diego County Grand Jury that blasted the child-protection
> system
> > after investigating wide-ranging allegations of zealous social workers

> > removing children from their homes without cause.
> >
> >
> > Hopkins later formed the Justice Committee and publicized what she
> > identified as false allegations of child abuse here and around the
nation.
> > Curio blamed Hopkins and two San Diego Union-Tribune reporters (Jim
> Okerblom
> > and the author of this story) for ending official interest here in
> > satanic-ritual abuse:
> >
> > "In my opinion, Carol Hopkins, Mark Sauer and Jim Okerblom misreported
on
> > and gave a one-sided portrayal of ritual abuse for the county of San
Diego
> > nonstop for approximately six years," Curio wrote in a post revealing
> > Hopkins' recent move to Mexico.
> >
> > "Her criticism of me on the Internet was constant," Hopkins said. "She
> > accused me of protecting child molesters, insinuated I was a child
> molester,
> > claimed I don' t believe child abuse exists. Curio was a big factor in
my
> > decision to give up the Justice Committee.
> >
> > "I moved to Mexico for a fresh start and then she tracks me down here.
I'
> ve
> > learned that nobody escapes the Internet."
> >
> > Another of Curio' s favorite subjects is Elizabeth Loftus, professor of
> > psychology and adjunct professor of law at the University of Washington
in
> > Seattle.
> >
> > An internationally known expert on the workings of memory, Loftus has
> > written numerous articles and books decrying the idea that trauma
> associated
> > with child sexual abuse acts to repress the memory of such horrible
> events.
> >
> > And she has testified for the defense in many trials (including the
Akiki
> > case), explaining how memories -- especially those of young children --
> can
> > be manipulated, even by well-meaning people.
> >
> > According to Curio, Loftus "colluded with" Hopkins to write the critical
> > grand-jury reports, a claim both women denounce as absurd.
> >
> > Loftus said she recently was invited to deliver the keynote address at a
> > convention of the New Zealand Psychology Society and arrived to find
> herself
> > the center of controversy.
> >
> > Accusations that she conspires to protect child molesters, many fueled
by
> > Curio' s Internet postings, led to a story in the Wellington Evening
Post
> > and stoked the talk-show fires.
> >
> > "I spent most of my time defending myself against misrepresentations,"
> > Loftus said. "People attending my speech were met by individuals with
> > 27-page booklets -- much of it compiled from the Internet -- accusing me

> > of
> > all sorts of vile stuff.
> >
> > "These kinds of things can have a life beyond the time and geographical
> > borders we' re used to thinking of."
> >
> > But if Hopkins and Loftus consider Curio a tireless nuisance, Michael
> Aquino
> > considered her a threat to his safety and that of his family.
> >
> > Aquino said that is why he filed suit in San Diego Superior Court
against
> a
> > local Internet provider in a failed attempt to learn Curio' s identity.
> >
> > It seems inevitable that the retired Army intelligence officer from San
> > Francisco would loom large on Curio' s radar screen.
> >
> > He was, after all, a top official in the late Anton LaVey' s Church of
> Satan
> > and founded the Temple of Set, a quasi-religious institution that many
> > consider satanic.
> >
> > In the late 1980s, Aquino was investigated in a McMartin/Akiki-type case
> > centering on allegations of satanic abuse at a day-care center at San
> > Francisco' s Presidio military base.
> >
> > Aquino, who was a lieutenant colonel, was questioned because of his
> satanic
> > beliefs. Neither Aquino nor anyone associated with him was ever charged,
> > much less tried and convicted, in the Presidio case -- a point Curio
> > concedes.
> >
> > But that hasn' t stopped her from insinuating he abuses children in
> satanic
> > rituals.
> >
> > "My basic interest was to identify an anonymous person who, because of
> > his/her obsessions and delusions, might pose a threat to the safety of
> > myself and my family," Aquino said.
> >
> > Curio claims that Aquino was booted out of the Army as a result of the
> > Presidio investigation.
> >
> > Aquino, who adamantly denies any involvement in the Presidio day-care
> center
> > or satanic-ritual abuse, said that in addition to the Bronze Star (1970)
> and
> > many other military awards, he was awarded the Meritorious Service Medal
> in
> > 1994 following his voluntary retirement from the Army.
> >
> >
> >
> > In the beginning, Michelle Devereaux said, she was not a target of Curio
> but
> > a compatriot.
> >
> > Devereaux, 43, has two grown sons, a plethora of tattoos and body
> piercings
> > and an extraordinary knowledge of cyberspace after 20 years in the
> computer
> > business.

> >
> > She also once believed she had been abused by a satanic cult herself.
> >
> > "Curio and I were coming from the same place -- I spent eight or nine
> years
> > in therapy, all the while researching satanic-ritual abuse," Devereaux
> said.
> > "It wasn' t until 1999 that I exited the cloud of unknowing."
> >
> > Curio, she said, "sealed it for me that this stuff is all a bunch of
crap.
> > When she came along doing her Internet thing and saying all this stuff
> about
> > these people, I finally realized how crazy it all was.
> >
> > "I feel sorry for her on one hand. But she' s vicious. And she' s got
her
> > supporters. She was really hurting people. I decided to get involved."
> >
> > Devereaux became a cybersleuth. She traced Curio' s Internet posts to
> > specific computers.
> >
> > Besides her home computer, Curio posted from computer labs at SDSU, USD
> and
> > UCSD as well as from Children' s Hospital, Sharp HealthCare Centers, San
> > Diego Public Library, San Diego County Library and local cybercafes.
> >
> > So determined was she to protect her anonymity, Curio not only favored
> > public computers but also forged her online identity and scrambled her
> > electronic trail.
> >
> > But Devereaux eventually smoked her out.
> >
> > "I came up with a way to monitor the Internet so every time she posted,
I
> > got paged," Devereaux said.
> >
> > She had contacted police in San Diego and San Francisco about Curio' s
> > "cyberstalking crusade," yet failed to garner much interest. But
Devereaux
> > found a sympathetic ear at SDSU Police headquarters on campus.
> >
> > "In some of the Internet correspondence, it was alleged that Curio had
> made
> > threats and might be carrying a gun. That raised our interest," said
> > Detective Susan McCrary.
> >
> > She and Lt. Eddie Gilbert agreed to work with Devereaux to catch Curio
as
> > she posted from SDSU. Devereaux turned over her secret photos and a
> detailed
> > description of Curio; the computer lab was alerted.
> >
> > In late May, Gilbert got a sudden call from Devereaux: Curio was
posting.
> "I
> > rushed over, but she was gone," he said.
> >
> > Then on Tuesday, June 13 at 1 p.m., Devereaux' s pager again went off.
She
> > called Gilbert immediately; he again hustled over to the computer lab in
> the
> > center of campus.

> > And there she was.
> >
> > "I was in plain clothes with another investigator," Gilbert said. "She
> didn'
> > t match the photo I had -- she' d cut her hair. But I was pretty sure it
> was
> > her. I requested back-up from uniformed officers because of the
> information
> > about a gun.
> >
> > "(Curio) moved to another computer and I noticed she had signed on as
> > ThomasDylan@hotmail -- one of her aliases. We moved in and detained her.
> >
> > "She was extremely upset, kind of paranoid, really. She said dangerous
> > people had been after her for some time, that they were out to get her
> and
> now the police were cooperating with them."
> >
> > The officers searched Curio' s bag but found no gun.
> >
> > "When we asked if she' d been using university computers to harass
> people
> on
> > the Internet, she said, ' I post messages and information.' She denied
> ever
> > harassing anyone in her life, however."
> >
> > But Curio was anonymous no longer.
> >
> > Her name, Gilbert said, is Diana L. Napolis, 44, of La Mesa. She worked
> for
> > San Diego County as a child-protection-services investigator for many
> years
> > before leaving that post in 1996.
> >
> > "She told us she is self-employed now, working in child-custody cases
> > downtown,"
> >
> > McCrary said.
> >
> > The police warned her not to use SDSU computers any longer. "One of our
> big
> > concerns on this campus is stalking and harassment," McCrary said.
> >
> > Then they let her go.
> >
> > Within days of Curio' s apprehension at  SDSU, state records show, a
> Diana
> > L. Napolis obtained a marriage and family counseling license from the
> state
> > of California, enabling her to practice psychotherapy.
> >
> >
> > Napolis ignored several requests to be interviewed for this story.
> Whatever
> > motivates her remains pretty much a secret.
> >
> > But now that Curio has been exposed, no one involved is quite sure what
> to
> > do.
> >
> > "It' s like the dog who chases cars and finally catches one," Devereaux

```
> > said. "Now what?"
> >
> > SDSU police say they are maintaining a file on her and if there' s
enough
> > evidence of cyberstalking and harassment, they may recommend that the
> > district attorney file charges. California is one of the few states with
> an
> > anti-cyberstalking law.
> >
> > "It' s a very gray area, though," McCrary said. "She hasn' t made any
> > physical threats. Everything' s been done in a public forum."
> >
> > But pulling back the curtain on Curio to reveal Napolis has effectively
> > stripped her of her power, Devereaux contends.
> >
> > That may be enough, Aquino said: "Now that this person has been
> identified,
> > that ' faceless' threat no longer exists. She is now just another woman
> with
> > ' satanic ritual-abuse' sexual fantasies."
> >
> > Carol Hopkins likens Napolis to "the mythical Japanese soldier stumbling
> out
> > of the jungle still fighting World War II."
> >
> > "Conspiracy theories about satanic-ritual abuse have been thoroughly
> > discredited by reasonable people, but true believers remain."
> >
> > She said the Curio case boils down to a civil-rights issue:
> >
> > Do First Amendment rights of free speech trump the rights of those being
> > accused of a crime (child molestation) to know their accuser' s
identity?
> >
> > "On the Internet now, you can say almost anything you want, and there' s
> > nothing to stop you," Hopkins said. "When we didn' t know who Curio was,
> she
> > had power. To finally learn she' s a nobody, why even bother with her
> now?"
> >
> > Of course Diana Napolis/Karen Curio Jones has her own opinion, posted on
> the
> > Internet:
> >
> > "This is still the United States and I believe it is wrong to try and
> censor
> > speech just because you don' t like the message."
> >
> >
>
>
```

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

Help · Sign-in

# alt.satanism

[                    ]   [ Search this group ]  [ Search Groups ]

Message from discussion Tanya Lapensko aka Tani Jantsang

View parsed - Show only message text

```
Path: archiver1.google.com!news1.google.com!sn-xit-02!sn-post-02!sn-post-01!supernews.com!cor
From: "People's Commissar" <tanijants...@www.com>
Newsgroups: alt.satanism
Subject: Re: Tanya Lapensko aka Tani Jantsang
Date: Fri, 3 May 2002 01:48:48 -0400
Organization: Posted via Supernews, http://www.supernews.com
Message-ID: <ud4991srtgg21c@corp.supernews.com>
References: <bead79a7.0205020731.420f979d@posting.google.com> <3cd1996a$0$49109$edfadb0f@dspc
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 5.50.4807.1700
X-MIMEOLE: Produced By Microsoft MimeOLE V5.50.4807.1700
X-Complaints-To: newsabuse@supernews.com
Lines: 79
```

Oh dear.  You are a fucking NUT.

Ok, have it YOUR way, dear.  Call him my father.  Sigh.  What a joke you
are.  He died in 1976 in Russia, btw.

Yes, I think your tongue should be pulled out, or you should be legally
gagged for stalking the Aquinos and slandering the hell out of them.  People
like you endanger the very concept of "free speech."  You make a mockery of
it.

Please do keep these messages of mine.  Send them to the UFOlogists,
please do that.

Btw, tomorrow morning at 6 am I'm going to turn on my Special Dismantling
Ray (you used the word, dear) and you shall go POOF.  Your soul will be
scattered all over the cosmos.  You shall have no more incarnations - nope -
this will be your last one.  Poof, no more karma.

Sleep well, you damned fool.

Tani Jantsang aka Servitor of Ubb.

"Karen Jones" <karen.jo...@mailcity.com> wrote in message
news:bead79a7.0205021752.c44e5d5@posting.google.com...
> "People's Commissar" <tanijants...@www.com> wrote in message
news:<ud3adi83t8b116@corp.supernews.com>...
>
> (cut)
>
> >The man's name was Trofim Denisovich Lysenko - and lmao - he's not my
> >father.
>
> Tani aka Tanya Lysenko, do you mean that you are disowning your father
> psychologically?
>
> >This woman needs to be put in mental hospital and.....dismantled.
> LMAO.
> >GOD this is the best one.  This is the BEST one.

```
>
> Tani Jantsang, aka Tanya Lysenko, as you know the technology, which I
> believe you might have, is being used to dismantle human beings. I
> think that you expose yourself here. I don't consider its existence
> anything to be excited about as it is a truly _dreadful_ technology.
>
> You also know that my real name is Diana Napolis and I am not in very
> good health at all. In fact, I find it curious that you use the word
> "dismantle" at this time and whether I end up in the hospital or not
> remains to be seen. I am keeping a file of these messages. I also
> haven't
> forgotten that you wrote a post last year stating that you thought my
> tongue should be pulled out.
>
> > "Corax" <ccc44...@vip.cybercity.nospam.dk> wrote in message
> > news:3cd1996a$0$49109$edfadb0f@dspool01.news.tele.dk...
> > Hi Karen
>
> > I have a question. Last time I saw something from you, you where very
> > worried about the aliens who had done some experiments on you or
something
> > like that. Was it them who told you about that "estoterically dismantle"
> > thing? Just curious.
> > - Corax
>
> > "Karen Jones" <karen.jo...@mailcity.com> wrote in message
> > news:bead79a7.0205020731.420f979d@posting.google.com...
> > I have no idea whether this is true or not, I'm just curious.
>
> > I've heard that there was a technology developed at Lawrence Livermore
> > Laboratory last year that estoterically dismantles a human being. I was
> > also told that Tani and her father in Russia are responsible for
> > implementing this technology against other human beings and that she
> > then used this technology (at the behest of someone else )against her
> > father. Is this true?
>
> > Karen Jones
```

---

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

**Google Groups**

Recently Visited Groups ▼ | Help | Sign in

# alt.satanism

[ Search this group ] [ Search Groups ]

Message from discussion Phyllis Rosenbaum speaks jive?

View parsed - Show only message text

```
Path: archiver1.google.com!news2.google.com!news.maxwell.syr.edu!elnk-pas-nf1!news
From: "People's Commissar" <tjs...@spam.com>
Newsgroups: alt.satanism
References: <fa83c4b1fcc70b1fc16f0e62d9a098ad@cryptorebels.net> <n6hSb.2448$F23.98
Subject: Re: Phyllis Rosenbaum speaks jive?
Lines: 19
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 6.00.2800.1106
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1106
Message-ID: <_woSb.2587$uM2.1524@newsread1.news.pas.earthlink.net>
Date: Fri, 30 Jan 2004 08:24:26 GMT
NNTP-Posting-Host: 65.41.137.128
X-Complaints-To: abuse@earthlink.net
X-Trace: newsread1.news.pas.earthlink.net 1075451066 65.41.137.128 (Fri, 30 Jan 20
NNTP-Posting-Date: Fri, 30 Jan 2004 00:24:26 PST
Organization: EarthLink Inc. -- http://www.EarthLink.net

Hi BIG fan.

Nice to know  you spend your time reading my missives.

You really need to stop thinking so much about me (and possibily having
fantasies like that).  Why, heh heh, keep it up and you'll become a regula
cyberstalker on a par with Curio.


"Xori Houghton" <korihough...@hotmail.com> screamed in message
news:6db9a636.0401292052.43b11994@posting.google.com...
> "People's Commissar" <tjs...@spam.com> wrote in message
news:<n6hSb.2448$F23.984@newsread2.news.pas.earthlink.net>...
> > You need to be locked away or put on mandatory medicine with an
electronic
> > leash on your leg.
>
```

---

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2008 Google

**Google** Groups

## alt.satanism

[                    ]  [ Search this group ] [ Search Groups ]

Message from discussion Tani, ToS and Tactics

View parsed - Show only message text

```
Path: archiver1.google.com!news1.google.com!newsfeed.stanford.edu!news-spur1.maxwell.syr.edu!news.maxwell.syr.edu!ngpeer.news.aol.com!port-
Lines: 140
X-Admin: n...@aol.com
From: xe...@aol.com (Dr. Michael A. Aquino)
Newsgroups: alt.satanism
Date: 27 Mar 2002 17:33:43 GMT
References: <Pine.GSU.4.21.0203261337350.5527-100000@garcia.efn.org>
Organization: AOL http://www.aol.com
X-Newsreader: Session Scheduler (Queue Name: gng-bk)
Subject: Re: Tani, ToS and Tactics
Message-ID: <20020327123343.29664.00000053@mb-bk.aol.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1
```

Craig "Mr. Scratch" Hunt <scra...@efn.org> wrote:

>... there was some vague discussion ... at the last
>Conclave I attended.  When Tani got booted, some
>of the more short-sighted Setians were quite pleased
>that she'd be turning her ranting hostility on
>the CoS.

News to me. I don't recall Ms. Jantsang being the topic
of discussion one way or another; but if so, I think the
general impression is that she considered her "Church
of Satan" affiliation/title as something of unasked-for
convenience, and not as something in which she had
an ego-investment. I think that's pretty obvious from
the content of her posts here, which, while critical of
some of the "Church"'s behavior, are conspicuously
free from the sour-grapes whining that permeates
some other individuals' posts.

>I, on the other hand, inwardly cringed, for reasons I'll explain
>in a moment.

Seems like for the past ten years you did a lot of, um,
"inward cringing" while never once opening your mouth
to identify a problem. This does impart a certain lack of
credibility to your post-expulsion yowling about Temple of
Set "scandale".

>We've already discussed the simple-minded and downright
>poor understanding of human behavior that leads many
>Setians into making their bungling Psy-Oops maneuvers
>here, and in the rest of the public.  The reason, as you
>mentioned in comparison with the Scientologists in a post last week,
>is their need to feel as if they are on the offensive.  They feel
>that throwing up perpetual denunciations and arguments is to
>"attack" a
>problem.  Besides, it just feels good.  It doesn't matter to them if
>their arguments are illogical, ignorant, or untrue, so long as
>someone is
>denouncing the Temple's enemies.  They are totally ignorant,
>however, of the way others view their behavior in the meantime.

Actually in this paragraph I think you've done a great job
of describing exactly what *you yourself* are doing right
now, except of course that the phrase "Temple's enemies"
changes to "Temple".

>It's rather like when Aquino tried to silence online critics
>by using the unconstitutional and undemocratic
>Communications Decency Act (CDA), in spite of the
>obvious result that his efforts would be reviled as
>censorship.

Wrong on two counts:

(1) My lawsuit against Electriciti.com was for
negligence in its "failure to disclose" Diana "Curio"
Napolis' identity as a cyberstalker. My filed
complaint stated:

"... This action does not assert any claim for liability
based upon the Communications Decency Act of 1996,
S 230 or upon any theory of third party liability for
defamatory material. No claims are asserted in this
complaint as against any party based upon defamation
or negligence based upon allowing defamation to occur,
and for purposes of this complaint plaintiffs specifically
waive any rights to seek damages from any such injuries
if the same did occur. This action is not subject to the
provisions of SS 1812.10 or 2984.4 of the Civil Code, and
is not based on an action to collect a debt, is not brought
under the laws against unfair debt collection practices,
is not filed under the Domestic Violence Prevention Act,
Family Law Act, or Uniform Parentage Act."

It was *Electriciti* which invoked what you called the

"unconstitutional and undemocratic" CDA to shelter itself
from having to disclose the cyberstalker's identity.

(2) To date it seems to me that the only ones saying
that my interest in protecting myself and my family
from cyberstalking was "censorship" are pathological
Aquino-haters on alt.sandbox. The State of California
has indicated its attitude towards cyberstalking by
making it a felony (unfortunately not yet at the time
of my Disclosure-suit): California Penal Code #646.9.

>They've tried for some time to turn [Tani Jantsang]
>against RFS as well ...

Encore silly. It's quite obvious, except again perhaps to
you, that Ms. Jantsang is very much her own person,
making her own decisions for her own reasons. As for
"Radio Free Setian", as far as I'm concerned it just makes
you, Delf, and Foster look that much more sulky and
whiny; if that's the image you want, you're certainly
going about it spectacularly.

>This is why I, as a then-Setian III*, cringed ...

I'm surprised that you can walk upright at all after .
ten years of secret cringing ...

>I appeared to be a rational, thinking debater ...

Evidently you've now dispensed with that.

>And finally, in the end Tani will realize the
>tremendous differences she has with the ToS, they
>won't meet all the erratic demands she'll make of
>them (they OWE her -- she KNOWS this, she has
>ALWAYS KNOWN this!), and she will turn on them
>as well, with the crazed ferocity she is famous for.

Much as I hate to disabuse you of yet another cherished
fantasy, Ms. Jantsang hasn't made a single demand, or
even request, of the Temple of Set or myself to date. Nor
does she strike me as the kind of person who unilaterally
decides that others "owe" her something. She just calls
the shots on alt.sandbox as she sees them, and I daresay
that if I or the Temple of Set said something false or
stupid here, she'd have not the slightest qualm dragging'
a spiked ball up our ass just the way she does to you,
Pilan, Locklin, _et al._. [Actually I think she does a
pretty good job of it; she's the first person here who can
out-flame Pilan, and that's quite an accomplishment.]

Michael Aquino

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Security 7.0.3

iQA/AwUBPKICdWRWyNykJwrDEQJVBQCfcxt1ouc3Nl+UWznYKZbnpeK0dPwAoMfZ
LsTvTGTuL9J5oabf9GjtkkPa
=tKIa
-----END PGP SIGNATURE-----

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2008 Google

**Subject:** Fwd: Fyi - The SD DA Investigator's report
**From:** Dale McCulley <cavideo@mail.pacific.net>
**Date:** Sat, 08 Feb 2003 08:29:52 -0800
**To:** ellenlacter@earthlink.net

*Exhibit 21*

Here's what Michelle has sent--please hold it in confidence.

Reply-To: "michelle" <mdvx@cyber4n6.net>
From: "michelle" <mdvx@stobsidian.com>
To: "Dale McCulley" <cavideo@pacific.net>
Subject: Fyi - The SD DA Investigator's report
Date: Mon, 3 Feb 2003 18:22:36 -0800
X-Mailer: Microsoft Outlook Express 6.00.2800.1106
X-pstn-levels:    (C:82.4442 M:97.0282 P:95.9108 R:95.9108 S:27.3717 )
X-pstn-settings: 3 (1.0000:2.0000) pmCr
X-pstn-addresses: from <mdvx@stobsidian.com>
X-MailScanner: Found to be clean
X-MailScanner-SpamCheck: not spam,
        SpamAssassin (Message larger than max testing size)

Greetings Dale,

Please find attached a copy of the SD DA Investigator's report.

As to the other, the SFPD # is 107383 (filed w Det Lundberg). The SF DOJ was
filed on Friday, Jan 14, 2000 (as per adv of DOJ Detective Rolfsen). I had
been in touch with Rolfsen since October of the previous year. Additionally,
Inv. Andrews of the Renton FD has a written notarized statement (from me,
dated March, 1999), wherein I stated that it was my belief that if the fire
at Kennedy's house was an arson, it was in all likelihood related to the
"hunt for Curio." All of the above information, to include contact
information, etc., can be found in the SDSU campus report (as I spent
approximately 2 hours with the campus police in the summer of 2000, as well
as turning related electronic correspondence over to them.) They should also
talk w/det Hendron (SDPD), as he was peripherally aware of the situation.
And finally, here (below) is a letter that was sent to a prominent FMSF
person on January 13, 2000, and two others (below) sent to ma from ch.

That said, please exercise care wrt who you share the below with. Hopefully
what I have provided will contain sufficient evidence for Diana's lawyer to
be interested in subpoenaing me, in which case I would then be in a position
to "tell all."

Regards,
Michelle

--------

We share some turf, still.
Increased activity with Curio got whomped up on witchhunt recently.
Michelle somehow deeply involved. Why?

I still felt sabotaged by what happened last spring.
In any case, I put fears and rumors aside when what was really happening on
WH dawned on.

Michelle was not the manipulator; she was being manipulated by people who
had no concern for the harm it was causing. I saw that she was being
used -- for her story, for her skills, manipulated for other people's cause.
And harmed. Her painful disclosures need not have been posted; perhaps they
helped some, but it would not be her native software to do this. What was
driving this? I have my own theories.

The search for Curio was sport, not justice. bullshit, not 'protecting
people'. At WHAT expense ... for WHO ??? She should not be barricading
herself in her house, losing her job, or putting her kids in harms way. She
is now even more married to the Mob -- and that's a tricky exit.

Please use your influence to help call the dogs off. [what Leslie says is
nice, but has no teeth with the Mob]

People on both sides have put her in harms way, for 'the cause'. You had an
influential part in getting her involved in the hunt for Curio -- you could
admit this in an apology note -- it would make the mess more human. She's
cyber-smart, but the task was inappropriate for her.

p.s. The population of 'retractors' should not continue to be used for a
political cause.

the Legal Dog

--------

Dear Mr. Aquino,
You will recall that some years ago we had some communication regarding
Curio. At that time I just considered her a nuisance, one of many but did
call the person you believed her to actually be and reported back to you on
our conversation. I believe that it was after that that she came after me.
 I now live in Mexico and she has now become very dangerous to me. I enjoy
none of the legal protections
of U.S. law and a large day care case has exploded in my community. A year
ago I wrote a cautionary article and somehow the parents (Americans) made
contact with Curio and are now printing her slander as truth, trying to

have me accused and at the least removed from the country. I have decided that burying my head in the sand may be foolish. Finally, today, I have carefully read her website in the hopes it might provide a clue to her identity. I have always theorized it was Constance Dahlenberg but I don't know why Dahlenberg would be so interested in the Presidio case.

I have gone to your website and must admit that I was a bit (make that very) shocked to find that you actually are involved with the Temple of Set. I had assumed that this was all hyperbole on her part as practically nothing she writes about me is true.

---------

I am in complete agreement with your suggestion. I believe if we pool all of our information and are as careful as she is, we'll know who she is. With that in mind, I would like to create a group of you, me, Michelle, my ex-husband (David Hopkins), Gary Schons (prominently featured in the website), and Mark Sauer (also mentioned and a reporter from the San Diego Union Tribune). I can absolutely vouch for the latter three. They all know what this is doing to me and to them. You seem willing to vouch for Michelle. I would like to suggest that Peter and Pam Freyd also be included. I have great respect for their integrity and equal respect for Peter's incisive intellect.

Please, take no offense. My comments regarding the Setian World had nothing to do with anything other than shock that there was something concrete in her writings. Previously, I had found nothing even marginally truthful. (BTW, reading your site I was struck by the irony of your position on black magic. If black magic is half as powerful as you would claim, how come Curio did not long ago depart our sphere?) Understand we had hundreds of letters each week and I did not remember the substance of what you said. I do remember however that both you and Pam were certain when you gave me the name of the therapist I called that it was Curio. So, you must have had a name at that time. I am copying Peter in on this as I am certain he will remember. He never forgets anything!

Yahoo!  My Yahoo!  Mail    Make Y! your home page

**YAHOO!** HEALTH Groups    Welcome, **danhar49**
[Sign Out, My Account]

Search the Web [_____] [Search]

Health - Groups - Help

DRIVE MORE TRAFFIC TO YOUR WEB SITE.  **YAHOO!** SEARCH MARKETI

[Find Out More]

danhar49 · danhar49@yahoo.com | Group Member - Edit Membership    Start a Group | My Groups

**witchhunt**    Search for other groups... [_____]    [Search]

## Messages                                                    Mes

Message # [____] [Go] Search: [_____]    [Search] AdvancedS

### Curio Phyles resurrected                                   Me

Reply | Forward                    **Message #31353** of 38889 < Prev

- Home
- Messages
  - Post
- Database
- Members
- Calendar

- Promote

**Yahoo! Groups Tips**

**Did you know...**
Show off your group to the world. Share a photo of your group with us.

**Best of Y! Groups**



Check them out and nominate your group.

**Re: Hi Dean I'm not Curio**                     Wed Feb 5, 2003 5

--- In witchhunt@yahoogroups.com, Dean Hughson
<dean@p...> wrote:
> Too silly of a question to ask respectable people.
> Burden of proof is on you since you are making the
> assertion.... but so far all I see from you is weird
> claims and anger......we have seen litle substance
> yet. Just weird,wild claims..is that all you
> have,besides some software that helps you make
> spinning webpages? Dean

You witchhunters completely spoil your arguments by engaging in
frivolous harassing verbal attacks which only makes you look like you
have something to hide. Seriously. As we said there is extensive
documentation that will come out at the trial so you could have saved
yourself and your "respectable people" some embarrassment by asking
them the "silly question" but if you insist.

Return-Path: <chopkins@...>
Received: from rly-yeo2.mx.aol.com (rly-yeo2.mail.aol.com
[172.18.151.199]) by air-yeo1.mx.aol.com (v73.8) with
ESMTP; Sat, 06
May 2000 01:42:00 -0400
Received: from central.edsa.net.mx (central.edsa.net.mx
[200.23.156.250]) by rly-yeo2.mx.aol.com (v71.10) with

▷ Show Message

**"Angela
<darkphyres@
<darkphyres@**
darkphyres
☹ Offline
✉ Send Email

ESMTP; Sat, 06
May 2000 01:41:53 -0400
Received: from hopkins (dialup08-cva.edsa.net.mx
[200.23.156.207])
by central.edsa.net.mx (8.9.3/8.9.3) with ESMTP id
AAA13098;
Sat, 6 May 2000 00:53:48 -0500
Message-Id: <200005060553.AAA13098@...>
From: "Carol Hopkins" <chopkins@...>
To: <Xeper@...>
Cc: "Peter & Pamela Freyd" <pjf@...>
Subject: Re: Suggestion
Date: Sat, 6 May 2000 00:42:45 -0700
X-MSMail-Priority: Normal
X-Priority: 3
X-Mailer: Microsoft Internet Mail 4.70.1155
MIME-Version: 1.0
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

I am in complete agreement with your suggestion. I believe
if we
pool all of our information and are as careful as she is, we'll
know
who she is. With that in mind, I would like to create a group
of you,
me, Michelle, my ex-husband (David Hopkins), Gary Schons
(prominently
featured in the website), and Mark Sauer (also mentioned
and a
reporter from the San Diego Union Tribune). I can
absolutely vouch
for the latter three. They all know what this is doing to me
and to
them. You seem willing to vouch for Michelle. I would like
to
suggest that Peter and Pam Freyd also be included. I have
great
respect for their integrity and equal respect for Peter's
incisive
intellect.

Please, take no offense. My comments regarding the Setian
World had
nothing to do with anything other than shock that there was
something
concrete in her writings. Previously, I had found nothing
even
marginally truthful. (BTW, reading your site I was struck by
the
irony of your position on black magic. If black magic is half
as
powerful as you would claim, how come Curio did not long

ago depart
our sphere?) Understand we had hundreds of letters each week and I
did not remember the substance of what you said. I do remember
however that both you and Pam were certain when you gave me the name
of the therapist I called that it was Curio. So, you must have had a
name at that time. I am copying Peter in on this as I am certain he
will remember. He never forgets anything!

In some previous activities I have been designated a public
personality and so have little leverage for a lawsuit. Moreover, I
doubt that this woman has anything substantial that could be gained
to make a lawsuit worth an attorney's effort.. My guess is that she
is a completely isolated, lost soul. But, we'll see.

Forward                                          **Message #31353** of 38889 < Prev

Expand Messages                                  Author                  Sort b

| | | |
|---|---|---|
| **Re: Hi Dean I'm not Curio** Too silly of a question to ask respectable people. Burden of proof is on you since you are making the assertion....but so far all I see from you is weird ... | Dean Hughson thtransporta... 😟 ✉ | Feb 5, 9:28 ; |
| **Re: Hi Dean I'm not Curio** ... You witchhunters completely spoil your arguments by engaging in frivolous harassing verbal attacks which only makes you look like you have something to... | Angela <darkphyres@...> darkphyres 😟 ✉ | Feb 5, 5:28 ; |
| **Re: Hi Dean I'm not Curio** ... No Angela, I refer specifically to this comment of YOURS: "> Curio is in jail after her mind broke but don't expect that to stop ... not ... Who is "they?"... | Kenneth Pangborn, M.S. pangborn@... ✉ | Feb 5, 2:47 ; |

mailbox:///C|/WINDOWS/Application%20Data/Mozilla/Profiles/ell...

*Exhibit 23*

**Subject:** Re: FYI
**From:** "michelle" <mdvx@stobsidian.com>
**Date:** Tue, 8 Jul 2003 11:56:47 -0700
**To:** "Ellen Lacter" <ellenlacter@earthlink.net>

Dear Michelle,

    Thank you.

Greetings Ellen,

You're welcome. More between and below.

    I am still sorting through all of the ramifactions of this exchange.

As another fyi, I'm including another em that wss wrote to patton state
hospital (below sig) and also where he was in contact w/a reporter to try to
smear Lynn Crook (below sig).

I've been going back through old em, and trying to sort through stuff
myself. It's pretty bad. 😫

    Would you mind sharing with me any of your story?

    If I understood why you have done some of the things you have
done, I might be able to trust your motives now. If you could really
help Diana, that would be wonderful.

The real story is *very* long. In fact, I am presently working on a book
about it.  If the book ever gets published, I will ask the publisher to set
up a fund and direct any/all monies from the book to help Diana. It's the
very least that I can do.

I am writing the book in hopes of exposing what went on in the hunt -- read,
who was involved (e.g., Aquino, Pam & Peter Freyd, Loftus, Barden, Clarke,
Casebeer, Hopkins, Scherk, Ohme, etc) as well as the subsequent legal
tampering of her case -- read, Hopkins and Clarke.

I am an archivist. What this means is that I have tons of correspondence,
documentation, etc. that will back up what I write about in the book (or
publicly expose).

I am also writing the book in hopes of educating ppl on how they play the
game -- read, how they manipulate ppl *and* how they hurt ppl.

Ellen, a whole lot of things Diana said was quite true.

When I look at the enormity of what I did, I don't know that I will ever
forgive myself. I am not asking you to either.

I have since cut contact w/them, simply bc I fear that any contact could
draw me back in. I don't want to do that. I don't want to hurt anyone else.
I am also in the process of publicly outing several ppl -- read, barden,
hopkins, freyds, et al. They're not particularly happy w/me, but I don't
care.

As for trusting motives. When I consider what I did, I barely trust myself.
I wish I could say that I was totally clean in this. But I was not. I did
some horrible things. Things that I regret.

I once told the Diana, "you know in war, everybody gets bloody." I still
think that's as true today as I thought it was then. I've got a lot of

metaphorical blood on my hands, Ellen. I don't know that I will ever feel clean again.

And finally, I have included (below sig) an email that I wrote to Amnesty International. They have since written back and said they would send me a form to fill out so they can determine if Diana is a "Prisoner of Conscience" (their term). I am still waiting for the form.

In closing, my motives are this: to undo what harm I have done, expose the FMSF for what they are, and most importantly bc I am very scared for Diana.


Regards,
Michelle




----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: <wcarlson@dmhpsh.state.ca.us>
Sent: Thursday, March 13, 2003 9:01 AM
Subject: Query on patient mail


Dear Ms Carlson,

Looking over Patton's web page, I was unable to find anything to tell me if, under what conditions, and exactly how mail can be sent to patients. I thought your position made it likely that you would know such details!

Patton's mailing address is: 3102 East Highland Avenue, Patton, CA 92369 -- would mail reach a patient if only their address was prepended, or is there a specific protocol, patient IDs, etcetera?

I hope to send books, other reading materials as well as writing materials and postage stamps to a State defendant who is remanded to Patton under PC 1370 (IST).

Thank you kindly for your attention to this query and for any information you may provide me.


Sincerely,

William Scott Scherk
801-1855 3rd Avenue,
Prince George, BC
CANADA
V2M 5K4

(250) 401-8083
(250) 563-4801
wss@uniserve.com


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.459 / Virus Database: 258 - Release Date: 2/25/03

----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: <micaela@cyber4n6.net>
Sent: Sunday, April 27, 2003 4:43 PM
Subject: Re: Private and confidential Re: Taus v Loftus

The only one coming to mind who until recently could be regarded as neutral
is Richard McNally.
He however mentions the Jane Doe case in his recent book.
The greatest remainig problem is still Ross Cheit's list.
I have not had much ytime to work on that.
Cheit gets a pat on the back from McNally for documenting cases although the
latter points out the flaws in many of these cases to qualify as proof that
people repress memories.

I will be looking out for the UC Irvine student paper and any other
development.


----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: "Adriaan J.W. Mak" <adriaanjwmak@rogers.com>
Sent: Sunday, April 27, 2003 11:06 AM
Subject: Private and confidential Re: Taus v Loftus


Hi Adriaan,

A second story on the Taus suit will appear on Monday in the UC Irvine
student newspaper.

When Eileen posted the original story, I was intrigued.  I wrote a query
to the editor at UCI. At the same time I responded to Lynn Crook's two
postings on the POWR-L list. I wondered where the tip-off to the
newspaper had come from. She answered, as did the UCI editor a few days
later -- via an anonymous letter. Of course, I suspected that someone on
the 'other side' had tipped off the newspaper -- if not Crook herself.

I got a call this evening from one of the reporters; we chatted for  a
half hour. The paper has committed a certain amount of resources to this
story, but were a little out of their league in understanding the 'big
picture.' I may be quoted, and I don't know if that is a good thing or
not.

It looks as if they may take the 'Beast side to a greater or lesser
degree, as those people they have contacted from the anti-FMSF side are
chary of quotes. According to the reporter, the anonymous letter
contained a list of names that the paper should contact -- the names
were of people on the anti-FMSF side. The only person whose email
contact was given in the letter was Lynn Crook.

If there are people out there who want to make hay from this suit, then
the baler is being readied  right now. I got the impression that they
think they are sitting on a 'big story.'

I did my best to be 'fair' in my comments. As I wrote privately to
Crook, if her fingers can be found anywhere on the Taus case (as
adviser, whatever), and defense of the privacy/libel case will cast

Crook as an obsessed kook, and that any (real or apparent) Curio
connection would be exploited. But I explained to the reporter that
however strong suspicion was -- that Crook was initially responsible for
breaking and stroking the story -- there was no solid evidence.

The reporter had no real idea who Crook was, nor what her place was in
the "memory wars" -- did not know of the ISSD Rapid Media Response
Subcommittee, nor of her letter in support of Curio/Napolis to the
Union-Tribune, nor of her other letters to the editor, nor of her APA
ethics complaint, nor of her Ethics and Behavior articles. He told me
that, according to Amy Wilson (reporter on that great Orange County
Register story), Crook had misidentified herself as working for the
Atlantic Monthly (true? who knows?). From talking to the reporter, I
believe they are solidly behind Loftus.

The reporter was attempting to contact Jennifer Freyd and David Calof
(with no success at the time of our chat) for comment -- I guess this
means they were on the list in the anonymous letter.

He asked for someone "neutral," who had professional respect, and/or a
'name' -- who might offer commentary on the issues. Of course, the
minute anyone opens their mouth, they are not neutral to the side whose
ox is being gored. The only name I could suggest was Ken Pope, and
provided the reporter his email address.

Anyway, Adriaan, those are the details: it will either be a minor,
unremarked story in the UCI, or it may leach into a larger paper (I have
my doubts -- it is in no one's interest, really). In the meantime, I
think both sides will be working the hay-baler backchannel.

I just thought you have the contacts that I don't, and you might want to
give a heads-up to some on our 'side.'


William



---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.471 / Virus Database: 269 - Release Date: 4/11/03



----- Original Message -----
From: "michelle" <mdvx@stobsidian.com>
To: "Amnesty International" <admin-us@aiusa.org>
Sent: Tuesday, June 24, 2003 1:10 PM
Subject: Help for a political prisoner?


To whom it may concern,

An anonymous woman who had been exercising her free speech rights with
regard to a heated political area, and whom I had initially helped to
identify, was recently remanded to California's Patton State Hospital under
PC 1370 (Incompetent to Stand Trial). Although I was instrumental in helping
to identify her, I now have grave concerns with regard to this woman's
rights generally, and her safety specifically -- for example, right to
refuse medical treatment, such as medications, psychosurgery, etc.

That said, and why I am contacting you: I am of the opinion this woman is being held as a political prisoner, for the purpose of perpetrating more harm to her psyche, to basically break her will and neutralize her. In other words, to be quite frank, I do not believe she will ever see the inside of a court room to make her case.

I do not raise these concerns lightly. I raise them simply because I have already witnessed legal tampering --by those with political motivations --that are simply to numerous to mention.

It's a long story. Seriously. And I won't go into it, unless you are willing to pursue this further.

However, recall that, our country already has the highest percentage imprisoned population. Our government and civil servants have already been found guilty in perpetrating crimes against humanity. Crimes against it's very own citizens (e.g. Tuskegge Syphillis Study, Radiation Experiments, Surreptious Drug Testing, Psychosurgery, etc.). And these crimes were specifically targeted towards the institutionalized and imprisoned population, and these crimes are still occurring... today... within our country's borders.

In closing, I am of the belief that only an organization, such as yours, is in a position to move in and provide, or at least assist in providing, some type of protection for this woman. Time is of essence. Please do not turn a deaf ear to this woman's plight.

Regards,
Michelle Devereaux
--
"In Germany they came first for the Communists, and I didn't speak up because I wasn't a Communist. Then they came for the Jews, and I didn't speak up because I wasn't a Jew. Then they came for the trade unionists, and I didn't speak up because I wasn't a trade unionist. Then they came for the Catholics, and I didn't speak up because I was a Protestant. Then they came for me, and by that time no one was left to speak up." -- Martin Niemoeller, 1937

**Subject:** Re: Diana
**From:** "michelle" <mdvx@stobsidian.com>
**Date:** Mon, 4 Aug 2003 23:05:29 -0700
**To:** "Ellen Lacter" <ellenlacter@earthlink.net>

Greetings Ellen,

    She asked me if you would give me a
street address so she can subpoenae you.

Unfortunately, I am staying with friends at the moment, and therefore do not
have a street address to provide. Perhaps her lawyer could contact me at
415-358-4318 and we can figure something out.

    Also, she asked me to ask you about who
directed you to locate/expose her.

The email (below sig) clarifies 'who directed [me] to locate/expose her.'

Others who were involved with regard to keeping the pressure on -- in order
of most effective to least effective -- were:

    William Scott Scherk
    SA Jordan (AKA Reader AKA John Singleton)
    John M Price
    Carol Hopkins
    Elizabeth Loftus
    Michael Aquino
    Herman Ohme
    Greg Clarke
    Rick Thoma
    Jim Giglio
    Lesley Wimberly
    Laura Pasley
    Mark Sauer
    Michele Gregg
    Patricia Prather
    Eric Nelson
    Francine Casebeer
    Patricia Burgus

Tertiary people -- read, people who were mostly being kept up to date --
were:

    David Hopkins
    Pam & Peter Freyd
    Gary Schons.

Hmmm... I prolly missed a few, but that's all that I could think of off the
top of my head. Hope this helps(!)

With warmest wishes,
Eternally, m.

        == Ille durat qui cachinnat ==

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
The Memory Debate Archives
http://www.tmdArchives.org
[4000+ topical citations and 750+ links]

The Memory Debate Discussion Forum

http://groups.yahoo.com/group/thememorydebate
Subscribe: thememorydebate-subscribe@yahoogroups.com
--
"Things should be as simple as possible, but not simpler." - Albert Einstein


        -----Original Message-----
        From: [redacted]
        To: RCBARDEN@aol.com
        Date: Thursday, January 13, 2000 3:15 PM
        Subject: A matter of concern


        RC,

        We share some turf, still.
        Increased activity with Curio got whomped up on witchhunt
        recently.  Michelle somehow deeply involved.  Why?

        I still felt sabotaged by what happened last spring.
        In any case, I put fears and rumors aside when what was really
        happening on WH dawned on.

        Michelle was not the manipulator; she was being manipulated by
        people who had no concern for the harm it was causing.  I saw
        that she was being used -- for her story, for her skills,
        manipulated for other people's cause.  And harmed.  Her painful
        disclosures need not have been posted; perhaps they helped some,
        but it would not be her native software to do this.  What was
        driving this?  I have my own theories.

        The search for Curio was sport, not justice.  bullshit, not
        'protecting people'.  At WHAT expense ... for WHO ???  She
        should not be barricading herself in her house, losing her job,
        or putting her kids in harms way. She is now even more married to
        the Mob -- and that's a tricky exit.

        Please use your influence to help call the dogs off.  [what
        Leslie says is nice, but has no teeth with the Mob]

        People on both sides have put her in harms way, for 'the cause'.
        You had an influential part in getting her involved in the hunt
        for Curio -- you could admit this in an apology note -- it would
        make the mess more human.  She's cyber-smart, but the task was
        inappropriate for her.

        p.s.  The population of 'retractors' should not continue to be
        used for a political cause.

        the Legal Dog
        [redacted]


Search Google (Military Domain)     Return to Thesaurus Index     Term Index

Prev Term: **voice templates**
Next Term: **VOIP**

*Exhibit 25*

# voice to skull devices

## Definition/Scope:

Nonlethal weapon which includes (1) a neuro-electromagnetic device which uses microwave transmission of sound into the skull of persons or animals by way of pulse-modulated microwave radiation; and (2) a silent sound device which can transmit sound into the skull of person or animals. NOTE: The sound modulation may be voice or audio subliminal messages. One application of V2K is use as an electronic scarecrow to frighten birds in the vicinity of airports.

## Acronym:

*V2K*

## Broader Terms:

nonlethal weapons

---

Send your comments to: **CALL Thesaurus**

Last Updated: 8 Nov 06

12/23/2006

Exhibit 26

# voice synthesis devices

**Definition/Scope:**

Nonlethal weapon which has the ability to clone a person's voice so that a synthesized message in that person's voice can be transmitted (e.g., by satellite) to a selected audience.

**Broader Terms:**

nonlethal weapons

Send your comments to: <u>CALL</u>

Last Updated: 2 Aug 2007

Exhibit 27





SEARCH

Breaking News | Archives | Court Documents | You

Home | There Oughta Be A Law | Local Listings | About the Show | FAQ's | N



### Jennifer Love Hewitt

January 8, 2002

Jennifer Love Hewitt arrives at star-studded events smiling, waving, and never knowing that a woman wants to kill the actress.

Her name is Diana Napolis and "CJ" has learned of her graphic threats on the life of the movie star at a San Diego radio station where Napolis hit and pushed the star's mom trying to get to the celebrity and at the Latin Grammy Awards Napolis made bizarre accusations, screaming at Love Hewitt, "Murderer! Killer!"

Then the 47-year-old started using the Internet to torment her target. Court documents obtained by "CJ" detail her terrifying messages: "Personal note to Jennifer Hewitt: I plan to kill you at the first opportunity to do so and I hope you die a tortuous death."

The woman brags: "I plan on firing a gun at her heart and not missing ... This is really a death threat. I want you to report it to the police or FBI because this is an Internet crime."

Well, she got what she wanted, and her notorious acts have landed Ms. Napolis at the San Diego county courthouse where she'll answer to felony charges for stalking Jennifer Love Hewitt.

Carol Hopkins is another Napolis target. The cyber threats were so extreme, the former school administrator moved to Mexico. But, using the Internet, Napolis convinced others that their new American neighbor was a child molester. Hopkins says, "I had been threatened, I had been told that I would lose my visa, I could lose my house, and that I could be put in jail."

Now, Napolis is in jail and faces a second court ordered mental examination to find out if she's fit to stand trial.

**TOP ST**

▌ New York Stories
▌ Legal Briefs
▌ Tommy Lee
▌ Winona Ryder
▌ Jennifer Lopez
▌ New York Stories

terms of use | privacy policy | © 2003 TTT West Coast Inc.

   




**ELLEN P. LACTER, Ph.D., RPT-S, MFT**
**Clinical Psychologist PSY9382**
**Registered Play Therapist and Supervisor S444**

**3505 Camino Del Rio South, Suite 212, San Diego, CA 92108**
**Telephone: (619) 584-7737      Fax: (858) 549-4202**

February 18, 2008

Re: Diana Napolis

To Whom It May Concern,

This letter is to attest to the fact that I first gave Diana Napolis a copy of a "Celebrity Justice" article, entitled "Jennifer Love Hewitt", on February 9, 2008.

Ms. Napolis was very happy to see this document, having not seen it before.

The article is dated January 8, 2002. I printed it on February 8, 2003. I believe that the article was probably written on January 8, 2003, and that 2002 is a typo. I believe this because Ms. Napolis was not arrested until November, 2002.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed in San Diego California on February 18, 2008.

Ellen Lacter, Ph.D. :   *Ellen Lacter*   2/18/2008

# Talk:Michael Aquino

From Wikipedia, the free encyclopedia

> This article must adhere to the policy on **biographies of living persons**. Controversial material about living persons that is unsourced or poorly sourced **must be removed immediately**, especially if potentially libellous. If such material is repeatedly inserted or if there are other concerns relative to this policy, report it on the living persons biographies noticeboard.

 This article is within the scope of *WikiProject Biography*. For more information, visit the project page.

 **Biography Portal**

**Stub** This article has been **rated** as **Stub-Class** on the project's quality scale. [FAQ]

An appropriate **infobox** may need to be added to this article, or the current infobox may need to be updated. Please refer to the list of biography infoboxes for further information.

This article is within the scope of *WikiProject Religion*, a project to improve Wikipedia's articles on **Religion**-related subjects. Please participate by editing the article, and help us assess and improve articles to good and 1.0 standards, or visit the wikiproject page for more details.

 **Religion Portal**

This article has been **rated** as **Stub** on the Project's quality scale.

**Stub** (If you rated the article please give a **short** summary at comments to explain the ratings and/or to identify the strengths and weaknesses.)

This article falls within the scope of the **Left Hand Path work group**. If you are interested in Left Hand Path-related topics, please visit the project page to see how you can help.

*An individual covered by or significantly related to this article,* **Michael Aquino***, has edited Wikipedia as*
Maquino (talk · contribs)

# Contents

- 1 Wikified
- 2 Dr. Aquino Military History
- 3 Info Box is confusing
- 4 Biography assessment rating comment
- 5 Sherurcij/Aquino
- 6 Corrections to "Sherurcij" Article
- 7 "Sherurcij"s Modus Operandi
- 8 Protected per BLP concerns

- 9 Appreciation to Wikipedia
- 10 Overview of the Presidio Affair

# Wikified

It's not wikified, it reads like a codified list of names/places, needs to use proper citation, needs to use less weasel words. Needs a good over-all clean up by someone other than Aquino himself. Sherurcij (talk) (Terrorist Wikiproject) 05:46, 18 February 2006 (UTC)

> Should we revert it to the pre autobio part? -R. fiend 06:03, 18 February 2006 (UTC)

> > Yes, please do. -Will Beback 06:51, 18 February 2006 (UTC)

I'm not entirely sure that the autobio version is worse than the other one. The Uninvited Co., Inc. 00:34, 25 March 2006 (UTC)

I have made some minor corrections and removed the paragraph on the child abuse charges. In general, we do not report allegations that do not result in charges being filed, and if we do, we specify *who* made the allegations, something notably missing from this paragraph. The Uninvited Co., Inc. 17:09, 4 April 2006 (UTC)

> > Re-added, with citations and full names, since it is largely what made Aquino notable in the first place. Check the thousands of google hits alleging he was guilty for the crime he was investigated for - even though he was only investigated, not charged - in this case it was enough to make him notable. In fact, I daresay if it weren't for the books written accussing him of abuse, the Presido abuse case, and similar allegations...it's unlikely anybody would have heard of Aquino, he would still just be "Some Satanist officer in the Army". Sherurcij (Speaker for the Dead) 08:39, 24 March 2007 (UTC)

I went ahead and added the new priest of the ToS, Patricia Hardy, who took over in 2004. There's currently no Wiki bio on her; there's not enough information available on the web to justify it.

# Dr. Aquino Military History

Shouldn't we include more of Dr. Aquino's service record? It seems like a fair and important contribution to enumerate his MOS and department. It is not everyday that a prominent and respectable citizen, let alone a Lt. Colonel and Professor of Political Science becomes the head of a "Left Hand Magick Initiatory Organization." The only other notable examples of conservative individuals openly professing to the use of magick (in the last 50 years) is Grady McMurtry and Jack Parsons. I think more information is warranted, but I respect the fact that Dr. Aquino is still living and may have his own opinions on the matter, so I'm bringing it up here. Please let me know what you think of this. <3 Captain Barrett 23:07, 11 February 2007 (UTC)

# Info Box is confusing

Just a note to say that the info box is a little weird. it makes it hard to understand who served

whenLisapollison 23:25, 19 February 2007 (UTC)

# Biography assessment rating comment

The article may be improved by following the WikiProject Biography 11 easy steps to producing at least a B article. -- Jreferee 19:30, 12 March 2007 (UTC)

*Aquino v Stone, 957 F.2d 139 (4th Cir. 1992) (Privacy Act appeal filed by Lieutenant Colonel Michael Aquino, founder of the Temple of Set, a satanist religion, after his discharge from the U.S. Army Reserves following a criminal investigation into charges of child sexual abuse at the Child Development Center at the Presido)* - discharged from USArmy Reserves after investigation, I assume that's what the (incorrect?) "child porn" talk is about? Do we have a link to source indicating that no evidence was found, or whatever? Sherurcij <sup>(Speaker for the Dead)</sup> 04:46, 24 March 2007 (UTC)

# Sherurcij/Aquino

I have no issue helping to "rewrite" this article to be more accurate, but you have to understand that unfortunately being the subject of the article yourself...your "word" will much less inherent power. Wikipedia is not a court room, we don't ask every side to throw their biased rhetoric and let the "jury" decide, we present only what is "reasonable" to present...so for example, claims that Blood was sexually obsessed with you, unless they can be verified, will not be included in the article, obviously. Maybe it's true, maybe it isn't, but we can't just "take your word" just because you're the only party present. So, in the interests of improving this article, let's start with some areas I think we agree need some focus and citations.

1. Every reference I've seen indicates you were "discharged" from the Army Reserves, and did not "choose to retire" - are you able to provide a neutral reference indicating otherwise? And assuming you were discharged, would you have a reference indicating that it was an honourable/dishonourable discharge?
2. As per your eMail to me, would you happen to have a reference handy that suggests Blood was indeed treated for psychiatric issues, which would be an important addition to the sentence dealing with her?
3. **Was** Thompson ever penalized or convicted of fraudulent representation? Have a reference?
4. Able to scan the FBI reports detailing their search of your house, confirming what you eMailed to me, about Almond's statements, and the state of your house at the time?

Sherurcij <sup>(Speaker for the Dead)</sup> 18:08, 24 March 2007 (UTC)

I disavow inclusion in Wikipedia because this "encyclopedia" has demonstrated to me that its articles can easily be used for malicious distortion and falsification of the truth without any Editorial concern or responsibility. The page under my name has been abused in this fashion by anonymous character assassins, most recently "Sherurcij". While I accordingly cannot prevent this personal disavowal of mine from being thus overwritten by such persons, I will occasionally re-enter it so that at least those glancing at the "history" and "discussion" of this page may be aware of it. My request to Wikipedia to have the entire page permanently removed has been ignored. I have neither the time nor interest to "play the Wikipedia game" of open-page argument with equally anonymous and whimsical biographical-content "editors". Finally, questions posted to me here will not be answered here, nor should people emailing me

under non-verifiable names/eaddresses expect answers. Maquino 17:51, 25 March 2007 (UTC)Maquino

I'm not a "character assassin", I don't even allege whether or not you committed the crimes. To be honest, I don't care whether you did or not. I've spoken to prostitutes, terrorists and murderers...what you have or haven't done really isn't of interest to me. All I have done, you will notice, is collect statements by various other media sources, collating them and sourcing them to their respective authors - you may be interested to study the legalities of journalism, since I can assure you that I have - I am fully and absolutely within every right, to do what I've done. You have created public personae for yourself, putting yourself in the public spotlight through willful actions, and as such, it is inconsequential whether or not you "approve" of the fact there is a Wikipedia article about you. If you truly believe this article is incorrect, then I would encourage you to make use of open discussion and help us improve it, by answering questions as they are put to you. Sherurcij <sup>(Speaker for the Dead)</sup> 18:51, 25 March 2007 (UTC)

# Corrections to "Sherurcij" Article

The following is a commented version of the anonymous "Sherurcij"s constantly-reinserted entry here, to indicate the extent of its bias and character assassination agenda. I have little doubt that it will be instantly overwritten by him, but it will at least remain in "history" for the curious. [I am impressed - it was overwritten seconds after being posted. The truth really hurts here, it would seem.]

>>> "the Temple of Set, a splinter group from Anton Szandor LaVey's Church of Satan ..." <<<

As the Temple of Set was founded by the majority of the 1975 Priesthood of the Church, all of whom had resigned due to LaVey's decision to sell its degrees [and Priesthood] for personal profit, it cannot accurately be minimized as a "splinter group". See my _Church of Satan_ and _Temple of Set_ for details.

> *The Branch Davidians are a splinter-group of the Seventh-day Adventists, this is how it works. This is an almost identical case study, a group of approximately 100 people decided that the hierarchy of their already far-from-mainstream religious denomination was corrupt, or improperly representing their beliefs, and decided to form their own group instead. You can call it an offshoot, a splinter group, a child group, all of the terms are "minimizing" in the sense that they all represent the fact that from all I've seen, the Temple of Set is born out of the Church of Satan. You also have to understand, as I've explained, that your histories of the church are not going to be given as much credence, as say...Newsweek, the New York Times, or another source. Unfortuantely, that's just the way the world works.* Sherurcij <sup>(Speaker for the Dead)</sup>

>>> "His alleged roles in military intelligence and psychological operations, and investigation for sexual abuse of children have propelled him to the forefront of a number of conspiracy theories ..." <<<

"Sherurcij"s obvious effort to further such slander by publicizing it. Of course he does not reference exposes of the "SRA" scams of the 1980s, or my own detailed expose of the Presidio of San Francisco scam, easily found on the Internet or available by email request to me.

> *I'm not furthering any slander, (first of all, fixed in a tangible form, it would be libel, not slander...but I've already mentioned that I'm well-versed in the legalities of*

*everything I'm doing, so trust me, this is neither slander nor libel), I'm collecting all the information that is known about you, and trying to present it in a neutral light. A **neutral** point of view is to say "Aquino was investigated several times for child abuse, but no charges were laid. There have also been books written alleging his abuse, but again, no proof is available", not simply deleting all references to the facts. We are here to present the facts in a neutral light, not to remove all mention of them and pretend you're somehow notable other than because of the scandals. That would be like saying we should have an article on Monica Lewinksy that doesn't mention anything about her sex life...if it weren't for your being "controversially investigated", you're not notable. There are other Satanists in the armed forces, it's hardly a "remarkable" feat.* Sherurcij <sup>(Speaker for the Dead)</sup>

>>> "Aquino's house was raided by the FBI on August 14, 1984 in connection with a criminal investigation indicating he may have been involved in the sexual abuse of the daughter of Presidio Army Base's chaplain Larry Adams-Thompson ..." <<<

The San Francisco Police Department, not the FBI, served a search warrant on our home on 8/14/87, not /84 on the basis of a falsified allegation by Army Chaplain Lawrence Adams-Thompson. Its falsification was later established by comparison with the actual notes of the "play therapist" to whom he and his wife Michele had sent their daughter in order to produce an excuse for "abuse" despite the Presidio Hospital's examining her and finding her a virgin with no signs of any abuse. A-T's allegations were simply an excuse for a get-rich-quick $3 million claim based on them.

*The question is, **who** established that it was falsified? You? The courts? If the former, it's biased and can't be considered evidence. If the latter, then it's relevant and will be included in the article.*

Sherurcij <sup>(Speaker for the Dead)</sup>

In 4/88 I filed a complaint with the San Francisco Police Commission that, among other things, the search warrant was improperly executed in that all of the property taken had nothing to do with any crime. The SFPC upheld my complaint in 11/89 and took administrative action against the officers involved accordingly. All of the property was returned by 1/90.

*Having property returned is not indicative that a search warrant was improper, most search warrants end in property being returned. Do you have a verifiable source, such as an internal case number, that this "administrative action" could be verified with the SFPD?* Sherurcij <sup>(Speaker for the Dead)</sup>

>>> "Aquino was discharged from the Army Reserves in 1987 ..." <<<

I was never discharged from the USAR at any time. I continued on fulltime active duty until 1990, at which time I returned to the parttime USAR. I requested retirement in 1994, at which time I was awarded the Meritorious Service Medal covering the period 1984-94. I remain today a card-carrying Lt. Colonel, U.S. Army (Ret.)

*Again, all sources indicate you were discharged. This isn't necessarily true, but it's all that I've seen citations for, so can you again provide a valid reference for your*

*1994 retirement?* Sherurcij (Speaker for the Dead)

>>> "due to the follow-up investigation by the SFPD which ultimately saw teacher Gary Hambright convicted." <<<

Hambright was never convicted of anything. All the publicly-available documentation I have seen indicates that he was an innocent man used as an excuse for the $74.5 million claims filed by parents.

> *I'll fix the statement to read "arrested", since you're right - I don't see anything indicating conviction of Hambright.* Sherurcij (Speaker for the Dead)

>>> "At the time, Newsweek published a sensationalist story announcing that Aquino's mother, a priestess in his Temple, worked for a service that helped place children in local daycare centres." <<<

My mother never worked for any such service. Indeed during her life she never worked for anyone else at any time. "Sherurcij" cannot hide behind such errors in media articles, because he made no attempt whatever to ask me about them.

> *I'm not required to ask you about them, and your answers to them are inconsequential. Neither I, nor the Wikipedia article, claims your mother worked for any such sevice. We relate that Newsweek magazine sensationalised the case by publishing "sensationalist" material related to it. If anything, I believe that sentence would be seen as more damning of Newsweek, than of your mother.* Sherurcij (Speaker for the Dead)

>>> "Five years later, Aquino filed the unsuccessful suit *Aquino v Stone, 957 F.2d 139* attempting to sue the Army for his discharge and for having been "titled" (a military accusation) of indecent acts with a child. The lawsuit, however, was dismissed. [Sourced to Curio Jones]" <<<

The lawsuit was in fact a Motion for Summary Judgment by a civil judge just to have the unsubstantiated "titling" removed and the Army fined for damages it had caused. I requested the court's _de novo_ review, which would have compared the "titling" to any actual evidence supporting it. Unsurprisingly the Army CID strenuously insisted that it was exempt and shielded from _de novo_, and the judge decided to allow them that immunity to save their ass. That ended that.

> *You wanted to "fine" the Army for personal damages? I believe that's called a lawsuit, if I am incorrect, feel free to englighten me, but the term "sue" certainly seems accurate given what you've said, and what I've seen in other sources.* You also acknowledge that the judge ruled against you, and you couldn't proceed against the CID...as the article says. Sherurcij (Speaker for the Dead)

As for "Curio Jones", she was another notorious Internet stalker and character assassin whose real name was Diana Napolis. She was eventually arrested and confined for stalking and threatening other people such as Steven Spielberg. The inaccuracy and distortions of her attacks on me were easily discoverable by "Sherurcij" had he bothered to make the effort.

> *Considering you call me a "character assassin", you'll understand why I'm somewhat dubious to accept your claims that everybody who has ever spoken anything less-*

*than-flattering about your past is just a "character assassin". Hi, I'm Sherurcij, I'm a wikipedia editor whose role is to collect referenced material about you...not to be an investigative journalist and delve into the "truth" of whether or not Curio Jones was insane or not, that's not my judgment to make. If you can again, provide evidence that Napolis and Jones are the same person, and that she was arrested for stalking Spielberg, then again, that will be included in the article, but not without proper evidence.* Sherurcij (Speaker for the Dead)

>>> "In 1989, claims of sexual abuse again arose, when several Californian children claimed to recognise Aquino as the man who had abused them. Again, he was investigated, but not charged. [Sourcing Goldston]" <<<

In fact it was again just parents, not children, inventing allegations. Even the Army CID, which at the time was trying everything possible to build a case for its "titling" agenda, admitted in its report that not a single such "identification" was corroborated in the least: "During the course of this investigation the following children who were reported victims of ritualistic sexual abuse, at various locations in CA, were interviewed and provided the opportunity to view photographic line-ups. None were able to provide any information of value to this investigation."

*For the millionth time, if you have a PDF of the CID findings, make them available, and they will be cited as proper resources - but your interpretation of matters is not sufficient, we require actual sources.* Sherurcij (Speaker for the Dead)

Again the Goldston article selected by "Sherurcij" for its slant was later established to be inaccurate in numerous details, and Goldston later sent me a letter of regret for the ordeal Lilith and I had been through.

*I'm not picking and choosing articles, I'm using any and all information I can find that seems less-than-complete-tabloid-material (for example, I've found a couple sources linking you to Franklin and the White House...I've discarded those as rubbish with no basis in fact. Claims about Presido however, do have a "basis in fact", since you were indeed investigated, so they deserve some actual scrutiny.* Sherurcij (Speaker for the Dead)

>>> "In 1994, Aquino launched an unsuccessful lawsuit against former Temple of Set member Linda Blood, and Time-Warner, after Blood wrote a book that claimed to detail sexual abuse within the group, entitled *The New Satanists* - though the matter was settled out of court the following year." <<<

"Unsuccessful"? It was completely successful, as Warner agreed to the out-of-court settlement we demanded. My extensive expose of the book is easily findable on the Internet, as again "Sherurcij" did not wish to do nor alert others to.

*My role is not to publicise your writings, nor take a side in the matter. As I've repeatedly said, I don't give a damn whether you abused the kids or not - and I've got no interests in trying to make you look either guilty or innocent. I can cede "unsuccesful" in this case, but OOC settlements are not the same as judgments in your favour, I suggest "In 1994, Aquino launched a lawsuit against former Temple of Set member Linda Blood, and Time-Warner, after Blood wrote a book that claimed to detail sexual abuse within the group, entitled* The New Satanists - *though the matter*

> *was settled out of court under undisclosed terms the following year.", is that better?*
> Sherurcij (Speaker for the Dead)

>>> "In 1995, Cathy O'Brien and Mark Phillips also published a book, entitled *Trance Formation of America*, which claimed that they had been brainwashed, and sexually abused as children, by Aquino." <<<

A bell-ringing crank book even by lunatic fringe standards. As I recall, a whole parade of notable names - Presidents, First Ladies, Senators, rock stars, et al. were also accused. Absurd of "Sherurcij" to source such a ragbook, unless he's hoping that readers won't be familiar with its actual idiocy.

> *I've never read it, have no idea what it's about. But again, neither I, nor this article, claim the book is true. We only mention that it was written, and that it accused you. Both of those facts are true and relevant.* Sherurcij (Speaker for the Dead)

>>> "In 1997, Aquino launched another unsuccessful lawsuit against the ElectriCiti ISP for "failing to block" messages from one of their customers, that he believed constituted libel." <<<

No, for refusing to identify the anonymous stalker "Curio" (Napolis, see above) who was using their ISP for her hate campaign. The suit failed because the Communications Decency Act was found to immunize ISPs against the conduct of their subscribers.

> *Well first of all, you've painted me with the same brush as Blood and everybody else you've sued, from what I've seen - so you can understand why I'm a bit skeptical about taking your word about these "character assassins". So that we're clear, you were trying to sue ElectriCiti for failing to give you the personal details of one of its subscribers? Did it actually even reach court, or was the lawsuit aborted on the advice of legal counsel before entering the court system?*

I think the bias, agenda, and selective disinformation of "Sherurcij" are now reasonably clear. Michael A. Aquino Maquino 19:59, 25 March 2007 (UTC)MAquino

> *I have no bias, I'm not affiliated with anybody involved - and other than thinking it's kinda cute that you're such a Star Wars geek, I have no opinions of you. I can tell you're fond of launching lawsuits though, so you might want to consult with John Moore, the last person who unsuccessfully tried to sue me...in that case, because he believed that his Wikipedia article should credit him as the sole shooter of Charles Whitman and not make mention of Ramiro Martinez, the other police officer who also claimed credit. (The two officers apparently each believe the other is lying, and don't want to share credit...how charming). Of course, the fact you keep asking me for my full name and contact details probably implies you're drawing up a similar lawsuit right now to try and stop me from "being a character assassin" by providing links to newspaper stories about you...but c'est la vie. Life's boring without an angry subject of a Wikipedia article threatening to either have me murdered, locked away or sued...I'm thinking of painting little irate stickmen on my fuselage.* Sherurcij (Speaker for the Dead) 20:42, 25 March 2007 (UTC)

# "Sherurcij"s Modus Operandi

All of "Sherurcij"s verbal dances above simply demonstrate again that if a fact gets in the way of his mud-throwing agenda, it is "biased" or "unsourced" [I am automatically not to be respected as a source, my professional credentials and distinguished vitæ notwithstanding], hence ignored. Detailed/related analyses of mine on the web are not to be "publicized". Of course defamatory statements in his mud-article that have been identified to him as false are not held to this same standard, as long as he can cite some/any source for them (which he is perfectly happy to "publicize"). He certainly will not remove them and then take any personal trouble to look into the truths/corrections behind them I have identified/sourced.

It would be a waste of my time to respond further to such a character assassin as this. The record already shows that any documents sent to him would, like the facts/citations already provided here and by email to him, merely be searched for anything to distort as "ammunition" and otherwise ignored. The scenario here is now entirely clear: An accurate, fair, and factual article about "Michael Aquino" will never appear on Wikipedia as long as "Sherurcij" dictates it.

In passing I have learned some interesting things about the Wikipedia system. Whoever "Sherurcij" really is, he evidently has arbitrary editorial-level control over any material he posts. Any revisions or corrections to his article are instantly, apparently automatically reversed/"reverted". Intriguingly when he instantly overwrote my detailed expose of his lies in that article, he originally did so under the Wikipedia editor's name of "Grosscha" (which, if one looks into it, is just another blind-alley pseudonym). A short time later "Grosscha's" name was quietly edited out of the "history" and replaced with "Sherurcij"s name for the overwrite. Surprise, surprise.

The famous aphorism about mudwrestling with a pig comes to mind, so I think I shall disengage and go take a shower at this point.

Michael A. Aquino Maquino 23:06, 25 March 2007 (UTC)Maquino

> User:Grosscha has 1000 edits on Wikipedia, his userpage states he is "an College student currently attending Michigan State University" and recently begun fighting Wikipedia vandals. I'm slightly disconcerted that you apparently think we're the same person, just because two people agree that your copy/pasted "a defence against accusations against me" isn't fit for an encyclopaedia - and claim that he is "just another blind-alley pseudonym"...rhetoric will get you far with the masses, but unfortunately it doesn't work very well when you're actually speaking to others who can see through it. If you're really convinced that we're the same person, you're welcome to request confirmation from the administration - I've never had any name other than "Sherurcij" on WP I'm afraid.
>
> I'm also rather upset to realise you consider this article to be "mud slinging", when it in facts makes absolutely no allegations against you, it simply mentions allegations other have made against you, while pointing to the article on Day care sexual abuse hysteria - assuming your version of events is true, you're the textbook-example of such a case...so the details certainly belong here...*your real problem* is that we refuse to take your word, and insist that you provide references. If you can provide a reference saying that a judge said you unfairly targeted because of your religion, I would be *happy* to include it in the article...to be honest, I suspect your religion is "quite likely" to have increased people's likelihood to accuse you...but without any evidence supporting that, I can't allow either you or I to put our personal speculation on the article.
>
> When I asked you to provide sources to back up your allegations, you told me to submit FOIA requests, and you still refuse to offer any documentation, evidence or sources that back up your claims. You can see how that might not appear to be helpful, if you want the article to state that

you were unfairly targeted because of your religion, that's honestly *fine*, I would be *happy* to include it...just find me a reference (preferably a judge, less preferably a journalist, certainly not yourself) supporting that version of events, and we will immediately add in "In June 2001, Judge Harold Whaptuk, of the 3rd District Court, ruled that the continued harrassment of Michael Aquino by the FBI was the result of an extensive "smear campaign" and "religious bigotry"...but we can't add that without a citation...so yes, it would certainly be in your best interests if you were able to be **helpful** in improving this article, rather than just calling for all references to your (noteworthy) scandal to be removed. This article is the first page that appears for anybody who googles your name, and "Aquino is a Satanist minister" isn't going to tell them what they're looking for, because assuming they're not Satanists interested in joining your sect (and 99.99% of people aren't...), they're looking for some backstory, some facts, about why your name is always connected to allegations of abuse. So let's actually make this a useful resource, let's provide readers with a *neutral* presentation of all verifiable facts. It's verifiable that Linda Blood accused you of abuse, for example...but hopefully you're right, it's also verifiable that she was ruled to be psychiatrically insane...and as soon as you can provide a reference for that, we can inform people who google your name, of the truth of the matter. Sherurcij (Speaker for the Dead) 11:04, 26 March 2007 (UTC)

# Protected per BLP concerns

I have stripped all contentious material from this article and protected it, per concerns raised by its subject via OTRS. Wikipedia is not a scandal sheet about marginally notable people nor is it a repository for 20-year-old uncorroborated accusations often sourced to patently unreliable and admitted "conspiracy theory" Web sites. We do not report fringe theories when they make despicably negative assertions about living people. Scurrilous gossip is not permitted here. I can find no evidence from any reliable source to suggest that the article subject was ever arrested, charged, indicted or convicted for any offence, and until such is presented, no mention of the alleged events will be allowed into this article. Guilt by association (I'm thinking of the Newsweek article here) does not count. FCYTravis 07:12, 26 March 2007 (UTC)

> Neither David Koresh nor Jim Jones were ever arrested, charged, indicted or convicted for the allegations of sexual abuse, but they are still considered noteworthy enough to merit (cited, referenced) evidence that they were accused, and without giving any indication that the reader should believe the accusations were true, that they nevertheless coloured the public opinion of the character. This article, similarly, should not imply that these accusations are true - but it should make mention of them since they largely colour public opinion of Aquino. Since Lotfi Raissi was found not guilty, should we omit all mention of the fact he was very publically accused of helping train al-Qaeda pilots for 9/11? Since charges against the Young offenders in 2006 Toronto terrorism case were dismissed, perhaps we shouldn't have an article at all, who cares if they were thrust into the public spotlight and gained notoriety...why should a Wikipedia article exist that neutrally presents the facts, without any speculation, to educate people who want to learn the truth?
>
> It is curious that Aquino has chosen to get so riled about this article, which seems to be the *only* source on the internet that he hasn't penned himself, that doesn't say he's guilty. Anybody googling his name will find 5000 references to people claiming he's "guilty"...and this article which actually just gives the neutral details. We don't say "Police raided his house because he's a pervert" like the conspiracy websites say, and we don't say "Police raided his house because they hate his religion" like he claims...we walk a middle, neutral, ground and simply provide the facts.

We are not a newspaper, we are an encyclopaedia, and as such, it makes no difference whether Richard Jewell gained notoriety for (untrue) accusations that he planted a bomb, even though he was never "arrested, charged or convicted", the fact that he was publically alleged to have done it, and became the subject of scrutiny and condemnation of passersby, is enough reason for Wiki to have an article that "sets the record straight" and presents the facts in a neutral way.

So I'm having difficulty understanding why the "neutral" way to present a scandal, is to pretend it never happened. *Perhaps someone can explain to me why Aquino is any less notable than Richard Jewell, or should have any different of an article lay-out?* As far as I can see, both are mundane people, one who was in the wrong/right place at the wrong/right time, one who founded a Satanist religion which was "condemned" or "strange" - both were very publically accused of having been in concert with a major media-spectacle of the time (Jewell with the bombing, Aquino with Day care sexual abuse hysteria), both maintained their innocence...perhaps another parallel could be drawn to Rachelle Waterman, an "innocent" accused of murdering her own mother, and gathering media sensationalism, but at the end of the day, it doesn't matter whether they're guilty or not...what matters is that they were/are the centre of sensationalist public attention because of accusations against them. Wikipedia should *not* further that sensationalism, but we should still mention the fact that they are sensationalised in the media, and provide the neutral facts without any speculation.

I must admit I very confused why the fact the scandal is 20-years old makes it any less worthy of inclusion - we still have articles on Watergate right? Sherurcij ^(Speaker for the Dead) 10:42, 26 March 2007 (UTC)

    Oh, please. Yes, we are an encyclopaedia, not a newspaper. That is why we do not repeat accusations made only by conspiracy-theory Web sites. Please do not confuse the issue by mixing this person up with such incidences as Richard Jewell and Watergate. Find reliable sources for the accusations (not patently unreliable conspiracy-theory sites such as the ones you cited previously. If this person was truly the center of such a major media firestorm as those two, then you should easily be able to find them. The fact of the matter is, these accusations are only being repeated today by fringe conspiracy-theorist groups which also link Mr. Aquino with supposed mind-control and "Satanic subversion" of the military. Ludicrous in the extreme, and unacceptable on Wikipedia, especially in the biography of a living person. Wikipedia is **not** a scandal sheet where 25-year-old unsubstantiated accusations of criminal activity can simply be repeated and spread as if there was any truth to them at all. Find reliable sources, or it stays out. All of it. FCYTravis 16:01, 26 March 2007 (UTC)

    Also, I really shouldn't have to explain why a major national scandal involving the near-impeachment of the president, verifiably sourced a million ways from Sunday, is treated differently than 25-year-old unsubstantiated accusations which resulted in no verifiable criminal charges, arrests or convictions - only "guilt-by-association" hysteria. FCYTravis 16:05, 26 March 2007 (UTC)

        The comment *Please do not confuse the issue by mixing this person up with such incidences as Richard Jewell* would work better if you explained *why* they are different, they were both investigated, but never arrested, for ludicrous claims that got spread across the blogosphere, newsgroups, conspiracy websites and such. Is it unfortunate that Jewell was unfairly tied to terrorists, and Aquino was tied to child abusers? Yes, of course...but Wikipedia isn't furthering those ties, it's trying to create an encyclopaedic reference point of the facts, without any speculation. I believe there was one, out of six sources, that was a "conspiracy website", and it was used only to cite the claim that "Aquino has become a target of conspiracy theorists[1]" - the other sources were two books,

the case code for a civil lawsuit, the San Jose Mercury News and Newsweek magazine...so it is somewhat untrue to say "omg, this article cited conspiracy websites!" None of the facts that used a "conspiracy site" for substantiation, were the facts disputed by Aquino. Sherurcij (Speaker for the Dead) 19:55, 26 March 2007 (UTC)

> The Mercury News article contains absolutely nothing to link Mr. Aquino to any substantive allegations of any crime - only speculation and innuendo based on the vague responses of a 3-year-old girl. Unless you have evidence to cite that Mr. Aquino was formally arrested, charged with, indicted for or convicted of any offense, it has no place in this biography. Once again, Wikipedia is not a scandal sheet where 25-year-old unsubstantiated allegations can be freely splattered across the Internet. The only current sources you can cite for this issue are patently unencyclopedic conspiracy-theory sites which are clearly designed to smear Mr. Aquino and taint his name with salacious, unsubstantiated allegations of sensational crimes. Wikipedia will not serve as a sounding board for nutjob accusations about a living person. I consider this matter closed. FCYTravis 20:09, 26 March 2007 (UTC)

>> Again, you completely fail to even try to explain why this case is different from Richard Jewell. You also fail to point out any part of the article that was "designed to smear Mr. Aquino and taint his name with salacious, unsubstantiated allegations of sensational crimes" - all this article does was point out that *others* have attempted to "smear Mr. Aquino and taint his name with salacious, unsubstantiated allegations of sensational crimes" - and *that* is notable...and identical to the case of Richard Jewell. Sherurcij (Speaker for the Dead) 20:38, 26 March 2007 (UTC)

>>> Again, no. What makes Mr. Jewell encyclopedic is that he was repeatedly pilloried in the mainstream media for alleged involvement in a bombing which nobody disputes happened. Mr. Aquino's accusers are random Internet conspiracy theorists who are attempting to connect him (through the thinnest of threads) to an alleged crime whose existence has never been proven in a court of law. They are not notable or encyclopedic and I am not going to allow Wikipedia to be used as an amplifier for them to spread their salacious smears. We are an encyclopedia, not a scandal sheet. Period, end of sentence. If you wish to further dispute this matter, I invite you to take it to ArbCom. FCYTravis 20:55, 26 March 2007 (UTC)

I have not studied the particulars of the case, but I want to give my full support to the principles being articulated here. Negative information from conspiracy theorist websites must be excluded (vigorously) from Wikipedia. Unless and until someone comes up with a proper source, this material must stay out of the article. This is quite simple, quite ordinary, and nothing new.--Jimbo Wales 01:08, 27 March 2007 (UTC)

> I strongly agree with the sentiment - but I think if you look at the prior version of the article, you will notice that it was very deliberate in making sure it made no allegations, and named only literal facts - and included Aquino's rebuttals of them. It

was, in my opinion, a neutral piece, and as you'll notice on the talk page here, I tried to encourage Aquino to help clear up any issues he had with the article. So far as I know, there was absolutely zero "negative information from conspiracy theorists", and as mentioned, the only conspiracy website mentioned was used as a citation of the sentence "...which has led to Aquino becoming the subject of conpiracy theories [1]". I would invite your more specific comments on the actual content of the article as it was written. Sherurcij (Speaker for the Dead) 01:20, 27 March 2007 (UTC)

Then surely it will be trivial for you to find sources for these allegations which do not come from conspiracy-theorist Web sites. FCYTravis 07:22, 27 March 2007 (UTC)

For a fourth time I ask you, what "allegations" were sourced to conspiracy websites? So far as I know, none were. Sherurcij (Speaker for the Dead) 07:24, 27 March 2007 (UTC)

Umm, virtually everything of substance? Have you even looked at "Newsmakingnews.com"? It's full of nutjobbery. The other source for the "dismissal" allegation is a self-published research paper on an AOL.com member site which fails WP:RS spectacularly. Delete those mentions, and what we have is a newspaper article that says "some kids said Mr. Aquino was a bad man, so the police talked to him, but never arrested him, charged him, indicted him or convicted him of any crime." That's not worthy of mention unless we mention every other time any person was ever even talked to by the police about a crime. The article as originally written was tantamount to an indictment, and that is absolutely unacceptable. Furthermore, to even say in the lead that he's the subject of conspiracy theories gives those conspiracy theories far too much credence - they have absolutely ZERO place in a biography of a living person unless they are clearly newsworthy or notable, especially when those "theories" relate to such abjectly despicable assertions. There is no external coverage of this matter, and to allow the rantings of nutjobs to dominate this man's life is a travesty. FCYTravis 07:36, 27 March 2007 (UTC)

Sherurcij, you really, REALLY need to read the "sources" you cite. "Trance Formation of America," the "book" you cite as a source for the accusations against Mr. Aquino, also accuses the entire American political establishment of raising people as sex slaves for Satanists, Catholics and Freemasons - according to the book, "In 1968, (US Congressman) VanderJagt introduced Cathy to the Canadian Prime Minister Pierre Trudeau who then abused her and used her for porn involving a French poodle which he had given her as a pet." If you think that is the kind of source we will accept in the biography of a living person, you need to find another Wiki to edit, posthaste. FCYTravis 07:56, 27 March 2007 (UTC)

## Appreciation to Wikipedia

I have just been informed by Wikipedia's editorial staff that they have removed "Sherurcij"'s defamatory and malicious article and replaced it with a simple, basic, and truthful one (the way it was for a long time previously). My wife and I are very grateful to Wikipedia for this positive and compassionate

action, and my faith in the encyclopedia - which had given way to frustration and bitterness over this anonymous character assassin's seemingly exclusive control over the article - is now greatly restored.

While as explained previously I will not provide "Sherurcij" with any further information, documents, or citations now that his agenda is clear, I have told the Wikipedia editors that I am willing to provide them whatever they wish to evidence Lilith's and my innocence of the vicious attacks against us in the 1980s.

Michael A. Aquino Maquino 14:01, 26 March 2007 (UTC)Maquino

> Awesome, any claims you make (Blood was psychotic, you were targeted because of your religion, the CID performed illegal operations against you, the Secretary of the Army wanted to force you out of the armed forces, etc) that you can provide evidence for, will be happily included in the article. I honestly don't doubt that at least some of them are true, but unless you have a judge, journalist or somebody similar to cite as claiming you were targeted because of your religion, WP can't simply insert that it is true because *you* believe it. But if you have references, that would be very helpful in improving the article. Sherurcij (Speaker for the Dead) 01:31, 27 March 2007 (UTC)

# Overview of the Presidio Affair

What follows here is the essential, and believe me *brief* summary of the Presidio affair that I send to inquirers. The amount of documentation behind this is staggering, because I had to FOIA/PA, dig, and sue (Discovery) the facts out of many parts of the SFPD, Pentagon, CID, and FBI over four years and definitely against their expectations and comfort. I have never been the least bit reluctant to stand publicly behind *everything* stated here. Apologies if even in this condensed form it is a bit long for a discussion page like this, but it seems to be called for:

Nevertheless this is not a continuing "hobby" of mine. It was a disgusting, dangerous, and infuriating ordeal for us, not to mention that it drained four years of our lives and creative time. I would accordingly prefer to flush it down the toilet of useless history and focus on the Great Mysteries of the Universe. I try to respect honest curiosity, but I have very little patience for cranks, character assassins, and the like.

THE 1986-7 PRESIDIO "SATANIC RITUAL ABUSE" EVENTS

Following the publication of the "recovered memories of Satanic ritual abuse" book _Michelle Remembers_ in 1980, the United States and other Anglo-American countries went through a decade of "SRA" scares and witch-hunts. After the 1984 McMartin Preschool became internationally publicized in one such scare, day-care facilities generally became targets of "SRA" witch-hunt instigators.

The epidemic extended to U.S. military services as well, including 15 U.S. Army day-care centers and elementary schools by 1987. In late 1986 it was the turn of the Presidio of San Francisco.

On 9/28/86 the _San Francisco Examiner_ began a series of 8 front-page stories sensationalizing the witch-hunts. Approximately a month later one set of Presidio parents claimed that their son might have been anally raped by one of the day-care teachers, Gary Hambright, and the scare was off and running, with scores of children being "abuse-diagnosed" by a "play-therapist" despite not a single published confirmation of actual physical harm to any child. Hambright denied any "abusing" whatever, and all of the other teachers and staff supported him.

As in other witch-hunts it made no difference: Over the next year Hambright was suspended, indicted, charges dropped, reindicted, charges redropped amidst a massive media frenzy. Parents rushed to file over $84 million in claims, as was also routine in such witch-hunts. [The previous year a similar, highly-publicized witch-hunt at West Point had resulted in $110 million claims.]

Left out of the Presidio claims bonanza were Christian chaplain Larry Adams-Thompson and his wife Michele, who had never reported their daughter Kinsey Almond for any physical or psychological symptoms during the entire time she had been under Hambright's supervision at the day-care center (9/1-10/31/86). In their original 1/87 FBI interviews both A-Ts were specific about that date-window, because Almond turned 3 on 9/1/86 and, as confirmed by the Presidio Director of Personnel & Community Affairs, Hambright supervised only children age 3 and older.

Despite Almond's untouched state [on 3/12/87 Presidio doctors examined her and pronounced her a virgin free from any physical signs of abuse], the A-Ts placed her in an intensive 8-month program of "play-therapy". The same "therapist" who pronounced the scores of other children "abused" soon pronounced Almond "abused" as well.

The A-Ts, however, were not content with just accusing Hambright. In 6/87 Michele introduced "SRA" themes and insinuations about me - who had been a topic of curiosity and gossip as a famous Satanist officer throughout my 1981-86 assignment to the Presidio Headquarters - to the "therapist". Then on 8/13/87 the A-Ts saw my wife Lilith and myself at the Presidio post exchange and went running to the witch-hunt investigators alleging that Almond had accused us of kidnapping and raping her while she was under Hambright's supervision. [They then climbed on board the financial bandwagon with a $3 million claim of their own based on their faked story.] This quickly resulted in an even more sensationalistic international media storm.

The San Francisco Police investigated, verified that Lilith and I had been 3,000 miles away in Washington, D.C. - where I was on duty every single day Almond was at the daycare center 9/1-10/31/86 - and closed the case with no charges accordingly.

In October 1988, however, I appeared as a panelist on a Geraldo Rivera Halloween special. Rivera was trying to aggravate and escalate the "SRA" witchhunt mania, and I was speaking out against it. The broadcast came to the attention of Senator Jesse Helms, who became enraged that a Lt.Colonel in the Army should dare to hold a "Satanic" religion. As Freedom of Information Act filings later revealed, Helms then secretly contacted his close personal friend, Secretary of the Army John Marsh, and insisted that Marsh devise some way to destroy my career.

As my 20-year military record was without blemish [In 1987 I was the sole USAR officer in the nation selected to attend the prestigious National Defense University/ICAF], the only way to act on Helms' demand was to try to revive the chaplain's scheme to threaten Lilith and myself, apparently expecting that with sufficient intimidation by the Army Criminal Investigation Division (CID) I would resign and "disappear". [It didn't work.]

The CID first (Jan 89) illegally forced a fulltime active duty board to deny me a new fulltime contract on expiration of my current one in 9/90. Six months later, after a sham "reinvestigation", it issued a report "titling" Lilith and myself for the chaplain's allegations. ["Titling" is a statement by the CID that it thinks a crime occurred.] Nevertheless the report itself contained not a single item of "evidence" other than the A-Ts' allegations that any crime whatever had occurred - and either suppressed or ignored

abundant evidence of our innocence and the A-Ts' violations.

[For example, the CID tried to get around our 3,000-miles-away proof of innocence by finding out when we *had* previously been in San Francisco - several months before the 9-10/86 "window" - and then (in 1989) simply revising the allegation to *that* date! When the CID then learned that that this manufactured redate made the A-Ts' alleged location physically impossible, it then (in 1991) proceeded to invent a *new* location, once again on no grounds except its 1991 predicament. Both the manufactured "redating" and "relocating" necessarily made numerous additional elements of the chaplain's original fabrication impossible as well - inconvenient complications that the CID addressed by simply ignoring them.]

What this bizarre exercise in "manufactured evidence" *did* demonstrate was the strength of the political agenda predetermining the CID's "reinvestigation" from the outset. [For instance, the CID's illegal fixing of the fulltime-duty board took place at the *beginning* of its "reinvestigation" - half a year before it was supposedly able to perform the evaluation of that investigation.] Clearly an expose' that we had in fact been the innocent victims of a cold-blooded, calculated scheme to defraud the government - by a *Christian chaplain* - was politically out of the question from the beginning.

My repeated demands that those responsible for the CID action, as well as the chaplain, be court-martialed for false official statements, manufacture of evidence, obstruction of justice, misprision of serious offense, attempted $3 million defrauding of the government, and several other UCMJ and federal law violations, were similarly - and equally illegally - suppressed. The CID's response was to say that I was "swearing falsely" to these facts. Nevertheless it could not - and did not - produce even a single example of *any* such "factual falsehood" in the documents I filed and swore to under penalty of perjury. [Nor, of course, was I ever charged with making even a single "false statement".]

By administrative complaint process in 1990 we were able to have the "SRA titling" of Lilith removed. The CID refused to remove mine - although the A-Ts had always alleged we "did the SRA together" - because to do so would have exploded the entire CID operation and opened a trail of serious law violations leading to Helms and Secretary of the Army Marsh.

I next filed suit in federal court in 1990 to have the rest of the CID report exposed and retracted. The U.S. Privacy Act would have forced a comparison of every CID statement in the report with the actual facts (a _de novo_ judicial review). For this reason the CID argued intensely that its reports should be immune from _de novo_ review.

The case was filed as a Motion for Summary Judgment. There was no jury or in-court testimony. We assumed that the CID's legal violations were so flagrant, obvious, and numerous that a simple ruling by the judge would suffice.

To our surprise the judge ruled that all CID reports were indeed exempt from _de novo_ judicial review, and that the CID could conclude whatever it wished from its report *as written*.

We appealed, and the appeals court upheld the district judge's decision to exempt CID reports from the Privacy Act. Again in its decision, the appeals court recited as "facts" excerpts from the very CID document whose falsehoods were the *issue* of the entire lawsuit.

Following the lawsuit I detailed and documented the CID lawyer's extensive lies in briefs & oral argument to the Army Inspector General, Judge Advocate General, and finally the Army Chief of Staff.

None of my facts or documents was disputed or refuted, but neither was any action taken to courtmartial those responsible. This effectively exhausted my options.

The bottom line was that on one hand the politically-driven "black bag job" to intimidate me out of the Army had failed, and indeed could not withstand many other decent and honorable offices and officials in the same Army who, as they learned about the scheme, refused to aid, abet, or tolerate it. [This included every single superior officer in my own chain of command throughout all the years of the initial attack against us and the subsequent investigations.]

On the other hand we came to realize that it was politically out of the question that a Christian chaplain be courtmartialed for crimes committed against a "Satanist" and his wife, or that trails of illegal actions leading to powerful national political figures would be followed. And we also learned that the courts were also not about to force exposure of such a widespread and potentially politically-explosive cover-up as this one.

On the expiration of my fulltime active duty contract in 1990, I continued as a parttime active USAR officer for the next four years, assigned to Headquarters US Space Command with an above-Top Secret clearance. I decided to retire in 1994, and at that time received the Meritorious Service Medal from the [new] Secretary of the Army, covering 1984-1994. I remain today in the Army as a Lt.Colonel (Ret.).

Most people will find it sufficient, I think, that Lilith and I were never charged with anything after two long investigations (SFPD/FBI, CID), that I retained my TS+ clearance, and that I retired honorably in 1994. My Officer Efficiency Reports from the time of the attack on us to my 1994 retirement also continued to give me the highest possible evaluations in all categories.

My military service and present Army-Retired status are public record and can be independently verified by anyone wishing to take the trouble.

Nor is the 1990 lawsuit in any sense a "skeleton in my closet". A review of my attorney's district & appeals briefs & orals will glaringly expose what was actually taking place: a court coverup of blatant Senatorial/SecArmy/CID misconduct - and simultaneous brushing-aside of numerous illegal actions against an Army officer and his wife of a "politically incorrect" religion.

Michael A. Aquino, Lieutenant Colonel, Military Intelligence, U.S. Army (Ret.)

Maquino 06:06, 28 March 2007 (UTC)Maquino

What about including a paragraph that goes something along these lines:

Following the media frenzy that was whipped up by the book *Michelle Remembers* and subsequent public fixation on the idea of Satanic ritual abuse, Aquino and his wife Lilith were accused by an Army chaplain of having been involved in such activities. Aquino was investigated in depth by both the SFPD and FBI, as well as the CID, but was never charged with any crimes [*can you provide citations to this effect?*]; this follows the general pattern of SRA allegations, which have overwhelmingly been found to be falsifications, in most cases due to suggestive action on the part of therapists involved [cite the FBI report on SRA, [1] (http://www.religioustolerance.org/ra_rep03.htm) for support].

Unfortunately, the Wiki biography is probably going to have to mention the event (because if it doesn't, there will always be people wanting to add it), but it is in all likelihood better to pre-empt it with a short, factual account of the happenings, which don't go into unnecessary detail but put the allegations into the greater context. Then the rest of the biography can focus on more interesting things, such as the Temple, army career etc. There is no need to include sordid details of the saga, and mentioning that it was a *chaplain* who brought the accusations up leaves the reader to draw their own conclusions about possible motivations, while still being neutral and factual, not indulging in 'original research'.

The issue of Aquino's retirement from the army can be covered in another section entirely, since it is unrelated to the SRA fiasco. It can then mention the Meritorious Service Medal (is there a source for that?). Sherurcij claims to have sources saying Aquino was 'discharged', but is this not just a civilian misuse of the term? ('If I leave work, I quit, but if I leave the army, I am discharged, honorably if I behaved well').

Maquino, remember that you can cite sources that are not available online (although online records are better), so if there is some register or something that the Army keeps of retirements (at the MPRC perhaps), and your name is at that register, then you can cite that. Maybe just cite the code on your DD Form 214 (if officers get such a thing)? The onus is then on the 'investigative journalists' to go and dig that up to verify for themselves that the claim is substantiated. If you provide the citations here, it's a lot easier to include them, because you'll know the particular format.

Finally, regarding lawsuits. I think it is a principle on Wikipedia that in a biography of a living person, lawsuits are not included unless they are the reason the person is notable (because they are a famous litigant or something). The policy cites the example of a messy divorce. I think Aquino's legal wrangles fall into that category: he is notable for his religion, particularly in the context of a distinguished army career coinciding with it (and his religion is the cause of the SRA allegations, as well). He is not well-known because he filed lawsuits, and therefore his bio need not include information on the lawsuits. Richard1968 10:12, 28 March 2007 (UTC)

No, I don't think it is necessary to add that paragraph [though I appreciate the care you took in wording it]. Really, out there in the "real world" no one brings up or cares about that episode anymore. It was 20 years ago, it fizzled out [as did the whole "SRA" scam-scene generally], and the only people who occasionally try to drag it up are cranks and character assassins, as in this instance. I am not "ashamed" of it in the least; I just don't think it deserves the dignity of attention, particularly, if I may be allowed a moment of immodesty, against my lifelong record of positive accomplishment.

But just as frankly I am a retired senior citizen now and would prefer to "just fade away". Younger, brighter, fresher intellects now inspire the Temple of Set, which gives me great pleasure. In the memoirs/histories on my webpage I will continue to make freely available whatever worthwhile things I have learned during my own Grail Quest, and that, I really think, should be enough. Wikipedia should really just eliminate the article and other references to me entirely, and drop me down the proverbial Memory Hole.

Michael Aquino

Maquino 18:10, 28 March 2007 (UTC)Maquino

Retrieved from "http://en.wikipedia.org/wiki/Talk:Michael_Aquino"
Categories: Biography articles with listas parameter | Biography articles of living people | Biography

articles without infoboxes | Stub-Class biography articles | Stub-Class Left Hand Path articles | Unknown-importance Left Hand Path articles | Stub-Class Religion articles | Unknown-importance Religion articles | Notable Wikipedians

- This page was last modified on 10 May 2007, at 22:06.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Yahoo!  My Yahoo!  Mail  Make Y! your home page

  

Search
the Web                                    [Search]

# YAHOO! HEALTH

Welcome, **danhar49**
[Sign Out, My Account]

Groups

Health - Groups - Help

## YAHOO! TOOLBAR

Take control of your Web.

[Get It Now]

Y!  [Search Web] | [ ] [ ] ⊕ | ✉ Mail | My My Yahoo! | ♦ Games | ♦ Personals

---

danhar49 · danhar49@yahoo.com | Group Member  - Edit Membership

Start a Group | My Groups

## witchhunt

Search for other groups...          [Search]

---

| Home | **Messages** |
|------|-------------|
| Messages | |
| Post | Message # [ ] [Go]  Search: [ ]  [Search]  Advanced |
| Database | |
| Members | **Rightmyer Discovers Ecom Suit!** |
| Calendar | |

Home
Messages
  Post
Database
Members
Calendar

Promote

**Yahoo! Groups Tips**

**Did you know...**
Real people. Real stories.
See how Yahoo! Groups
impacts members
worldwide.

**Best of Y! Groups**

 Check them
out and
nominate
your group.

**Messages**

Message # [ ] [Go]  Search: [ ]  [Search]  Advanced

**Rightmyer Discovers Ecom Suit!**

Reply | Forward                                              **Message**

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In article <alexx12-EBEAF9.19012903102000
@nntp.we.mediaone.net>,
Dan "Alex Constantine" Rightmyer
<alexx12@...> wrote:

>So much for satanic DoD psyop "priests"
>censoring the Internet ...
>
>Aquino v. Electriciti Inc., 26 Med. L. Rptr. 1032
>(Cal. Superior Crt., San Francisco City and County, Sept. 23, 1997)
>
>In this case, the Court, following Zeran v. America Online ...
>held that the Communications Decency Act preempts state law
>claims against defendant ISP for negligence, etc.

Well, like, I mean, *duh*, Rightmyer. Did you just
fall off the turnip truck or what?

In updates on spp at the time, I reported that the Ecom
attorney brought up _Zeran_ and argued that it set the
applicable precedent for immunizing ISPs against tort
suits relating to customer account behavior.

My attorney disagreed, pointing out that the ruling in
_Zeran_ specifically cited the CDA assumption that ISPs
are expected to police themselves in account-abuse
incidents, which in this instance Ecom had refused to do.

Nevertheless the judge in this case felt that the _Zeran_ precedent applied, and dismissed my suit. Ecom could take pride in being able to conceal the identity of a cyberstalker using its service to harm innocent people - including forging posts from the Ecom account of an innocent third-party.

Unfortunately for Ecom, which had hired one of the most expensive law firms in San Francisco, the judge also ruled that this was not a SLAPP-suit, hence Ecom would be on their very own hook for their law firm's quite substantial (based on their website squawking for donations) bills.

So much for cyberstalkers thinking that they can abuse SLAPP laws to allow them to conduct hate campaigns with immunity and impunity. SLAPP was never intended for that purpose, as cases like this are continuing to establish.

This lawsuit came at a time before some of the very strong new anti-cyberstalking legislation in California and at the federal level had appeared. Thanks to the Napolises of the Internet, we are coming more and more into a time where cyberstalking will be less and less possible, and more criminalized. The CDA immunity of ISPs, which was never intended to shelter cyberstalkers, will obviously be adjusted to reality as well.

In California, Penal Code #646.9 is now law. At the federal level:

>From: NLECTC Outreach Manager
>Sent: Thursday, May 11, 2000 11:36 AM
>Subject: Wired News, 2 May 2000 -
>THE EPIDEMIC OF CYBERSTALKING
>
>Stalking is a very real threat on the Internet, as
>the medium's anonymous nature allows stalkers to
>terrorize their victims with a great degree of
>secrecy. Cyberstalking victims and advocacy
>groups frequently complain that when they turn
>to the police for help, officers do not take the threats
>seriously. California has the recognition of being the
>first state to put a cyberstalking law on the books.
>That law went into effect last year. Now Congress is
>debating a similar law. The Stalking Prevention and
>Victim Protection Act of 2000 has already won the
>approval of the House and is awaiting review by the
>Senate. "The fact that Congress is considering making
>it a federal crime and felony is an indication of how
>serious the problem is and that we need a national

>solution to it," says Nancy Savitt, chief legal officer for
>the Internet safety group Cyberangels.

Michael A. Aquino

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.0.2

iQA/AwUBOdq+e2RWyNykJwrDEQIeowCeKofRhF09n193Gyp+sFlT1crgXpoA
vyVu61T3Ld+F/Yvdte3d4wRl
=Po09
-----END PGP SIGNATURE-----

 Forward                                                                    **Message #**

---

Expand Messages

**Rightmyer Discovers Ecom Suit!**
... Hash: SHA1 In article <alexx12-EBEAF9.19012903102000 @nntp.we.mediaone.net>,
Dan "Alex Constantine" Rightmyer ... Well, like, I mean, *duh*, Rightmyer. Did...

< Prev Topic  |  Next Topic >

---

Message #  [        ]  [ Go ]  Search: [                    ]  [ Search ]  Advanced

**SPONSOR RESULTS**

Fathers Rights
www.ourfamilylaw.com - We have Quality, low cost attorneys in all areas. Pay

Child Custody
mydiscountlawyers.com - We have quality, low cost lawyers in all areas.open

Fathers Rights
thehungrylawyer.com - WE have low cost, discount attorneys in all areas. Pay

---

Copyright © 2008 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help



Yahoo! My Yahoo! Mail

# YAHOO! Health

**Groups**

Welcome, danhar49
[Sign Out, My Account]

Search
the Web [_____] [ Search ]

Health - Groups - Help

---

danhar49 · danhar49@yahoo.com | Group Member - Edit Membership        Start a Group | My Groups

---

**witchhunt**        Search for other groups... [_____] [ Search ]

---

| Home | **Messages** | Mes |
| Messages | Message # [___] [ Go ] Search: [_____] [ Search ] Advanced S |
| Post | |
| Database | ## CURIO unmasked by Devereau in Union-Tribune article M |
| Members | ## Sunday |
| Calendar | |

Reply | Forward        **Message #17289** of 38889 < Prev

**Re: [witchhunt] Re: CURIO unmasked by Devereau
in Union-Tribune article Sunday**

Tue Sep 26, 2000

▷ Show Message

In a message dated 09/25/2000 7:35:18 PM Pacific
Daylight Time,
JPBrownJr@... writes:

lwimbrly@...
lwimbrly@...
✉ Send Email

<< Assuming that Ms. Napolis is indeed the deluded true
believer most
recently
posting as "Curio" we have yet another reason to be cynical
about mental
health professional's being able to facilitate greater insight
and improved
functioning in their clientele. There would appear to be a
very real danger
of Ms. Napolis joining some of her more troubled clients in
shared psychotic
disorders reminiscent of the now discredited recovered
memory movement.
Fostering improved reality testing is unlikely to be Ms.
Napolis' forte.
>>

Perhaps we need to alert the licensing board in California by
providing them
this article and some of Curio's, Dylan's, etc. postings. By
reading these,
surely they will see that she is unhinged from reality and
NOT qualified to
be a therapist.

Lesley

**Yahoo! Groups Tips**

**Did you know...**
Hear how Yahoo! Groups
has changed the lives of
others. Take me there.

**Best of Y! Groups**



Check them
out and
nominate
your group.

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
DIANA NAPOLIS

**DEFENDANTS**
DR. MICHAEL AQUINO, MICHELLE DEVOREAUX, TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFI, MARK SAUER, DAVID COPLEY, SAN DIEGO STATE UNIVERSITY, LESLEY WIMBERLY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED
2008 MAR 25 PM 4:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Diana Napolis
In Pro Per
6977 Navajo Road DMB114
San Diego, CA 92119-1503
(619) 462-5818

ATTORNEYS (IF KNOWN)

'08 CV 0557 WQH NLS

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR
(For Diversity Cases Only)    PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  Defendants have violated the U.S. Constitution by imparing plaintiff's First Amendment Rights (28 USC §1343, 28 USC §1330, 28 USC §1331, 28 USC §1346(b), 42 USC 13981(e)(3))

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A **CLASS ACTION**  UNDER F.R.C.P. 23    DEMAND $ 10,000,000.00    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):    JUDGE _____    Docket Number _____

DATE
March 25, 2008

SIGNATURE OF ATTORNEY OF RECORD
Diana Napolis

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)