Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 462-5818  803-5917 ~~

In Pro Per

FILED
08 APR -3 AM 9:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

    Plaintiff

v.

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, LESLEY WIMBERLY, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,

    Defendants

Case No.: 08- CV 557-WQH-NLS

COMPLAINT FOR:

1. NEGLIGENCE;
2. DEFAMATION;
3. VIOLATION OF PLAINTIFF'S RIGHT TO PRIVACY;
4. FALSE LIGHT;
5. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;
6. CONSPIRACY TO VIOLATE PLAINTIFF'S RIGHT TO PRIVACY AND FIRST AMENDMENT RIGHT TO FREE SPEECH;
7. CONSPIRACY

CORRECTION TO ADDRESS AND TELEPHONE NUMBER

Plaintiff's correct mailing address is 6977 Navajo Rd. PMB 114 San Diego, California 92119-1503. The correct telephone number is (619) 873-5917.

*Diana Napolis*  4/3/08