Exhibit 1

April 2, 1991

TO:     Sherry Paul

FROM:   Diana Napolis, PSW
        Court Intervention

<u>RITUAL ABUSE CASE CONSULTATION</u>

There have been a growing number of ritual child abuse cases in the past few years. Social service & police agencies around the country are endeavoring to isolate & identify this phenomenon and disseminate helpful information a quickly as possible. There are difficulties meeting the demands for information because there are few experts in the field and so much to learn.

Due to the prevalence of cult groups & their propensity to horribly abuse young children (often the younger the better), I feel that CPS needs to have support systems firmly in place ready to fill the needs of the community & individual social workers. We are faced with the responsibility of recognizing, investigating and protecting children in an area where there is so little known & often associated with denial & fear.

I would like to help set up such a recognition, identification & treatment guide for court intervention workers, I am suggesting a weekly time commitment devoted to case consultation & peer support. Eventually, we could set up a library & network with other community agencies to best address this unfortunate growing problem in San Diego.


cc:   Joyce Wakefield
      Maria Clarkson


DN/ydt-qt

STOCK #75-3344