Message from discussion warning to Curio

View parsed - Show only message text

```
From: "Nancy Stone" <dansto...@earthlink.net>
Subject: warning to Curio
Date: 1999/04/22
Message-ID: <7foug7$8jb$1@ash.prod.itd.earthlink.net>#1/1
X-Deja-AN: 469854642
X-Posted-Path-Was: not-for-mail
X-MimeOLE: Produced By Microsoft MimeOLE V4.72.2106.4
X-ELN-Date: 23 Apr 1999 04:55:35 GMT
X-ELN-Insert-Date: Thu Apr 22 22:05:02 1999
Organization: EarthLink Network, Inc.
Newsgroups: sci.psychology.psychotherapy
```

The message below was forwarded to me by a friend but has not hit my server yet. I am responding here because I do not know how to contact Curio via e-mail.

Curio -- I wish to make this very clear to you. If you contact my employer in any way, make any complaint about me or even any further "inquiry," I will turn over this message and other posts you have made about me in the past to the local police in San Diego and file an official stalking complaint against you. If you merely wish to verify my connection to UCSD you and anyone else can do so by visiting the Psychology Department webpage.

I do not post from a UCSD account and they are in no way connected to or responsible for anything I say on the internet. They will recognize that you are a known net-kook and will not take your interference seriously. However, your real-life attempts to jeopardize my employment constitute a threatening and hostile act which, taken with your other statements about me specifically, fit the definitions of criminal stalking in the State of California.

The police have the means to find out who you are, even if individuals do not. You are not immune to discovery and if you value your recreational activities on the internet I suggest that you leave me alone.

This is your last warning.

Nancy Alvarado (Stone)


Path:

news.mv.net!newsfeed.mathworks.com!news.maxwell.syr.edu!nntp2.dejanews.com!
nnrp1.dejanews.com!not-for-mail

From:

k...@my-dejanews.com

Newsgroups:

sci.psychology.psychotherapy

Subject:

Re: Bennett Braun, MD et al Trials Set

Date:

Fri, 23 Apr 1999 01:23:35 GMT

Organization:

Deja News - The Leader in Internet Discussion

Lines:

45

Message-ID:

<7foi2j$l11...@nnrp1.dejanews.com>

References:

<7fjhcp$36...@nnrp1.dejanews.com>
<19990421151821.15782.00000...@ng-fw1.aol.com>
<7fm2be$n5...@birch.prod.itd.earthlink.net>

NNTP-Posting-Host:

199.106.159.219

X-Article-Creation-Date:

Fri Apr 23 01:23:35 1999 GMT

X-Http-User-Agent:

Mozilla/4.5 [en] (WinNT; I)

X-Http-Proxy:

1.0 x9.dejanews.com:80 (Squid/1.1.22) for client 199.106.159.219

Xref:

news.mv.net sci.psychology.psychotherapy:78083

```
In article <7fm2be$n5...@birch.prod.itd.earthlink.net>,
   "Nancy Stone" <dansto...@earthlink.net> wrote:
> EREBUS1845 wrote in message
> <19990421151821.15782.00000...@ng-fw1.aol.com>...
>From: k...@my-dejanews.com

>Don't you have something more important to do, Nancy, than
>pick on a mental health consumer and try to show your superiority?
>Or aren't they giving you enough work to do gophering for
>the person you work for.

>Thanks --you know who you are--  who reveiled Nancy is just a
>research assistant.

Thanks Tor, but that wasn't a secret. :)

>Last time I knew about research assistants they did all the project's
>dirty work. You know the menial tasks since they don't have the
experience
>or expertise to handle a project's paperwork (and that's *a lot* of
```