Google Groups

Help | Sign in

## sci.psychology.psychotherapy

[Search this group]

Message from discussion Warning to Nancy (was Warning to Curio)

View parsed - Show only message text

```
From: k...@my-dejanews.com
Subject: Warning to Nancy (was Warning to Curio)
Date: 1999/04/23
Message-ID: <7fqkdu$gu6$1@nnrp1.dejanews.com>
X-Deja-AN: 470071311
References: <7foug7$8jb$1@ash.prod.itd.earthlink.net>
X-Http-Proxy: 1.0 x2.dejanews.com:80 (Squid/1.1.22) for client 199.106.159.219
Organization: Deja News - The Leader in Internet Discussion
X-Article-Creation-Date: Fri Apr 23 20:16:02 1999 GMT
Newsgroups: sci.psychology.psychotherapy
X-Http-User-Agent: Mozilla/4.5 [en] (WinNT; I)

In article <7foug7$8j...@ash.prod.itd.earthlink.net>,
  "Nancy Stone" <dansto...@earthlink.net> wrote:

N>The message below was forwarded to me by a friend but has not hit my
>server yet.  I am responding here because I do not know how to contact
>Curio via e-mail.

Of course, Nancy knows how to contact me via e-mail because I have
multiple, public e-mail addresses.

However, Nancy Alvarado (Stone) from UCSD writes:

>Curio -- I wish to make this very clear to you.  If you contact my
>employer in any way, make any complaint about me or even any further
>"inquiry," I will turn over this message and other posts you have made
>about me in the past to the local police in San Diego and file an
>official stalking complaint against you.  If you merely wish to verify
>my connection to UCSD you and anyone else can do so by visiting the
>Psychology Department webpage.

Nancy, I have already called the administration at UCSD as of several
weeks ago. I also asked them if it was proper for a member of their
staff to threaten to call the police in response to an ethical complaint
being made. They said no. I think this can get you into very big trouble,
kiddo, as I'm sure the chancellor might be interested about community
relations, your affiliations, and your continual lying.

I requested a copy of ethical guidelines for your job description
so that I could decide whether any of those guidelines have been
violated. I am still in that process, and haven't decided yet, but
the administration told me the job description was important to
know in order to clarify what, if any, ethical guidelines apply,
which is why I repeated your job description as it was related to me.
If there are no ethical violations, then no complaint will be made.
I told them I had no interest in tying up their resources with
anything inappropriate, but I was curious as to what ethical guidelines
were available. If nothing else, I was going to present them to you.

However, your continual threats of calling the police on anyone who
wants to make an ethical complaint, violates ethics in an of itself
and is a threatening activity, constituting obvious attempted
retaliation. I have concern for your students and anyone around you
```

who might want to make a complaint at any time.

N>I do not post from a UCSD account and they are in no way connected to
>or responsible for anything I say on the internet.

You have posted from a UCSD account, you make claims about your
employment frequently, and it remains to be seen how responsible
they want to be for you. Your friends have contacted licensing
boards, and they have filed suits against internet services, and have
engaged in censorship and on-going harassment, none of which
apparently bothers you, and much of it you excuse. You are involved
in research in my community, within a public University, and it
does involve me.

   It is different when the shoe is on the other foot, isn't it.

I think you need to think about this for awhile because sometimes
that is the only way people learn to have empathy and compassion
for the suffering of others.

N>They will recognize that you are a known net-kook and will not take
>your interference seriously.

I am not a "known net kook", Nancy, that's what your satanic affiliates
and friends of pedophiles are trying to promote. It's this type
of continual behavior from you that has led to my request for ethical
guidelines from UCSD.

N>However, your real-life attempts to jeopardize my employment constitute
>a threatening and hostile act which, taken with your other statements
>about me specifically, fit the definitions of criminal stalking in the
>State of California.

You are now obviously delusional and an illiterate who can't read or
understand the intent of the law, and you are attempting to misuse
the law for your own purposes. Everyone has the right to file an ethical
complaint about anyone, at any time. In fact, I know several other
people who are interested in this also.

You are using the tactics of cults and it doesn't reflect well on you.
If you haven't done or said anything seriously objectionable, then
your employment is not in jeopardy. However, due to your paranoia, I'm
beginning to believe that you feel guilty about something.
What is it, Nancy?

>The police have the means to find out who you are, even if individuals
>do not.  You are not immune to discovery and if you value your
>recreational activities on the internet I suggest that you leave me
>alone.

Nancy, the police will simply laugh at you, as you deserved to be
laughed at, and if you continue to make threats like this, that will
only contribute to my documentation of your ethical lapses.

I have all of the correspondence saved between the administration
and myself, and I can tell you that you are making things much
worse for yourself. My original intention was to clarify ethical
guidelines but you are now making the situation much worse.

Karena Jones
Curiojon...@hotmail.com
http://www.geocities.com/CapitolHill/senate/7736/aq.html
Michael Aquino, Leslie Packer, Nancy Alvarado and John Price

```
> Re: Bennett Braun, MD et al Trials Set

> In article <7fm2be$n5...@birch.prod.itd.earthlink.net>,
>   "Nancy Stone" <dansto...@earthlink.net> wrote:
> > EREBUS1845 wrote in message
> > <19990421151821.15782.00000...@ng-fw1.aol.com>...
> >From: k...@my-dejanews.com
>
> >Don't you have something more important to do, Nancy, than
> >pick on a mental health consumer and try to show your superiority?
> >Or aren't they giving you enough work to do gophering for
> >the person you work for.
>
> >Thanks --you know who you are-- who reveiled Nancy is just a
> >research assistant.
>
> Thanks Tor, but that wasn't a secret. :)
>
> >Last time I knew about research assistants they did all the project's
> >dirty work. You know the menial tasks since they don't have the
> experience
> >or expertise to handle a project's paperwork (and that's *a lot* of
> >paper! NSF grants is a pain in itself) and publicity. We can see that
> >Nancy has a lot to learn in the latter capacity.
>
> N> This is what happens when you rely on something Curio says.  You
> get
> >it all wrong.
>
> Actually no, dear, I called UCSD and asked them specifically what your
> job description was because they said I needed to know that in case I
> wanted to file a complaint -- which I haven't done, to date.
>
> There are apparently different guidelines for different job
> descriptions.
> They looked you up and told me you were a non-tenured research
> assistant.
>
> I'm now going to call them back and tell them what you stated and see
> what they have to say. I have a real concern about you being involved
> in any type of research project within my community because I believe
> you to be unethical and a proven liar, and you can't be trusted to
> report accurately on anything too important.

-----------== Posted via Deja News, The Discussion Network ==----------
http://www.dejanews.com/      Search, Read, Discuss, or Start Your Own
```

---

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google