


**FREE upgrade for Hotmail**

**Hotmail** curiojones3@hotmail.com

Passport sign out

| Inbox | Compose | Addresses | Folders | Options | Help |

Folder: Inbox

**From:** "Cyber Lurker" <cyberlurker@justicemail.com>  **Save Address** **Block Sender**
**To:** "C J" <curiojones3@hotmail.com>  **Save Addresses**
**Subject:** Re: What is going on???
Date: Wed, 03 Mar 1999 21:16:06 -0000
MIME-Version: 1.0
From cyberlurker@justicemail.com Wed Mar 3 13:16:30 1999
Received: from Unknown/Local ([?.?.?.?]) by shared3.whowhere.com; Wed Mar 3 13:16:06 1999
Message-ID: <LNNFGNAGFCIEAAAA@shared3.whowhere.com>
X-Sent-Mail: on
X-Mailer: MailCity Service
X-Sender-Ip: 166.62.192.123
Organization: JusticeMail (http://www.justicemail.com:80)
Content-Length: 1415

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

```
On Wed, 03 Mar 1999 12:35:07    C J wrote:
>
>Because when I first looked at that post, I thought it was
>the address from SOPHIE, her public newsletter. If I had
>known it was actually a personal address, I wouldn't have
>re-posted information that they already have.
>
It contained her personal phone number.  It doesn't take much to go from there.
>
>Because she didn't ask me why I did it, she told me to proof
>read better posts from the witchunt list, and I didn't care
>for the tone of her letter. I didn't start the mess, they
>did and then I tried to help her.
>
I didn't see her letter; I am sure she was p*ssed.  As far as starting this
mess, you are right; you did not start it.
>
>This is really none of your business. I didn't start any of
>this mess, and I'm not about to be blamed for it.
>
You are correct again, it is 'none of my business'.  Karen is my business, she
is my friend.  And yes, I am very angry about what happened.
>
>Not much, I'm not interested in communicating with you any
>further.
>
I'm glad that you don't (have much blood on your hands, that is).  I am sure I
do.
>
>Bye
>CJ

You are not the only one fighting this war; you are not alone; please remember
that.
```