

N.B. - the **bold text** is commented

*Exhibit 6*

# Curious Transcript

| Curio | lurker |
|---|---|
| I'm here as I wrote to you yesterday. To verify it's me I set up one account then you sent me to another. | Greetings hs :) |
| ohh it works. I'm so excited | :) |
| ok | yes, this is a great way to communicate and remain incognito, so to speak :) |
| how do you turn off the music that keeps playing when you reply. | oh, just go down to the right of your big screen there is a little picture of a megaphone (yellow) or something like that; click on that and check 'mute'. it's on the task bar (where the time shows up) i'll wait for when you are read... ready... |
| never mind, I can't find it. let's get to busiiness | weird... okay, is it reasonably quiet? |
| no, it's really loud but I am the only one in this **room** right now | (giggle) really, you ought to figure a way to turn it off :) do you see the time in the right hand corner at the bottom of your screen (in the task bar)? |
| ok, I just tried something. hang on | there will be a little yellow man left of the time, then maybe some other icons. one of these should be a little yellow speaker (megaphone) looking thing |
| it was under something else now I'm trying it again. Wait tada, it worked | yeah!!! :) okay, whew! |
| yes, how embarasssing. spies shouldn't be sending messges to the **sound of trumpets** | (giggle) then again, people tend to ignore really loud spies :) |
| true. | sorry about that message on friday (knee jerk reaction). I was up till about 3:00 on Thursday morning trying to figure out what to do... yesterday, after your last message, i went to usenet and just caught up reading on some posts. now i know why you asked about **MA** |
| I was really troubled. Sometimes it's difficult to make a move without getting someone in trouble. But I am so private and I tell people so little, even when I correspond to them for a year, i know and value privacy and what confidentiality means. | even here, in this medium, i will be somewhat cryptic, but hopefully you will get enough of the gist about what is going on... |

yes, that's good and I understand

yes, me too, well, to an extent. i have always been somewhat of a spectator. first off, no names regarding our, uhm other monikers, if you know what i mean

ok

secondly, hopefully the use of say, MA, for you know who, **MP**, for you know who else, etc. rather than out right names

ok. if there's any doubt who you mean, can I describe what they've done to get clear, or no

that way, if any of this gets out (**though I doubt it will**), either of us can claim ignorance or that we were talking about someone else :)

ok, got it

let's cross that bridge when we get to it; i hardly believe there will be any doubts; as i should be able to provide you with enough info, and you appear to be pretty good at reading between the lines

I think so

oh yeah, and one more thing. When this is all over, I really think we should meet (not for lunch) for a toast :)

ok, but we both need to decide when it's over

Though it may be years before it is 'really' over :) yeah, i am in ABSOLUTE agreement :)

yes, ;)

if you want the smiley face (which you notice i like to use) just enter a colon followed by a right parenthesis... but back to business... i pretty much told you about how i became involved... at least to a point.

i'm going to stay quiet and just read until you ask me to respond

i have been keenly interested in computer security for years (have nearly 20 years of experience) [okay, about staying quiet, that is]... blah, blah, blah...

as I said, don't know if you received **the e-mail,** he doesn't know the content of the messages, so he has no clear cut beef with you. if it's who I think it is, he is a walking advertisement for a child molester, and too stupid to keep himself from making really sick comments to others, as well as documenting his connections to a **dangerous person**

he also has made off-handed remarks about blood (which is pretty triggering to me). this has caused me to wonder if he is in any way affiliated with TOS.

if it's MP **then you know he is.**

and finally, he now knows that i have been diagnosed DID, which i haven't figured out yet, why i decided to post that on WH; though i did get an interesting backchannel from a certain MP. who said they were surprised by my site (I replied, why? and have received no answer).

my guess is that **they probably don't know what you're really up to.** Since you said you met the previous connections at a similar

i know that certain people are connected to TOS, and have, in fact, met MA. (about two months ago). they (not MA, the other folks that i believe

hospital, didn't they know you were DID already?

are connected) have invited me to thanksgiving (they know that i am alone and don't have any family nearby). i told them that i wasn't for sure where i would be going for thanksgiving. also, a person who may be very suspect of the house burning has invited me to thanksgiving, up north. (nothing like, uhm, **eating with the enemy**, eh?)

You mean **you met MA**? If they know you're DID and you really are DID, please be very careful. I've heard some of these folks know how to program .

yes, i met MA. and MP. at the same time, for lunch. i don't think they knew back then. i hadn't really told them anything. though, don't know what MD told them.

which of course brings us back to the original claim someone told me months ago which is that you might be working for the TOS. **I can't rule that out**, and I'm wondering what is going on. What would be your interst in meeting with MA and MP?

And no, MD was never diagnosed DID; MK was, I believe, as was I. Of course, I had quite a range of diag's. like DID/PTSD/SRA,etc. Those were hard times back then, much better now, though this time of the year is always especially tough for me. MP says it's SAD.

please stay away from these people then. You know they're just going to try to use you.

I was asked not to break communcation with certain folk; I have been doing my best not to. Look. I'm being used any way you cut it. By my friends at DOJ, probably inadvertently by these folks, and who knows what else. ore who else

Do the DOJ folks know you're DID? if they did surely they wouldn't advise something that's really dangerous for you to do.

MD used me. MP (not of TOS, but of VT, used me, etc.), and now, it seems like my friends at DOJ are too. and now, it seems like i've potentially not only put my son in danger, but potentially put you in danger (**by answering their demand to turn over correspondence the way i did**). i'm glad you said 'no' about meeting. yesterday, I realized that that might have been what they wanted, so they could follow, etc. today, i was going to write from home, but, well, just a bit paranoid, so, like i said, took a couple of **cabs**, etc. i spent this morning setting up PGP (pretty good privacy) on my system. in the future, i will be using that as much as i can.

Of course. Can you give me a description of MP so I know who to look for? I know. I won't put you in danger but my concern is if they've accessed on of your alters, which is usually the case. **Did MA ask you to find me?**

i hardly doubt that. we were in a very public place (I insisted); at a popular dim sum restaraunt in the west portal. What was really weird, is MP and i got there first, we were waiting for MA, and when he walked in, i immediately knew who he was, and waved him over to the table

weren't you scared shitless to meet him?

ever heard the saying, never let them see you sweat? well, i have been involved in other situations (e.g., a big drug bust in souther NM) where i 'had to play the part,' so to speak. that one had dire results; i ended up in the hospital shot full of some drug (lost several days); they found a hypo on my dresser; finger prints on the

wysiwyg://88/http://members.dencity.com/curiojones/transcript.html

|  |  |
|---|---|
|  | hypo weren't mine. sweat? sweating is very dangerous indeed. |
| did MA ask you to find me? | no. |
| why in the hell not? | We talked about his army days, and the Kennedy assassination. |
|  | ?? |
| Ha! Ha! | Now that you mention it; that's wierd. I am certain he did not ask me anything about you. |
| how bizarre. Why did MP think you would be interested in meeting MA? | i don't know. it is. MP is the one who set the whole thing up. how did you know that? |
| Because as you told the story, it all started with MP, then you said you met MA, so it was a guess. | oh. sorry. my paranoia again... |
| you know of course that MA is known to be a skilled programmer with disociated people. | yes, i am well aware of that. |
| Bummer. Then if I were you I'd check in with my internal system. How co-conscious are you? | when i agreed to meet with MP and MA, I felt that I could be reasonably safe by meeting in a very public well travelled place. since i appear to not have lost any time, i do not believe anything happened. |
| That's a dumb question, I know. But I don't know how else to bring it up. The point is that they now know your history and you are not safe . I can't believe that you think you are, nor do I know why you moved to SF. | i already did that, back then. that meeting was extremely upsetting for some of us; and threw us off for awhile. I was learning how to race sail boats and used to go to the marina weekly. Now it has been over a month and nearly 2 months since I have been there. |
| I really don't know what to say. | i have spent my life running. my parents died back in 1995. since that time, i went into consulting, always on the move. i lost my last two jobs because of all of the shit that got stirred up. up until that time, things have been reasonably stable. then, when MD contacted me back in Nov., everything went to hell. That was one. a previous associate of mine is always telling me about how great SF is and how much money you can make. |
| Geeze, I wish you would get the heck out of there | then, in april, when MD left the threat on my phone, I took the one job that was not where i was at the time. that job was in SF. i was asked to resign from that job a month and a half ago. of course, my work experience is good enough, so i got another one right away |
| I'm sorry you're in this position. | it's not your fault. this kind of stuff happens. anyway, i've been through worse, really. i just |

wanted to make sure you are safe. you REALLY do need to be careful, cuz these people are very dangerous indeed, and very serious. i am not worried about myself. maybe i should be, but i am not.

Well are they planning on trying to surpise me during the next few weeks?

when i read your posts on usenet, after we emailed, i realized why MP was so upset. he has not said anything at all about you since our meeting, so that whole thing threw me. i guess even they can't keep their cool that long, huh?

Did he speak to you in person or just an e-mail.

on the phone. he has my phone number. he said something about buying tamales, and that he'd bought me a dozen.

??

oh, one day we talked about food (he always talks about food), anyway, i mentioned that i like tamales, and he said his neighbor makes them and next time he's (his neighbor) by, he would get some for me.

Good gads, I shudder just thinking about it. Did MP say he was going to hurt me?

there are at least 2 people, that i know of who have mentioned physical harm. one here in SF, the other up north. Don also suggested i talk to the SF DA about this. I have yet to reach him (the DA).

I know it's a bummer to move, I've done it often, but I wish you would at least change residences, change your phone number and just interact with these people via e-mail.

oh, and i just remembered something else... don't know if this means anything, but there are whisperings about halloween. Does this have any significance to you?

No, only that I'm sure they'd like to serve me up for dinner.

my name is not listed on the roster (i live in a secured building)... the only main thing that worries me is that i walk several block home, and usually very late at night. i've been doing this for several months now, and have been okay, but, since everything recently, i've felt a bit paranoid.

MA must own the city of SF by now. I'im sure he has access to phone records. Once they have your number, they must know your residence.

why would MA. care about me? i'm really pretty boring and don't do much, other than techno-dweeb stuff, and stuff for my DOJ friend every so often.

BTW, after saying you found my computer trail, you relayed some info that wasn't right. I don't have a @home account. So in case you've been corresponding with someone who has that account, it's not me. MA would care about you becuse he can use you and you are a SRA survivor. So he probably wants to invite you to his next meeting.

well that's good. one of your posts had an @home IP address.

Does he still live full-time in SF?

I have no idea where he lives.

wysiwyg://88/http://members.dencity.com/curiojones/transcript.html

Just curious, what was the reason MP gave you for the meeting with MA?

I thought they might be able to help me find out who torched MK's house.

do you think MP and MA actually care who torched K's house? These people I'm sure were the ones making it appear the way it did. I'm going to have to go eat soon, I'm famished.

no. of course not. but, i thought there might be a chance.

How does MA look? I've seen his picture but is he fat?

yeah, me too. anyway. don't know if i helped you any. I really do hope so. MA has black hair. they do make quite a pair (giggle). i can't recall exactly what MA looks like, except the picture that's out on the web. when i try recalling him sitting at the table, i just see that picture pasted where he is sitting. weird huh?

Very werid. he might have hypnotized you.

yeah, when i was just trying to recall his face, and that picture came up, that thought occured to me...

Well we can only hope for the best but prepare for the worst. Unless there's something else I've got to go eat.

that's it, until next time, or until i hear anything. once again, hope i've helped you. and please, don't worry about me. i've lived with this stuff for ever, it seems. Take Care!

free hosting by dencity.com

5/24/00 2:13 PM