reply to author   reply to all   forward   redirect   move to folder   move to trash

**your email**

**Subject:** Re: I hope you know what you are doing...
**Date:** Fri, 22 Oct 1999 15:27:32 -0500
**From:** "kjamson" <kjamson@webmail.city2city.com>
**To:** "Trinity S Dream" <TrinitySDream@City2City.com>

---

> The only reason I'm not there under my own
> name (pseudo) is due to what they pulled on
> me when I was on the SE site. I'm not trying
> to be anonymous, just coy.

>Coy? I wouldn't exactly call your postings coy.
>It's not like theycan't figure out that it's you posting.

I'm making it as obvious as possible.

>You DO realize they are just going to turn up the
>heat on me, right?

You don't know who I am so what's the beef?
I don't write for anyone else, nor do I back
down for any reason. If they turn up the heat
on you, tell them you only investigate people
who are committing crimes. Right?

>Are you just trying to piss them off so they'll
>decide to take matters into their own hands?

Both. I'm not scared of these people and I
have various tricks up my sleeve. I've been
aware for a long time that I"m not doing
anything illegal. If they actually do follow
me and take me to court, I'll see that they
fry for it. If they want to try to hurt me,
who cares. I'm prepared for all possibilites
and all types of assholes. I also carry
a gun. Be sure to tell them that.

K


---

Get free email, chat, and much more from City2City.com.