# msn.
Microsoft®

# Hotmail  kids2curio@hotmail.com

Passport
sign out

| Inbox | Compose | Addresses | Folders | Options | Help |

**Folder: Inbox**

**From:** "C J" <curiojones3@hotmail.com> **Save Address** **Block Sender**
**To:** kids2curio@hotmail.com **Save Addresses**
**Date:** Sat, 06 Nov 1999 18:37:47 EST
MIME-Version: 1.0
Received: from 207.214.0.183 by www.hotmail.com with HTTP;Sat, 06 Nov 1999 15:37:47 PST
X-Originating-IP: [207.214.0.183]
View Email Message Source

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

Content-Type: text/plain; format=flowed

Michelle.Devereaux@StObsidian.Com
candrews@ci.renton.wa.us
Request for you to physically stay away from me - web page
site corrected


Dear Michelle, I appreciate some of your commentary and I
want you to know that. However your recent actions have
disturbed me. I have openly stated that I am from San Diego
and that fact can be easily referenced. I made a point to
say it after your friend Karen Kennedy was misidentified
as me in order to help her. I have made little attempt to
be completely anonymous and a few people do know who I am
although nobody to date has violated my privacy.

You requested that we meet several weeks ago and I said
no. You agreed and said it wasn't a good idea because you
could be followed. Instead, what you apparently did was
to follow me against my wishes two weeks later and you
have exposed me to very real danger. Now there is an
anonymous person on the internet claiming my picture has
been taken by a "lurker" - which has been your pseudonym.

Because of your stated background, I am seriously disturbed
by this and I think I should be.

Please do not violate my privacy again. I don't think that's

too much to ask.

Karen 'Curio' Jones
http://members.tripod.com/~Curio_5_/index.html

PS. My kar5@hotmail.com account has apparently been hacked
into and all of my mail is gone. You indicated that you do
hacking, Michelle, but I sincerely hope you did not do this.

Again, this is a violation of my privacy and I am not

committing any crimes although I understand that there are
many dangerous people angry with me and some of them were
approached by you to find me. This message is being sent
from this account because I want it clearly on record that
I have asked you to stop following me. I am cc'ing Charlie
Andrews because you were brought into the arson
investigation
under his watch and I want him to know this.

---

Get New Hotmail Notifications and Free Instant Messaging at
http://messenger.msn.com

---

Reply       Reply All       Forward       Delete       Previous       Next       Close

(Move to Selected Folder)

Inbox       Compose       Addresses       Folders       Options       Help

Get notified when you have new Hotmail or when your friends are on-line. Send instant messages. Click here to get your
FREE download of MSN Messenger Service!

Buy Books | Buy Music | Cars | Clothes | Download Music | Entertainment
Free Games | Free Home Pages | PC Downloads | Travel Agent | Yellow Pages | More...

Search the web: [_____]

© 1999 Microsoft Corporation. All rights reserved. Terms of Service   Privacy Statement