*Exhibit 9*



| 05/17/54 | BROWN VS BOARD OF EDUCATION |

# Hotmail *curiojones3@hotmail.com*

Passport
sign out

| Inbox | Compose | Addresses | Folders | Options | Help |

**Folder: Inbox**

**From:** "Michelle Devereaux" <Michelle.Devereaux@StObsidian.Com> **Save Address** **Block Sender**
**To:** "C J" <curiojones3@hotmail.com> **Save Addresses**
**CC:** <candrews@ci.renton.wa.us> **Save Addresses**
**Subject: Re: Request for you to physically stay away from me - web page site corrected**
Date: Tue, 9 Nov 1999 08:56:12 -0800
MIME-Version: 1.0
From Michelle.Devereaux@StObsidian.Com Tue Nov 09 08:54:03 1999
Received: from [207.69.200.110] by hotmail.com (3.2) with ESMTP id
MHotMailB9F19CAB0075D820F3C9CF45C86E33100; Tue Nov 09 08:54:03 1999
Received: from morpheus (user-33qtjil.dialup.mindspring.com [199.174.206.85])by smtp6.mindspring.com
(8.8.5/8.8.5) with SMTP id LAA02527;Tue, 9 Nov 1999 11:53:46 -0500 (EST)
Message-ID: <004601bf2ad3$55603e20$55ceaec7@morpheus>
References: <19991106232342.47791.qmail@hotmail.com>
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2615.200
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2615.200
View Email Message Source

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

```
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: 7bit
```

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

bcc: to various interested legal parties

Some comments...

One, last time I heard, a Library was still public property.  That we
may have ended up reading our email from computers in the same
building is purely coincidental. Two, I do not, and have never, been
involved in computer 'hacking'.  If you are referring to the fact
that I can read electronic fingerprints (or that I have assisted law
enforcement in recovering deleted data), then please get your facts
straight.

Further more, I remind you that I am not the one who posted Karen
Kennedy's personal information to the internet, thereby putting her
in the potential harms way that you have been going on about for the
last couple of years.  And though that address may have been posted
to Witchhunt first, Witchhunt, at that time was a private mailing
list, not on the world wide web, where any lunatic could lift it at
will.  If people, as you claim, "are out to cause you physical harm,"
then why on earth would you post an innocent person's personal
information to the Web?
```

BTW, is it true that you are carrying a concealled weapon, as you stated in your email to me? I sure hope you have a license to carry. After all, I do believe it is still illegal to carry a weapon (concealled or otherwise) on to University grounds in the state of California. I also believe it is illegal to use electronic media to threaten people with such a weapon. Of course, I suppose you'll argue that asking me to tell 'them' that you have a gun is not a threat, however, within the context of your email, it is easily recognizable as a threat. Either way, you might want to check into that.

Take Care Ms. Karen Curio Jones

As I've stated before, if you really want to help abused kids, then maybe you should get yourself down to the San Diego Computer Crime Lab and volunteer your services instead of running around the internet, annoying those of us who are actively trying to keep kids safe.

Regards,
Michelle Devereaux


- ----- Original Message -----
From: C J <curiojones3@hotmail.com>


Dear Michelle, I appreciate some of your commentary and I want you to know that. However your recent actions have disturbed me. I have openly stated that I am from San Diego and that fact can be easily referenced. I made a point to say it after your friend Karen Kennedy was misidentified as me in order to help her. I have made little attempt to be completely anonymous and a few people do know who I am although nobody to date has violated my privacy.

You requested that we meet several weeks ago and I said no. You agreed and said it wasn't a good idea because you could be followed. Instead, what you apparently did was to follow me against my wishes two weeks later and you have exposed me to very real danger. Now there is an anonymous person on the internet claiming my picture has been taken by a "lurker" - which has been your pseudonym.

Because of your stated background, I am seriously disturbed by this and I think I should be.

Please do not violate my privacy again. I don't think that's too much to ask.

Karen 'Curio' Jones
http://members.tripod.com/~Curio 5 /index.html

PS. My kar5@hotmail.com account has apparently been hacked into and all of my mail is gone. You indicated that you do hacking, Michelle, but I sincerely hope you did not do this. Again, this is a violation of my privacy and I am not committing any crimes although I understand that there are many dangerous people angry with me and some of them were approached by you to find me. This message is being sent from this account because I want it clearly on record that I have asked you to stop following me. I am cc'ing Charlie Andrews because you were brought into the arson investigation under his watch and I want him to know this.

Case 3:08-cv-00557-WQH-JMA        Document 4-11        Filed 03/01/2008        Page 3 of 3

```
Get Your Private, Free Email at http://www.hotmail.com

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.5.1

iQA/AwUBOChSK2mr7USbEYZBEQLG1wCfZCD7ep5+wIogaWTQTAiVXaZ6cEgAoMIo
aE5X818w3PtfK1x6Ppu9ZjhU
=zySb
-----END PGP SIGNATURE-----
```

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

Move To   (Move to Selected Folder) ▼

| Inbox | Compose | Addresses | Folders | Options | Help | |

Get notified when you have new Hotmail or when your friends are on-line. Send instant messages. Click here to get your **FREE download of MSN Messenger Service!**

Buy Books | Buy Music | Cars | Clothes | Download Music | Entertainment
Free Games | Free Home Pages | PC Downloads | Travel Agent | Yellow Pages | More...

**Search** the web: [                    ] Search

© 1999 Microsoft Corporation. All rights reserved. Terms of Service   Privacy Statement