

"Louisa Napolis"   [Google Search]   Usenet Advanced / Usenet Help

⦿ Search all groups   ○ Search the Web    Exhibit 11

Click here for information about upcoming improvements to this beta version of Google's Usenet search.

**Usenet search result 5 for "Louisa Napolis"**

From: Corax (ccc44406@vip.cybercity-nospam.dk)    Search Result 5
Subject: More on "Curio"
Newsgroups: alt.satanism, alt.paranormal.spells.hexes.magic, alt.religion.mormon
Date: 2001-01-12 04:52:07 PST    View complete thread

Original San Diego University Police Report at San Diego University Computer Laboratory

UNIVERSITY POLICE

INCIDENT REPORT

CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY): PAGE #1 of 2

CASE#: 00-00973

MONTH DAY YEAR DAY OF WEEK TIME
653(M)Harassing / Annoying Phone Calls 06 13 00 TUES 1300

INCIDENT INVOLVES: STUDENT NON-STUDENT FACULTY OR STAFF FRATERNITY SORORITY

ADDITIONAL REPORTS: CRIME ARREST CITATION NARRATIVE OTHER:

LOCATION OF INCIDENT (OR ADDRESS): CITY
SAN DIEGO STATE UNIVERSITY STUDENT COMPUTER LAB San Diego

COMPLAINANT/REPORTING PARTY: ADDRESS: TELEPHONE
M.SVEC #506 5400 CAMPINILE DR 594-1991

VICTIM: ADDRESS: TELEPHONE
WITNESS: ADDRESS: TELEPHONE
SUSPECT: STUDENT ADDRESS: TELEPHONE
RACE: SEX: DATE OF BIRTH: SOCIAL SECURITY #: DRIVERS LICENSE #:
ORGANIZATION/POSITION:
W F 11-09-55 UNK N0849359

REPORTING OFFICER/UNIT #: APPROVED BY: MONTH DAY YEAR TIME
M. SVEC #506 06 14 2000 1900

OFFICER'S OBSERVATIONS AND ACTIONS:
ON 06-13-2000, AT APPROXIMATELY 1200 HRS, I RESPONDED TO THE STUDENT COMPUTER LAB IN THE SDSU LIBRARY TO ASSIST INVESTIGATORS. WHEN I ARRIVED I MET WITH LT. GILBERT WHO TOLD ME THERE WAS A FEMALE IN THE LAB WHO IS THE SUSPECT IN A CASE INVOLVING HARRASSING AND ANNOYING PHONE CALLS (REFERENCE SAN FRANCISCO POLICE DEPARTMENT CASE #000107383).

LT. GILBERT POINTED OUT THE SUSPECT, LATER IDENTIFIED AS LOUISA NAPOLIS, WHO WAS SITTING BEHIND TERMINAL #1006. HE ALSO INDICATED SHE MAY POSSIBLE BE CARRYING A WEAPON AND TO USE CAUTION. I CONTACTED NAPOLIS AND ASKED HER IF SHE WOULD STEP OUT IN THE HALLWAY TO SPEAK TO ME. OFFICER MCDANIEL #519 PATTED NAPOLIS DOWN FOR ANY WEAPONS AND NOTHING WAS FOUND. WHILE WAITING FOR

INVESTIGATORS I ASKED NAPOLIS BASIC PERSONAL INFORMATION TO COMPLETE A STANDARD SAN DIEGO REGIONAL FIELD INTERVIEW REPORT. NAPOLIS WAS VERY RELUCTANT TO GIVE INFORMATION AND STATED SEVERAL TIMES THERE WERE MANY PEOPLE WHO WERE AFTER HER AND DIDN'T WANT THE INFORMATION TO BE PUBLIC.

I EXPLAINED TO NAPOLIS WE WERE TALKING TO HER IN REFERENCE TO A HARASSMENT CASE AND SHE WAS SUSPECT. NAPOLIS STATED SHE HAS NEVER HARRASSED ANYONE IN HER LIFE. I ALSO ASKED HER WHAT SHE WAS DOING IN THE STUDENT COMPUTER LAB IF SHE WASN'T A SAN DIEGO STATE STUDENT (SDSU). NAPOLIS SAID THE LAB IS CLOSE TO HOME AND SHE USES THE COMPUTERS TO COMMUNICATE WITH OTHERS ON CHILD ABUSE CASES.

NAPOLIS ALSO MENTIONED SHE IS SELF-EMPLOYED, WORKING WITH CHILD CUSTODY CASES IN THE DOWNTOWN SAN DIEGO AREA. A FOLLOW-UP THROUGH SAN DIEGO COUNTY HUMAN RESOURCES SHOWED NAPOLIS WAS EMPLOYED BY THE COUNTY UP UNTIL 1996 AND NO LONGER WORKS THERE. NAPOLIS'S DMV PRINTOUT STILL SHOWS HER AS A SAN DIEGO COUNTY CHILD ABUSE INVESTIGATOR. RECOMMEND INVESTIGATIONS FOLOW-UP AND HAVE THIS DELEATED.

CASE#: 00-00973
Page: 2 of 2
----------

THROUGHOUT MY CONVERSATION WITH NAPOLIS SHE WAS VERY NERVOUS AND PARANOID. SHE BELIEVED SEVERAL PEOPLE WERE AFTER HER AND DIDN'T TRUST LAW ENFORCEMENT.

Google Web Directory - Cool Jobs - Advertise with Us! - Add Google to your Site - Google in your Language - All About Google

©2001 Google