Dec. 1, 07

Dear Clerks Office,

I received a letter from your department on 11/21/07 after I requested a copy of an incident report regarding harassing phone calls.

You sent me one incident report # 030191328 regarding the alleged victim Michelle Devereaux.

You also indicated that there was another report # involving Michelle Devereaux and a "Jones." You gave what looks like a partial report No. which I could not read. I am sending you the letter you sent to me with the request that you send me the second incident reporting involving Devereaux and Jones.

I can only make out the numbers 000-204-9. I am hoping you will be able to send this as soon as possible because I need it both for a court case and perhaps a criminal complaint against Devereaux for filing a false police report.

My name is Diana Napolis you know, better than I, the exact date, time and location of this second report. This matter is very urgent and so I request that you reply as soon as possible.

Thank you very much,
Diana Napolis
(619) 462-5818

7500 Crary St.
La Mesa, Calif.
91942