Exhibit 13



# POLICE DEPARTMENT
# CITY AND COUNTY OF SAN FRANCISCO

THOMAS J. CAHILL HALL OF JUSTICE
850 BRYANT STREET
SAN FRANCISCO, CALIFORNIA 94103-4603

**HEATHER J. FONG**
CHIEF OF POLICE

11/21/07
DATE

To: Diana Napolis
7500 Crary St.
La Mesa, CA 91942

✓ We are unable to locate the requested information in our files. Rept. # 000 107 383

___ We are unable to determine if the requested documents are in our files without further data.
You may resubmit your request, provided the following information is included with your request.

  ___ Case number (if known).

  ___ Names of persons listed in the police report.

  ___ Type of incident (if accident, include License plate number).

  ___ Date of the incident.

  ___ Other _____

___ Motor vehicle accidents, when there is no injury reported at the time of the accident, are generally not investigated, therefore no police report was prepared.

___ State law prohibits the release of the requested documents.

___ This file has been purged or destroyed.

✓ Other Research reveals 2 reports 030-191-328 & 000-204-9 involving same party (Devereaux) and one of suspect (Jones).

Prepared by: Off. A. Lim #1316    1316
Report Management Section
Room 475