# San Francisco Police Department
## INCIDENT REPORT

Report Type: RMS - Original

000204967

### INCIDENT

| Incident Number | Reported Date/Time | Occurrence On/From Date/Time | Occurrence To Date/Time | CAD Number |
|---|---|---|---|---|
| 000204967 | 02/18/2000 12:00 | 10/02/1999 12:00 | | 000491422 |

**Type Of Incident**
Suspicious Occurrence - 64070 / ANNOYING PHON. CALLS 19050

| Location Of Occurrence | Type Of Premise |
|---|---|
| 2 TOWNSEND ST. #I-809 | Apartment |

| Arrest Made | Non-Suspect Incident | Suspect Known | Suspect Unknown | Reporting Unit |
|---|---|---|---|---|
| | | Yes | | 3B00 |

Location Sent To : CO.B.   Assign To : GW
Copies To (Name Of Units) : GW   Report Status : Signed
Assigned By : PHM, 56

### OFFICER DECLARATION

I declare under penalty of perjury, this report of ___2___ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

Prop 115 Certified:   5 Yrs [X]   Post Training [X]   Signature: _____

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| MARTIN, PETER H | 56 | CO.B. | DAY | 02/18/2000 13:34 |
| Reviewing Officer Sgt. Edward Santos #2 | 2 | B | 6/16 | 2/18/00 |
| OIC Approval Officer LT. L. MINASIAN #310 | | | | 02/18/00 |

| Report Status | Juv. Involved | How Cleared | Assigned To | Copy To |
|---|---|---|---|---|
| Signed | | | GW | |

### SUBJECT 1

| Code | Name | Alias |
|---|---|---|
| R/V - Reportee/Victim | DEVEREAUX, MICHELLE | |

Home Phone / Home Address
Work Phone / Work Address

| School (If Juvenile) | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|
| | Female | | | | |

Race : Filipino   Age : 42
Employer/School Name

### SUBJECT 2

| Code | Name | Alias |
|---|---|---|
| S - Suspect | JONES, CURIO | |

Home Phone / Home Address
Work Phone / Work Address
School (If Juvenile)

Race : White

Report Type: Initial

San Francisco Police Department
INCIDENT REPORT

000204967

Topic: INCIDENT NARRATIVE

THE V/R, MICHELLE DEVEREAUX, SAID THAT SINCE OCTOBER 2, 1999 THE ABOVE DESCRIBED SUSPECT USING THE NAME OF CURIO JONES HAS BEEN SENDING HER NAME, ADDRESS AND TELEPHONE NUMBER OUT OVER THE ENTERNET WITHOUT HER PERMISSION. MS DEVEREAUX DOES HAVE A WEB CITE. ALTHOUGH NO THREATS HAVE BEEN MADE BY MS JONES MS DEVEREAUX IS CONCERNED BECAUSE SHE HEARD OVER THE ENTERNET THAT MS JONES HAS A GUN.

SINCE NOVEMBER 2, 1999, MS DEVEREAUX HAS HAD MANY TELEPHONE CALLS WHERE THE PERSON HANGS UP OR HANGS ON THE LINE WITHOUT ANSWERING. MS DEVEREAUX BELIEVES THE CALLS ARE BEING MADE BY MS JONES ALTHOUGH SHE HAS NO DEFINITIVE PROOF THAT MS JONES HAS BEEN MAKING THE CALLS.