

Recently Visited Groups | Hel

# sci.psychology.psychotherapy

Message from discussion Curio identified: Diana L Napolis
View parsed - Show only message text
```
Path: supernews.google.com!sn-xit-02!sn-xit-03!supernews.com!cyclone-
sf.pbi.net!165.113.238.17!pln-
w!spln!dex!extra.newsguy.com!newsp.newsguy.com!enews3
From: San Diego Reader <donotre...@interbulletin.bogus>
Newsgroups: sci.psychology.psychotherapy
Subject: Re: Curio identified: Diana L Napolis
Date: Fri, 29 Sep 2000 05:27:39 +0000
Organization: BBS InterBulletin.com
Lines: 22
Message-ID: <39D4284B.5394235D@interbulletin.com>
References: <39cea525_1@news3.calweb.com>
NNTP-Posting-Host: ns.interbulletin.com
Content-Transfer-Encoding: 8bit
X-Newsreader: InterBulletin WebNewsreader [Beta v0.2]
X-Complaints-To: abuse@interbulletin.com

John M Price PhD <jmpr...@calweb.com> wrote in article
<39cea52...@news3.calweb.com> :
>The story is at the San Diego Union Tribune.
>
>http://www.uniontrib.com/news/uniontrib/sun/currents/news_mz1c24curio.
html
>
>Diana Louisa Napolis has an MFC license 36844
>
>Complaint forms can be found at the Board of Behavioral Sciences site:
>
>http://www.bbs.ca.gov
>
>should you feel you need them.
```

Hats off to Mark Sauer of the San Diego Union Tribune for writing the elightening article on Diana Napolis. Ms. Napolis is a court-appointed monitor in a custody situation involving my ex-daughter-in-law, who was ruled a danger to our 5-year old grandaughter. Ms. Napolis supervises when our granddaughter visits her mother and has been acting so strange this summer we were about to head into court to have Ms. Napolis replaced. She has become convinced that our granddaughter is possessed by the devil. She claims the child told her, "in a low and frightening voice" to never touch her or come near her again. After reading the article, "A web of intrigue," I am convinced it is Ms. Napolis who needs supervision and she should be replaced immediately! Why should our hard earned tax dollars pay child custody monitor's $30/hr to tell us our children are possessed by the devil?