

University Police
Department of Public Safety
San Diego State University
5500 Campanile Drive
San Diego CA 92182-8210
TEL: 619•594•1991
FAX: 619•594•6653

Exhibit 16

July 2, 2001

Ms. Diana Napolis
5638 Lake Murray Blvd #194
La Mesa, CA 91942

Dear Ms. Napolis:

Thank you for your letter dated May 23, 2001 regarding an incident at San Diego State University on June 13, 2000.

Michelle Devereaux, the original reporting party, is the only person who requested a copy of the report. After a review of the case and pursuant to Government Code section 6254(f), we provided her with a copy.

Also after reviewing the incident, I cannot agree with your opinion that the officers "exercised" poor judgment. The officers were legitimately investigating a San Francisco Police case and an allegation that you had a weapon. We take situations involving possible weapons seriously and have an obligation to our community to investigate them. Thank you for your concern.

Sincerely,

John J. Carpenter
Chief of University Police