**Google Groups**                                                    Recently Visited Groups ▼ | Help | Sign in

## alt.satanism

[                              ]  Search this group   Search Groups

Message from discussion **Mr. Scratch!/Private information**

View parsed - Show only message text

```
Path: archiver1.google.com!newsfeed.google.com!sn-xit-02!sn-post-01!supernews.com!corp.s
From: "People's Commissar" <tanijants...@my-deja.com>
Newsgroups: alt.satanism
Subject: Re: Mr. Scratch!/Private information
Date: Mon, 21 May 2001 06:21:08 -0400
Organization: Posted via Supernews, http://www.supernews.com
Message-ID: <tghr753hnco03f@corp.supernews.com>
References: <3B28CBC4@MailAndNews.com> <9e9ah0$5jh$1@news.inet.tele.dk> <tgh127s5pkbr7a@
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 5.50.4133.2400
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4133.2400
X-Complaints-To: newsabuse@supernews.com
Lines: 533

Just cutting off her miserable hands should work.  Maybe ripping out her
tongue too.

Yah, works great in churka countries where religious fanatic abound.


--
Satanic Reds http://www.geocities.com/satanicreds/
Unique - check it out!  www.darktradition.com
Member of the Satanic Council
http://www.geocities.com/saturniccouncil/mainmenu.html
Dark Doctrines part of Satanic Reds Org.
http://www.apodion.com/vad/dark/
http://satanmuse.rules.it/
SLAVA NAM! POWER TO THE WORKING PEOPLE!


"anon" <a...@anon.com> wrote in message
news:tgh127s5pkbr7a@corp.supernews.com...
> No harm was done?  Curio, the psychotic with her fantasies, caused untold
> harm, she ruined lives.  She caused psychological damage to the families
of
> the people she harassed and did this for years, including small children
in
> those families.  She ruined careers.  She caused a woman to have to leave
> the country.  Studies have even shown the change in neurochemistry in
people
> who are stalked this way.  And what of their wives and children?
>
> Curio should be executed.  It's as simple as that, Curio should be
executed
> to simply set an example.  She should be given the death penalty for this
> damage.
>
> In the internet age, new laws have to be made.  People can't be allowed to
> terrorize others in this way.  I see on the "COS files" (lost the URL,
> sorry) some people said something about how the Cossers were always trying
> to get information on their members; some even admitted taking part in
this
> To what end?  For purposes of terror?
```

```
> 
> Enough with this freedom of speech thing.  Some things are more important,
> such as the right of a citizen to be safe.
> 
> 
> 
> 
> "Corax" <ccc44...@vip.cybercity-nospam.dk> wrote in message
> news:9e9ah0$5jh$1@news.inet.tele.dk...
> > A web of intrigue
> > The search for Curio leads cybersleuths down a twisted path
> >
> > By Mark Sauer
> >
> > September 24, 2000
> >
> > Armed with a telephoto lens and a laptop computer with a hidden camera,
> > Michelle Devereaux headed south from San Francisco on a mission to find
> > Curio.
> >
> > Devereaux and her friend Barry camped out for hours at the computer lab
in
> > SDSU's Love Library, Curio's favorite place for launching salvos in
her
> > cyberspace campaign. Curio didn't show.
> >
> > Just when Devereaux was about to give up, however, she spotted a trim,
> > middle-aged woman with longish brown hair sitting amid the forest of
> > computer terminals.
> >
> > Was it Curio? Devereaux had seen her once, even chatted with her
briefly,
> on
> > a reconnaissance tour of the computer lab a month before. But she had to
> be
> > sure.
> >
> > She dispatched Barry with the laptop camera to a vacant machine across
> from
> > their target with orders to start snapping surreptitiously. Then
Devereaux
> > took out a monocular so she could get a long-range view of what the
woman
> > was reading on her screen.
> >
> > Bingo!
> >
> > Devereaux hastily scribbled a note to Barry: "It's Curio! She's
reading
> an
> > e-mail I sent her last night!" She handed the note to the student
sitting
> > next to her: "Would you please give this to that guy over there, the one
> > with the baseball cap that says 'Psycho'?"
> >
> > The kid looked at her like she was crazy, but did as Devereaux
requested.
> >
> > A dozen or more people from San Diego to Washington State and beyond --
> all
> > victims of Curio's Internet missives -- had been trying to unmask the
> > notorious cyber crusader for nearly five years.
> >
```

```
> > Now Devereaux had her in the cross hairs. But the photos wouldn't be
> > enough. She hatched a plan:
> >
> > Barry would wait out front with the telephoto lens. Devereaux would pick
> the
> > right moment and approach Curio; she'd get spooked, head for the
parking
> > lot and Barry would photograph her license plate.
> >
> > Then they'd have her.
> >
> > It would have worked, too, if Barry hadn't got bored waiting and gone
> back
> > inside for a soda.
> >
> > Curio got away on that day last October. The photos of her from the
secret
> > camera weren't that clear; nobody recognized the woman staring at the
> SDSU
> > computer screen.
> >
> > It would be another eight months before those who have railed against
her
> > online, have sued her, have traded implied threats with her and reported
> her
> > to the police would get the answer to the question tormenting them:
> >
> > Who is Curio and why is she saying such nasty things about us on the
> > Internet?
> >
> >
> >
> > Amid her many hundreds of Internet postings, Curio offers several
glimpses
> > into her background.
> >
> > In May 1997 she wrote that she had "worked in many facets of the
> child-abuse
> > field for 10 years." She had "seen all manner of atrocities committed
> > against children and witnessed all types of adult games played to avoid
> > culpability."
> >
> > Ten years earlier, Curio learned of a new form of child abuse. "Having a
> > 17-year personal background in the 'occult' has educated me about types
> of
> > individuals who walk this path.
> >
> > "My particular interest is in the subject of ritual abuse."
> >
> > The words "ritual abuse" were often preceded by the word "satanic" in a
> > debate that raged across America for 15 years, from the early 1980s to
> mid-'
> > 90s.
> >
> > Certain psychotherapists and some police investigators and prosecutors
> > purported to have evidence of underground cults, satanic and otherwise,
> who
> > had taken control of day-care centers and were abusing preschoolers in
> blood
> > rituals.
> >
> > These supposedly involved animal -- and even human -- sacrifice,
> > cannibalism, torture and all manner of sexual abuse.
```

```
> >
> > The ritual-abuse scare rocked the nation. The McMartin Pre-School case
in
> > Manhattan Beach in the early ' 80s was followed by the Dale Akiki
> > prosecution in San Diego and scores of similar cases around the United
> > States, Canada, Britain and Australia. The media stories were endless.
> >
> > Following the acquittals of the McMartin defendants and Akiki (who won
> more
> > than $3 million from local authorities in a civil lawsuit), the theory
of
> a
> > satanic-ritual-abuse conspiracy was discredited by mental-health experts
> and
> > the co.
> >
> > A 10-year investigation of satanic-ritual-abuse allegations by FBI
Special
> > Agent Ken Lanning turned up virtually nothing. Yet certain people
persist
> in
> > their belief in "these heinous crimes against children." Curio claims to
> be
> > able to document 50 such cases worldwide.
> >
> > In her zeal to protect "young victims," Curio has posted extensive
> > information about notable individuals who worked hard over the years to
> > debunk the notion of satanic-ritual abuse.
> >
> > Most of these people have stated their conclusions regarding ritual
abuse
> in
> > public forums and have been questioned in open court, where no one is
> > anonymous.
> >
> > But now they were being challenged -- libeled, in their words -- by
> someone
> > who operated at a distinct advantage. Curio (who often went by the full
> > pseudonym Karen Curio Jones) said her anonymity was necessary "for
safety
> > reasons" and she protected it fiercely.
> >
> > That drove her opponents in the Internet "flame wars" nuts.
> >
> > "You can' t imagine what this does to you until you' ve gone through
it,"
> > said Carol Hopkins, who is near the top of Curio' s Internet enemies
list.
> > "She has disrupted our personal lives, called employers, talked to law
> > enforcement.
> >
> > "She makes all sorts of unsubstantiated claims. There are a lot of
crazies
> > out there and some may be willing to act. It is truly frightening."
> >
> >
> >
> > Carol Hopkins was a natural target for Curio.
> >
> > A former school administrator, Hopkins was an outspoken member of the
> > 1991-92 San Diego County Grand Jury that blasted the child-protection
> system
> > after investigating wide-ranging allegations of zealous social workers
```

```
> > removing children from their homes without cause.
> >
> > Hopkins later formed the Justice Committee and publicized what she
> > identified as false allegations of child abuse here and around the
nation.
> > Curio blamed Hopkins and two San Diego Union-Tribune reporters (Jim
> Okerblom
> > and the author of this story) for ending official interest here in
> > satanic-ritual abuse:
> >
> > "In my opinion, Carol Hopkins, Mark Sauer and Jim Okerblom misreported
on
> > and gave a one-sided portrayal of ritual abuse for the county of San
Diego
> > nonstop for approximately six years," Curio wrote in a post revealing
> > Hopkins' recent move to Mexico.
> >
> > "Her criticism of me on the Internet was constant," Hopkins said. "She
> > accused me of protecting child molesters, insinuated I was a child
> molester,
> > claimed I don' t believe child abuse exists. Curio was a big factor in
my
> > decision to give up the Justice Committee.
> >
> > "I moved to Mexico for a fresh start and then she tracks me down here.
I'
> ve
> > learned that nobody escapes the Internet."
> >
> > Another of Curio' s favorite subjects is Elizabeth Loftus, professor of
> > psychology and adjunct professor of law at the University of Washington
in
> > Seattle.
> >
> > An internationally known expert on the workings of memory, Loftus has
> > written numerous articles and books decrying the idea that trauma
> associated
> > with child sexual abuse acts to repress the memory of such horrible
> events.
> >
> > And she has testified for the defense in many trials (including the
Akiki
> > case); explaining how memories -- especially those of young children --
> can
> > be manipulated, even by well-meaning people.
> >
> > According to Curio, Loftus "colluded with" Hopkins to write the critical
> > grand-jury reports, a claim both women denounce as absurd.
> >
> > Loftus said she recently was invited to deliver the keynote address at a
> > convention of the New Zealand Psychology Society and arrived to find
> herself
> > the center of controversy.
> >
> > Accusations that she conspires to protect child molesters, many fueled
by
> > Curio' s Internet postings, led to a story in the Wellington Evening
Post
> > and stoked the talk-show fires.
> >
> > "I spent most of my time defending myself against misrepresentations,"
> > Loftus said. "People attending my speech were met by individuals with
> > 27-page booklets -- much of it compiled from the Internet -- accusing me
```

```
> of
> > all sorts of vile stuff.
> >
> > "These kinds of things can have a life beyond the time and geographical
> > borders we' re used to thinking of."
> >
> > But if Hopkins and Loftus consider Curio a tireless nuisance, Michael
> Aquino
> > considered her a threat to his safety and that of his family.
> >
> > Aquino said that is why he filed suit in San Diego Superior Court
against
> a
> > local Internet provider in a failed attempt to learn Curio' s identity.
> >
> > It seems inevitable that the retired Army intelligence officer from San
> > Francisco would loom large on Curio' s radar screen.
> >
> > He was, after all, a top official in the late Anton LaVey' s Church of
> Satan
> > and founded the Temple of Set, a quasi-religious institution that many
> > consider satanic.
> >
> > In the late 1980s, Aquino was investigated in a McMartin/Akiki-type case
> > centering on allegations of satanic abuse at a day-care center at San
> > Francisco' s Presidio military base.
> >
> > Aquino, who was a lieutenant colonel, was questioned because of his
> satanic
> > beliefs. Neither Aquino nor anyone associated with him was ever charged,
> > much less tried and convicted, in the Presidio case -- a point Curio
> > concedes.
> >
> > But that hasn' t stopped her from insinuating he abuses children in
> satanic
> > rituals.
> >
> > "My basic interest was to identify an anonymous person who, because of
> > his/her obsessions and delusions, might pose a threat to the safety of
> > myself and my family," Aquino said.
> >
> > Curio claims that Aquino was booted out of the Army as a result of the
> > Presidio investigation.
> >
> > Aquino, who adamantly denies any involvement in the Presidio day-care
> center
> > or satanic-ritual abuse, said that in addition to the Bronze Star (1970)
> and
> > many other military awards, he was awarded the Meritorious Service Medal
> in
> > 1994 following his voluntary retirement from the Army.
> >
> >
> >
> > In the beginning, Michelle Devereaux said, she was not a target of Curio
> but
> > a compatriot.
> >
> > Devereaux, 43, has two grown sons, a plethora of tattoos and body
> piercings
> > and an extraordinary knowledge of cyberspace after 20 years in the
> computer
> > business.
```

```
> >
> > She also once believed she had been abused by a satanic cult herself.
> >
> > "Curio and I were coming from the same place -- I spent eight or nine
> years
> > in therapy, all the while researching satanic-ritual abuse," Devereaux
> said.
> > "It wasn' t until 1999 that I exited the cloud of unknowing."
> >
> > Curio, she said, "sealed it for me that this stuff is all a bunch of
crap.
> > When she came along doing her Internet thing and saying all this stuff
> about
> > these people, I finally realized how crazy it all was.
> >
> > "I feel sorry for her on one hand. But she' s vicious. And she' s got
her
> > supporters. She was really hurting people. I decided to get involved."
> >
> > Devereaux became a cybersleuth. She traced Curio' s Internet posts to
> > specific computers.
> >
> > Besides her home computer, Curio posted from computer labs at SDSU, USD
> and
> > UCSD as well as from Children' s Hospital, Sharp HealthCare Centers, San
> > Diego Public Library, San Diego County Library and local cybercafes.
> >
> > So determined was she to protect her anonymity, Curio not only favored
> > public computers but also forged her online identity and scrambled her
> > electronic trail.
> >
> > But Devereaux eventually smoked her out.
> >
> > "I came up with a way to monitor the Internet so every time she posted,
I
> > got paged," Devereaux said.
> >
> > She had contacted police in San Diego and San Francisco about Curio' s
> > "cyberstalking crusade," yet failed to garner much interest. But
Devereaux
> > found a sympathetic ear at SDSU Police headquarters on campus.
> >
> > "In some of the Internet correspondence, it was alleged that Curio had
> made
> > threats and might be carrying a gun. That raised our interest," said
> > Detective Susan McCrary.
> >
> > She and Lt. Eddie Gilbert agreed to work with Devereaux to catch Curio
as
> > she posted from SDSU. Devereaux turned over her secret photos and a
> detailed
> > description of Curio; the computer lab was alerted.
> >
> > In late May, Gilbert got a sudden call from Devereaux: Curio was
posting.
> "I
> > rushed over, but she was gone," he said.
> >
> > Then on Tuesday, June 13 at 1 p.m., Devereaux' s pager again went off.
She
> > called Gilbert immediately; he again hustled over to the computer lab in
> the
> > center of campus.
```

```
> >
> > And there she was.
> >
> > "I was in plain clothes with another investigator," Gilbert said. "She
> didn'
> > t match the photo I had -- she' d cut her hair. But I was pretty sure it
> was
> > her. I requested back-up from uniformed officers because of the
> information
> > about a gun.
> >
> > "(Curio) moved to another computer and I noticed she had signed on as
> > ThomasDylan@hotmail -- one of her aliases. We moved in and detained her.
> >
> > "She was extremely upset, kind of paranoid, really. She said dangerous
> > people had been after her for some time, that they were out to get her
and
> > now the police were cooperating with them."
> >
> > The officers searched Curio' s bag but found no gun.
> >
> > "When we asked if she' d been using university computers to harass
people
> on
> > the Internet, she said, ' I post messages and information.' She denied
> ever
> > harassing anyone in her life, however."
> >
> > But Curio was anonymous no longer.
> >
> > Her name, Gilbert said, is Diana L. Napolis, 44, of La Mesa. She worked
> for
> > San Diego County as a child-protection-services investigator for many
> years
> > before leaving that post in 1996.
> >
> > "She told us she is self-employed now, working in child-custody cases
> > downtown,"
> >
> > McCrary said.
> >
> > The police warned her not to use SDSU computers any longer. "One of our
> big
> > concerns on this campus is stalking and harassment," McCrary said.
> >
> > Then they let her go.
> >
> > Within days of Curio' s apprehension at SDSU, state records show, a
Diana
> > L. Napolis obtained a marriage and family counseling license from the
> state
> > of California, enabling her to practice psychotherapy.
> >
> >
> > Napolis ignored several requests to be interviewed for this story.
> Whatever
> > motivates her remains pretty much a secret.
> >
> > But now that Curio has been exposed, no one involved is quite sure what
to
> > do.
> >
> > "It' s like the dog who chases cars and finally catches one," Devereaux
```

```
> > said. "Now what?"
> >
> > SDSU police say they are maintaining a file on her and if there's
enough
> > evidence of cyberstalking and harassment, they may recommend that the
> > district attorney file charges. California is one of the few states with
> an
> > anti-cyberstalking law.
> >
> > "It's a very gray area, though," McCrary said. "She hasn't made any
> > physical threats. Everything's been done in a public forum."
> >
> > But pulling back the curtain on Curio to reveal Napolis has effectively
> > stripped her of her power, Devereaux contends.
> >
> > That may be enough, Aquino said: "Now that this person has been
> identified,
> > that 'faceless' threat no longer exists. She is now just another woman
> with
> > 'satanic ritual-abuse' sexual fantasies."
> >
> > Carol Hopkins likens Napolis to "the mythical Japanese soldier stumbling
> out
> > of the jungle still fighting World War II."
> >
> > "Conspiracy theories about satanic-ritual abuse have been thoroughly
> > discredited by reasonable people, but true believers remain."
> >
> > She said the Curio case boils down to a civil-rights issue:
> >
> > Do First Amendment rights of free speech trump the rights of those being
> > accused of a crime (child molestation) to know their accuser's
identity?
> >
> > "On the Internet now, you can say almost anything you want, and there's
> > nothing to stop you," Hopkins said. "When we didn't know who Curio was,
> she
> > had power. To finally learn she's a nobody, why even bother with her
> now?"
> >
> > Of course Diana Napolis/Karen Curio Jones has her own opinion, posted on
> the
> > Internet:
> >
> > "This is still the United States and I believe it is wrong to try and
> censor
> > speech just because you don't like the message."
> >
> >
>
>
```