Google Groups                                                                              Help | Sign in

# alt.satanism                                       [Search this group] [Search Groups]

Message from discussion Tanya Lapensko aka Tani Jantsang

View parsed - Show only message text

```
Path: archiver1.google.com!news1.google.com!sn-xit-02!sn-post-02!sn-post-01!supernews.com!cor
From: "People's Commissar" <tanijants...@www.com>
Newsgroups: alt.satanism
Subject: Re: Tanya Lapensko aka Tani Jantsang
Date: Fri, 3 May 2002 01:48:48 -0400
Organization: Posted via Supernews, http://www.supernews.com
Message-ID: <ud4991srtgg21c@corp.supernews.com>
References: <bead79a7.0205020731.420f979d@posting.google.com> <3cd1996a$0$49109$edfadb0f@dspo
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 5.50.4807.1700
X-MIMEOLE: Produced By Microsoft MimeOLE V5.50.4807.1700
X-Complaints-To: newsabuse@supernews.com
Lines: 79


Oh dear.  You are a fucking NUT.

Ok, have it YOUR way, dear.  Call him my father.  Sigh.  What a joke you
are.  He died in 1976 in Russia, btw.

Yes, I think your tongue should be pulled out, or you should be legally
gagged for stalking the Aquinos and slandering the hell out of them.  People
like you endanger the very concept of "free speech."  You make a mockery of
it.

Please do keep these messages of mine.  Send them to the UFOlogists,
please do that.

Btw, tomorrow morning at 6 am I'm going to turn on my Special Dismantling
Ray (you used the word, dear) and you shall go POOF.  Your soul will be
scattered all over the cosmos.  You shall have no more incarnations - nope -
this will be your last one.  Poof, no more karma.

Sleep well, you damned fool.

Tani Jantsang aka Servitor of Ubb.



"Karen Jones" <karen.jo...@mailcity.com> wrote in message
news:bead79a7.0205021752.c44e5d5@posting.google.com...
> "People's Commissar" <tanijants...@www.com> wrote in message
news:<ud3adi83t8b116@corp.supernews.com>...
>
> (cut)
>
> >The man's name was Trofim Denisovich Lysenko - and lmao - he's not my
> >father.
>
> Tani aka Tanya Lysenko, do you mean that you are disowning your father
> psychologically?
>
> >This woman needs to be put in mental hospital and.....dismantled.
> LMAO.
> >GOD this is the best one.  This is the BEST one.
```

```
>
> > Tani Jantsang, aka Tanya Lysenko, as you know the technology, which I
> believe you might have, is being used to dismantle human beings. I
> think that you expose yourself here. I don't consider its existence
> anything to be excited about as it is a truly _dreadful_ technology.
>
> You also know that my real name is Diana Napolis and I am not in very
> good health at all. In fact, I find it curious that you use the word
> "dismantle" at this time and whether I end up in the hospital or not
> remains to be seen. I am keeping a file of these messages. I also
> haven't
> forgotten that you wrote a post last year stating that you thought my
> tongue should be pulled out.
>
> > "Corax" <ccc44...@vip.cybercity.nospam.dk> wrote in message
> > news:3cd1996a$0$49109$edfadb0f@dspool01.news.tele.dk...
> > Hi Karen
>
> > I have a question. Last time I saw something from you, you where very
> > worried about the aliens who had done some experiments on you or
something
> > like that. Was it them who told you about that "estoterically dismantle"
> > thing? Just curious.
> > - Corax
>
> > "Karen Jones" <karen.jo...@mailcity.com> wrote in message
> > news:bead79a7.0205020731.420f979d@posting.google.com...
> > I have no idea whether this is true or not, I'm just curious.
>
> > I've heard that there was a technology developed at Lawrence Livermore
> > Laboratory last year that estoterically dismantles a human being. I was
> > also told that Tani and her father in Russia are responsible for
> > implementing this technology against other human beings and that she
> > then used this technology (at the behest of someone else )against her
> > father. Is this true?
>
> > Karen Jones
```