**Google Groups**

## alt.satanism

[Search this group] [Search Groups]

Message from discussion Tani, ToS and Tactics

View parsed - Show only message text

```
Path: archiver1.google.com!news1.google.com!newsfeed.stanford.edu!news-spurl.maxwell.syr.edu!news.maxwell.syr.edu!ngpeer.news.aol.com!port
Lines: 140
X-Admin: n...@aol.com
From: xe...@aol.com (Dr. Michael A. Aquino)
Newsgroups: alt.satanism
Date: 27 Mar 2002 17:33:43 GMT
References: <Pine.GSU.4.21.0203261337350.5527-100000@garcia.efn.org>
Organization: AOL http://www.aol.com
X-Newsreader: Session Scheduler (Queue Name: gng-bk)
Subject: Re: Tani, ToS and Tactics
Message-ID: <20020327123343.29664.00000053@mb-bk.aol.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Craig "Mr. Scratch" Hunt <scra...@efn.org> wrote:

>... there was some vague discussion ... at the last
>Conclave I attended.  When Tani got booted, some
>of the more short-sighted Setians were quite pleased
>that she'd be turning her ranting hostility on
>the CoS.

News to me. I don't recall Ms. Jantsang being the topic
of discussion one way or another; but if so, I think the
general impression is that she considered her "Church
of Satan" affiliation/title as something of unasked-for
convenience, and not as something in which she had
an ego-investment. I think that's pretty obvious from
the content of her posts here, which, while critical of
some of the "Church"'s behavior, are conspicuously
free from the sour-grapes whining that permeates
some other individuals' posts.

>I, on the other hand, inwardly cringed, for reasons I'll explain
>in a moment.

Seems like for the past ten years you did a lot of, um,
"inward cringing" while never once opening your mouth
to identify a problem. This does impart a certain lack of
credibility to your post-expulsion yowling about Temple of
Set "scandals".

>We've already discussed the simple-minded and downright
>poor understanding of human behavior that leads many
>Setians into making their bungling Psy-Oops maneuvers
>here, and in the rest of the public.  The reason, as you
>mentioned in comparison with the Scientologists in a post last week,
>is their need to feel as if they are on the offensive.  They feel
>that throwing up perpetual denunciations and arguments is to
>"attack" a
>problem.  Besides, it just feels good.  It doesn't matter to them if
>their arguments are illogical, ignorant, or untrue, so long as
>someone is
>denouncing the Temple's enemies.  They are totally ignorant,
>however, of the way others view their behavior in the meantime.

Actually in this paragraph I think you've done a great job
of describing exactly what *you yourself* are doing right
now, except of course that the phrase "Temple's enemies"
changes to "Temple".

>It's rather like when Aquino tried to silence online critics
>by using the unconstitutional and undemocratic
>Communications Decency Act (CDA), in spite of the
>obvious result that his efforts would be reviled as
>censorship.

Wrong on two counts:

(1) My lawsuit against Electriciti.com was for
negligence in its *failure to disclose* Diana "Curio"
Napolis' identity as a cyberstalker. My filed
complaint stated:

"... This action does not assert any claim for liability
based upon the Communications Decency Act of 1996,
S 230 or upon any theory of third party liability for
defamatory material. No claims are asserted in this
complaint as against any party based upon defamation
or negligence based upon allowing defamation to occur,
and for purposes of this complaint plaintiffs specifically
waive any rights to seek damages from any such injuries
if the same did occur. This action is not subject to the
provisions of SS 1812.10 or 2984.4 of the Civil Code, and
is not based on an action to collect a debt, is not brought
under the laws against unfair debt collection practices,
is not filed under the Domestic Violence Prevention Act,
Family Law Act, or Uniform Parentage Act."

It was *Electriciti* which invoked what you called the
```

"unconstitutional and undemocratic" CDA to shelter itself from having to disclose the cyberstalker's identity.

(2) To date it seems to me that the only ones saying that my interest in protecting myself and my family from cyberstalking was "censorship" are pathological Aquino-haters on alt.sandbox. The State of California has indicated its attitude towards cyberstalking by making it a felony (unfortunately not yet at the time of my Disclosure-suit): California Penal Code #646.9.

>They've tried for some time to turn [Tani Jantsang]
>against RFS as well ...

Encore silly. It's quite obvious, except again perhaps to you, that Ms. Jantsang is very much her own person, making her own decisions for her own reasons. As for "Radio Free Setian", as far as I'm concerned it just makes you, Delf, and Foster look that much more sulky and whiny; if that's the image you want, you're certainly going about it spectacularly.

>This is why I, as a then-Setian III*, cringed ...

I'm surprised that you can walk upright at all after ten years of secret cringing ...

>I appeared to be a rational, thinking debater ...

Evidently you've now dispensed with that.

>And finally, in the end Tani will realize the
>tremendous differences she has with the ToS, they
>won't meet all the erratic demands she'll make of
>them (they OWE her -- she KNOWS this, she has
>ALWAYS KNOWN this!), and she will turn on them
>as well, with the crazed ferocity she is famous for.

Much as I hate to disabuse you of yet another cherished fantasy, Ms. Jantsang hasn't made a single demand, or even request, of the Temple of Set or myself to date. Nor does she strike me as the kind of person who unilaterally decides that others "owe" her something. She just calls the shots on alt.sandbox as she sees them, and I daresay that if I or the Temple of Set said something false or stupid here, she'd have not the slightest qualm dragging a spiked ball up our ass just the way she does to you, Filan, Locklin, _et al._. [Actually I think she does a pretty good job of it; she's the first person here who can out-flame Filan, and that's quite an accomplishment.]

Michael Aquino

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Security 7.0.3

iQA/AwUBPKICdWRWyNykJwrDEQJVBQCfcxt1ouc3N1+UWznYKZbnpeK0dFwAoMfZ
LsTvTGIuL9J5oabf9GjtkkPa
=tKIa
-----END PGP SIGNATURE-----