Subject: Fwd: Fyi - The SD DA Investigator's report
From: Dale McCulley <cavideo@mail.pacific.net>
Date: Sat, 08 Feb 2003 08:29:52 -0800
To: ellenlacter@earthlink.net

Exhibit 20

Here's what Michelle has sent--please hold it in confidence.

> Reply-To: "michelle" <mdvx@cyber4n6.net>
> From: "michelle" <mdvx@stobsidian.com>
> To: "Dale McCulley" <cavideo@pacific.net>
> Subject: Fyi - The SD DA Investigator's report
> Date: Mon, 3 Feb 2003 18:22:36 -0800
> X-Mailer: Microsoft Outlook Express 6.00.2800.1106
> X-pstn-levels:    (C:82.4442 M:97.0282 P:95.9108 R:95.9108 S:27.3717 )
> X-pstn-settings: 3 (1.0000:2.0000) pmCr
> X-pstn-addresses: from <mdvx@stobsidian.com>
> X-MailScanner: Found to be clean
> X-MailScanner-SpamCheck: not spam,
>       SpamAssassin (Message larger than max testing size)
>
> Greetings Dale,
>
> Please find attached a copy of the SD DA Investigator's report.
>
> As to the other, the SFPD # is 107383 (filed w Det Lundberg). The SF DOJ was
> filed on Friday, Jan 14, 2000 (as per adv of DOJ Detective Rolfsen). I had
> been in touch with Rolfsen since October of the previous year. Additionally,
> Inv. Andrews of the Renton FD has a written notarized statement (from me,
> dated March, 1999), wherein I stated that it was my belief that if the fire
> at Kennedy's house was an arson, it was in all likelihood related to the
> "hunt for Curio." All of the above information, to include contact
> information, etc., can be found in the SDSU campus report (as I spent
> approximately 2 hours with the campus police in the summer of 2000, as well
> as turning related electronic correspondence over to them.) They should also
> talk w/det Hendron (SDPD), as he was peripherally aware of the situation.
> And finally, here (below) is a letter that was sent to a prominent FMSF
> person on January 13, 2000, and two others (below) sent to ma from ch.
>
> That said, please exercise care wrt who you share the below with. Hopefully
> what I have provided will contain sufficient evidence for Diana's lawyer to
> be interested in subpoenaing me, in which case I would then be in a position
> to "tell all."
>
> Regards,
> Michelle

--------

We share some turf, still.
Increased activity with Curio got whomped up on witchhunt recently.
Michelle somehow deeply involved. Why?

I still felt sabotaged by what happened last spring.
In any case, I put fears and rumors aside when what was really happening on WH dawned on.

Michelle was not the manipulator; she was being manipulated by people who had no concern for the harm it was causing. I saw that she was being used -- for her story, for her skills, manipulated for other people's cause. And harmed. Her painful disclosures need not have been posted; perhaps they helped some, but it would not be her native software to do this. What was driving this? I have my own theories.

The search for Curio was sport, not justice. bullshit, not 'protecting people'. At WHAT expense ... for WHO ??? She should not be barricading herself in her house, losing her job, or putting her kids in harms way. She is now even more married to the Mob -- and that's a tricky exit.

Please use your influence to help call the dogs off. [what Leslie says is nice, but has no teeth with the Mob]

People on both sides have put her in harms way, for 'the cause'. You had an influential part in getting her involved in the hunt for Curio -- you could admit this in an apology note -- it would make the mess more human. She's cyber-smart, but the task was inappropriate for her.

p.s. The population of 'retractors' should not continue to be used for a political cause.

the Legal Dog


--------

Dear Mr. Aquino,
You will recall that some years ago we had some communication regarding Curio. At that time I just considered her a nuisance, one of many but did call the person you believed her to actually be and reported back to you on our conversation. I believe that it was after that that she came after me.
 I now live in Mexico and she has now become very dangerous to me. I enjoy none of the legal protections
of U.S. law and a large day care case has exploded in my community. A year ago I wrote a cautionary article and somehow the parents (Americans) made contact with Curio and are now printing her slander as truth, trying to

8/1/2003 7:23 AM

have me accused and at the least removed from the country. I have decided that burying my head in the sand may be foolish. Finally, today, I have carefully read her website in the hopes it might provide a clue to her identity. I have always theorized it was Constance Dahlenberg but I don't know why Dahlenberg would be so interested in the Presidio case.
I have gone to your website and must admit that I was a bit (make that very) shocked to find that you actually are involved with the Temple of Set. I had assumed that this was all hyperbole on her part as practically nothing she writes about me is true.

---------

I am in complete agreement with your suggestion. I believe if we pool all of our information and are as careful as she is, we'll know who she is. With that in mind, I would like to create a group of you, me, Michelle, my ex-husband (David Hopkins), Gary Schons (prominently featured in the website), and Mark Sauer (also mentioned and a reporter from the San Diego Union Tribune). I can absolutely vouch for the latter three. They all know what this is doing to me and to them. You seem willing to vouch for Michelle. I would like to suggest that Peter and Pam Freyd also be included. I have great respect for their integrity and equal respect for Peter's incisive intellect.

Please, take no offense. My comments regarding the Setian World had nothing to do with anything other than shock that there was something concrete in her writings. Previously, I had found nothing even marginally truthful. (BTW, reading your site I was struck by the irony of your position on black magic. If black magic is half as powerful as you would claim, how come Curio did not long ago depart our sphere?) Understand we had hundreds of letters each week and I did not remember the substance of what you said. I do remember however that both you and Pam were certain when you gave me the name of the therapist I called that it was Curio. So, you must have had a name at that time. I am copying Peter in on this as I am certain he will remember. He never forgets anything!

8/1/2003 7:23 AM