Yahoo!  My Yahoo!  Mail  Make Y! your home page

Search the Web [ Search ]

# YAHOO! HEALTH Groups

Welcome, **danhar49**
[Sign Out, My Account]

Health - Groups - Help



**DRIVE MORE TRAFFIC TO YOUR WEB SITE.**  YAHOO! SEARCH MARKETING
Find Out More

danhar49 · danhar49@yahoo.com | Group Member - Edit Membership

Start a Group | My Groups

## witchhunt

Search for other groups... [ Search ]

- Home
- Messages
  - Post
- Database
- Members
- Calendar
- Promote

### Yahoo! Groups Tips

**Did you know...**
Show off your group to the world. Share a photo of your group with us.

### Best of Y! Groups



Check them out and nominate your group.

## Messages

Message # [ ] Go  Search: [ ]  [ Search ] Advanced S

### Curio Phyles resurrected

Reply | Forward

**Message #31353** of 38889 < Prev

**Re: Hi Dean I'm not Curio**

Wed Feb 5, 2003

--- In witchhunt@yahoogroups.com, Dean Hughson <dean@p...> wrote:
> Too silly of a question to ask respectable people.
> Burden of proof is on you since you are making the
> assertion.... but so far all I see from you is weird
> claims and anger......we have seen litle substance
> yet. Just weird,wild claims..is that all you
> have,besides some software that helps you make
> spinning webpages? Dean

You witchhunters completely spoil your arguments by engaging in
frivolous harassing verbal attacks which only makes you look like you
have something to hide. Seriously. As we said there is extensive
documentation that will come out at the trial so you could have saved
yourself and your "respectable people" some embarrassment by asking
them the "silly question" but if you insist.

Return-Path: <chopkins@...>
Received: from rly-ye02.mx.aol.com (rly-ye02.mail.aol.com [172.18.151.199]) by air-ye01.mx.aol.com (v73.8) with ESMTP; Sat, 06
May 2000 01:42:00 -0400
Received: from central.edsa.net.mx (central.edsa.net.mx [200.23.156.250]) by rly-ye02.mx.aol.com (v71.10) with

▷ Show Message

"Angela
<darkphyres@
<darkphyres@
darkphyres
☺ Offline
✉ Send Email

```
ESMTP; Sat, 06
May 2000 01:41:53 -0400
Received: from hopkins (dialup08-cva.edsa.net.mx
[200.23.156.207])
by central.edsa.net.mx (8.9.3/8.9.3) with ESMTP id
AAA13098;
Sat, 6 May 2000 00:53:48 -0500
Message-Id: <200005060553.AAA13098@...>
From: "Carol Hopkins" <chopkins@...>
To: <Xeper@...>
Cc: "Peter & Pamela Freyd" <pjf@...>
Subject: Re: Suggestion
Date: Sat, 6 May 2000 00:42:45 -0700
X-MSMail-Priority: Normal
X-Priority: 3
X-Mailer: Microsoft Internet Mail 4.70.1155
MIME-Version: 1.0
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
```

I am in complete agreement with your suggestion. I believe if we
pool all of our information and are as careful as she is, we'll know
who she is. With that in mind, I would like to create a group of you,
me, Michelle, my ex-husband (David Hopkins), Gary Schons (prominently
featured in the website), and Mark Sauer (also mentioned and a
reporter from the San Diego Union Tribune). I can absolutely vouch
for the latter three. They all know what this is doing to me and to
them. You seem willing to vouch for Michelle. I would like to
suggest that Peter and Pam Freyd also be included. I have great
respect for their integrity and equal respect for Peter's incisive
intellect.

Please, take no offense. My comments regarding the Setian World had
nothing to do with anything other than shock that there was something
concrete in her writings. Previously, I had found nothing even
marginally truthful. (BTW, reading your site I was struck by the
irony of your position on black magic. If black magic is half as
powerful as you would claim, how come Curio did not long

ago depart
our sphere?) Understand we had hundreds of letters each
week and I
did not remember the substance of what you said. I do
remember
however that both you and Pam were certain when you gave
me the name
of the therapist I called that it was Curio. So, you must have
had a
name at that time. I am copying Peter in on this as I am
certain he
will remember. He never forgets anything!

In some previous activities I have been designated a public
personality and so have little leverage for a lawsuit.
Moreover, I
doubt that this woman has anything substantial that could
be gained
to make a lawsuit worth an attorney's effort.. My guess is
that she
is a completely isolated, lost soul. But, we'll see.

 Forward                    Message #31353 of 38889 < Prev

| Expand Messages | Author | Sort t |
|---|---|---|
| Re: Hi Dean I'm not Curio<br>Too silly of a question to ask respectable people. Burden of proof is on you since you are making the assertion....but so far all I see from you is weird ... | Dean Hughson<br>thtransporta... | Feb 5<br>9:28 |
| Re: Hi Dean I'm not Curio<br>... You witchhunters completely spoil your arguments by engaging in frivolous harassing verbal attacks which only makes you look like you have something to... | Angela <darkphyres@...><br>darkphyres | Feb 5<br>5:28 |
| Re: Hi Dean I'm not Curio<br>... No Angela, I refer specifically to this comment of YOURS: "> Curio is in jail after her mind broke but don't expect that to stop ... not ... Who is "they?"... | Kenneth Pangborn, M.S.<br>pangborn@... | Feb 5<br>2:47 |