Exhibit 22

**Subject:** Re: FYI
**From:** "michelle" <mdvx@stobsidian.com>
**Date:** Tue, 8 Jul 2003 11:56:47 -0700
**To:** "Ellen Lacter" <ellenlacter@earthlink.net>

> Dear Michelle,
>
>     Thank you.

Greetings Ellen,

You're welcome. More between and below.

> I am still sorting through all of the ramifactions of this exchange.

As another fyi, I'm including another em that wss wrote to patton state hospital (below sig) and also where he was in contact w/a reporter to try to smear Lynn Crook (below sig).

I've been going back through old em, and trying to sort through stuff myself. It's pretty bad. 😖

>     Would you mind sharing with me any of your story?
>
>     If I understood why you have done some of the things you have done, I might be able to trust your motives now. If you could really help Diana, that would be wonderful.

The real story is *very* long. In fact, I am presently working on a book about it. If the book ever gets published, I will ask the publisher to set up a fund and direct any/all monies from the book to help Diana. It's the very least that I can do.

I am writing the book in hopes of exposing what went on in the hunt -- read, who was involved (e.g., Aquino, Pam & Peter Freyd, Loftus, Barden, Clarke, Casebeer, Hopkins, Scherk, Ohme, etc) as well as the subsequent legal tampering of her case -- read, Hopkins and Clarke.

I am an archivist. What this means is that I have tons of correspondence, documentation, etc. that will back up what I write about in the book (or publicly expose).

I am also writing the book in hopes of educating ppl on how they play the game -- read, how they manipulate ppl *and* how they hurt ppl.

Ellen, a whole lot of things Diana said was quite true.

When I look at the enormity of what I did, I don't know that I will ever forgive myself. I am not asking you to either.

I have since cut contact w/them, simply bc I fear that any contact could draw me back in. I don't want to do that. I don't want to hurt anyone else. I am also in the process of publicly outing several ppl -- read, barden, hopkins, freyds, et al. They're not particularly happy w/me, but I don't care.

As for trusting motives. When I consider what I did, I barely trust myself. I wish I could say that I was totally clean in this. But I was not. I did some horrible things. Things that I regret.

I once told the Diana, "you know in war, everybody gets bloody." I still think that's as true today as I thought it was then. I've got a lot of

metaphorical blood on my hands, Ellen. I don't know that I will ever feel clean again.

And finally, I have included (below sig) an email that I wrote to Amnesty International. They have since written back and said they would send me a form to fill out so they can determine if Diana is a "Prisoner of Conscience" (their term). I am still waiting for the form.

In closing, my motives are this: to undo what harm I have done, expose the FMSF for what they are, and most importantly bc I am very scared for Diana.

Regards,
Michelle



----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: <wcarlson@dmhpsh.state.ca.us>
Sent: Thursday, March 13, 2003 9:01 AM
Subject: Query on patient mail


Dear Ms Carlson,

Looking over Patton's web page, I was unable to find anything to tell me if, under what conditions, and exactly how mail can be sent to patients. I thought your position made it likely that you would know such details!

Patton's mailing address is: 3102 East Highland Avenue, Patton, CA 92369 -- would mail reach a patient if only their address was prepended, or is there a specific protocol, patient IDs, etcetera?

I hope to send books, other reading materials as well as writing materials and postage stamps to a State defendant who is remanded to Patton under PC 1370 (IST).

Thank you kindly for your attention to this query and for any information you may provide me.


Sincerely,

William Scott Scherk
801-1855 3rd Avenue,
Prince George, BC
CANADA
V2M 5K4

(250) 401-8083
(250) 563-4801
wss@uniserve.com


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.459 / Virus Database: 258 - Release Date: 2/25/03

```
----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: <micaela@cyber4n6.net>
Sent: Sunday, April 27, 2003 4:43 PM
Subject: Re: Private and confidential Re: Taus v Loftus
```

The only one coming to mind who until recently could be regarded as neutral
is Richard McNally.
He however mentions the Jane Doe case in his recent book.
The greatest remainig problem is still Ross Cheit's list.
I have not had much ytime to work on that.
Cheit gets a pat on the back from McNally for documenting cases although the
latter points out the flaws in many of these cases to qualify as proof that
people repress memories.

I will be looking out for the UC Irvine student paper and any other development.

```
----- Original Message -----
From: "William Scott Scherk" <wss@uniserve.com>
To: "Adriaan J.W. Mak" <adriaanjwmak@rogers.com>
Sent: Sunday, April 27, 2003 11:06 AM
Subject: Private and confidential Re: Taus v Loftus
```

> Hi Adriaan,
>
> A second story on the Taus suit will appear on Monday in the UC Irvine
> student newspaper.
>
> When Eileen posted the original story, I was intrigued. I wrote a query
> to the editor at UCI. At the same time I responded to Lynn Crook's two
> postings on the POWR-L list. I wondered where the tip-off to the
> newspaper had come from. She answered, as did the UCI editor a few days
> later -- via an anonymous letter. Of course, I suspected that someone on
> the 'other side' had tipped off the newspaper -- if not Crook herself.
>
> I got a call this evening from one of the reporters; we chatted for a
> half hour. The paper has committed a certain amount of resources to this
> story, but were a little out of their league in understanding the 'big
> picture.' I may be quoted, and I don't know if that is a good thing or
> not.
>
> It looks as if they may take the 'Beast side to a greater or lesser
> degree, as those people they have contacted from the anti-FMSF side are
> chary of quotes. According to the reporter, the anonymous letter
> contained a list of names that the paper should contact -- the names
> were of people on the anti-FMSF side. The only person whose email
> contact was given in the letter was Lynn Crook.
>
> If there are people out there who want to make hay from this suit, then
> the baler is being readied right now. I got the impression that they
> think they are sitting on a 'big story.'
>
> I did my best to be 'fair' in my comments. As I wrote privately to
> Crook, if her fingers can be found anywhere on the Taus case (as
> adviser, whatever), and defense of the privacy/libel case will cast

Crook as an obsessed kook, and that any (real or apparent) Curio connection would be exploited. But I explained to the reporter that however strong suspicion was -- that Crook was initially responsible for breaking and stroking the story -- there was no solid evidence.

The reporter had no real idea who Crook was, nor what her place was in the "memory wars" -- did not know of the ISSD Rapid Media Response Subcommittee, nor of her letter in support of Curio/Napolis to the Union-Tribune, nor of her other letters to the editor, nor of her APA ethics complaint, nor of her Ethics and Behavior articles. He told me that, according to Amy Wilson (reporter on that great Orange County Register story), Crook had misidentified herself as working for the Atlantic Monthly (true? who knows?). From talking to the reporter, I believe they are solidly behind Loftus.

The reporter was attempting to contact Jennifer Freyd and David Calof (with no success at the time of our chat) for comment -- I guess this means they were on the list in the anonymous letter.

He asked for someone "neutral," who had professional respect, and/or a 'name' -- who might offer commentary on the issues. Of course, the minute anyone opens their mouth, they are not neutral to the side whose ox is being gored. The only name I could suggest was Ken Pope, and provided the reporter his email address.

Anyway, Adriaan, those are the details: it will either be a minor, unremarked story in the UCI, or it may leach into a larger paper (I have my doubts -- it is in no one's interest, really). In the meantime, I think both sides will be working the hay-baler backchannel.

I just thought you have the contacts that I don't, and you might want to give a heads-up to some on our 'side.'


William


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.471 / Virus Database: 269 - Release Date: 4/11/03




----- Original Message -----
From: "michelle" <mdvx@stobsidian.com>
To: "Amnesty International" <admin-us@aiusa.org>
Sent: Tuesday, June 24, 2003 1:10 PM
Subject: Help for a political prisoner?


To whom it may concern,

An anonymous woman who had been exercising her free speech rights with regard to a heated political area, and whom I had initially helped to identify, was recently remanded to California's Patton State Hospital under PC 1370 (Incompetent to Stand Trial). Although I was instrumental in helping to identify her, I now have grave concerns with regard to this woman's rights generally, and her safety specifically -- for example, right to refuse medical treatment, such as medications, psychosurgery, etc.

That said, and why I am contacting you: I am of the opinion this woman is being held as a political prisoner, for the purpose of perpetrating more harm to her psyche, to basically break her will and neutralize her. In other words, to be quite frank, I do not believe she will ever see the inside of a court room to make her case.

I do not raise these concerns lightly. I raise them simply because I have already witnessed legal tampering --by those with political motivations --that are simply to numerous to mention.

It's a long story. Seriously. And I won't go into it, unless you are willing to pursue this further.

However, recall that, our country already has the highest percentage imprisoned population. Our government and civil servants have already been found guilty in perpetrating crimes against humanity. Crimes against it's very own citizens (e.g. Tuskegge Syphillis Study, Radiation Experiments, Surreptious Drug Testing, Psychosurgery, etc.). And these crimes were specifically targeted towards the institutionalized and imprisoned population, and these crimes are still occurring... today... within our country's borders.

In closing, I am of the belief that only an organization, such as yours, is in a position to move in and provide, or at least assist in providing, some type of protection for this woman. Time is of essence. Please do not turn a deaf ear to this woman's plight.

Regards,
Michelle Devereaux
--
"In Germany they came first for the Communists, and I didn't speak up because I wasn't a Communist. Then they came for the Jews, and I didn't speak up because I wasn't a Jew. Then they came for the trade unionists, and I didn't speak up because I wasn't a trade unionist. Then they came for the Catholics, and I didn't speak up because I was a Protestant. Then they came for me, and by that time no one was left to speak up." -- Martin Niemoeller, 1937