Subject: Re: Diana
From: "michelle" <mdvx@stobsidian.com>
Date: Mon, 4 Aug 2003 23:05:29 -0700
To: "Ellen Lacter" <ellenlacter@earthlink.net>

Greetings Ellen,

> She asked me if you would give me a
> street address so she can subpoenae you.

Unfortunately, I am staying with friends at the moment, and therefore do not
have a street address to provide. Perhaps her lawyer could contact me at
415-358-4318 and we can figure something out.

> Also, she asked me to ask you about who
> directed you to locate/expose her.

The email (below sig) clarifies 'who directed [me] to locate/expose her.'

Others who were involved with regard to keeping the pressure on -- in order
of most effective to least effective -- were:

    William Scott Scherk
    SA Jordan (AKA Reader AKA John Singleton)
    John M Price
    Carol Hopkins
    Elizabeth Loftus
    Michael Aquino
    Herman Ohme
    Greg Clarke
    Rick Thoma
    Jim Giglio
    Lesley Wimberly
    Laura Pasley
    Mark Sauer
    Michele Gregg
    Patricia Prather
    Eric Nelson
    Francine Casebeer
    Patricia Burgus

Tertiary people -- read, people who were mostly being kept up to date --
were:

    David Hopkins
    Pam & Peter Freyd
    Gary Schons.

Hmmm... I prolly missed a few, but that's all that I could think of off the
top of my head. Hope this helps(!)

With warmest wishes,
Eternally, m.

        == Ille durat qui cachinnat ==

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
The Memory Debate Archives
http://www.tmdArchives.org
[4000+ topical citations and 750+ links]

The Memory Debate Discussion Forum

http://groups.yahoo.com/group/thememorydebate
Subscribe: thememorydebate-subscribe@yahoogroups.com
--
"Things should be as simple as possible, but not simpler." - Albert Einstein


-----Original Message-----
From: [redacted]
To: RCBARDEN@aol.com
Date: Thursday, January 13, 2000 3:15 PM
Subject: A matter of concern


RC,

We share some turf, still.
Increased activity with Curio got whomped up on witchhunt recently.  Michelle somehow deeply involved.  Why?

I still felt sabotaged by what happened last spring.
In any case, I put fears and rumors aside when what was really happening on WH dawned on.

Michelle was not the manipulator; she was being manipulated by people who had no concern for the harm it was causing.  I saw that she was being used -- for her story, for her skills, manipulated for other people's cause.  And harmed.  Her painful disclosures need not have been posted; perhaps they helped some, but it would not be her native software to do this.  What was driving this?  I have my own theories.

The search for Curio was sport, not justice.  bullshit, not 'protecting people'.  At WHAT expense ... for WHO ???  She should not be barricading herself in her house, losing her job, or putting her kids in harms way. She is now even more married to the Mob -- and that's a tricky exit.

Please use your influence to help call the dogs off.  [what Leslie says is nice, but has no teeth with the Mob]

People on both sides have put her in harms way, for 'the cause'.  You had an influential part in getting her involved in the hunt for Curio -- you could admit this in an apology note -- it would make the mess more human.  She's cyber-smart, but the task was inappropriate for her.

p.s.  The population of 'retractors' should not continue to be used for a political cause.

the Legal Dog
[redacted]