

Prev Term: **voice templates**
Next Term: **VOIP**

Exhibit 24

# voice to skull devices

## Definition/Scope:

Nonlethal weapon which includes (1) a neuro-electromagnetic device which uses microwave transmission of sound into the skull of persons or animals by way of pulse-modulated microwave radiation; and (2) a silent sound device which can transmit sound into the skull of person or animals. NOTE: The sound modulation may be voice or audio subliminal messages. One application of V2K is use as an electronic scarecrow to frighten birds in the vicinity of airports.

## Acronym:

V2K

## Broader Terms:

nonlethal weapons

Send your comments to: **CALL Thesaurus**

Last Updated: 8 Nov 06

ttp://call.army.mil/products/thesaur/00016275.htm

12/23/2006