## voice synthesis devices

Exhibit 26

**Definition/Scope:**

Nonlethal weapon which has the ability to clone a person's voice so that a synthesized message in that person's voice can be transmitted (e.g., by satellite) to a selected audience.

**Broader Terms:**

nonlethal weapons

Send your comments to: CALL

Last Updated: 2 Aug 2007