Exhibit 28

# ProQuest

Databases selected: ProQuest Newspapers, Hoover's Company Records

## Stalking suspect to undergo more psychological tests; [1,7 Edition]

Mark Sauer. **The San Diego Union - Tribune.** San Diego, Calif.: Dec 31, 2002. pg. B.3

**Abstract (Summary)**
Superior Court Judge Howard Shore granted [Robert Ford]'s request that a more thorough psychological evaluation be done and scheduled a competency hearing for [Diana L. Napolis] on Feb. 19. If convicted on all six felony charges, Napolis could face more than six years in state prison.

Napolis admits confronting [Jennifer Love Hewitt] in July during an appearance at a San Diego radio station that resulted in a shoving match involving Napolis and the actress' mother, Pat Hewitt. Napolis also admitted she "verbally confronted" the actress on Sept. 18 as the actress entered the Kodak Theater in Los Angeles for the Latin Grammy Awards.

On Oct. 10, Napolis was again intercepted attempting to confront Love Hewitt, at the taping of a TV show. Later that month, she sent several death-threat e-mails aimed at Love Hewitt to James Allen Mix, the Web master of a Love Hewitt Internet fan site, court documents show.

**Full Text** (657 words)
*Copyright Union-Tribune Publishing Co. Dec 31, 2002*

A former county social worker accused of stalking movie director Steven Spielberg and charged with making death threats against actress/singer Jennifer Love Hewitt is headed for a mental-competency hearing before standing trial.

Diana L. Napolis, 47, of La Mesa was arrested Nov. 26 and charged with one count of stalking and five counts of making death threats against Love Hewitt, whom she confronted at a San Diego promotional appearance by the actress in July.

Napolis, who has no criminal convictions, is in County Jail in lieu of $500,000 bail.

Spielberg got a Los Angeles judge to issue a restraining order against Napolis last fall, claiming she had threatened him and his family at the time his studio's movie, "The Tuxedo," starring Love Hewitt, premiered.

Napolis, who is 5-feet-4 and weighs 110 pounds, stated in an interview and in court documents that she believes Spielberg and Love Hewitt are part of a satanic conspiracy that has targeted her.

The conspirators, Napolis claims, are capable of "remotely manipulating my body via cybertronic technology."

In a court appearance yesterday, Napolis' attorney, Robert Ford, refused to accept an evaluation of his client by a county psychologist, saying it was superficial and inadequate.

The report indicated Napolis had met the low mental-competency standard and could stand trial, according to the case file.

Superior Court Judge Howard Shore granted Ford's request that a more thorough psychological evaluation be done and scheduled a competency hearing for Napolis on Feb. 19. If convicted on all six felony charges, Napolis could face more than six years in state prison.

Under the code name "Curio," Napolis anonymously made hundreds of Internet postings from the mid-1990s to 2000, accusing several individuals in San Diego and the Bay Area of heinous crimes against children.

They were, Curio/Napolis claimed, part of a powerful underground network of satanists who preyed on youngsters.

The Internet postings ended in the summer of 2000, however, when Napolis was arrested by campus police for

cyberstalking while using a computer at the SDSU Library. No charges were filed, but Curio was effectively exposed.

Her Internet campaign and the quest to expose her by those whom Napolis had targeted was chronicled in a Union-Tribune story in September 2000. Since then, she has included the newspaper among those she believes are trying to torment her.

Napolis admits confronting Love Hewitt in July during an appearance at a San Diego radio station that resulted in a shoving match involving Napolis and the actress' mother, Pat Hewitt. Napolis also admitted she "verbally confronted" the actress on Sept. 18 as the actress entered the Kodak Theater in Los Angeles for the Latin Grammy Awards.

According to court documents, Napolis screamed: "Murderer! Killer! Skankhole, you are killing me!" at Love Hewitt as she entered the theater.

On Sept. 19, Napolis was prevented from entering the Los Angeles premiere of "The Tuxedo," when she attempted to pose as a friend of Love Hewitt, the documents say.

On Oct. 10, Napolis was again intercepted attempting to confront Love Hewitt, at the taping of a TV show. Later that month, she sent several death-threat e-mails aimed at Love Hewitt to James Allen Mix, the Web master of a Love Hewitt Internet fan site, court documents show.

In "a personal note" to Love Hewitt, Napolis wrote: "I plan to kill you at the first opportunity to do so and I hope you die a torturous death," according to the documents.

Napolis added, "Jim, I'm quite serious, this is really a death threat. I want you to report it to the police or FBI because this is an Internet crime. I plan on firing a gun at her heart and not missing. The reason for that is she is torturing me. I am in extreme physical pain."

The Web master contacted the FBI, leading to her prosecution by the District Attorney's Office.

Mark Sauer: (619) 293-2227; mark.sauer@uniontrib.com

[Illustration]
1 PIC; Caption: Diana L. Napolis

Credit: Staff Writer

**Indexing (document details)**

| | |
|---|---|
| People: | Spielberg, Steven,  Hewitt, Jennifer Love,  Napolis, Diana L |
| Author(s): | Mark Sauer |
| Section: | LOCAL |
| Publication title: | The San Diego Union - Tribune. San Diego, Calif.: Dec 31, 2002. pg. B.3 |
| Source type: | Newspaper |
| ISSN: | 1063102X |
| ProQuest document ID: | 273213681 |
| Text Word Count | 657 |
| Document URL: | http://sdplproxy.sandiego.gov/login?url=http://proquest.umi. com/pqdweb?did=273213681&sid=2&Fmt=3&clientId=9477&RQT=309&V Name=PQD |

Copyright © 2007 ProQuest LLC. All rights reserved.

