

# ProQuest

Databases selected: ProQuest Newspapers, Hoover's Company Records

## Ex-social worker pleads guilty to stalking actress; [1,7 Edition]

*Onell R. Soto.* **The San Diego Union - Tribune.** San Diego, Calif.: Sep 30, 2003. pg. B.3

**Abstract (Summary)**
CORRECTION: FOR THE RECORD | Film director Steven Spielberg's surname was misspelled "[Steven Speilberg]" yesterday on first reference in a story about a former social worker who pleaded guilty to stalking an actress. The Union-Tribune regrets the error. (10/01/ 2003, B-2)

A September 2000 Union-Tribune story detailed how [Diana Napolis] used the code name "Curio" to anonymously send hundreds of Internet postings from the mid-1990s to 2000 accusing San Diego and San Francisco area figures of crimes against children.

Napolis confronted [Jennifer Love Hewitt] during a July 2000 appearance at a San Diego radio station.

**Full Text** (415 words)

*Copyright Union-Tribune Publishing Co. Sep 30, 2003*

CORRECTION: FOR THE RECORD | Film director Steven Spielberg's surname was misspelled "Speilberg" yesterday on first reference in a story about a former social worker who pleaded guilty to stalking an actress. The Union-Tribune regrets the error. (10/01/ 2003, B-2)

A former county social worker pleaded guilty yesterday to stalking movie actress Jennifer Love Hewitt at a promotional appearance in San Diego last year.

Diana Napolis, 47, of La Mesa, was treated for mental illness after her arrest last fall on charges of making death threats against Love Hewitt.

At the time, she claimed in an interview with The San Diego Union- Tribune that Love Hewitt and director Steven Speilberg were part of a satanic conspiracy capable of "remotely manipulating my body via cybertronic technology."

As part of her plea she agreed to stay away from Love Hewitt for 10 years, a standard condition in such cases.

"She was under some stress at the time the incident occurred," defense lawyer Robert Ford said in an interview.

A Los Angeles judge ordered Napolis last year to stay away from Spielberg at the director's request.

Under the plea bargain reached yesterday in San Diego Superior Court, Napolis is scheduled to be released from custody at the time of her sentencing, Oct. 28.

She faced a six-year prison term but will have to serve only the time she is incarcerated up to her sentencing.

She was arrested Nov. 26, and earlier this year was declared incompetent to stand trial and was sent to Patton State Hospital near San Bernardino.

After treatment, she was found competent this summer.

A September 2000 Union-Tribune story detailed how Napolis used the code name "Curio" to anonymously send hundreds of Internet postings from the mid-1990s to 2000 accusing San Diego and San Francisco area figures of crimes against children.

Napolis confronted Love Hewitt during a July 2000 appearance at a San Diego radio station.

Court documents indicate that she also yelled "Murderer!" and "Killer!" at Love Hewitt outside the Kodak Theater in Hollywood a year ago.

She was prevented from entering the Los Angeles premiere of a Love Hewitt movie, "The Tuxedo," which was released by Spielberg's studio.

Napolis was arrested after she sent an e-mail to the webmaster of a Love Hewitt fan site.

"I plan on firing a gun at her heart and not missing," she wrote, according to court documents.

Onell Soto: (619) 293-1280; onell.soto@uniontrib.com

[Illustration]
1 PIC; Caption: Diana Napolis.; Credit: K.C. Alfred / Union-Tribune file photo

Credit: STAFF WRITER

**Indexing (document details)**

| | |
|---|---|
| People: | Hewitt, Jennifer Love, Napolis, Diana |
| Author(s): | Onell R. Soto |
| Document types: | CORRECTED |
| Section: | LOCAL |
| Publication title: | The San Diego Union - Tribune. San Diego, Calif.: Sep 30, 2003. pg. B.3 |
| Source type: | Newspaper |
| ISSN: | 1063102X |
| ProQuest document ID: | 417115681 |
| Text Word Count | 415 |
| Document URL: | http://sdplproxy.sandiego.gov/login?url=http://proquest.umi.com/pqdweb?did=417115681&sid=2&Fmt=3&clientId=9477&RQT=309&V Name=PQD |

Copyright © 2007 ProQuest LLC. All rights reserved.

