*Exhibit 30*

# ProQuest

Databases selected: ProQuest Newspapers, Hoover's Company Records

## Stalker of actress scheduled to be freed; [2,7,1 Edition]

*Onell R. Soto*. **The San Diego Union - Tribune**. San Diego, Calif.: Nov 6, 2003. pg. B.6.7

**Abstract (Summary)**
[Diana Napolis] pleaded guilty to stalking and could have been sent to prison, but prosecutors argued for probation with those restrictions. Prosecutor Fiona Khalil said a prison term likely would have resulted in Napolis being released after a short time and moving about without much supervision.

The judge also ordered Napolis, 47, to stay away from [Jennifer Love Hewitt] and director Steven Spielberg for at least 10 years. Napolis said she plans to live with her mother, court records show.

Prosecutors said Napolis tried to confront Love Hewitt during promotional appearances by the entertainer here and in Los Angeles. She yelled profanities and called the actress a "murderer." Napolis also threatened in e-mails to kill Love Hewitt.

**Full Text** (359 words)

*Copyright Union-Tribune Publishing Co. Nov 6, 2003*

Editions vary

A mentally ill La Mesa woman who admitted stalking actress and singer Jennifer Love Hewitt is scheduled to walk out of jail today, but will have to comply with several conditions to remain free.

Diana Napolis -- who accused Love Hewitt of trying to kill her through mind control -- must take her psychiatric drugs, stay away from computers and guns and seek court permission before traveling, a judge ordered yesterday.

Napolis pleaded guilty to stalking and could have been sent to prison, but prosecutors argued for probation with those restrictions. Prosecutor Fiona Khalil said a prison term likely would have resulted in Napolis being released after a short time and moving about without much supervision.

"Our intent here is to be involved with her life as long as possible," Khalil said of the 5-year probation.

Napolis has been diagnosed with delusional disorder and paranoid schizophrenia and must take part in a program for mentally ill criminals, according to court records.

The judge also ordered Napolis, 47, to stay away from Love Hewitt and director Steven Spielberg for at least 10 years. Napolis said she plans to live with her mother, court records show.

Prosecutors said Napolis tried to confront Love Hewitt during promotional appearances by the entertainer here and in Los Angeles. She yelled profanities and called the actress a "murderer." Napolis also threatened in e-mails to kill Love Hewitt.

She also made threats against Spielberg, who obtained a restraining order against her in Los Angeles.

Napolis, a former county social worker, made accusations on the Internet against people who opposed theories of satanic ritual abuse of children, but was never charged for those comments.

Her campaign, much of it under the pseudonym "Curio," was the subject of a September 2000 Union-Tribune profile.

Shortly after her arrest Nov. 26, 2002, Napolis was declared too mentally ill to stand trial and was committed to Patton State Hospital near San Bernardino.

After months of psychiatric treatment, she began saying it was possible she was wrong about being persecuted by the Hollywood starlet and the famous director, said psychologist Thomas MacSpeiden.

Onell Soto: (619) 293-1280; onell.soto@uniontrib.com

Credit: STAFF WRITER

**Indexing (document details)**

| | |
|---|---|
| People: | Howitt, Jennifer Love, Napolis, Diana |
| Author(s): | Onell R. Soto |
| Section: | *LOCAL* |
| Publication title: | The San Diego Union - Tribune. San Diego, Calif.: Nov 6, 2003. pg. B.6.7 |
| Source type: | Newspaper |
| ISSN: | 1063102X |
| ProQuest document ID: | 440541371 |
| Text Word Count | 359 |
| Document URL: | http://sdplproxy.sandiego.gov/login?url=http://proquest.umi. com/pqdweb?did=440541371&sid=2&Fmt=3&clientId=9477&RQT=309&V Name=PQD |

---

Copyright © 2007 ProQuest LLC. All rights reserved.

