





### Jennifer Love Hewitt
January 8, 2002

Jennifer Love Hewitt arrives at star-studded events smiling, waving, and never knowing that a woman wants to kill the actress.

Her name is Diana Napolis and "CJ" has learned of her graphic threats on the life of the movie star at a San Diego radio station where Napolis hit and pushed the star's mom trying to get to the celebrity and at the Latin Grammy Awards Napolis made bizarre accusations, screaming at Love Hewitt, "Murderer! Killer!"

Then the 47-year-old started using the Internet to torment her target. Court documents obtained by "CJ" detail her terrifying messages: "Personal note to Jennifer Hewitt: I plan to kill you at the first opportunity to do so and I hope you die a tortuous death."

The woman brags: "I plan on firing a gun at her heart and not missing ... This is really a death threat. I want you to report it to the police or FBI because this is an internet crime."

Well, she got what she wanted, and her notorious acts have landed Ms. Napolis at the San Diego county courthouse where she'll answer to felony charges for stalking Jennifer Love Hewitt.

Carol Hopkins is another Napolis target. The cyber threats were so extreme, the former school administrator moved to Mexico. But, using the Internet, Napolis convinced others that their new American neighbor was a child molester. Hopkins says, "I had been threatened, I had been told that I would lose my visa, I could lose my house, and that I could be put in jail."

Now, Napolis is in jail and faces a second court ordered mental examination to find out if she's fit to stand trial.

Top Stories:
- New York Stories
- Legal Briefs
- Tommy Lee
- Winona Ryder
- Jennifer Lopez
- New York Stories

terms of use | privacy policy | © 2003 TTT West Coast Inc.




