

# ELLEN P. LACTER, Ph.D., RPT-S, MFT
### Clinical Psychologist PSY9382
### Registered Play Therapist and Supervisor S444

**3505 Camino Del Rio South, Suite 212, San Diego, CA 92108**
**Telephone: (619) 584-7737        Fax: (858) 549-4202**

February 18, 2008

Re: Diana Napolis

To Whom It May Concern,

This letter is to attest to the fact that I first gave Diana Napolis a copy of a "Celebrity Justice" article, entitled "Jennifer Love Hewitt", on February 9, 2008.

Ms. Napolis was very happy to see this document, having not seen it before.

The article is dated January 8, 2002. I printed it on February 8, 2003. I believe that the article was probably written on January 8, 2003, and that 2002 is a typo. I believe this because Ms. Napolis was not arrested until November, 2002.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed in San Diego California on February 18, 2008.

Ellen Lacter, Ph.D. :   *Ellen Lacter*   2/18/2008