witchhunt : Message: Rightmyer Discovers Ecom Suit!     Page 1 of 4

Case 3:08-cv-00557-WQH-JMA    Document 4-36    Filed 05/01/2008    Page 1 of 4

Exhibit 34

Yahoo!   My Yahoo!   Mail   Make Y! your home page     Search the Web [ Search ]

**YAHOO! HEALTH** Groups    Welcome, **danhar49** [Sign Out, My Account]    Health - Groups - Help

**Stocks Ready To Soar**    Hot News Alerts, Huge Profits 1000%+, Stock Near Explo Breakout.

www.otcstockexchange.com

danhar49 · danhar49@yahoo.com | Group Member - Edit Membership    Start a Group | My Groups

### witchhunt    Search for other groups... [Search]

- Home
- Messages
  - Post
- Database
- Members
- Calendar
- Promote

### Messages

Message # [ ] [Go]   Search: [ ] [Search]   Advanced

### Rightmyer Discovers Ecom Suit!

Reply | Forward      Messag(

From Xeper@... Tue Oct 03 22:27:14 2000
Return-Path: <Xeper@...>
X-Sender: Xeper@...
X-Apparently-To: witchhunt@egroups.com
Received: (EGP: mail-6_0_3); 4 Oct 2000 05:27:13 -0000
Received: (qmail 21008 invoked from network); 4 Oct 2000 05:27:13 -0000
Received: from unknown (10.1.10.26) by m4.onelist.org with QMQP; 4 Oct 2000 05:27:13 -0000
Received: from unknown (HELO imo-r11.mail.aol.com) (152.163.225.65) by mta with SMTP; 4 Oct 2000 05:27:13 -0000
Received: from Xeper@... by imo-r11.mx.aol.com (mail_out_v28.24.) id v.df.a8cce9e (4324) for <alexx12@...>; Wed, 4 Oct 2000 01:25:19 -0400 (EDT)
Message-ID: <df.a8cce9e.270c193e@...>
Date: Wed, 4 Oct 2000 01:25:18 EDT
Subject: Rightmyer Discovers Ecom Suit!
To: alexx12@...
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 5.0 for Mac sub 28
From: Xeper@...

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In article <alexx12-EBEAF9.19012903102000
@nntp.we.mediaone.net>,
Dan "Alex Constantine" Rightmyer
<alexx12@...> wrote:

>So much for satanic DoD psyop "priests"
>censoring the Internet ...
>



**Yahoo! Groups Tips**

**Did you know...**
Want to share photos of your group with the world? Add a group photo to Flickr.

**Best of Y! Groups**

Check them out and nominate your group.

>Aquino v. Electriciti Inc., 26 Med. L. Rptr. 1032
>(Cal. Superior Crt., San Francisco City and County, Sept. 23, 1997)
>
>In this case, the Court, following Zeran v. America Online ...
>held that the Communications Decency Act preempts state law
>claims against defendant ISP for negligence, etc.

Well, like, I mean, *duh*, Rightmyer. Did you just
fall off the turnip truck or what?

In updates on spp at the time, I reported that the Ecom
attorney brought up _Zeran_ and argued that it set the
applicable precedent for immunizing ISPs against tort
suits relating to customer account behavior.

My attorney disagreed, pointing out that the ruling in
_Zeran_ specifically cited the CDA assumption that ISPs
are expected to police themselves in account-abuse
incidents, which in this instance Ecom had refused to do.

Nevertheless the judge in this case felt that the
_Zeran_ precedent applied, and dismissed my suit.
Ecom could take pride in being able to conceal the
identity of a cyberstalker using its service to harm
innocent people - including forging posts from the
Ecom account of an innocent third-party.

Unfortunately for Ecom, which had hired one of the
most expensive law firms in San Francisco, the judge
also ruled that this was not a SLAPP-suit, hence Ecom
would be on their very own hook for their law firm's
quite substantial (based on their website squawking
for donations) bills.

So much for cyberstalkers thinking that they can
abuse SLAPP laws to allow them to conduct hate
campaigns with immunity and impunity. SLAPP was
never intended for that purpose, as cases like this are
continuing to establish.

This lawsuit came at a time before some of the very
strong new anti-cyberstalking legislation in California
and at the federal level had appeared. Thanks to the
Napolises of the Internet, we are coming more and
more into a time where cyberstalking will be less
and less possible, and more criminalized. The CDA
immunity of ISPs, which was never intended to
shelter cyberstalkers, will obviously be adjusted
to reality as well.

In California, Penal Code #646.9 is now law. At the
federal level:

>From: NLECTC Outreach Manager
>Sent: Thursday, May 11, 2000 11:36 AM

witchhunt : Message: Rightmyer Discovers Ecom Suit! Page 3 of 4

Case 3:08-cv-08357-WQH-JMA    Document 4-36    Filed 05/01/2008    Page 3 of 4

>Subject: Wired News, 2 May 2000 -
>THE EPIDEMIC OF CYBERSTALKING
>
>Stalking is a very real threat on the Internet, as
>the medium's anonymous nature allows stalkers to
>terrorize their victims with a great degree of
>secrecy. Cyberstalking victims and advocacy
>groups frequently complain that when they turn
>to the police for help, officers do not take the threats
>seriously. California has the recognition of being the
>first state to put a cyberstalking law on the books.
>That law went into effect last year. Now Congress is
>debating a similar law. The Stalking Prevention and
>Victim Protection Act of 2000 has already won the
>approval of the House and is awaiting review by the
>Senate. "The fact that Congress is considering making
>it a federal crime and felony is an indication of how
>serious the problem is and that we need a national
>solution to it," says Nancy Savitt, chief legal officer for
>the Internet safety group Cyberangels.

Michael A. Aquino

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.0.2

iQA/AwUBOdq+e2RWyNykJwrDEQIeowCeKofRhF09n193Gyp+sFlT1crgXpoA(
vyVu61T3Ld+F/Yvdte3d4wRl
=P009
-----END PGP SIGNATURE-----

 Forward                                                                                    Message

---

Expand Messages

**Rightmyer Discovers Ecom Suit!**
... Hash: SHA1 In article <alexx12-EBEAF9.19012903102000 @nntp.we.mediaone.net>, D;
"Alex Constantine" Rightmyer ... Well, like, I mean, *duh*, Rightmyer. Did...

                                                              < Prev Topic | Next Topic >

Message # [    ] [Go] Search: [                    ] [Search] Advanced

---

**SPONSOR RESULTS**

Abuse Prevention Resources
www.zimmy.com - For professionals and educators - catalog of prevention res(
and domestic violence.

Okidata Okicolor C7300/C7500 Black Toner
www.cartridgehub.com - Color for $89.99, Black for $54.99 - 100% Guarantee

abuse children
www.EverydayHealth.com - Breaking News, Expert Tips, Member Support, T

---

Copyright © 2008 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help