**Google Groups**    Recently Visited Groups ▼ | Help | Sign in

# sci.psychology.psychotherapy

[                    ] Search this g

Message from discussion **The Michael Aquino Files**

View parsed - Show only message text

```
Path: supernews.google.com!sn-xit-02!sn-xit-03!supernews.com!europa.netcrusader.ne
Lines: 111
X-Admin: n...@aol.com
From: xe...@aol.com (Dr. Michael A. Aquino)
Newsgroups: sci.psychology.psychotherapy
Date: 16 Sep 2000 00:41:44 GMT
References: <alexx12-7E702C.16380015092000@nntp.we.mediaone.net>
Organization: AOL http://www.aol.com
X-Newsreader: Session Scheduler
Subject: Re: The Michael Aquino Files
Message-ID: <20000915204144.18852.00001816@nso-fw.aol.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In article <alexx12-7E702C.16380015092000
@nntp.we.mediaone.net>,
Dan "Alex Constantine" Rightmyer
<alex...@mediaone.net> wrote:

>Mike:
>1.) You are welcome to use my real name

I think that if you are going to attack other people,
you should have the integrity to sign yourself
openly by it too.

I am "Michael" to my friends; to you I am "Dr.
Aquino", or "Col. Aquino" if you prefer.

>2.) I have observed you lying outright in the
>past, posted the contradictions

I don't recall posting any lies, so kindly quote
anything from me that you consider a lie, and
I will respond to it.

>Your failed attempt to sue Curio's ISP server
>was humorous, as, in my opinion, are your
>baseless smears of this child advocate and myself.

My attempt to have the court order Electriciti.com
to identify "Curio" failed because of an unnoticed
[by my attorney] provision in the Communications
Decency Act which immunizes ISPs from suits based
on the content of account-holders' traffic. I'm not
sure what you find "humorous" in Napolis' use of
that [or any other] ISP for a clandestine cyberstalking
campaign.

>I am not even interested in your denials, because
```

Case 3:08-cv-00557-W-JMA    Document 4-37    Filed 05/01/2008    Page 2 of 3

>your credibility has been worn away by the vicious
>lies, threats and defamations of your friends and
>associates in the sci-psychology.psychotherapy
>newsgroup ...

My credibility is fairly to be judged by what I myself
say, not by what other people, on their own initiative
and responsibility, may say. And for the record, I have
no "associates" (in any official relationship whatever)
among any of the s.p.p. participants whom I know.

>The list offers you an ample opportunity to defend
>yourself ...

Against unfounded allegations which are extremely
malicious and which threaten my family and myself?
Methinks you have a responsibility to neither make
nor promote such falsehoods in the first place, not to
play games with the reputations and safety of
innocent people.

>The fact that you have paraded around in Nazi
>uniforms in the past ...

I have never worn a Nazi uniform in my life, in or
out of a parade. For your information, my father
earned the Purple Heart for combat action in Germany
in World War II, and I myself the Bronze Star, Air
Medal, and Vietnamese Gallantry Cross for combat
action in Vietnam.

>... performed rituals in Nazi castles and attempted
>to find "good" in Nazi philosophy

I indeed performed a magical ritual in the Wewelsburg
Castle in Westphalia, but there was nothing in the
least pro-Nazi about it. It was rather a ritual concerning
the unique location of that particular castle at what
certain occult lore terms "the middle-point of the world".
That happens to be *coincidentally* why Heinrich
Himmler appropriated that same castle during the
Nazi era. Its occult history and significance date back
to 1604, which is, I think it is fair to say, pre-jackboot.

What "good" in Nazi philosophy am I supposed to have
found? My doctorate is in Political Science, with
field-qualifications in Political Theory and Comparative
Political Systems among others, and I have never in
any context excused any of the harm that Nazi Germany
did. If you claim otherwise, kindly quote me, and I will
be pleased to set any confusion on that matter straight.

>... your fascist behavior.

Fascism is a political concept in which the individual
exists only to serve the interests of the state. As my
well-known religion, the Temple of Set, is devoted to
the affirmation of individualism, it shouldn't be hard
to see that we - and I - are about as diametrically
opposed to fascism as can be.

```
Michael A. Aquino, Ph.D.
Lt. Colonel, MI, USAR-Ret.

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.0.2

iQA/AwUBOcLA5GRWyNykJwrDEQL4ogCgnmv69k3Py7qeXUhlbZ2tI1vXWagAoKDJ
cPlu5uxtscjoMZkg4N71qBY5
=YhFm
-----END PGP SIGNATURE-----
```

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2008 Google