Problems for Victims of Ritual Abuse in San Diego, CA - Opinion Piece Submitted to the ... Page 1 of 8
Case 3:08-cv-00557-WQH-JMA Document 4-38 Filed 05/01/2008 Page 7 of 7

Exhibit 36

Google Groups                                          Recently Visited Groups ▼ | Help | Sign in

# alt.support.dissociation                        [                    ] Search this group  Searc

Message from discussion Problems for Victims of Ritual Abuse in San Diego, CA - Opinion Piece Submitted to the San Diego Union-Tribu

View parsed - Show only message text

```
From: xe...@aol.com (Dr. Michael A. Aquino)
Subject: Re: Problems for Victims of Ritual Abuse in San Diego, CA - Opinion Piece
Date: 2000/10/02
Message-ID: <20001002115122.10576.00000183@nso-ca.aol.com>
X-Deja-AN: 676667737
Content-Transfer-Encoding: 8bit
References: <8r60b1$m5r$1@nnrp1.deja.com>
Content-Type: text/plain; charset=ISO-8859-1
X-Admin: n...@aol.com
Organization: AOL http://www.aol.com
Mime-Version: 1.0
Newsgroups: alt.support.dissociation

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In article <8r60gi$m7...@nnrp1.deja.com>,
Chive Mynde <chivemy...@hotmail.com> wrote:

>Opinion Piece Submitted to the San Diego Union-Tribune,
>by Ellen P. Lacter, Ph.D. on 9-29-2000

Interesting. This email account (chivemynde@hotmail)
has been posting on the alt.satanism Usenet newsgroup,
but *unsigned*. In a 10/1 alt.satanism post, you write:

C> Everything Curio has ever posted is based on
C> substantiated scientific evidence that is publically
C> (sic) available in the clinical and medical literature,
C> as well as judicial and legal databases. Everything
C> that we read about in the newspapers, however, is
C> mostly fiction. Newspapers are not the arbiters of
C> truth. In fact, they are quite the opposite.

Why would you completely ignore the many refutations
of Napolis' lies that I and many others have posted over
those same years? Was this the standard of "research
objectivity" expected in your Ph.D. program? If so,
what was the granting institution and the department,
just out of curiosity?

For that matter, what kind of Ph.D. would denounce
everything in newspapers as "fiction" and "the opposite
of truth"? The news media are not perfect, but generally
do a reasonably conscientious job of striving to be factual
in their reporting.

C>Mark Sauer's 9-24-00 article, "A Web of Intrigue", in the
C>San Diego Union-Tribune is his most recent in a series of
C>articles misrepresenting the facts on the subject of child
```

```
C>ritual abuse and attacking advocates for ritual abuse victims.
C>His articles have, over the past 10 years, contributed to
C>convincing a good portion of the San Diego community that
C>ritual abuse does not exist. This has had a devastating
C>impact on victimized children and adults, resulting in their
C>not being believed and reduced protection by law enforcement
C>and the courts.
```

As I recall, it was the San Diego Grand Jury that exposed
and denounced the "SRA" witch hunts in San Diego. Are
you making a professional statement that the Grand
Jurors are liars and child-abuse endangerers?

```
C>A review of the empirical evidence of ritual abuse can be found
C>in a book by James Randolph Noblitt and Pamela Sue Perskin
C>(Cult and Ritual Abuse, 2000, Chapter 6).
```

I would be less concerned with a "SRA"-exploitation
crank book than with a licensed "Marriage and
Family Therapist" who considers it something to be
taken the least seriously as a professional reference.

```
C>One national survey of 2709 clinical psychologists
C>showed that 30% claimed to have seen at least one case
C>of "ritualistic or religion-based abuse" and 93% of these
C>psychologists believed the harm actually occurred
C>(Reference: Goodman, Qin, Bottoms, and Shaver, 1994,
C>"Characteristics and Sources of Allegations of Ritualistic
C>Child Abuse: Final Report to the National Center on Child
C>Abuse and Neglect").
```

You again display a curious (no pun intended)
inability to read reports objectively and convey their
findings accurately. In actuality:

```
*************************************************************
STUDY CASTS DOUBT ON CLAIMS OF SATANIC RITUAL
ABUSE
- - - by Daniel Goleman, _New York Times_ November 1, 1994
```

Tales of Satanic ritual abuse, with well-organized cults
sacrificing animals and babies and engaging in sexual
perversion and cannibalism, is the stuff of tabloid television.

Now the first empirical study of its actual prevalence,
based on information from district attorneys, social
service workers, police officials and psychotherapists,
suggests these tales are usually just that - figments of
imagination.

Although the survey found occasional cases of lone
abusers who used ritualistic trappings, it found no
substantiated reports of well-organized Satanic rings
of people who sexually abuse children.

In a survey of more than 11,000 psychiatric and police
workers throughout the country, conducted for the
National Center on Child Abuse and Neglect, researchers
found more than 12,000 accusations of group cult
sexual abuse based on Satanic ritual, but not one that

investigators had been able to substantiate. The organizers of the survey say it is the first authoritative national survey on the subject.

Accusations of molesting by cults have been made in thousands of cases over the last decade, and in retrospective claims by adult patients in psychotherapy who say they were abused as children. Combined with sensationalistic press coverage, these lawsuits and other reports have led many people to believe that there is a nationwide network of Satanic groups preying on the young.

"After scouring the country, we found no evidence for large-scale cults that sexually abuse children," said Dr. Gail Goodman, a psychologist at the University of California at Davis who directed the survey.

"Since the McMartin Preschool case there have been claims of ritualistic and sadistic child abuse in cases all over the country, and we've been concerned," said David Lloyd, Director of the National Center on Child Abuse and Neglect. "The survey was to see just how well-founded these concerns are - if these are just based on mistaken perceptions or there is some firm evidence."

The survey included 6,910 psychiatrists, psychologists, and clinical social workers, and 4,655 district attorneys, police departments, and social service agencies. They reported 12,204 accusations of ritual abuse that they had investigated.

The survey found that there was not a single case among them where there was clear corroborating evidence for the most common accusation, that there was "a well-organized intergenerational Satanic cult, who sexually molested and tortured children in their homes or schools for years and committed a series of murders," said Goodman.
************************************************************

C>The American Psychiatric Press published a text in 1997
C>explaining the importance of correct assessment and treatment
C>of ritualistic abuse survivors (The Dilemma of Ritual Abuse:
C>Cautions and Guides for Therapists, edited by G.A. Fraser).

So what are the credentials of G.A. Fraser, and what was his/her role in the "SRA" accusation epidemic of the 1980s?

C>a million dollar civil judgement to Paul Bonacci against
C>Larry King (not the well-known talk-show host, Larry King),
C>based on King's sexual abuse (including pornography and
C>orgies) and false imprisonment, of Bonacci as a child, in
C>the infamous Franklin satanic cult/sex/drug ring case.

As none other than Diana Napolis posted, this was a default judgment entered because King, a destitute prison inmate, didn't even bother to respond to it. You apparently forgot to mention that Bonacci was himself a prisoner, guilty on three counts of sexually assaulting a child. And you neglected to mention that Bonacci's lawsuit also named

several other Omaha officials and prominent business
figures, the Roman Catholic archbishop of Omaha, the
city of Omaha, Omaha Public Schools and the _Omaha
World-Herald_ - all of which defendants the court dismissed
from the suit.

The "infamous Franklin satanic cult" etc. case may be
studied via the findings of the Grand Jury which examined
it at the time and found it to be just another scam. Cf.:

GRAND JURY SAYS ABUSE STORIES WERE A "CAREFULLY
CRAFTED HOAX".
Many Rumors Are Debunked In Report; Three Are Indicted
- - - by Robert Dorr and Gabriella Stern
_World-Herald_ Staff Writers
_Omaha World-Herald_
Omaha, Nebraska
Wednesday, July 25, 1990, Edition 6, Page #1

- - From this story: "The third indictment charged Paul A.
Bonacci, 22, an inmate at the Lincoln Correctional
Center, with three counts of lying to the grand jury."

C>Sauer globally denies the existence of satanic ritual abuse
C>while our recent history is marred with undeniable cases of
C>mass suicide/homicide by other kinds of cults and underground
C>groups. This past summer, almost 1000 people were found
C>murdered by an underground cult in Uganda, "Movement for the
C>Restoration of the Ten Commandments of God". Last year, in
C>Rancho Sante Fe, 39 people suicided from the cult, "Heaven's
C>Gate". In Jonestown, 22 years ago, more than 900 people
C>mass-suicided and were murdered of "The People's Temple".
C>Devastating world events originate in underground groups,
C>such as the Third Reich and Ku Klux Klan. High school students
C>are taught to remember the Nazi death camps lest such atrocities
C>repeat themselves. Given these examples, why does Sauer turn
C>a blind eye to the evidence of satanic cult abuse?

Perhaps because none of the above happens to be a Satanic
cult? The last I heard, Satanists don't campaign for the Ten
Commandments, and Heaven's Gate was into UFOs, not
Devil-worship. The People's Temple was fanatically
Christian, as are White Supremacist groups and the KKK.

C>2. Sauer cites the McMartin Pre-school acquittals as evidence
C>that ritual abuse does not exist. He omits any mention of the
C>post-trial geological survey under the school's foundation that
C>yielded convincing corroboration of the children's reports
C>of being taken through underground tunnels (See "The Dark
C>Tunnels of McMartin", by Summit, R.C., 1994, The Journal of
C>Psychohistory, 21(4), 397-416.)

Debbie Nathan, author of the "SRA"-expose _Satan's Silence_
comments on the above:

*************************************************************
This claim has also recently appeared in the JOURNAL OF
PSYCHOHISTORY, the American Professional Society on the
Abuse of Children's bulletin (The APSAC Advisor) and in other
venues, where they are promoted by Dr. Roland Summit,

of UCLA; and by Katherine Coulbourn-Faller, of University
of Michigan.

Following is background on the people who have promoted
the claim and of events surrounding the dig. As will be seen,
much evidence suggests that the "tunnels" are a hoax. All
information herein is documented by the author's research,
as well as in published media articles, and in Los Angeles
District Attorney and Police Department documents in this
author's possession. These are available on request (but please
reimburse copying and postage expense) [e-mail Compuserve
71203,3162; 511 Randolph Street, El Paso, TX 79902]
...
The McMartin parents also claim that the tunnels they found
are about five feet high, 30 inches wide, with no flooring, wall
or ceiling material, and completely filled with dirt and paint
chips. Compare this to claims the children made back in the
1980s: e.g. about a "secret room" 10 feet by 10 feet, filled with
sofas and flashing lights, leading to an triplex residence
inhabited by a little old lady. Construction and contracting
professionals whom the media contacted during the 1990 dig
pointed out that the McMartin site had been continuously built
on since the 1920s (it used to be a stable) and that what was
found sounded like the channels dug for plumbing that are
normally found under any such site.

Currently, McGauley and Sickel are making Sickel's report
on the dig available only to members of the child protection
coterie who have made their careers promoting the existence
of satanic ritual abuse -- such as Coulbourn-Faller and Summit.
The report is not available to the public. McGauley and
Summit have said it cannot be released unless someone (a
publisher, for instance) pays substantial amounts of money
for it. This position contradicts the normal practice in California
among archaeologists, which is to archive their reports for
peer review and public use.
*************************************************************

Nathan's complete article can be found on the
excellent "SRA"-debunking website:

http://users.cybercity.dk/~ccc44406/smwane/English.htm

C>3. Sauer cites the "10-year investigation" by Special FBI
C>Agent Ken Lanning that concluded that satanic ritual abuse
C>does not exist. Sauer fails to mention that Lanning is a very
C>controversial figure. Noblitt and Perskin (2000, see above)
C>state: "In reality, there is no such study... my office
C>contacted the FBI and requested a copy of the alleged study.
C>The bureau responded in writing indicating that no such study
C>existed." (See page 179 of their book).

This "nonexistent" study is also available at:

http://users.cybercity.dk/~ccc44406/smwane/English.htm

[You next hammer on the San Diego Grand Jury,
Sauer, Hopkins, and Loftus, all of whom have quite
adequately defended themselves ...]

> C>Michael Aquino founded the "Temple of Set",
> C>which Sauer characterizes as "a quasi-religious
> C>institution that many consider satanic". This
> C>clearly evades the truth. In the Winter of
> C>1989-1990, the California Office of
> C>Criminal Justice Planning, under Governor Pete
> C>Wilson, published a Research Update (Volume
> C>1, Number 6) which states: "Founded in 1975
> C>by a dissident member of the Church of Satan,
> C>Michael Aquino, the Temple of Set is the second
> C>largest of all contemporary organized Satanic
> C>churches. The Temple of Set is a religious society
> C>dedicated to Set, the ancient Egyptian god believed
> C>by some to be the model for the Christian Satan.
> C>Aquino's many writings, especially The Book of
> C>Coming Forth by Night, develops a sophisticated
> C>form of Satanism far beyond that of LaVey's Church.
> C>
> C>Among its teachings is the belief that Judeo-Christian
> C>religions have established Satan as a "straw man" to
> C>justify their guilt for man's ejection from the Garden of
> C>Eden. Not much more is known about Setians as the
> C>society is secret and most of its writings are not
> C>available to the public at large" (p. 17).

About the only errors I see here are (a) that the Temple
of Set is a formal (not quasi-) religious institution
incorporated as a church in 1975, (b) it far larger
than the Church of Satan, and (c) it considers "Satan"
to be an evil caricature of Set [whom we do not regard
as "evil" at all] in much the same way that early
Judaeo-Christianity demonized many competitive
gods, that's all.

The Temple of Set respects the privacy of its members
but is quite forthright in its philosophy. Cf. its website:

http://www.xeper.org

You next resurrect the usual stream of
Napolis falsehoods about the Presidio scam. I have
corrected these so often on the Internet that I'm
sure everyone's excruciatingly bored with it all.
Anyone who isn't is welcome to email me for a copy
of my statement on the topic: Xe...@aol.com

> C>Sauer's article extols Devereaux's high-tech
> C>"cybersleuth" efforts to track down "Jones".

One wonders why you would favor allowing
cyberstalkers such as Napolis to conduct years of
malicious falsehoods about innocent people without
taking personal responsibility for what she was
posting. Readers may review for themselves
California's anti-cyberstalking law, California
Penal Code #646.9 and judge for themselves
whether it fairly applies to Napolis' conduct:

http://www.leginfo.ca.gov/bilinfo.html

```
C>It is no surprise that "Jones" refused an
C>interview with Sauer. I would too.

Well, if the above "justifications" are an example
of what you would say to Sauer, I think you'd
be very well-advised *not* to give him an
interview. :-)

[You harangue the False Memory Syndrome
Foundation. Again the reputation of this distinguished
organization needs no defense here. Cf. its website:
http://www.FMSFonline.org]

C>This letter is likely to result in Sauer publishing
C>an attack on my professionalism in the San Diego
C>Union-Tribune, threatening my credibility, safety,
C>license to practice, and livelihood. Civil suits of libel
C>against me by Mark Sauer or the "False Memory
C>Syndrome Foundation" are also very likely.

I doubt he'll bother. Nor, probably, will anyone else.
In case you haven't noticed, "SRA"-scams have long
since lost their credibility for all but the lunatic fringe
[and those who profit off them, of course].

>Why am I willing to take this public position? A number of
>victims of ritual abuse have come through my office door.
>I have been touched by their trauma more deeply than
>anything I have ever encountered. Therapists maintain
>objectivity in making treatment decisions. But therapists
>also genuinely care about the suffering of their clients
>and of people in general. My commitment is fueled by their
>suffering. I can not and will not turn my back on these
>victims.

Gosh, that's just wonderful of you! And I was so cynical
that I supposed it had something to do with fattening
your bank account off gullible people who hope to
fatten their bank accounts with manufactured "abuse"
accusations and "memories" ...

You have certainly restored my confidence in California's
standards for licensing "Marriage and Family Therapists"!

Michael A. Aquino, Ph.D.
Lt. Colonel, MI, USAR-Ret.

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.0.2

iQA/AwUBOdiu3mRWyNykJwrDEQJPoACfRD4O7eky4sMFXGSVON1pSgddB9AAmQF4
7hevbl+ohbMBaOpYgKW0gd+4
=Y5pL
-----END PGP SIGNATURE-----
```