Yahoo!   My Yahoo!   Mail   Make Y! your home page

Search the Web [ ] 

**YAHOO! HEALTH Groups**   Welcome, **danhar49** [Sign Out, My Account]

Health - Groups - Help



→ www.otcstockexcha[r]

danhar49 · danhar49@yahoo.com | Group Member - Edit Membership    Start a Group | My Groups

**witchhunt**    Search for other groups... [Search]

- Home
- Messages
  - Post
- Database
- Members
- Calendar
- Promote

**Yahoo! Groups Tips**

**Did you know...**
Hear how Yahoo! Groups has changed the lives of others. Take me there.

**Best of Y! Groups**

 Check them out and nominate your group.

## Messages

Message # [ ] [Go]   Search: [ ] [Search]   Advanced

### Courtesy Copy

Reply | Forward                                                                  Mess·

From Xeper@... Sun Oct 01 16:02:17 2000
Return-Path: <Xeper@...>
X-Sender: Xeper@...
X-Apparently-To: witchhunt@egroups.com
Received: (EGP: mail-6_0_3); 1 Oct 2000 23:02:17 -0000
Received: (qmail 24955 invoked from network); 1 Oct 2000 23:02:17 -0000
Received: from unknown (10.1.10.142) by m1.onelist.org with QMQP; 1 Oct 2000 23:02:17 -0000
Received: from unknown (HELO imo-d06.mx.aol.com) (205.188.157.38) by mta with SMTP; 1 Oct 2000 23:02:16 -0000
Received: from Xeper@... by imo-d06.mx.aol.com (mail_out_v28.15.) id i.79.a4 (3987); Sun, 1 Oct 2000 18:56:28 -0400 (EDT)
Message-ID: <79.a47c4e7.27091b1c@...>
Date: Sun, 1 Oct 2000 18:56:28 EDT
Subject: Courtesy Copy
To: chivemynde@...
Cc: pam@..., chopkins@..., McCrary@..., alexx12@..., mark.sauer@...
MIME-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable
X-Mailer: AOL 5.0 for Mac sub 28
From: Xeper@...

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

In article <8r6ogi$m70$1@...>,
Chive Mynde <chivemynde@...> wrote:

>Opinion Piece Submitted to the San Diego Union-Tribune,
>by Ellen P. Lacter, Ph.D. on 9-29-2000

Interesting. This email account (chivemynde@hotmail)

has been posting on the alt.satanism Usenet newsgroup,
but *unsigned*. In a 10/1 alt.satanism post, you write:

C> Everything Curio has ever posted is based on
C> substantiated scientific evidence that is publically
C> (sic) available in the clinical and medical literature,
C> as well as judicial and legal databases. Everything
C> that we read about in the newspapers, however, is
C> mostly fiction. Newspapers are not the arbiters of
C> truth. In fact, they are quite the opposite.

Why would you completely ignore the many refutations
of Napolis' lies that I and many others have posted over
those same years? Was this the standard of "research
objectivity" expected in your Ph.D. program? If so,
what was the granting institution and the department,
just out of curiosity?

For that matter, what kind of Ph.D. would denounce
everything in newspapers as "fiction" and "the opposite
of truth"? The news media are not perfect, but generally
do a reasonably conscientious job of striving to be factual
in their reporting.

C>Mark Sauer's 9-24-00 article, "A Web of Intrigue", in the
C>San Diego Union-Tribune is his most recent in a series of
C>articles misrepresenting the facts on the subject of child
C>ritual abuse and attacking advocates for ritual abuse victims.
C>His articles have, over the past 10 years, contributed to
C>convincing a good portion of the San Diego community that
C>ritual abuse does not exist. This has had a devastating
C>impact on victimized children and adults, resulting in their
C>not being believed and reduced protection by law enforcement
C>and the courts.

As I recall, it was the San Diego Grand Jury that exposed
and denounced the "SRA" witch hunts in San Diego. Are
you making a professional statement that the Grand
Jurors are liars and child-abuse endangerers?

C>A review of the empirical evidence of ritual abuse can be found
C>in a book by James Randolph Noblitt and Pamela Sue Perskin
C>(Cult and Ritual Abuse, 2000, Chapter 6).

I would be less concerned with a "SRA"-exploitation
crank book than with a licensed "Marriage and
Family Therapist" who considers it something to be
taken the least seriously as a professional reference.

C>One national survey of 2709 clinical psychologists
C>showed that 30% claimed to have seen at least one case
C>of "ritualistic or religion-based abuse" and 93% of these
C>psychologists believed the harm actually occurred
C>(Reference: Goodman, Qin, Bottoms, and Shaver, 1994,
C>"Characteristics and Sources of Allegations of Ritualistic

C>Child Abuse: Final Report to the National Center on Child
C>Abuse and Neglect").

You again display a curious (no pun intended)
inability to read reports objectively and convey their
findings accurately. In actuality:

************************************************************
STUDY CASTS DOUBT ON CLAIMS OF SATANIC RITUAL
ABUSE
- - by Daniel Goleman, _New York Times_ November 1, 1994

Tales of Satanic ritual abuse, with well-organized cults
sacrificing animals and babies and engaging in sexual
perversion and cannibalism, is the stuff of tabloid television.

Now the first empirical study of its actual prevalence,
based on information from district attorneys, social
service workers, police officials and psychotherapists,
suggests these tales are usually just that - figments of
imagination.

Although the survey found occasional cases of lone
abusers who used ritualistic trappings, it found no
substantiated reports of well-organized Satanic rings
of people who sexually abuse children.

In a survey of more than 11,000 psychiatric and police
workers throughout the country, conducted for the
National Center on Child Abuse and Neglect, researchers
found more than 12,000 accusations of group cult
sexual abuse based on Satanic ritual, but not one that
investigators had been able to substantiate. The
organizers of the survey say it is the first authoritative
national survey on the subject.

Accusations of molesting by cults have been made in
thousands of cases over the last decade, and in
retrospective claims by adult patients in psychotherapy
who say they were abused as children. Combined with
sensationalistic press coverage, these lawsuits and other
reports have led many people to believe that there is a
nationwide network of Satanic groups preying on the
young.

"After scouring the country, we found no evidence for
large-scale cults that sexually abuse children," said
Dr. Gail Goodman, a psychologist at the University of
California at Davis who directed the survey.

"Since the McMartin Preschool case there have been
claims of ritualistic and sadistic child abuse in cases
all over the country, and we've been concerned," said
David Lloyd, Director of the National Center on Child
Abuse and Neglect. "The survey was to see just how


well-founded these concerns are - if these are just based on mistaken perceptions or there is some firm evidence."

The survey included 6,910 psychiatrists, psychologists, and clinical social workers, and 4,655 district attorneys, police departments, and social service agencies. They reported 12,204 accusations of ritual abuse that they had investigated.

The survey found that there was not a single case among them where there was clear corroborating evidence for the most common accusation, that there was "a well-organized intergenerational Satanic cult, who sexually molested and tortured children in their homes or schools for years and committed a series of murders," said Goodman.
*********************************************************

C>The American Psychiatric Press published a text in 1997
C>explaining the importance of correct assessment and treatment
C>of ritualistic abuse survivors (The Dilemma of Ritual Abuse:
C>Cautions and Guides for Therapists, edited by G.A. Fraser).

So what are the credentials of G.A. Fraser, and what was his/her role in the "SRA" accusation epidemic of the 1980s?

C>a million dollar civil judgement to Paul Bonacci against
C>Larry King (not the well-known talk-show host, Larry King),
C>based on King's sexual abuse (including pornography and
C>orgies) and false imprisonment, of Bonacci as a child, in
C>the infamous Franklin satanic cult/sex/drug ring case.

As none other than Diana Napolis posted, this was a default judgment entered because King, a destitute prison inmate, didn't even bother to respond to it. You apparently forgot to mention that Bonacci was himself a prisoner, guilty on three counts of sexually assaulting a child. And you neglected to mention that Bonacci's lawsuit also named several other Omaha officials and prominent business figures, the Roman Catholic archbishop of Omaha, the city of Omaha, Omaha Public Schools and the _Omaha World-Herald_ - all of which defendants the court dismissed from the suit.

The "infamous Franklin satanic cult" etc. case may be studied via the findings of the Grand Jury which examined it at the time and found it to be just another scam. Cf.:

GRAND JURY SAYS ABUSE STORIES WERE A "CAREFULLY CRAFTED HOAX".
Many Rumors Are Debunked In Report; Three Are Indicted
- - by Robert Dorr and Gabriella Stern
_World-Herald_ Staff Writers
_Omaha World-Herald_
Omaha, Nebraska
Wednesday, July 25, 1990, Edition 6, Page #1

- From this story: "The third indictment charged Paul A.
Bonacci, 22, an inmate at the Lincoln Correctional
Center, with three counts of lying to the grand jury."

C>Sauer globally denies the existence of satanic ritual abuse
C>while our recent history is marred with undeniable cases of
C>mass suicide/homicide by other kinds of cults and underground
C>groups. This past summer, almost 1000 people were found
C>murdered by an underground cult in Uganda, "Movement for the
C>Restoration of the Ten Commandments of God". Last year, in
C>Rancho Sante Fe, 39 people suicided from the cult, "Heaven's
C>Gate". In Jonestown, 22 years ago, more than 900 people
C>mass-suicided and were murdered of "The People's Temple".
C>Devastating world events originate in underground groups,
C>such as the Third Reich and Ku Klux Klan. High school students
C>are taught to remember the Nazi death camps lest such atrocities
C>repeat themselves. Given these examples, why does Sauer turn
C>a blind eye to the evidence of satanic cult abuse?

Perhaps because none of the above happens to be a Satanic
cult? The last I heard, Satanists don't campaign for the Ten
Commandments, and Heaven's Gate was into UFOs, not
Devil-worship. The People's Temple was fanatically
Christian, as are White Supremacist groups and the KKK.

C>2. Sauer cites the McMartin Pre-school acquittals as evidence
C>that ritual abuse does not exist. He omits any mention of the
C>post-trial geological survey under the school's foundation that
C>yielded convincing corroboration of the children's reports
C>of being taken through underground tunnels (See "The Dark
C>Tunnels of McMartin", by Summit, R.C., 1994, The Journal of
C>Psychohistory, 21(4), 397-416.)

Debbie Nathan, author of the "SRA"-expose _Satan's Silence_
comments on the above:

*********************************************************
This claim has also recently appeared in the JOURNAL OF
PSYCHOHISTORY, the American Professional Society on the
Abuse of Children's bulletin (The APSAC Advisor) and in other
venues, where they are promoted by Dr. Roland Summit,
of UCLA; and by Katherine Coulbourn-Faller, of University
of Michigan.

Following is background on the people who have promoted
the claim and of events surrounding the dig. As will be seen,
much evidence suggests that the "tunnels" are a hoax. All
information herein is documented by the author's research,
as well as in published media articles, and in Los Angeles
District Attorney and Police Department documents in this
author's possession. These are available on request (but please
reimburse copying and postage expense) [e-mail Compuserve
71203,3162; 511 Randolph Street, El Paso, TX 79902]=20
...

The McMartin parents also claim that the tunnels they found=20
are about five feet high, 30 inches wide, with no flooring, wall
or ceiling material, and completely filled with dirt and paint
chips. Compare this to claims the children made back in the
1980s: e.g. about a "secret room" 10 feet by 10 feet, filled with
sofas and flashing lights, leading to an triplex residence
inhabited by a little old lady. Construction and contracting
professionals whom the media contacted during the 1990 dig
pointed out that the McMartin site had been continuously built
on since the 1920s (it used to be a stable) and that what was
found sounded like the channels dug for plumbing that are
normally found under any such site.=20
=A0=20
Currently, McGauley and Sickel are making Sickel's report
on the dig available only to members of the child protection
coterie who have made their careers promoting the existence
of satanic ritual abuse -- such as Coulbourn-Faller and Summit.
The report is not available to the public. McGauley and
Summit have said it cannot be released unless someone (a
publisher, for instance) pays substantial amounts of money
for it. This position contradicts the normal practice in California
among archaeologists, which is to archive their reports for
peer review and public use.
**********************************************************

Nathan's complete article can be found on the
excellent "SRA"-debunking website:

http://users.cybercity.dk/~ccc44406/smwane/English.htm

C>3. Sauer cites the "10-year investigation" by Special FBI
C>Agent Ken Lanning that concluded that satanic ritual abuse
C>does not exist. Sauer fails to mention that Lanning is a very
C>controversial figure. Noblitt and Perskin (2000, see above)
C>state: "In reality, there is no such study... my office
C>contacted the FBI and requested a copy of the alleged study.
C>The bureau responded in writing indicating that no such study
C>existed." (See page 179 of their book).

This "nonexistent" study is also available at:

http://users.cybercity.dk/~ccc44406/smwane/English.htm

[You next hammer on the San Diego Grand Jury,
Sauer, Hopkins, and Loftus, all of whom have quite
adequately defended themselves ...]

C>Michael Aquino founded the "Temple of Set",
C>which Sauer characterizes as "a quasi-religious
C>institution that many consider satanic". This
C>clearly evades the truth. In the Winter of
C>1989-1990, the California Office of
C>Criminal Justice Planning, under Governor Pete
C>Wilson, published a Research Update (Volume
C>1, Number 6) which states: "Founded in 1975

> C>by a dissident member of the Church of Satan,
> C>Michael Aquino, the Temple of Set is the second
> C>largest of all contemporary organized Satanic
> C>churches. The Temple of Set is a religious society
> C>dedicated to Set, the ancient Egyptian god believed
> C>by some to be the model for the Christian Satan.
> C>Aquino's many writings, especially The Book of
> C>Coming Forth by Night, develops a sophisticated
> C>form of Satanism far beyond that of LaVey's Church.
> C>
> C>Among its teachings is the belief that Judeo-Christian
> C>religions have established Satan as a "straw man" to
> C>justify their guilt for man's ejection from the Garden of
> C>Eden. Not much more is known about Setians as the
> C>society is secret and most of its writings are not
> C>available to the public at large" (p. 17).

About the only errors I see here are (a) that the Temple of Set is a formal (not quasi-) religious institution incorporated as a church in 1975, (b) it far larger than the Church of Satan, and (c) it considers "Satan" to be an evil caricature of Set [whom we do not regard as "evil" at all] in much the same way that early Judaeo-Christianity demonized many competitive gods, that's all.

The Temple of Set respects the privacy of its members but is quite forthright in its philosophy. Cf. its website:

http://www.xeper.org

You next resurrect the usual stream of Napolis falsehoods about the Presidio scam. I have corrected these so often on the Internet that I'm sure everyone's excruciatingly bored with it all. Anyone who isn't is welcome to email me for a copy of my statement on the topic: Xeper@...

> C>Sauer's article extols Devereaux's high-tech
> C>"cybersleuth" efforts to track down "Jones".

One wonders why you would favor allowing cyberstalkers such as Napolis to conduct years of malicious falsehoods about innocent people without taking personal responsibility for what she was posting. Readers may review for themselves California's anti-cyberstalking law, California Penal Code #646.9 and judge for themselves whether it fairly applies to Napolis' conduct:

http://www.leginfo.ca.gov/bilinfo.html

> C>It is no surprise that "Jones" refused an
> C>interview with Sauer. I would too.

Well, if the above "justifications" are an example of what you would say to Sauer, I think you'd be very well-advised *not* to give him an interview. :-)

[You harangue the False Memory Syndrome Foundation. Again the reputation of this distinguished organization needs no defense here. Cf. its website: http://www.FMSFonline.org]

C>This letter is likely to result in Sauer publishing
C>an attack on my professionalism in the San Diego
C>Union-Tribune, threatening my credibility, safety,
C>license to practice, and livelihood. Civil suits of libel
C>against me by Mark Sauer or the "False Memory
C>Syndrome Foundation" are also very likely.

I doubt he'll bother. Nor, probably, will anyone else. In case you haven't noticed, "SRA"-scams have long since lost their credibility for all but the lunatic fringe [and those who profit off them, of course].

>Why am I willing to take this public position? A number of
>victims of ritual abuse have come through my office door.
>I have been touched by their trauma more deeply than
>anything I have ever encountered. Therapists maintain
>objectivity in making treatment decisions. But therapists
>also genuinely care about the suffering of their clients
>and of people in general. My commitment is fueled by their
>suffering. I can not and will not turn my back on these
>victims.

Gosh, that's just wonderful of you! And I was so cynical that I supposed it had something to do with fattening your bank account off gullible people who hope to fatten their bank accounts with manufactured "abuse" accusations and "memories" ...

You have certainly restored my confidence in California's standards for licensing "Marriage and Family Therapists"!

Michael A. Aquino, Ph.D.

-----BEGIN PGP SIGNATURE-----
Version: PGP Personal Privacy 6.0.2

iQA/AwUBOde/TGRWyNykJwrDEQJHJgCeL27seTttzIROEN9NtSQohs6vxPwA
O/Isl4GZXom1/Five5VoQV4B
=3DkS/p
-----END PGP SIGNATURE-----

 Forward

**Expand Messages**

**Courtesy Copy**
... Hash: SHA1 In article <8r6ogi$m70$1@...>, ... Interesting. This email account (chivemy hotmail) has been posting on the alt.satanism Usenet...

< Prev Topic | Next Topic >

Message # [  ] [Go] Search: [            ] [Search] Advanced

**SPONSOR RESULTS**

**Bruce G Ratcliffe AA**
www.BruceRatcliffeProfile.com - Child abuse charge? Get legal help Bruce w

**Child Abuse Therapists - Psychologytoday**
www.psychologytoday.com - Looking for a Child Abuse therapist? Browse the recognized therapists and counselors at PsychologyToday to find one near you.

**Abuse Prevention Resources**
www.zimmy.com - For professionals and educators - catalog of prevention res and domestic violence.

Copyright © 2008 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help