# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS,<br><br>　　　　Plaintiff,<br>vs.<br>MICHAEL AQUINO, et al.,<br><br>　　　　Defendants. | CASE NO. 08cv557 WQH (NLS)<br><br>ORDER |

HAYES, Judge:

The matter before the Court is Plaintiff's motion to proceed in forma pauperis. (Doc. # 2).

**DISCUSSION & ORDER**

On March 25, 2008, Plaintiff Diana Napolis filed the Complaint. (Doc. # 1). Plaintiff also filed the presently pending motion to proceed in forma pauperis. (Doc. # 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $350.00. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In her accompanying affidavit, Plaintiff states that she is not employed, and has not been employed since May of 2001. However, Plaintiff currently receives $1,100.00 per/month in social security disability benefits, and has $300.00 in her bank account. In addition, Plaintiff owns a 2003

1 Hyundai Accent automobile. Plaintiff has $6,000.00 in revenue and recovery debt, and $5,000.00 in
2 credit card debt. Plaintiff's affidavit does not detail Plaintiff's monthly expenses.

3 After considering Plaintiff's motion and the accompanying affidavit, the Court determines that
4 Plaintiff can afford to pay the filing fee in this case. Plaintiff has sufficient monthly income and assets
5 to pay the required $350.00, and therefore Plaintiff is not eligible to proceed in forma pauperis
6 pursuant to 28 U.S.C. § 1915(a).

7 Plaintiff's motion to proceed in forma pauperis (Doc. # 2) is DENIED without prejudice.
8 Plaintiff shall, on or before Monday, July 7, 2008, either (1) pay the requisite $350.00 filing fee, or
9 (2) submit a more detailed and comprehensive motion to proceed in forma pauperis. If Plaintiff fails
10 to submit payment or an amended motion to proceed in forma pauperis on or before July 7, 2008, the
11 Court will close this case.

12 **IT IS SO ORDERED**.

13 DATED: June 10, 2008

*[signature: William Q. Hayes]*

**WILLIAM Q. HAYES**
United States District Judge