

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 151968      -- TC
\* \* C O P Y \* \*
June 16, 2008
13:51:05

Civ Fil Non-Pris
USAO #.: 08-CV557
Judge..: WILLIAM Q HAYES
Amount.:            $350.00 CA

Total-> $350.00

FROM: DIANA NAPOLIS
    VS.
    MICHAEL AQUINO ET AL.