# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

vs

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive

FILED
'08 JUN 16 PM 1:41
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA
BY: BG  DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No. 08CV557 WQHNLS

First Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MS. DIANA NAPOLIS, PRO SE
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 1 6 2008
DATE

By B. LLOYD, Deputy Clerk

