Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

FILED
2008 JUL 17 PM 12: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: No. 08CV557 WQHNLS<br><br>EX PARTE APPLICATION REQUESTING PERMISSION TO EXTEND TIME FOR SERVICE OF PROCESS<br><br>JUDGE: Hayes<br>DEPT: 4<br>DATE:<br>TIME: |

Plaintiff DIANA NAPOLIS respectfully submits the following ex parte application to the Court for an order permitting hereto move for an order seeking to extend time for service of process on defendants named above.

The factual basis for this Ex Parte Application is set forth in the accompanying Declaration of Diana Napolis. and discussion in chambers at the hearing of this matter.

Plaintiff DIANA NAPOLIS respectfully requests an Order from the Court permitting her an extension of time beyond the 120 days to service the defendants named above.

EX PARTE APPLICATION

1  This motion will be based on the attached declaration and memorandum of points and
2  authorities served and filed herewith, on such supplemental declarations, affidavits,
3  memoranda of points and authorities as may hereafter be filed with the court, on all the papers
4  and records filed in this action, and on such oral and documentary evidence as may be
5  presented at the hearing of the motion.

Dated July 17, 2008

Diana Napolis, Pro Se