Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

FILED

2008 JUL 17  PM 12: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: No. 08CV557 WQHNLS<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION REQUESTING PERMISSION TO EXTEND TIME FOR SERVICE OF PROCESS<br><br>JUDGE:<br>DEPT:<br>DATE:<br>TIME: |

    Plaintiff DIANA NAPOLIS submits the following points and authorities in support of the motion requesting time to extend service of process.

    ACCORDING TO THE FEDERAL RULES OF CIVIL PROCEUDRE §4(1)(m). THE JUDGE HAS AUTHORITY TO EXTEND THE TIME FOR SERVICE OF PROCESS IF PLAINTIFF HAS SHOWN GOOD CAUSE FOR THE FAILURE TO SERVE THE PARTIES. IT PROVIDES, IN PART:

1  "If service of the summons and complaints is not made upon a defendant within 120 days
2  after the filing of the complaint, the court, upon motion or its own initiative after notice to the
3  plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service
4  be effected within a specified time provided that the plaintiff shows good cause for the
5  failure. The court shall extend the time for service for an appropriate period."

Dated July 17, 2008

Diana Napolis, Pro Se

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION