Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

FILED

2008 JUL 17 PM 12: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS<br><br>Plaintiff,<br>vs.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: No. 08CV557 WQHNLS<br><br>DECLARATION OF PLAINTIFF DIANA NAPOLIS IN SUPPORT OF EX PARTE APPLICATION REQUESTING PERMISSION TO EXTEND TIME FOR SERVICE OF PROCESS<br><br>Judge:<br>Dept:<br>Date:<br>Time: |

I, Diana Napolis, declare as follows:

1. I am plaintiff pro per. I have substantial responsibility for handling this file. This declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify as to the facts set forth herein.

2. According to Federal Rules of Civil Procedure §4(1)(m), under time limits of service, it states that if a Plaintiff shows good cause for failure to serve defendants within the specified 120 days, the court shall extend the time for service for an appropriate period.

DECLARATION OF DIANA NAPOLIS IN SUPPORT OF EX PARTE APPLICATION

3. Plaintiff requests an extension of time to serve the defendants. Plaintiff submitted her complaint to the court on March 25, 2008, and a First Amended complaint on May 1, 2008. On March 25, 2008, Plaintiff submitted the Form in Pauperus to waive the filing and service fees. The court ruled against Plaintiff on June 10, 2008. Plaintiff was waiting for that ruling before serving the defendants because she wanted to make sure her Complaint passed scrutiny with the court because it was single-spaced and it was quite lengthy.

4. Even so, Plaintiff has made every effort over the past 4 months to discover an address where Defendant Michael Aquino and Defendant Michelle Devereaux can be served with legal process. Despite posting public internet notices, sending emails to Michael Aquino's satanic organization, the Temple of Set, and the Temple of Set's agent of process, they refuse to reply or disclose a legal address where Michael Aquino can receive legal service

5. Despite sending multiple emails to Michelle Devereaux's various email accounts to give her notice that this complaint has been filed, Ms. Devereaux has not responded. Plaintiff contacted the manager of the apartment building in San Francisco that Ms. Devereaux resided at 8 years ago but she was told Ms. Devereaux moved to an undisclosed location.

6. It is Plaintiff's opinion that Michael Aquino and Michelle Devereaux are attempting to avoid legal service. A process server has been hired in San Francisco to serve these defendants but will need more time to discover their correct legal address.

7. In addition, Defendant Mark Sauer has attempted to avoid legal service and would not answer the door when my process server contacted him at his residence in San Diego. Attempts will be renewed to serve Mark Sauer.

8. It is not known at this time if Defendant Tanya Lysenko is avoiding legal service.

DECLARATION OF DIANA NAPOLIS IN SUPPORT OF EX PARTE APPLICATION

9.  It appears Defendant Elizabeth Loftus has been served and Defendant San Diego State University has been served but plaintiff has not yet received the proof of service from her process server.

10. Plaintiff is stilling working on service for defendant Carol Hopkins.

11. Plaintiff is dismissing Defendant David Copley from this complaint.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed this _17_ day of July 2008, at San Diego, California.

*Diana Napolis, Pro Se*
Diana Napolis, Pro Se Plaintiff

DECLARATION OF DIANA NAPOLIS IN SUPPORT OF EX PARTE APPLICATION