EDMUND G. BROWN JR.
Attorney General of the State of California
KRISTIN G. HOGUE
Supervising Deputy Attorney General
RICHARD F. WOLFE, State Bar No. 85346
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2482
 Fax: (619) 645-2012
 Email: Richard.Wolfe@doj.ca.gov

Attorneys for Defendant Board of Trustees of
California State University

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO aka TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>                    Defendants. | Civil No. 08-00557 WQH (NLS)<br><br>**DEFENDANT BOARD OF TRUSTEES' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing:    August 25, 2008<br>Time:       11:00 a.m.<br>Courtroom: 4<br>Judge:       Honorable William Q. Hayes<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

To Plaintiff Diana Napolis:

Please take notice that on August 25, 2008, at 11:00 a.m., in Department 4 of the United States Courthouse located at 940 Front Street, San Diego, California, Defendant Board of Trustees of the California State University, which is the State of California acting in its higher education capacity (erroneously sued as "San Diego State University" or "SDSU"), will move the Court for an order dismissing the Complaint.

Def. Bd. of Trustees's Notice and Mot. to Dismiss First Am. Compl.                    Civil No. 08-00557 WQH (NLS)

1

1   The Board of Trustees brings this motion under Fed. R. Civ. P. 12(b)(6), on the ground the
2   action is barred by the Eleventh Amendment to the United States Constitution. The motion is
3   based on this Notice of Motion and Motion, the accompanying Memorandum of Points and
4   Authorities, and such other matters as the Court deems appropriate.

5   Unless ordered by the Court, there will be no actual court hearing on August 25, 2008, and
6   the Court will decide the motion based on the papers filed by the parties.

8   Dated: July 17, 2008

9                           Respectfully submitted,

10                          EDMUND G. BROWN JR.
                            Attorney General of the State of California
11                          KRISTIN G. HOGUE
                            Supervising Deputy Attorney General

13                          s/Richard F. Wolfe

14                          RICHARD F. WOLFE
                            Deputy Attorney General

15                          Attorneys for Defendant Board of Trustees
                            of California State University

27  80261405.wpd
    SD2008801817
28

Def. Bd. of Trustees's Notice and Mot. to Dismiss First Am. Compl.                Civil No. 08-00557 WQH (NLS)
                                                    2

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  DIANA NAPOLIS v. AQUINO, et al.,
            United States District Court - Southern District
Case No.:   Civil No. 08-00557 WQH (NLS)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 18, 2008, I served the following documents:

**DEFENDANT BOARD OF TRUSTEES' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT BOARD OF TRUSTEES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Diana Napolis
6977 Navajo Road
PMB 114
San Diego, CA 92119-1503

## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Diana Napolis
6977 Navajo Road
PMB 114
San Diego, CA 92119-1503

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2008, at San Diego, California.

L.J. Fraley
_____
Declarant

_____
Signature

SD2008801817; 80261893.wpd .