1  Gregory D. Roper, State Bar No. 087019
   Michelle A. Herrera, State Bar No. 209842
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Facsimile No.: 619.232.8311

5  Judith Fanshaw, State Bar No. 120536
   THE COPLEY PRESS, INC.
6  7776 Ivanhoe Avenue
   La Jolla, California 92038

7

8  Attorneys for Defendants DAVID COPLEY, SAN DIEGO UNION-TRIBUNE
   and MARK SAUER

9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12

13  DIANA NAPOLIS,                          Case No. 08CV557 WQH (NLS)

14          Plaintiff,                      The Honorable William Q. Hayes

15  v.                                      **NOTICE OF MOTION AND MOTION
                                            TO DISMISS PURSUANT TO
16  MICHAEL AQUINO, MICHELLE                FEDERAL RULE OF CIVIL
    DEVEREAUX, TANYA LYSENKO,               PROCEDURE 8, 12(b)(1) and (6), and
17  AKA TANI JANTSANG, CAROL                (f) and CALIFORNIA ANTI-SLAPP
    HOPKINS, DR. ELIZABETH LOFTUS,          STATUTE (CCP Section 425.16);
18  MARK SAUER, DAVID COPLEY,               REQUEST FOR ATTORNEYS' FEES
    SAN DIEGO UNION-TRIBUNE, a              AND EXPENSES**
19  business entity, SAN DIEGO STATE
    UNIVERSITY, and DOES 1-100,
20  inclusive,                              Date:    September 15, 2008
                                            Time:    11:00 A.M.
21          Defendants.                     Place:   Courtroom 4

22                                          NO ORAL ARGUMENT UNLESS
                                            REQUESTED BY THE COURT
23

24          TO THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

25          PLEASE TAKE NOTICE that on September 15, 2008 at 11:00 A.M., or as soon

26  thereafter as the matter may be heard, in Courtroom 4, Judge William Q. Hayes, Presiding,

27  Defendants David Copley, The San Diego Union-Tribune, and Mark Sauer will, and

28  hereby do, move to dismiss this matter and each cause of action as to them pursuant to

                                        1
                                                        Case No. 08CV557 WQH(NLS)

1  Federal Rules of Civil Procedure 8, 12(b)(1) and (6), and 12(f) and California Code of

2  Civil Procedure section 425.16.

3       This motion is made upon the grounds that the allegations of the complaint are

4  vague, overbroad and in violation of the rules, fail to state a claim upon which relief can be

5  granted or a basis for federal jurisdiction, disclose constitutional and statutory privileges

6  which preclude the action and reveal that the claims are time-barred. In addition, plaintiff

7  cannot establish a probability of prevailing pursuant to the anti-SLAPP statute. These

8  defendants request an award of attorneys' fees and expenses in connection with the

9  defense of this matter as provided in California Code of Civil Procedure section 425.16.

10       This motion is based upon this notice and motion, the accompanying Memorandum

11  of Points and Authorities, the pleadings and papers on file herein, and such other matters

12  that may come before the Court.

13       UNLESS ORDERED BY THE COURT, THERE WILL BE NO ACTUAL

14  COURT HEARING ON SEPTEMBER 15, 2008 AND THE COURT WILL DECIDE

15  THE MOTION BASED ON THE PAPERS FILED BY THE PARTIES.

16

17  DATED: August 6, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

18

19           By: _____

20              Gregory D. Roper
            Michelle A. Herrera

21              Attorneys for Defendants DAVID COPLEY,
            SAN DIEGO UNION-TRIBUNE and

22              MARK SAUER

23  101105908.1

24

25

26

27

28

                  2              Case No. 08CV557 WQH(NLS)

1   Gregory D. Roper, State Bar No. 087019
    Michelle A. Herrera, State Bar No. 209842
2   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    600 West Broadway, Suite 2600
3   San Diego, California 92101-3372
    Telephone No.: 619.236.1414
4   Facsimile No.: 619.232.8311

5   Judith Fanshaw, State Bar No. 120536
    THE COPLEY PRESS, INC.
6   7776 Ivanhoe Avenue
    La Jolla, California 92038

7

8   Attorneys for Defendants DAVID COPLEY, SAN DIEGO UNION-TRIBUNE
    and MARK SAUER

9

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12

13   DIANA NAPOLIS,                          Case No. 08CV557 WQH (NLS)

14          Plaintiff,

15   v.                                      **PROOF OF SERVICE**

16   MICHAEL AQUINO, MICHELLE
     DEVEREAUX, TANYA LYSENKO,
17   AKA TANI JANTSANG, CAROL
     HOPKINS, DR. ELIZABETH LOFTUS,
18   MARK SAUER, DAVID COPLEY,
     SAN DIEGO UNION-TRIBUNE, a
19   business entity, SAN DIEGO STATE
     UNIVERSITY, and DOES 1-100,
20   inclusive,

21          Defendants.

22

23

24

25

26

27

28

                                        Case No. 08CV557 WQH(NLS)

1    I am an attorney with the law firm of LUCE, FORWARD, HAMILTON &

2  SCRIPPS LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California

3  92101-3391. I am a member of the bar of this Court, over the age of eighteen and am not a

4  party to this action.

5    On August 6, 2008, I caused the following document(s) to be served:

6    **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO**
     **FEDERAL RULE OF CIVIL PROCEDURE 8, 12(b)(1) and (6), and**
7    **(f) and CALIFORNIA ANTI-SLAPP STATUTE (CCP Section 425.16);**
     **REQUEST FOR ATTORNEYS' FEES AND EXPENSES**

8    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
9    **OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF**
     **CIVIL PROCEDURE 8, 12(b)(1) and (6), and (f) and CALIFORNIA**
10   **ANTI-SLAPP STATUTE (CCP Section 425.16); REQUEST FOR**
     **ATTORNEY'S FEES AND EXPENSES**

11

12  **Electronic Mail Notice List**

13    The following are those who are currently on the list to receive e-mail notices for

14  this case.

15      Gregory D. Roper: groper@luce.com, pkemper@luce.com
        Richard F. Wolfe:  Richard.Wolfe@doj.ca.gov
16      Michelle A. Herrera: mherrera@luce.com,
        jliskowiak@luce.com
17

18

19  **Manual Notice List**

20    The following is the list of attorneys who are **not** on the list to receive e-mail

21  notices for this case (who therefore require manual noticing).

22  Diana Napolis
    6977 Navajo Road
23  PMB 1114
    San Diego, CA  92110-1503
24

25    I declare that I am employed in the office at whose direction the service was made.

26    Executed at San Diego, California on August 6, 2008.

27                                   /s/ Gregory D. Roper
                                     Gregory D. Roper
28  101110892.1

                              1                    Case No. 08CV557 WQH(NLS)