1  John D. Marino, SBN 126012 (jdm@mmker.com)
   Christopher R. Allison SBN 201618 (cra@mmker.com)
2  **MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP**
3  550 West "C" Street, Suite 1900
   San Diego, CA  92101
4  Telephone: (619) 515-0269
   Facsimile:  (619) 515-0268
5
   Attorneys for Defendants
6  TANYA LYSENKO (a.k.a. TANI JANTSANG)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS, | Case No.: 08 CV 557 WQH (NLS) |
| Plaintiff, | **DEFENDANT TANYA LYSENKO'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive, | **[Federal Rule of Procedure 12]**<br><br>Date: September 15, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>**[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)]** |
| Defendants. | |

TO PLAINTIFF DIANA NAPOLIS AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2008, at 11:00 a.m. in Department 4 of the United States Courthouse, located at 940 Front Street, San Diego, California, Defendant TANYA LYSENKO will move the Court for an order dismissing the First Amended Complaint.

Defendant, TANYA LYSENKO brings this motion under Federal Rule of Civil Procedure 12. The following is a summary of the objections which this motion will make:

/ / /

/ / /

1) Complaint fails to be "simple, concise, and direct." Fed R. Civ. Pro. 12(e);

2) Complaint fails to assert grounds for original subject matter jurisdiction. Fed R. Civ. Pro. 12(b)(1);

3) Complaint fails to assert grounds for personal jurisdiction over LYSENKO. Fed R. Civ. Pro. 12(b)(2);

4) Complaint fails to state a cause of action. Fed R. Civ. Pro. 12(b)(6)

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and such other matters as the Court deems appropriate. Unless ordered by the Court, there will be no actual court hearing on September 15, 2008, and the Court will decide the motion based on the papers filed by the parties.

Respectfully Submitted,

Dated: August 6, 2008

**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

By: s/Christopher R. Allison
JOHN D. MARINO
CHRISTOPHER R. ALLISON
Attorneys for Defendants
TANYA LYSENKO (a.k.a. TANI JANTSANG)