| | |
|---|---|
| 1 | John D. Marino, SBN 126012 (jdm@mmker.com) |
| | Christopher R. Allison SBN 201618 (cra@mmker.com) |
| 2 | **MANNING & MARDER** |
| | **KASS, ELLROD, RAMIREZ** LLP |
| 3 | 550 West "C" Street, Suite 1900 |
| | San Diego, CA  92101 |
| 4 | Telephone: (619) 515-0269 |
| | Facsimile:  (619) 515-0268 |
| 5 | |
| | Attorneys for Defendants |
| 6 | TANYA LYSENKO, A.K.A. TANI JANTSANG |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANA NAPOLIS, | ) | Case No.: 08 CV 557 WQH (NLS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| MICHAEL AQUINO, MICHELLE | ) | |
| DEVEREAUX, TANYA LYSENKO, AKA | ) | |
| TANI JANTSANG, CAROL HOPKINS, | ) | |
| DR. ELIZABETH LOFTUS, MARK | ) | |
| SAUER, DAVID COPLEY, SAN DIEGO | ) | |
| UNION-TRIBUNE, a business entity, SAN | ) | |
| DIEGO STATE UNIVERSITY, and DOES | ) | |
| 1-100, inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    I hereby certify that on August 6, 2008, I caused the following documents:

    1.    **DEFENDANT TANYA LYSENKO'S NOTICE OF  MOTION TO DISMISS**

           **FIRST AMENDED COMPLAINT**

    2.    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

           **MOTION TO DISMISS BY DEFENDANT TANYA LYSENKO**

           **[Federal Rule of Procedure 12]**

**to be filed electronically through the Court's CM/ECF system, which will send notification of**

**such filing to:**

| | |
|---|---|
| **Michael Aquino** | **DEFENDANT** |
| **Michelle Devereaux** | **DEFENDANT** |
| **Carol Hopkins** | **DEFENDANT** |
| **Dr. Elizabeth Loftus** | **DEFENDANT** |
| **Lesley Wimberly** | **DEFENDANT** |
| **Gregory D Roper**<br>**LUCE FORWARD HAMILTON AND SCRIPPS**<br>**600 West Broadway, Suite 2600**<br>**San Diego, CA 92101-3372**<br>**Tel: (619)699-2541**<br>**Fax: (619) 744-3686**<br>**Email: groper@luce.com** | **DEFENDANT MARK SAUER** |
| **Gregory D Roper**<br>**LUCE FORWARD HAMILTON AND SCRIPPS**<br>**600 West Broadway, Suite 2600**<br>**San Diego, CA 92101-3372**<br>**Tel: (619)699-2541**<br>**Fax: (619) 744-3686**<br>**Email: groper@luce.com** | **DEFENDANT DAVID COPLEY** |
| **Gregory D Roper**<br>**LUCE FORWARD HAMILTON AND SCRIPPS**<br>**600 West Broadway, Suite 2600**<br>**San Diego, CA 92101-3372**<br>**Tel: (619)699-2541**<br>**Fax: (619) 744-3686**<br>**Email: groper@luce.com** | **DEFENDANT SAN DIEGO UNION-TRIBUNE a business entity** |
| **Richard F Wolfe**<br>**Office of the Attorney General**<br>**110 West A Street**<br>**Suite 1100**<br>**San Diego, CA 92101**<br>**(619)645-2482**<br>**Fax: (619)645-2012**<br>**Email: Richard.Wolfe@doj.ca.gov** | **DEFENDANT, SAN DIEGO STATE UNIVERSITY** |

1  **Diana Napolis**                              **PLAINTIFF, PRO SE**
   **6977 Navajo Road**
2  **PMB 114**
   **San Diego, CA 92119-1503**
3  **(619) 873-5917**

4  *Served Via U.S. Mail*

5  **Dated: August 6, 2008**                     s/Christopher R. Allison
                                                 **CHRISTOPHER R. ALLISON**
6                                                **MANNING & MARDER**
                                                 **KASS, ELLROD, RAMIREZ LLP**
7                                                **550 West C Street Suite 1900**
                                                 **San Diego, CA  92101**
8                                                **Telephone:  (619) 515-0269**
                                                 **Facsimile:  (619) 515-0268**
9                                                **Attorneys for Defendant**
                                                 **TANYA LYSENKO aka TANI**
10                                               **JANTSANG**

-3-

CERTIFICATE OF SERVICE