```
CHARLES F. ROBINSON #113197
charles.robinson@ucop.edu
CHRISTOPHER M. PATTI #118283
christopher.patti@ucop.edu
MARGARET L. WU #184167
margaret.wu@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:    510-987-9800
Facsimile:    510-987-9757

Attorneys for Defendant
ELIZABETH LOFTUS
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL AQUINO, ET AL.,<br><br>          Defendants. | Case No.  08CV557 WQH-NLS<br><br>DEFENDANT ELIZABETH LOFTUS'<br>NOTICE OF MOTION AND MOTION TO<br>DISMISS FIRST AMENDED COMPLAINT<br><br>Date:         September 15, 2008<br>Time:         11:00 a.m.<br>Courtroom:  4<br>Honorable William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS<br>REQUESTED BY THE COURT** |

TO PLAINTIFF DIANA NAPOLIS:

Please take notice that on September 15, 2008, at 11:00 a.m., in Courtroom 4 of the above-listed Court located at 940 Front Street, San Diego, California, Defendant Elizabeth Loftus will move the Court for an order dismissing the First Amended Complaint (the "Complaint").

Professor Loftus brings this motion under Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6), on the grounds that the Complaint fails to make a short and plain statement of the claim or contain simple, concise, and direct allegations; fails to assert grounds for subject matter jurisdiction; and fails to state a cause of action. The motion is based on this Notice

of Motion and Motion, the accompanying Memorandum of Points and Authorities, and such other matters as the Court deems appropriate.

Unless ordered by the Court, there will be no actual court hearing on September 15, 2008, and the Court will decide the motion based on the papers filed by the parties.

Dated: August 8, 2008

CHARLES F. ROBINSON
CHRISTOPHER M. PATTI
MARGARET L. WU


By: /s/ Margaret L. Wu
Margaret L. Wu

Attorneys for Defendant
ELIZABETH LOFTUS