1  CHARLES F. ROBINSON #113197
   charles.robinson@ucop.edu
2  CHRISTOPHER M. PATTI #118283
   christopher.patti@ucop.edu
3  MARGARET L. WU #184167
   margaret.wu@ucop.edu
4  University of California
   Office of the General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA 94607-5200
6  Telephone:   510-987-9800
   Facsimile:   510-987-9757
7
   Attorneys for Defendant
8  ELIZABETH LOFTUS

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 DIANA NAPOLIS,                    Case No. 08CV557 WQH-NLS

13         Plaintiff,                **CERTIFICATE OF SERVICE**

14     v.

15 MICHAEL AQUINO, ET AL.,

16         Defendants.

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 8, 2008, I caused the following documents to be filed electronically through the Court's CM/ECF system:

(1) DEFENDANT ELIZABETH LOFTUS' MEMORANUDM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT (2) DEFENDANT ELIZABETH LOFTUS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT which will send notification to the parties noted below.

Christopher R. Allison
Manning & Marder
Kass, Ellrod, Ramirez, LLP
550 West C Street, Suite 1900
San Diego, CA 92101
cra@mmker.com
**Attorneys for Defendant TANYA LYSENKO aka TANI JANTSANG**

Richard F. Wolfe
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101
Richard.Wolfe@doj.ca.gov
**Attorney for Defendant SAN DIEGO STATE UNIVERSITY**

Gregory D. Roper
Luce, Forward, Hamilton and Scripps
600 West Broadway, Suite 2600
San Diego, Ca 92101-3372
groper@luce.com
**Attorneys for Defendants MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE**

On August 8, 2008, I placed with this firm at the above address for deposit with both the United States Postal Service and Overnight Delivery a true and correct copy of the within document(s): (1) DEFENDANT ELIZABETH LOFTUS' MEMORANUDM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

(2) DEFENDANT ELIZABETH LOFTUS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT in a sealed envelope, postage fully paid and overnight delivery addressed as noted below:

Diana Napolis
6977 Navajo Road
PMB 114
San Diego, Ca 92119-1503
**Plaintiff in Pro Per**

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service and Federal Express on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2008, at Oakland, California.

_____
Shari Guzman

178942.1

CERTIFICATE OF SERVICE
08CV557 WQHNLS