MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AUGUST 8, 2008

| Diana Napolis | vs | Michael Aquino, et al | No. | 08cv557-WQH(NLS) |

Hon. Nita L. Stormes    Deputy Clerk    Law Clerk

The Honorable Nita L. Stormes hereby **RECUSES** from the above entitled case and **ORDERS** that the case be reassigned to another judge.

Assigned to: _Judge Jan M. Adler_

New Case #: _08cv557-WQH (JMA)_