Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

In Pro Per

FILED
2008 AUG 11 PM 12: 11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

    Plaintiff

v.

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,

    Defendants

) Case No.: 08CV557 WQHNLS
)
) REQUEST FOR A CONTINUANCE TO
) EXTEND TIME TO RESPOND TO
) DEFENDANT BOARD OF TRUSTEES
) OF THE CALIFORNIA STATE
) UNIVERSITY' MOTION TO DISMISS
) FIRST AMENDED COMPLAINT
)
)
)

  1. Defendant Board of Trustees of the California State University filed and scheduled a motion to be heard on August 25, 2008 to dismiss Plaintiff's first amended complaint

  2. Several months ago San Diego State University officials told Plaintiff that Lt.

Summary of Pleading - 1

Eddie Gilbert was no longer employed by that University. Plaintiff recently discovered that this information was incorrect; Lt. Gilbert is employed by San Diego State University. Plaintiff plans to request permission to amend her complaint to include Lt. Eddie Gilbert of San Diego State University and several other individuals as soon as possible.

    3. Plaintiff requests a continuance of 30 days due to the fact her attorney has been out of town and she has not had time to file a response. Per Federal Rules of Civil Procedure 7.1(g) it states a continuance can be requested if it is timely and notice has been given to opposing counsel. Plaintiff has contacted Mr. Wolfe and he has given permission.

Dated August 11, 2008

Diana Napolis, Pro Se

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DianeNapolis ) NO. 08CV557
)
) DECLARATION OF SERVICE
Plaintiff )
) Person served:
vs. Michael Aquino, )
Michelle Devereaux, Tanya Lysenko, ) Attorney Gregory Roper
aka Tani Jantsang, Carol Hopkins, )
Dr. Elizabeth Loftus, Mark Sauer, )
David Copley, San Diego Union-Tribune, ) Date served:
a business entity, San Diego State )
University, and Defendant ) Aug 11, 2008
Does 1-100, inclusive )

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

_____

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _✓_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on Aug.11, 2008
Gregory Roper
600 W. Broadway, Ste. 2600
San Diego, Calif. 92101-3372

Executed on Aug. 11, 2008 at San Diego, California

Mary Napolis