1  MANUEL ARMANDO RIOS   SBN 146038 (manny@rioslawsd.com)
   ADRIENNE M. CARROLL      SBN 234449 (adrienne@rioslawsd.com)
2  **Law Office of Manuel Armando Rios**
   239 Laurel Street, Suite 101
3  San Diego, CA 92101
   Telephone: 619-239-0920
4  Facsimile:  619-239-RIOS

5  Attorneys for Defendant, MICHAEL AQUINO

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  DIANA NAPOLIS,                        )    Case No.:    08CV557 WQH (JMA)
                                          )
11        Plaintiff,                      )    **NOTICE OF MOTION AND**
                                          )    **DEFENDANT MICHAEL AQUINO'S**
12  v.                                    )    **MOTION TO DISMISS FIRST**
                                          )    **AMENDED COMPLAINT**
13  MICHAEL AQUINO, MICHELLE DEVEREAUX,   )
    TANYA  LYSENKO,  AKA  TANI JANTSANG,  )    **[F.R.Civ.P. Rule 12]**
14  CAROL HOPKINS, DR. ELIZABETH LOFTUS,  )
    MARK SAUER, DAVID COPLEY, SAN DIEGO   )    Date:        September 15, 2008
15  UNION-TRIBUNE, a business entity, SAN )    Time:        11:00 AM
    DIEGO STATE UNIVERSITY, and DOES 1-100,) Courtroom:   4
16  inclusive,                            )    Judge:       Hon. William Q. Hayes
                                          )
17        Defendants.                     )
                                          )    **[NO ORAL ARGUMENT PURSUANT**
18  _____)    **TO LOCAL RULE 7.1(d)(1)]**

19        TO PLAINTIFF, DIANA NAPOLIS, ALL PARTIES HEREIN AND THEIR ATTORNEYS

20  OF RECORD:

21        PLEASE TAKE NOTICE THAT on September 15, 2008 at 11:00 AM in Department 4

22  of the United State Courthouse, located at 940 Front Street, 4th Floor, San Diego, California

23  92101, Defendant MICHAEL AQUINO will move the Court for an order dismissing Plaintiff's

24  First Amended Complaint, with prejudice.

25        Defendant MICHAEL AQUINO brings this motion pursuant to Federal Rules of Civil

26  Procedure Rule 8 and Federal Rules of Civil Procedure Rule 12, on the following grounds:

27  1.    That the First Amended Complaint fails to be "simple, concise and direct". Fed. R.

28        Civ. Pro. Rule 12(e);

1   2.     That the First Amended Complaint fails to assert grounds for original subject matter

2        jurisdiction.  Fed. R. Civ. Pro. Rule 12(b)(1); and

3   3.     That the First Amended Complaint fails to state a cause of action against Defendant

4        MICHAEL AQUINO. Fed. R. Civ. Pro. Rule 12(b)(6).

5        This motion is based upon this Notice of Motion and Motion to Dismiss, the

6  accompanying Memorandum of Points and Authorities, and such other matters as the court

7  deems appropriate.  Unless ordered by the Court, there will be no actual court hearing on

8  September 15, 2008, and the court will decide this motion based on the papers filed by the

9  parties.

10  Date:  August 12, 2008           Respectfully Submitted,

11

12                     s/Adrienne M. Carroll
                        MANUEL ARMANDO RIOS

13                     ADRIENNE M. CARROLL
                        Attorneys for Defendant, MICHAEL AQUINO

14                     E-mail: adrienne@rioslawsd.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS          08 CV 557 WQH (JMA)