1  MANUEL ARMANDO RIOS   SBN 146038 (manny@rioslawsd.com)
   ADRIENNE M. CARROLL      SBN 234449 (adrienne@rioslawsd.com)
2  **Law Office of Manuel Armando Rios**
   239 Laurel Street, Suite 101
3  San Diego, CA 92101
   Telephone: 619-239-0920
4  Facsimile:  619-239-RIOS

5  Attorneys for Defendant, MICHAEL AQUINO

6

7

8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10 DIANA NAPOLIS,                    )      Case No.:     08CV557 WQH (JMA)
                                     )
11       Plaintiff,                  )
                                     )
12 v.                                )      **CERTIFICATE OF SERVICE**
                                     )
13 MICHAEL AQUINO, MICHELLE DEVEREAUX,)
   TANYA  LYSENKO,  AKA  TANI  JANTSANG,)
14 CAROL HOPKINS, DR. ELIZABETH LOFTUS,)
   MARK SAUER, DAVID COPLEY, SAN DIEGO)
15 UNION-TRIBUNE, a  business  entity,  SAN)
   DIEGO STATE UNIVERSITY, and DOES 1-100,)
16 inclusive,                        )
                                     )
17       Defendants.                 )
                                     )
18 _____)

19       I hereby certify that I caused the following documents:

20 1.     **NOTICE OF MOTION AND DEFENDANT MICHAEL AQUINO'S MOTION TO**

21        **DISMISS FIRST AMENDED COMPLAINT;**

22 **2.     MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT**

23        **MICHAEL AQUINO'S MOTION TO DISMISS FIRST AMENDED COMPLAINT;**

24 **3.     CERTIFICATE OF SERVICE**

25  to be filed electronically through the Court's CM/ECF system, which will send notification of

26 said filing to the following parties:

27 **MICHELLE DEVEREAUX                DEFENDANT**

28 **CAROL HOPKINS                     DEFENDANT**

- 1 -

1   **GREGORY D. ROPER**
    **Luce, Forward, Hamilton & Scripps LLP**
2   groper@luce.com

3   **JUDITH L. FANSHAW**
    **The Copley Press, Inc.**                    **ATTORNEYS FOR DEFENDANTS,**
4                                                  **DAVID COPLEY, MARK SAUER, SAN DIEGO**
                                                   **UNION-TRIBUNE**
5

6   **CHARLES F. ROBINSON**
    **CHRISTOPHER M. PATTI**
7   **MARGARET L. WU**
    **University of California**
8   charles.robinson@ucop.edu
    christopher.patti@ucop.edu
9   margaret.wu@ucop.edu                           **ATTORNEYS FOR DEFENDANT**
                                                   **DR. ELIZABETH LOFTUS**
10

11  **JOHN D. MARINO**
    **CHRISTOPHER R. ALLISON**
    **Manning & Marder, Kass, Ellrod, Ramirez LLP**
12  jdm@mmker.com
    cra@mmker.com                                  **ATTORNEYS FOR DEFENDANT TANYA**
13                                                 **LYSENKO (AKA TANI JANTSANG)**

14

15  **RICHARD F. WOLFE**
    **Office of the Attorney General**
    richard.wolfe@usdoj.gov                        **ATTORNEY FOR DEFENDANT**
16                                                 **SAN DIEGO STATE UNIVERSITY**

17  **DIANA NAPOLIS**                              **PLAINTIFF, PRO SE**
    69877 Navajo Road, PMB 114
18  San Diego, CA 92119-1503

19  *Served via United States Postal Service*

20

21  Date:  August 12, 2008                         s/Adrienne M. Carroll
                                                   _____
22                                                 MANUEL ARMANDO RIOS
                                                   ADRIENNE M. CARROLL
23                                                 Attorneys for Defendant, MICHAEL AQUINO
                                                   E-mail: adrienne@rioslawsd.com

24

25

26

27

28