1  CHARLES F. ROBINSON #113197
   charles.robinson@ucop.edu
2  CHRISTOPHER M. PATTI #118283
   christopher.patti@ucop.edu
3  MARGARET L. WU #184167
   margaret.wu@ucop.edu
4  University of California
   Office of the General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
6  Telephone:    510-987-9800
   Facsimile:    510-987-9757
7
   Attorneys for Defendant
8  ELIZABETH LOFTUS

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

12 | DIANA NAPOLIS,                | Case No.  08CV557 WQH-NLS
13 |        Plaintiff,              | DEFENDANT ELIZABETH LOFTUS'S NOTICE AND SPECIAL MOTION TO STRIKE
14 |    v.                          |
15 | MICHAEL AQUINO, et al.,        | Date:      September 15, 2008
                                      Time:      11:00
16 |        Defendants.             | Courtroom: 4
                                      Honorable William Q. Hayes
17
                                     **NO ORAL ARGUMENT UNLESS
18                                   REQUESTED BY THE COURT**

19

20  TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

21      PLEASE TAKE NOTICE that at the time and date set forth above, Defendant
22  Elizabeth Loftus make a Special Motion to Strike the Claims against her asserted in Plaintiff's
23  complaint pursuant to California Code of Civil Procedure 425.16, the Anti-SLAPP statute.
24  Defendant Loftus moves to strike all claims under California law asserted against her in
25  Plaintiff's Complaint on file in this action.  Defendant Loftus's Motion is based on this Notice
26  and Motion, the attached Memorandum of Points and Authorities, Defendant Loftus's prior
27  filings in support of her Motion to Dismiss, and the submissions filed by the Defendants David
28

1 | Copley, San Diego Union-Tribune, and Mark Sauer in support of their Motion to Strike.

2 | Dated: August 14, 2008

MARGARET L. WU
CHRISTOPHER M. PATTI

By: ___/s/_____
Christopher M. Patti

Attorneys for Defendant
ELIZABETH LOFTUS

claims or when no evidence of sufficient substantiality exists to support a judgment for the plaintiff." *Metabolife Int'l v. Wornick*, 264 F.3d 832, 840 (9th Cir. 2001) (quotations omitted).

For the reasons set forth in Professor Loftus's Memorandum of Points and Authorities in support of her Motion to Dismiss (Document 13-2 at pp. 6-10), Plaintiff's claims against Loftus are fatally defective, even if all the allegations of the complaint are accepted as true. On this Motion, however, Plaintiff may not rely on the allegations of her complaint and must make a "prima facie showing of fact." Plaintiff cannot provide any evidence substantiating the key factual bases of her claims against Loftus, such as the existence of any malice, knowledge, or intent on Loftus's part or the existence of any conspiracy between Loftus and anyone else to injure plaintiff. Plaintiff cannot demonstrate a probability of success on her claims against Loftus, and the Motion to Strike must be granted.

Dated: August 14, 2008

        MARGARET L. WU
        CHRISTOPHER M. PATTI

By:   /s/
      Christopher M. Patti

Attorneys for Defendant
ELIZABETH LOFTUS

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200. On August 14, 2008, I deposited with FedEx, a true and correct copy of the within documents:

> Defendant Elizabeth Loftus's Notice and Special Motion to Strike;
> and, Memorandum of Points and Authorities in Support of
> Defendant Elizabeth Loftus's Special Motion to Strike

in a sealed envelope, addressed as follows:

DIANA NAPOLIS
6977 Navajo Road, PMB 114
San Diego, CA 92119-1503
(619) 873-5917

Following ordinary business practices, the envelope was sealed and placed for collection by FedEx on this date, and would, in the ordinary course of business, be retrieved by FedEx for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2008, at Oakland, California.

_Lee Jackson_
Lee Jackson