1   CHARLES F. ROBINSON #113197
    charles.robinson@ucop.edu
2   CHRISTOPHER M. PATTI #118283
    christopher.patti@ucop.edu
3   MARGARET L. WU #184167
    margaret.wu@ucop.edu
4   University of California
    Office of the General Counsel
5   1111 Franklin Street, 8th Floor
    Oakland, CA  94607-5200
6   Telephone:    510-987-9800
    Facsimile:    510-987-9757
7
    Attorneys for Defendant
8   ELIZABETH LOFTUS

9                    UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11

12  DIANA NAPOLIS,                    Case No.  08CV557 WQH-NLS

13            Plaintiff,              WITHDRAWAL OF AMENDED
                                      MEMORANDUM OF POINTS AND
14      v.                            AUTHORITIES IN SUPPORT OF
                                      DEFENDANT ELIZABETH LOFTUS'S
15  MICHAEL AQUINO, et al.,           SPECIAL MOTION TO STRIKE

16            Defendants.             Date:        September 15, 2008
                                      Time:        11:00
17                                    Courtroom:  4
                                      Honorable William Q. Hayes
18
                                      **NO ORAL ARGUMENT UNLESS
19                                    REQUESTED BY THE COURT**

20

21

22

23            ///

24            ///

25            ///

26            ///

27            ///

28            ///

                            - 1 -                    WITHDRAWAL OF MPA 08CV557QH-NLS

1  Defendant Elizabeth Loftus hereby withdraws AMENDED MEMORANDUM OF

2  POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ELIZABETH LOFTUS'S

3  SPECIAL MOTION TO STRIKE (Document # 18) on the ground that it was filed erroneously.

4
5  Dated: August 18, 2008

6  MARGARET L. WU
   CHRISTOPHER M. PATTI
7

8
   By:/s/ Christopher M. Patti
9  Christopher M. Patti

10 Attorneys for Defendant
   ELIZABETH LOFTUS
11

12
   179230.1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28