1  CHARLES F. ROBINSON #113197
   charles.robinson@ucop.edu
2  CHRISTOPHER M. PATTI #118283
   christopher.patti@ucop.edu
3  MARGARET L. WU #184167
   margaret.wu@ucop.edu
4  University of California
   Office of the General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA 94607-5200
6  Telephone:   510-987-9800
   Facsimile:   510-987-9757
7
   Attorneys for Defendant
8  ELIZABETH LOFTUS

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12 | DIANA NAPOLIS,                  | Case No. 08CV557 WQH-NLS
13 |         Plaintiff,              | DEFENDANT ELIZABETH LOFTUS'S
   |                                 | AMENDED NOTICE AND SPECIAL
14 |    v.                           | MOTION TO STRIKE
15 | MICHAEL AQUINO, et al.,         | Date:       September 15, 2008
   |                                 | Time:       11:00
16 |         Defendants.             | Courtroom:  4
   |                                 | Honorable William Q. Hayes
17
18 |                                 | **NO ORAL ARGUMENT UNLESS
   |                                 | REQUESTED BY THE COURT**
19

20 TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

21    PLEASE TAKE NOTICE that at the time and date set forth above, Defendant
22 Elizabeth Loftus make a Special Motion to Strike the Claims against her asserted in Plaintiff's
23 complaint pursuant to California Code of Civil Procedure 425.16, the Anti-SLAPP statute.
24 Defendant Loftus moves to strike all claims under California law asserted against her in
25 Plaintiff's Complaint on file in this action. Defendant Loftus's Motion is based on this Notice
26 and Motion, the attached Memorandum of Points and Authorities, Defendant Loftus's prior
27 filings in support of her Motion to Dismiss, and the submissions filed by the Defendants David
28

Copley, San Diego Union-Tribune, and Mark Sauer in support of their Motion to Strike.

Dated: August 18, 2008

                MARGARET L. WU
                CHRISTOPHER M. PATTI


By: /s/ Christopher M. Patti
    Christopher M. Patti

Attorneys for Defendant
ELIZABETH LOFTUS