CHARLES F. ROBINSON #113197
charles.robinson@ucop.edu
CHRISTOPHER M. PATTI #118283
christopher.patti@ucop.edu
MARGARET L. WU #184167
margaret.wu@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone:     510-987-9800
Facsimile:     510-987-9757

Attorneys for Defendant
ELIZABETH LOFTUS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DIANA NAPOLIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL AQUINO, et al.,<br><br>　　　　　　Defendants. | Case No.  08CV557 WQH-NLS<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, say: I am over 18 years of age, employed in Alameda County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause.  My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California  94607-5200.

I served the attached:

DEFENDANT ELIZABETH LOFTUS'S AMENDED
NOTICE AND SPECIAL MOTION TO STRIKE; and

AMENDED MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT ELIZABETH LOFTUS'S

Electronically via CM – CME on August 18, 2008, to the following email addresses:

1    Christopher R. Allison, cra@mmker.com, emw@mmker.com

2    Adrienne M. Carrol, Adrienne@rioslawsd.com, manny@rioslawsd.com

3    Gregory D Roper, groper@luce.com

4    Richard F. Wolfe, Richard.wolfe@doj.ca.gov, Kristin,hogue@doj.ca.gov,

5    Linda.fraley@doj.ca.gov

6    On August 18, 2008, I deposited with FedEx, a true and correct copy of the

7    within document in a sealed envelope, addressed as follows

8

9    Diana Napolis
     6977 Navajo Road
10   PMB 114
     San Diego, CA 92119-1503

11

12   Following ordinary business practices, the envelope was sealed and placed

     for collection by FedEx on this date, and would, in the ordinary course of business,
13
     be retrieved by FedEx for overnight delivery on this date
14
     I declare under penalty of perjury under the laws of the State of California
15
     that the foregoing is true and correct.
16

17
     Executed on August 18, 2008, at Oakland, California.
18

19
     /s/ Lee Jackson
20   _____
                    Lee Jackson
21

22

23

24

25

26

27

28

DEFENDANT LOFTUS'S NOTICE AND SPECIAL
MOTION TO STRIKE 08CV557 WQH-NLS