1  Gregory D. Roper, State Bar No. 087019
   Email: groper@luce.com
2  Michelle A. Herrera, State Bar No. 209842
   Email: mherrera@luce.com
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
4  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
5  Fax No.: 619.232.8311

6  Attorneys for Defendants DAVID COPLEY, SAN DIEGO UNION-TRIBUNE and MARK SAUER
7

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  DIANA NAPOLIS, | Case No. 08-CV-557 WQH (NLS) |
| 13       Plaintiff, | The Honorable William Q. Hayes<br>Courtroom: 4 |
| 14  v. | **NOTICE OF APPEARANCE** |
| 15  MICHAEL AQUINO, et al., | |
| 16       Defendants. | |

17

18       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19       PLEASE TAKE NOTICE that Defendants DAVID COPLEY, SAN DIEGO UNION-

20  TRIBUNE and MARK SAUER, will be represented by Michelle A. Herrera, Esq. of the law firm of

21  Luce, Forward, Hamilton & Scripps LLP jointly with Gregory D. Roper, Esq. of the same law firm in

22  this action. Please add the following to the proofs of service in this matter:

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Michelle A. Herrera, State Bar No. 209842
   Email: mherrera@luce.com
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600,
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5

6  DATED: August 25, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7

8                                   By: s/Michelle A. Herrera
                                        Gregory D. Roper
9                                       Michelle A. Herrera
                                        Attorneys for Defendants DAVID COPLEY, SAN
10                                      DIEGO UNION-TRIBUNE and MARK SAUER

11

12

13 101114605.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28