1  Gregory D. Roper, State Bar No. 087019
   Email: groper@luce.com
2  Michelle A. Herrera, State Bar No. 209842
   Email: mherrera@luce.com
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
4  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
5  Facsimile No.: 619.232.8311

6  Judith Fanshaw, State Bar No. 120536
   THE COPLEY PRESS, INC.
7  7776 Ivanhoe Avenue
   La Jolla, California 92038
8

9  Attorneys for Defendants DAVID COPLEY, SAN DIEGO UNION-TRIBUNE
   and MARK SAUER
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

14  DIANA NAPOLIS,                    Case No. 08CV557 WQH (JMA)

15       Plaintiff,                   **PROOF OF SERVICE**

16  v.

17  MICHAEL AQUINO, MICHELLE
    DEVEREAUX, TANYA LYSENKO,
18  AKA TANI JANTSANG, CAROL
    HOPKINS, DR. ELIZABETH LOFTUS,
19  MARK SAUER, DAVID COPLEY,
    SAN DIEGO UNION-TRIBUNE, a
20  business entity, SAN DIEGO STATE
    UNIVERSITY, and DOES 1-100,
21  inclusive,

22       Defendants.

23

24       I am an attorney with the law firm of LUCE, FORWARD, HAMILTON &

25  SCRIPPS LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California

26  92101-3391. I am a member of the bar of this Court, over the age of eighteen and am not a

27  party to this action.

28  ///

Case No. 08CV557 WQH(NLS)

On August 25, 2008, I caused the following document(s) to be served:

**NOTICE OF APPEARANCE**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

    Gregory D. Roper: groper@luce.com, pkemper@luce.com
    Richard F. Wolfe: Richard.Wolfe@doj.ca.gov
    Michelle A. Herrera: mherrera@luce.com, jliskowiak@luce.com
    Christopher R. Allison: cra@mmker.com
    Margaret L. Wu: margaret.wu@ucop.edu
    Adrienne M. Carroll: adrienne@rioslawsd.com
    Christopher M. Patti: Christopher.patti@ucop.edu

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Diana Napolis
6977 Navajo Road
PMB 1114
San Diego, CA 92110-1503

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on August 25, 2008.

                      /s/ Michelle A. Herrera
                      Michelle A. Herrera

101110892.1