1  
2  6977 Navajo Road, PMB 114  
   San Diego, CA. 92119-1503  
3  (619) 873-5917  
4  In Pro Per  



FILED  
AUG 27 2008  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12 DIANA NAPOLIS

         Plaintiff

14       v.                                  ) Case No.: 08CV557 WQHNLS
                                             )
15 MICHAEL AQUINO, MICHELLE                  ) MEMORANDUM OF POINTS AND
   DEVEREAUX, TANYA LYSENKO,                 ) AUTHORITIES IN SUPPORT OF
16 AKA TANI JANTSANG, CAROL                  ) PLAINTIFF'S MOTION TO DISMISS
   HOPKINS, DR. ELIZABETH LOFTUS,            ) DEFENDANT MICHAEL AQUINO
17 MARK SAUER, DAVID COPLEY, SAN             ) WITHOUT PREJUDICE DUE TO LACK
   DIEGO UNION-TRIBUNE, a business           ) OF SUBJECT MATTER JURISDICTION
18 entity, SAN DIEGO STATE                   )
19 UNIVERSITY, and DOES 1-100,               ) Re: Hearing scheduled on
                                             ) Date: September 15, 2008
20 inclusive,                                  Time: 11:00
                                               Courtroom: 4
21                                             Honorable William Q. Hayes
         Defendants

        Plaintiff submits Points and Authorities supporting Motion to Dismiss Defendant Michael Aquino without prejudice based on lack of subject matter jurisdiction with no award of attorney fees.



Summary of Pleading - 1

**TABLE OF AUTHORITIES**

**TABLE OF AUTHORITIES**

**CASES**                                                                                                           **PAGE**

*America Fire & Case C. v Finn* (1951) 341 U.S 6, 17, 18..........................4

*Aquino v. Stone* 957 F.2d 139................................................................2

*Attorney's Trust v. Videotape Computer Products, Inc.* (9th Cir. 1996)............3,4
93 F. 3d 593, 594-5

*Bender v. WilliamSport Area School District* (1986) 475 U.S. 534, 541............3

*Branson v. Nott,* 62 F.3d 287, 293 (9th Circ. Cal. 1995)............................... 4

*Greater Detroit Res. Recovery Auth. & Combustion Eng'g v. United*.................. 4
*States EPA* 916 F2d 317 (6th Cir. 1990)

*Hajek v. Burlington Northern R.R. Co.* (9th Cir. 1999) 186 F.3d 1105, 1108........3

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 377.......... 3

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 380-381..... 3
380, 381

*Lynch v. Leis,* 382 F.3d 642 (6th Cir 2004)................................................4

*Primax Recoveries Inc. v. Gunter* 433 F3d 515 (6th Cir. 2006)....................... 4

*Steel Co v. Citizens for a Better Environment* (1998) 523 U.S. 83, 94................4

**STATUTES AND CODE.**

Federal Rules of Civil Procedure 41 (2)

_[signature]_ Diana Napolis, Aug 27, 2008
Submitted by Diana Napolis, Pro Per, August 26, 2008