Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917
In Pro Per



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

  Plaintiff

  v.

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,

  Defendants

) Case No.: 08CV557 WQHNLS
)
) MOTION TO DISMISS DEFENDANT
) ELIZABETH LOFTUS WITHOUT
) PREJUDICE DUE TO LACK OF
) SUBJECT MATTER JURISDICTION. NO
) ATTORNEY FEES
)
) Re: Hearing scheduled on
) Date: September 15, 2008
) Time: 11:00
) Courtroom: 4
) Honorable William Q. Hayes

This is a motion to dismiss Defendant ELIZABETH LOFTUS without prejudice due to lack of subject matter jurisdiction, and without an award of attorneys fees.

To alert the court, there have been several attempts to intimidate Plaintiff since the filing of this complaint. On 5/23/2008 a dead Raven was placed on Plaintiff's doorstep which law enforcement documented. (Exhibit 1). Plaintiff then discovered when searching her name "Diana Napolis" on the internet that there were dozens of entries in the internet search engines of Altavista, google, and yahoo which all pointed to the same bogus pharmaceutical web page. The search engine phrase describing the pharmaceutical web page also included the phrase "murder Diana Napolis." Plaintiff

provides an example of this activity from yahoo (Exhibit 2). There is no evidence available at this time to prove who the culpable party is. However, under these conditions, it has made it difficult for Plaintiff to proceed with this matter in order to correct the many misrepresentations made about the legitimacy of Plaintiff's complaint against Loftus.

This is not a meritless claim. It was filed after Defendant Loftus of the University of California at Irvine retaliated against Plaintiff after Plaintiff exercised her rights and requested an Institutional Review Board investigate whether Loftus had any knowledge of human subject rights violations concerning Plaintiff. Specifically, Plaintiff has alleged she was targeted by nonlethal technology after she was identified in the San Diego Union-Tribune on September 24, 2000.

The capabilities of nonlethal technology are in the public domain. (Exhibit 24, 25, 26) The Office of the President of the University of California school system co-runs national laboratories, including Lawrence Livermore Laboratory and Los Alamos Laboratory which have in the past or in the present researched this subject. (FAC 615, 653). Therefore Plaintiffs request for an investigation was quite reasonable. Defendant Loftus had been a political adversary of Plaintiffs because Plaintiff was at one time involved in a loose network of people dedicated to publicly exposing the illegitimacy of an organization called the "False Memory Syndrome Foundation," of which Defendant Loftus is an Advisory Board member.

Plaintiff believes that Defendant Loftus assisted in the invasion of Plaintiff's privacy in September 24, 2000. Before that time, Plaintiff was a high-functioning professional in San Diego. She was employed as a Court Investigative Social worker at Child Protective Services from 1900-1996; a self-employed visitation supervisor for Family Court from 1996-2000, and obtained her Marriage and Family Therapy license in 2000.

Plaintiff's "mental health problems" did not begin until 8 months later after she was publicly identified. Plaintiff believes she was then targeted with nonlethal

technology (which mimics mental illness) so as to render her incapable of continuing her political activism. Despite Loftus's assertions, Plaintiff's complaint is far from "delusional." It is extremely well-documented.

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND DENIAL OF ATTORNEY FEES

Defendant Elizabeth Loftus brought a motion to dismiss this complaint due to lack of subject matter jurisdiction according to Federal Rule of Civil Procedure section 12 (b)(1) and other reasons which Plaintiff will not be addressing at this time. Loftus also filed an anti-slapp motion under California Code of Civil Procedures section 425. 16.

Plaintiff concedes that the present court lacks subject matter jurisdiction over the claims as presently plead. As this court no doubt recognizes, Plaintiff has initiated this case on her own behalf, as a lay person, and has not had the assistance of an attorney in framing the complaint. Despite the great efforts in meticulously documenting the mistreatment that the defendants have subjected plaintiff to in presenting this complaint, defendants are correct that plaintiff has not invoked the authority of this court.

It is fundamental that an Article III court must determine its own jurisdiction over the subject matter at the outset. Federal courts are courts of limited jurisdiction. Unlike state courts, they have no "inherent" or "general" subject matter jurisdiction.

Federal District Courts can adjudicate only those cases which the Constitution and Congress authorize them to adjudicate: basically those involving diversity of citizenship, or a federal question, or to which the U.S. is a party. (Kokkonen v. Guardian Life Ins. Co. of America (1994) 511 U.S. 375, 380-381.) Federal Courts have presumptive jurisdiction over civil actions and the burden of establishing the contrary rests upon the party asserting jurisdiction. (Kokkonen v. Guardian Life Ins.

Co. of America (1994) 511 U.S. 375, 377.) Lack of subject matter jurisdiction is never waived and may be raised by either party or the court at any time --- even for the first time on appeal. (Attorneys Trust v. Videotape Computer Products, Inc. (9th Cir. 1996) 93 F.3d 593, 594-595.)

The parties may not consent to the District Court's exercise of jurisdiction. The parties to a federal civil action cannot create subject matter jurisdiction where none exists. (Bender v. Williamsport Area School Dist. (1986) 475 U.S. 534, 541). Similarly, a party "cannot estop itself into jurisdiction where none exists." (Hajek v. Burlington Northern R.R. Co. (9th Cir. 1999) 186 F.3d 1105, 1108.) Thus, any suggestion by defendants that estoppel bars Plaintiff's recognition of this court's lack of subject matter jurisdiction, is simply meritless. Indeed, a plaintiff may raise the lack of subject matter jurisdiction after filing a case in the District Court and losing on the merits. (American Fire & Cas. Co. v. Finn (1951) 341 U.S 6, 17-18) Attorneys Trust v. Videotape Computer Products, Inc. (9th Cir. 1996) 93 F3d 593, 594-5)

Federal Courts must normally determine issues of subject matter jurisdiction before considering a case on its merits. (Steel Co. v. Citizens for a Better Environment (1998) 523 U.S. 83, 94.) Thus, this court must determine whether as a matter of law, as to the controversy described in the complaint, that subject matter exists. The determination of subject matter jurisdiction must precede any determination as to whether plaintiff may state a cause of action within the meaning of F.R.C.P. Rule 12(b)(6), and whether the substantive provisions of California's anti-SLAPP provisions bar plaintiff from proceeding on her efforts to demonstrate the defendants' liability.

Thus, the court in making its determination for dismissal based on the lack of subject matter jurisdiction, the court will avoid any finding regarding the merits of plaintiff's claims, and will necessarily avoid any determination of attorneys fees. Greater Detroit Res. Recovery Auth. & Combustion Eng'g v. United States EPA 916 F.2d 317

(6th Cir. 1990); Lynch v. Leis, 382 F. 3d 642 (6th Cir 2004); Primax Recoveries Inc. V. Gunter 433 F.3d 515 (6th Cir. 2006)

As, where a complaint has been dismissed for lack of subject matter jurisdiction, the "defendant" has not "prevailed" over the plaintiff on any issue central to the merits of the litigation. (See, Branson v. Nott, 62 F.3d 287, 293 (9th Cir. Cal. 1995)

## CONCLUSION

For all the foregoing reasons, the Court should grant the motion to dismiss for lack of subject matter jurisdiction without awarding attorney fees.

*[signature]* Aug. 27, 2008

Diana Napolis, Pro Per, Dated August 27, 2008

This record has been released pursuant to CA Penal Code 11075-11081. Subsequent distribution of information contained is restricted by Sec. 11140-11144 CPC.

| | |
|---|---|
| ☒ Officer's Report Only | SAN DIEGO REGIONAL |
| Continued From: ☐ Arr. / Juv. Cont. ☐ Crime ☐ Other | OFFICER'S REPORT NARRATIVE (CONTINUED) |

LA MESA POLICE DEPARTMENT

| CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY) | PAGE 1 of 2 | CASE NUMBER 08-03179 | | | |
|---|---|---|---|---|---|
| 153 PC- Suspicious Circumstances Incident Documentation | MONTH 05 | DAY 23 | YEAR 2008 | DAY WEEK Fri | TIME 1030 |
| LOCATION OF INCIDENT (OR ADDRESS) | | | | BEAT 03 | DIST EC |
| NAPOLIS, Diana | SUSPECT (IF NAMED) Unknown | | PROPERTY TAG 08-03179 | | |
| REPORTING OFFICER D. Garcia | I.D.# 1213 | DIVISION P-3 | APPROVED BY: #1147 | MONTH 05 / DAY 23 / YEAR 2008 / TIME 1420 | |

## Officer's Supplemental Report

### ORIGIN:

On 05-23-08, at approximately 1140 hours, Officer Perry #1195 and I received a radio call to evaluate a dead bird on private property. I arrived a short time later. Officer Perry arrived and provided cover for me.

### INVESTIGATION:

Upon my arrival, I spoke with the reporting party, Diana NAPOLIS, and took her statement.

### STATEMENTS:

#### Statement of Diana NAPOLIS (Reporting Party):

NAPOLIS stated that her _____ discovered a dead bird on her front porch this morning at about 1030 hours. NAPOLIS said she believed the bird was put there to scare her. She said she believed it was put there by one of three people she was suing. She told me she has filed a civil suit against these people (Case Number 08CV557).

She said she thought it may be either Michael AQUINO, Tanya LYSENCO, or Michelle DEVEREAUX. She said they belong to Satanic cults and they do things like this. She told me she did not have any evidence that it was placed there by one of these three people, but she wanted it documented.

NAPOLIS told me that she is diagnosed as being bi-polar and she is prescribed Seroquil.

The LMPD Animal Control Officer disposed of the dead bird.

| LA MESA POLICE DEPARTMENT | | |
|---|---|---|
| DATE 5/26/8 | COURT | |
| ENTRY | COPIES | ✓ |

Page: 2 of 2
Case #: 08-03179
Reporting Officer: D. Garcia #1213

## RECOMMENDATIONS:

None. Case taken for documentation purposes only.

*[signature] #1147*
052308 1800 HRS





Yahoo!   My Yahoo!   Mail        Welcome, **Guest** [Sign In]   Help

**Web** | **Images** | **Video** | **Local** | **Shopping** | **more**

```
"Diana napolis"                                    Search     Options     Customize
```

381 - 390 of 1,500 for " Diana napolis" (About) - 0.87 s |       SearchScan^BETA On

**Also try:** diana napolis 2006,   More...

1 potentially harmful website is marked on this page.

**" SEROQUEL " BEST PLACE TO BUY SEROQUEL (bipolar disorder)**
    Warning: Dangerous Downloads
bipolar disorder - USE COUPON 5CUS FOR $4 OFF, Friendly customer service. ... SEROQUEL
does help to try and murder **Diana Napolis** a trial by a desire to avert ...
sip100.isuisse.com/seroquel/bipolar-disorder.html

**" SEROQUEL " Licensed Canadian Pharmacy, Fast Free Delivery ...**
seroquel (quetiapine fumarate) - Get best results for seroquel. Get 10 most ... and ready to try and
murder **Diana Napolis** first softened Napolis up to 200mg. ...
waynd.uw.hu/seroquel/quetiapine-fumarate.html

**SEROQUEL - USA PharmacyPills - Seroquel great price (crazy meds)**
crazy meds - Buy SEROQUIN (Quetiapine Fumarate,Generic Seroquel) 25mg 100 tabs ...
husband, Dr. SEROQUEL did put me to sleep, and I hate to try and murder **Diana** ...
qadly.happyhost.org/seroquel/crazy-meds.html

**Seroquel : : : Looking for seroquel? (alabama seroquel lawyer)**
seroquel (alabama seroquel lawyer) - Find seroquel Here! Click Here! ... a corrupts courts refusal
to provide **Diana Napolis** first on AOL, then on usenet, ...
www.ticmal.as.ro/seroquel/alabama-seroquel-lawyer.html

**• Seroquel • Looking for seroquel (prices for seroquel)**
seroquel (prices for seroquel) - Find More Information about seroquel here! ... **Diana Napolis** first
on AOL, then beginning in 1996 on usenet, then eventually on ...
scim.szm.com/seroquel/prices-for-seroquel.html

**1984**
:For George Orwel S Novel, See Nineteen Eighty-Fou. ... January 12 - Scott Olsen , American
baseball player - January 13 - Eleni Ioannou , Greek martial artist ...
www.game-gear.info/en/1984 - 213k

**FW: RE: Human Subject**
Web Hosting. Guestbooks. Hit Counter. Forums. Blogs. Mailing List ... Datum: Fri, 25 May 2007
20:11:58 +0200. Betreff: RE: Human Subject ... **DIANA NAPOLIS** ...
www.omeganews.bravehost.com/human_subject.htm - 219k

**• Wellbutrin • Wellbutrin 100mg 90 Tablets $48 (effexor wiki)**
effexor wiki - 100mg 60 tablets for $38. Overnight delivery. FDA approved drugs.
Zpharmacy.com ... WELLBUTRIN XL SIDE EFFECTS WELLBUTRIN WELLBUTRIN ONLINE ...
icrox.web.fc2.com/wellbutrin/effexor-wiki.html

**WELLBUTRIN - wellbutrin: Find More Information HERE (wellbutrin sr side ...**
wellbutrin sr side effects - Get best results for wellbutrin. ... **Diana Napolis** did have a legal right to