Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

In Pro Per

FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

    Plaintiff

v.

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,

    Defendants

) Case No.: 08CV557 WQHNLS
)
) MEMORANDUM OF POINTS AND
) AUTHORITIES IN SUPPORT OF
) PLAINTIFF'S MOTION TO DISMISS
) DEFENDANT ELIZABETH LOFTUS,
) WITHOUT PREJUDICE, DUE TO LACK
) OF SUBJECT MATTER JURISDICTION.
) NO ATTORNEY FEES
)
Re: Hearing scheduled on
Date: September 15, 2008
Time: 11:00
Courtroom: 4
Honorable William Q. Hayes

    Plaintiff submits Points and Authorities supporting Motion to Dismiss Defendant Elizabeth Loftus based on Lack of subject matter jurisdiction, with no attorney fees.

Summary of Pleading - 1

## TABLE OF AUTHORITIES

**CASES**                                                        **PAGE**

*American Fire & Case C. v Finn* (1951) 341 U.S 6, 17, 18..........................4

*Attorney's Trust v. Videotape Computer Products, Inc.* (9th Cir. 1996).............4
93 F. 3d 593, 594-5

*Bender v. WilliamSport Area School District* (1986) 475 U.S. 534, 541............4

*Branson v. Nott*, 62 F.3d 287, 293 (9th Circ. Cal. 1995)...............................4

*Greater Detroit Res. Recovery Auth. & Combustion Eng'g v. United*.................4
*States EPA* 916 F2d 317 (6th Cir. 1990)

*Hajek v. Burlington Northern R.R. Co.* (9th Cir. 1999) 186 F.3d 1105, 1108........4

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 380-381.......3
380, 381

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 377...........3

*Lynch v. Leis*, 382 F.3d 642 (6th Cir 2004).................................................4

*Primax Recoveries Inc. v. Gunter* 433 F3d 515 (6th Cir. 2006)........................4

*Steel Co v. Citizens for a Better Environment* (1998) 523 U.S. 83, 94................4

## STATUTES AND CODE.

Federal Rules of Civil Procedure 41 (2)

_____
Diana Napolis, Pro per, August 27, 2008