1 | Diana Napolis, In Pro Per
2 | 6977 Navajo Road, PMB 114
| San Diego, CA. 92119-1503
3 | (619) 873-5917
| In Pro Per
4 |



5

6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8 | DIANA NAPOLIS

Plaintiff

9 |

v. | Case No.: 08CV557 WQHNLS

10 | MICHAEL AQUINO, MICHELLE | MOTION TO DISMISS DEFENDANT
| DEVEREAUX, TANYA LYSENKO, | DAVID COPLEY, SAN DIEGO UNION-
11 | AKA TANI JANTSANG, CAROL | TRIBUNE, AND MARK SAUER
| HOPKINS, DR. ELIZABETH LOFTUS, | WITHOUT PREJUDICE DUE TO LACK
12 | MARK SAUER, DAVID COPLEY, SAN | OF SUBJECT MATTER JURISDICTION.
| DIEGO UNION-TRIBUNE, a business | NO AWARD OF ATTORNEY FEES
13 | entity, SAN DIEGO STATE
14 | UNIVERSITY, and DOES 1-100, | Re: Hearing scheduled on
| inclusive, | Date: September 15, 2008
15 | | Time: 11:00
| Defendants | Courtroom: 4
16 | | Honorable William Q. Hayes

17

18 |        This is a motion to dismiss Defendant's David Copley, San Diego Union-

19 | Tribune, and Mark Sauer without prejudice due to lack of subject matter jurisdiction,

20 | and without an award of attorneys fees.

21 |        Plaintiff filed a notice to remove David Copley from this complaint on August

22 | 27, 2008. It was filed late due to Plaintiff's physical ill-health.

23 |        To alert the court, there have been several attempts to intimidate Plaintiff since

24 | the filing of this complaint. On 5/23/2008 a dead Raven was placed on Plaintiff's

25 | doorstep which law enforcement documented. (Exhibit 1). Plaintiff then discovered

26 | when searching her name "Diana Napolis" on the internet that there were dozens of

27 | entries in the internet search engines of Altavista, google, and yahoo which all pointed

28 | to the same bogus pharmaceutical web page. The search engine phrase describing the

1   pharmaceutical web page also included the phrase "murder Diana Napolis." Plaintiff

2   provides an example of this activity from yahoo (Exhibit 2). There is no evidence

3   available at this time to prove who the culpable party is. However, under these

4   conditions, it has made it difficult for Plaintiff to proceed with this case, and correct

5   the misrepresentations made about the legitimacy of her complaint.

6       Plaintiff's privacy was invaded by Defendant Sauer and San Diego Union-

7   Tribune on September 24, 2000 and Plaintiff believes these actions were taken due to

8   malice. In other more recent news articles about Plaintiff in 2002, further

9   misstatements were made about Plaintiff which also indicate malice. Plaintiff's

10  allegations of libel, conspiracy, and invasion of privacy has nothing to do with the

11  newspaper coverage of Plaintiff's criminal case as defendants have alleged. These

12  facts have been fully documented in Plaintiff's allegations. (FAC 371-461; 690-695)

13      Plaintiff does not believe First amendment rights protect knowingly false

14  statements made with malice.

15

16  **MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

17  **AND DENIAL  OF ATTORNEY FEES**

18

19      Defendant David Copley, San Diego-Union Tribune, and Mark Sauer, brought

20  a motion to dismiss this complaint due to lack of subject matter jurisdiction according

21  to Federal Rule of Civil Procedure section 12 (b)(1) and other reasons. They also filed

22  an anti-slapp motion under California Code of Civil Procedures section 425. 16.

23      Plaintiff concedes that the present court lacks subject matter jurisdiction over

24  the claims as presently plead.  As this court no doubt recognizes, Plaintiff has initiated

25  this case on her own behalf, as a lay person, and has not had the assistance of an

26  attorney in framing the complaint.  Despite the great efforts in documenting the

27  mistreatment that the defendants have subjected plaintiff to in presenting this

28

1  complaint, defendants are correct that plaintiff has not invoked the authority of this

2  court.

3        It is fundamental that an Article III court must determine its own jurisdiction

4  over the subject matter at the outset.  Federal courts are courts of limited jurisdiction.

5  Unlike state courts, they have no "inherent" or "general" subject matter jurisdiction.

6        Federal District Courts can adjudicate only those cases which the Constitution

7  and Congress authorize them to adjudicate: basically those involving diversity of

8  citizenship, or a federal question, or to which the U.S. is a party.  (Kokkonen v.

9  Guardian Life Ins. Co. of America (1994) 511 U.S. 375, 380-381.)  Federal Courts

10 have presumptive jurisdiction over civil actions and the burden of establishing the

11 contrary rests upon the party asserting jurisdiction.  (Kokkonen v. Guardian Life Ins.

12 Co. of America (1994) 511 U.S. 375, 377.)  Lack of subject matter jurisdiction is

13 never waived and may be raised by either party or the court at any time --- even for

14 the first time on appeal.  (Attorneys Trust v. Videotape Computer Products, Inc. (9th

15 Cir. 1996) 93 F.3d 593, 594-595.)

16        The parties may not consent to the District Court's exercise of jurisdiction.

17 The parties to a federal civil action cannot create subject matter jurisdiction where

18 none exists.  (Bender v. Williamsport Area School Dist. (1986) 475 U.S. 534, 541).

19 Similarly, a party "cannot estop itself into jurisdiction where none exists."  (Hajek v.

20 Burlington Northern R.R. Co. (9th Cir. 1999) 186 F.3d 1105, 1108.)  Thus, any

21 suggestion by defendants that estoppel bars Plaintiff's recognition of this court's lack

22 of subject matter jurisdiction, is simply meritless.  Indeed, a plaintiff may raise the

23 lack of subject matter jurisdiction after filing a case in the District Court and losing on

24 the merits. (American Fire & Cas. Co. v. Finn (1951) 341 U.S 6, 17-18)  Attorneys

25 Trust v. Videotape Computer Products, Inc. (9th Cir. 1996) 93 F3d 593, 594-5)

26        Federal Courts must normally determine issues of subject matter jurisdiction

27 before considering a case on its merits.  (Steel Co. v. Citizens for a Better

28 Environment (1998) 523 U.S. 83, 94.)  Thus, this court must determine whether as a

1   matter of law, as to the controversy described in the complaint, that subject matter

2   exists.  The determination of subject matter jurisdiction must precede any

3   determination as to whether plaintiff may state a cause of action within the meaning of

4   F.R.C.P. Rule 12(b)(6), and whether the substantive provisions of California's anti-

5   SLAPP provisions bar plaintiff from proceeding on her efforts to demonstrate the

6   defendants' liability.

7        Thus, the court in making its determination for dismissal based on the lack of

8   subject matter jurisdiction, the court will avoid any finding regarding the merits of

9   plaintiff's claims, and will necessarily avoid any determination of attorneys fees.  Greater

10  Detroit Res. Recovery Auth. & Combustion Eng'g v. United States EPA 916 F.2d 317

11  (6th Cir. 1990); Lynch v. Leis, 382 F. 3d 642 (6th Cir 2004); Primax Recoveries Inc. V.

12  Gunter 433 F.3d 515 (6th Cir. 2006)

13       As, where a complaint has been dismissed for lack of subject matter

14  jurisdiction, the "defendant" has not "prevailed" over the plaintiff on any issue

15  central to the merits of the litigation. (See, Branson v. Nott, 62 F.3d 287, 293 (9th Cir.

16  Cal. 1995)

17

18                          **CONCLUSION**

19

20  For all the foregoing reasons, the Court should grant the motion to dismiss for lack of

21  subject matter jurisdiction without awarding attorney fees.

22

23

24  _Diana Napolis, Aug. 27, 2008_

25  Diana Napolis, Pro Per, Dated August 27, 2008

26

27

28

This record has been released pursuant to CA Penal Code 11075-11081. Subsequent distribution of information contained is restricted by Sec. 11140-11144 CPC.

|  | ☒Officer's Report Only | | |
| Continued From: | ☐Arr. / Juv. Cont.  ☐Crime  ☐Other | | |

**SAN DIEGO REGIONAL OFFICER'S REPORT NARRATIVE (CONTINUED)**

LA MESA POLICE DEPARTMENT

| | PAGE 1 of 2 | CASE NUMBER 08-03179 |

| CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY) 153 PC- Suspicious Circumstances Incident Documentation | MONTH 05 | DAY 23 | YEAR 2008 | DAY WEEK Fri | TIME 1030 |

| LOCATION OF INCIDENT (OR ADDRESS) | | BEAT 03 | DIST EC |

NAPOLIS, Diana — SUSPECT (IF NAMED) Unknown — PROPERTY TAG 08-03179

| REPORTING OFFICER D. Garcia | I.D.# 1213 | DIVISION P-3 | APPROVED BY: | MONTH 05 | DAY 23 | YEAR 2008 | TIME 1420 |

**Officer's Supplemental Report**

**ORIGIN:**

On 05-23-08, at approximately 1140 hours, Officer Perry #1195 and I received a radio call to evaluate a dead bird on private property. I arrived a short time later. Officer Perry arrived and provided cover for me.

**INVESTIGATION:**

Upon my arrival, I spoke with the reporting party, Diana NAPOLIS, and took her statement.

**STATEMENTS:**

**Statement of Diana NAPOLIS (Reporting Party):**

NAPOLIS stated that her discovered a dead bird on her front porch this morning at about 1030 hours. NAPOLIS said she believed the bird was put there to scare her. She said she believed it was put there by one of three people she was suing. She told me she has filed a civil suit against these people (Case Number 08CV557).

She said she thought it may be either Michael AQUINO, Tanya LYSENCO, or Michelle DEVEREAUX. She said they belong to Satanic cults and they do things like this. She told me she did not have any evidence that it was placed there by one of these three people, but she wanted it documented.

NAPOLIS told me that she is diagnosed as being bi-polar and she is prescribed Seroquil.

The LMPD Animal Control Officer disposed of the dead bird.

| LA MESA POLICE DEPARTMENT | |
| DATE 5/23/8 | COURT |
| ENTRY | COPIES ✓ |

Page: 2 of 2
Case #:  08-03179
Reporting Officer:  D. Garcia #1213

## RECOMMENDATIONS:

None.  Case taken for documentation purposes only.





Yahoo!    My Yahoo!    Mail    Welcome, **Guest** [Sign In]   Help

**Web** | Images | Video | Local | Shopping | more

| "Diana napolis" | **Search** | Options    Customize |

381 - 390 of 1,500 for " Diana napolis" (About) - 0.87 s |    SearchScan^BETA On

**Also try: diana napolis 2006, More...**

1 potentially harmful website is marked on this page.

## " SEROQUEL " BEST PLACE TO BUY SEROQUEL (bipolar disorder)
Warning: Dangerous Downloads
bipolar disorder - USE COUPON 5CUS FOR $4 OFF, Friendly customer service. ... SEROQUEL
does help to try and murder **Diana Napolis** a trial by a desire to avert ...
sip100.isuisse.com/seroquel/bipolar-disorder.html

## " SEROQUEL " Licensed Canadian Pharmacy, Fast Free Delivery ...
seroquel (quetiapine fumarate) - Get best results for seroquel. Get 10 most ... and ready to try and
murder **Diana Napolis** first softened Napolis up to 200mg. ...
waynd.uw.hu/seroquel/quetiapine-fumarate.html

## SEROQUEL - USA PharmacyPills - Seroquel great price (crazy meds)
crazy meds - Buy SEROQUIN (Quetiapine Fumarate,Generic Seroquel) 25mg 100 tabs ...
husband, Dr. SEROQUEL did put me to sleep, and I hate to try and murder **Diana** ...
qadly.happyhost.org/seroquel/crazy-meds.html

## Seroquel : : : Looking for seroquel? (alabama seroquel lawyer)
seroquel (alabama seroquel lawyer) - Find seroquel Here! Click Here! ... a corrupts courts refusal
to provide **Diana Napolis** first on AOL, then on usenet, ...
www.ticmal.as.ro/seroquel/alabama-seroquel-lawyer.html

## • Seroquel • Looking for seroquel (prices for seroquel)
seroquel (prices for seroquel) - Find More Information about seroquel here! ... **Diana Napolis** first
on AOL, then beginning in 1996 on usenet, then eventually on ...
scim.szm.com/seroquel/prices-for-seroquel.html

## 1984
:For George Orwel S Novel, See Nineteen Eighty-Fou. ... January 12 - Scott Olsen , American
baseball player - January 13 - Eleni Ioannou , Greek martial artist ...
www.game-gear.info/en/1984 - 213k

## FW: RE: Human Subject
Web Hosting. Guestbooks. Hit Counter. Forums. Blogs. Mailing List ... Datum: Fri, 25 May 2007
20:11:58 +0200. Betreff: RE: Human Subject ... **DIANA NAPOLIS** ...
www.omeganews.bravehost.com/human_subject.htm - 219k

## • Wellbutrin • Wellbutrin 100mg 90 Tablets $48 (effexor wiki)
effexor wiki - 100mg 60 tablets for $38. Overnight delivery. FDA approved drugs.
Zpharmacy.com ... WELLBUTRIN XL SIDE EFFECTS WELLBUTRIN WELLBUTRIN ONLINE ...
icrox.web.fc2.com/wellbutrin/effexor-wiki.html

## WELLBUTRIN - wellbutrin: Find More Information HERE (wellbutrin sr side ...
wellbutrin sr side effects - Get best results for wellbutrin. ... **Diana Napolis** did have a legal right to