Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

In Pro Per

**FILED**
AUG 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIANA NAPOLIS

    Plaintiff

v.

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,

    Defendants

Case No.: 08CV557 WQHNLS

NOTICE OF PLAINTIFF DISMISSING DAVID COPLEY AS A DEFENDANT FROM THIS COMPLAINT

Plaintiff is noticing the court that she is removing David Copley as a defendant from this complaint. Plaintiff apologizes for the delay. It was due to physical ill health.

Dated Aug 27, 2008

                                     Diana Napolis
                                     Diana Napolis, Plaintiff, Pro Per

