# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Diana Napolis )
) NO. 08CV557 WQH NLS
)
Plaintiff )
) DECLARATION OF SERVICE
vs. )
Michael Aquino, Michelle ) Person served:
Devereaux, Tanya Lysenko a.k.a )
Tani Jantsang, Carol Hopkins, ) Gregory D. Roper, Attorney for
Dr. Elizabeth Loftus, Mark Sauer, ) David Copley, Mark Sauer, San Diego
David Copley, San Diego Union-Tribune, a business ) Union-Tribune
San Diego State University, and ) entity, Date served:
Does 1-100 inclusive )
Defendant ) August 27, 2008

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

See Attached Declaration of Documents Served on August 27, 2008

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 8/27/2008

_____
_____
_____

Executed on __8/27__, 2008 at San Diego, California

_Ellen P. Lavin_ (signature)

Declaration of Documents Served on August 27, 2008:

1) NOTICE OF PLAINTIFF DISMISSING CAROL HOPKINS AS A DEFENDANT FROM THIS COMPLAINT

2) NOTICE OF PLAINTIFF DISMISSING DAVID COPLEY AS A DEFENDANT FROM THIS COMPLAINT

3) MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

4) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

5) MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

6) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

7) MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

8) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

9) MOTION TO DISMISS DEFENDANT DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO AWARD OF ATTORNEY FEES.

10) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES

11) NOTICE OF MOTION DISMISSING DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

12) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

List of Attorneys served with the above listed documents:

1) Manual Armando Rios, Attorney for Defendant Michael Aquino: 239 Laurel St., Suite 101, San Diego, Calif. 92101
2) Christopher R. Allison, Attorney for Defendant Tanya Lysenko: 550 West "C" St., Suite 1900, San Diego, Calif. 92101
3) Christopher M. Patti, Attorney for Defendant Elizabeth Loftus: University of California, Office of the General Counsel, 1111 Franklin St., 8th floor, Oakland, Calif. 94607-5200
4) Gregory D. Roper, Attorney for Defendant David Copley, Mark Sauer, San Diego Union-Tribune : At Luce, Forward, Hamilton: 600 West Broadway, Suite 2600, San Diego Calif. 92101-3372
5) Richard Wolfe, Attorney for Board of Trustees of the State of California, Deputy Attorney General, 110 West A Street, Suite 1100, San Diego, Calif, 92101

2