Diana Napolis, In Pro Per
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503
(619) 873-5917

In Pro Per

FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS<br><br>Plaintiff<br><br>v.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>Defendants | Case No.: 08CV557 WQHNLS<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION<br><br>Re: Hearing<br>Date: September 15, 2008<br>Time: 11:00<br>Courtroom: 4<br>Honorable William Q. Hayes |

Plaintiff submits Points and Authorities supporting Motion to Dismiss Defendant Tanya Lysenko based on Lack of subject matter jurisdiction, and with no attorney fees.

## TABLE OF AUTHORITIES

**CASES**                                                                                        **PAGE**

*American Fire & Case C. v Finn* (1951) 341 U.S 6, 17, 18..........................3

*Attorney's Trust v. Videotape Computer Products, Inc.* (9th Cir. 1996).............3
93 F. 3d 593, 594-5

*Bender v. WilliamSport Area School District* (1986) 475 U.S. 534, 541............3

*Branson v. Nott*, 62 F.3d 287, 293 (9th Circ. Cal. 1995)............................... 4

*Greater Detroit Res. Recovery Auth. & Combustion Eng'g v. United................. 4
States EPA* 916 F2d 317 (6th Cir. 1990)

*Hajek v. Burlington Northern R.R. Co.* (9th Cir. 1999) 186 F.3d 1105, 1108........3

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 377.......... 2

*Kokkonen v. Guardian Life Ins. Co of America* (1994) 511 U.S. 375, 380-381..... 2
380, 381

*Lynch v. Leis*, 382 F.3d 642 (6th Cir 2004)...............................................4

*Primax Recoveries Inc. v. Gunter* 433 F3d 515 (6th Cir. 2006)....................... 4

*Steel Co v. Citizens for a Better Environment* (1998) 523 U.S. 83, 94..................3

**STATUTES AND CODE.**

Federal Rules of Civil Procedure 41 (2)

_____
Diana Napolis, Pro per, August 27, 2008