# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 29 PM 1:05

Diana Napolis )
 )
 )
Plaintiff )
 )
 vs. )
Michael Aquino, Michelle )
Devereaux, Tanya Lysenko aka )
Tani Jantsang, Carol Hopkins, )
Dr. Elizabeth Loftus, Mark Bauer, )
David Copley, San Diego Union-Tribune, a business entity, )
San Diego State University, and )
Does 1-100 inclusive Defendant )

NO. 08 CV 557 WQH JMA

DECLARATION OF SERVICE

Person served: Attorney Adrienne M. Carroll (attorney for Defendant Michael Aquino)

Date served: August 29, 08 @ 11:35 AM

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

_See Attached Declaration of Documents_

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) _X_ By leaving, during usual office hours, copies in the office of the person served with the ___ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. Leticia Pugh Person in Charge

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 8·29·08
Adrienne M. Carrol
239 Laurel St., Suite 101
San Diego, Calif. 92101

Executed on 08/29, 200 8 at San Diego, California

Al Gottlieb
AL GOTTLIEB
110 W C ST #713
SAN DIEGO, Ca 92101
619-232-4800

<u>Declaration of Documents Served</u>

1) NOTICE OF PLAINTIFF DISMISSING CAROL HOPKINS AS A DEFENDANT FROM THIS COMPLAINT

2) NOTICE OF PLAINTIFF DISMISSING DAVID COPLEY AS A DEFENDANT FROM THIS COMPLAINT

3) MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

4) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

5) MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

6) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

7) MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

8) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

9) MOTION TO DISMISS DEFENDANT DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO AWARD OF ATTORNEY FEES.

10) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES

11) NOTICE OF MOTION DISMISSING DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

12) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

List of Attorneys served with the above listed documents:

Addition 8/29/08: Adrienne M. Carroll, Attorney for Defendant Michael Aquino, 239 Laurel St., Suite 101, San Diego, 92101

1) Manual Armando Rios, Attorney for Defendant Michael Aquino: 239 Laurel St., Suite 101, San Diego, Calif. 92101
2) Christopher R. Allison, Attorney for Defendant Tanya Lysenko: 550 West "C" St., Suite 1900, San Diego, Calif. 92101
3) Christopher M. Patti, Attorney for Defendant Elizabeth Loftus: University of California, Office of the General Counsel, 1111 Franklin St., 8th floor, Oakland, Calif. 94607-5200
4) Gregory D. Roper, Attorney for Defendant David Copley, Mark Sauer, San Diego Union-Tribune : At Luce, Forward, Hamilton: 600 West Broadway, Suite 2600, San Diego Calif. 92101-3372
5) Richard Wolfe, Attorney for Board of Trustees of the State of California, Deputy Attorney General, 110 West A Street, Suite 1100, San Diego, Calif, 92101

2