# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -2 PM 12:48

Diana Napolis )
                          )   NO. 08CV-557 WQH (JMA)
          Plaintiff       )
                          )   DECLARATION OF SERVICE
                          )
                          )   Person served:
        vs.               )
Michael Aquino, Michelle  )   Christopher R. Allison
Devereaux, Tanya Lysenko a.k.a. )   Attorney for Defendant Tanya Lysenko
Tani Jantsang, Carol Hopkins, )
Dr. Elizabeth Loftus, Mark Sauer, )   Date served:
David Copley, San Diego Union-Tribune, a business )
San Diego State University, and ) entity,
Does 1-100 inclusive )
          Defendant       )

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

___See Attached Declaration of Documents___

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on __9/2/08__
Christopher R. Allison
550 West "C" St., Suite 1900
San Diego, Calif. 92101

Executed on __Sept. 02__, 2008 at San Diego, California

EXPRESS PROCESS SERVICE
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. # 1355

Declaration of Documents Served:

1) NOTICE OF PLAINTIFF DISMISSING CAROL HOPKINS AS A DEFENDANT FROM THIS COMPLAINT

2) NOTICE OF PLAINTIFF DISMISSING DAVID COPLEY AS A DEFENDANT FROM THIS COMPLAINT

3) MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

4) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT MICHAEL AQUINO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

5) MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

6) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT TANYA LYSENKO WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

7) MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

8) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT ELIZABETH LOFTUS WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES.

9) MOTION TO DISMISS DEFENDANT DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO AWARD OF ATTORNEY FEES.

10) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, AND MARK SAUER WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION. NO ATTORNEY FEES

11) NOTICE OF MOTION DISMISSING DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

12) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION

13) Proof of Service

List of Attorneys served with the above listed documents:

Addition 8/29/08: Adrienne M. Carroll, Attorney for Defendant Michael Aquino 239 Laurel St., Suite 101, San Diego, 92101

1) Manual Armando Rios, Attorney for Defendant Michael Aquino: 239 Laurel St., Suite 101, San Diego, Calif. 92101
2) Christopher R. Allison, Attorney for Defendant Tanya Lysenko: 550 West "C" St., Suite 1900, San Diego, Calif. 92101
3) Christopher M. Patti, Attorney for Defendant Elizabeth Loftus: University of California, Office of the General Counsel, 1111 Franklin St., 8th floor, Oakland, Calif. 94607-5200
4) Gregory D. Roper, Attorney for Defendant David Copley, Mark Sauer, San Diego Union-Tribune : At Luce, Forward, Hamilton: 600 West Broadway, Suite 2600, San Diego Calif. 92101-3372
5) Richard Wolfe, Attorney for Board of Trustees of the State of California, Deputy Attorney General, 110 West A Street, Suite 1100, San Diego, Calif, 92101