1  Gregory D. Roper, State Bar No. 087019
   Email: groper@luce.com
2  Michelle A. Herrera, State Bar No. 209842
   Email: mherrera@luce.com
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
4  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
5  Facsimile No.: 619.232.8311

6  Judith Fanshaw, State Bar No. 120536
   THE COPLEY PRESS, INC.
7  7776 Ivanhoe Avenue
   La Jolla, California 92038
8

9  Attorneys for Defendants DAVID COPLEY, SAN DIEGO UNION-TRIBUNE
   and MARK SAUER
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  DIANA NAPOLIS, | Case No. 08CV557 WQH (JMA) |
| 15      Plaintiff, | **PROOF OF SERVICE** |
| 16  v. | |
| 17  MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, | |
| 18  AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, | |
| 19  MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a | |
| 20  business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, | |
| 21  inclusive, | |
| 22      Defendants. | |

23

24      I am an attorney with the law firm of LUCE, FORWARD, HAMILTON &

25  SCRIPPS LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California

26  92101-3391. I am a member of the bar of this Court, over the age of eighteen and am not a

27  party to this action.

28  ///

On September 8, 2008, I caused the following document(s) to be served:

**RESPONSE BY DEFENDANTS DAVID COPLEY, SAN DIEGO UNION-TRIBUNE AND MARK SAUER TO PLAINTIFF'S MOTION TO DISMISS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Gregory D. Roper: groper@luce.com, pkemper@luce.com
Richard F. Wolfe: Richard.Wolfe@doj.ca.gov
Michelle A. Herrera: mherrera@luce.com, jliskowiak@luce.com
Christopher R. Allison: cra@mmker.com
Margaret L. Wu: margaret.wu@ucop.edu
Adrienne M. Carroll: adrienne@rioslawsd.com
Christopher M. Patti: Christopher.patti@ucop.edu

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Diana Napolis
6977 Navajo Road
PMB 114
San Diego, CA 92119-1503

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on September 8, 2008.

/s/ Michelle A. Herrera
Michelle A. Herrera

101110892.1

1    Case No. 08CV557 WQH(JMA)