CHARLES F. ROBINSON #113197
charles.robinson@ucop.edu
CHRISTOPHER M. PATTI #118283
christopher.patti@ucop.edu
MARGARET L. WU #184167
margaret.wu@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone:  510-987-9800
Facsimile:  510-987-9757

Attorneys for Defendant
ELIZABETH LOFTUS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL AQUINO, ET AL.,<br><br>            Defendants. | Case No. 08CV557 WQH-NLS<br><br>DEFENDANT ELIZABETH LOFTUS' RESPONSE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SPECIAL MOTION TO STRIKE<br><br>Date:         September 15, 2008<br>Time:        11:00 a.m.<br>Courtroom: 4<br>Honorable William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1    Defendant Elizabeth Loftus submits this response to Plaintiff Diana Napolis'
2 Motion to Dismiss Without Prejudice Due to Lack of Subject Matter Jurisdiction (Docket No.
3 24). Professor Loftus previously filed a Motion to Dismiss the First Amended Complaint and a
4 Special Motion to Strike (Docket Nos. 13, 20.) Instead of opposing the motions, Plaintiff filed a
5 motion to dismiss without prejudice. Professor Loftus agrees that the action against her should be
6 dismissed in its entirety, but requests that the action be dismissed with prejudice, for the reasons
7 set forth in her prior motions.

Dated: September 8, 2008

CHARLES F. ROBINSON
CHRISTOPHER M. PATTI
MARGARET L. WU

By: /s/ Margaret L. Wu
Margaret L. Wu

Attorneys for Defendant
ELIZABETH LOFTUS

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 8, 2008, I caused the following documents to be filed electronically through the Court's CM/ECF system:

(1) DEFENDANT ELIZABETH LOFTUS' REPSONES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SPECIAL MOTION TO STRIKE which will send notification to the parties noted below.

| | |
|---|---|
| Christopher R. Allison<br>Manning & Marder<br>Kass, Ellrod, Ramirez, LLP<br>550 West C Street, Suite 1900<br>San Diego, CA 92101<br>cra@mmker.com<br>**Attorneys for Defendant**<br>**TANYA LYSENKO aka TANI**<br>**JANTSANG** | Richard F. Wolfe<br>Office of the Attorney General<br>110 West A Street<br>Suite 1100<br>San Diego, CA 92101<br>Richard.Wolfe@doj.ca.gov<br>**Attorney for Defendant SAN**<br>**DIEGO STATE UNIVERSITY** |
| Adrienne M Carroll<br>Law Offices of Manuel Armando Rios<br>239 Laurel Street<br>Suite 101<br>San Diego, CA 92101-1473<br>(619) 239-0920<br>Fax: (619)239-7467<br>Email: adrienne@rioslawsd.com<br>**Attorneys for Defendant MICHAEL**<br>**AQUINO** | Gregory D. Roper<br>Luce, Forward, Hamilton and Scripps<br>600 West Broadway, Suite 2600<br>San Diego, Ca 92101-3372<br>groper@luce.com<br>**Attorneys for Defendants**<br>**MARK SAUER, DAVID COPLEY,**<br>**SAN DIEGO UNION-TRIBUNE** |

On August 8, 2008, I placed with this firm at the above address for deposit with both the United States Postal Service and Overnight Delivery a true and correct copy of the within document(s): (1) DEFENDANT ELIZABETH LOFTUS' REPSONES IN SUPPORT OF

1  MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SPECIAL MOTION TO
2  STRIKE in a sealed envelope, postage fully paid and overnight delivery addressed as noted
3  below:

Diana Napolis
6977 Navajo Road
PMB 114
San Diego, Ca 92119-1503
**Plaintiff in Pro Per**

    Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service and Federal Express on this date.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 8, 2008, at Oakland, California.

_____
Shari Guzman

179995.1