Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -8 AM 10:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DIANA NAPOLIS

vs

MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive

SUMMONS IN A CIVIL ACTION
Case No.
08CV557 WQHNLS
First Amended Complaint

TO: (Name and Address of Defendant)

Tanya Lysenko aka Tani Jantsang
2804 6th St, West
Lehigh Acres, Florida
33971

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MS. DIANA NAPOLIS, PRO SE
6977 Navajo Road, PMB 114
San Diego, CA. 92119-1503

(619) 873-5917

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 1 6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me ~~First Amended~~ w/Exh 1-37   DATE 7-17-08

NAME OF SERVER: JAMES J. GALLAGHER   TITLE: Certified Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2804 6th St. W. Lehigh Acres FL 33971

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Signed at time of Service by Tanya Lysenko

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL ~~$0.00~~ $45— |
|---|---|---|---|

W female 5'1" Red hair Blue Eyes
Not in Military

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: at 1915 hrs   Date 7/17/08   Signature of Server
Address of Server: 3626 Tamiami Trail Port Charlotte FL 33952

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

As to serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Sworn To & Subscribed Before Me This 17th Day of July, 2008. Personally Known To Me.

Page 2 of 2

NOTARY PUBLIC (Allison M. Gimbert)
STATE OF FLORIDA

[Notary Seal: ALLISON M. GIMBERT, MY COMMISSION EXPIRES July 21, 2010, #DD563580, Bonded Thru Troy Fain Insurance 800-385-7019, NOTARY PUBLIC, STATE OF FLORIDA]