08CV557 WQHNLS

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE JULY 16, 2008 @ 12:45 P.M. |
| NAME OF SERVER ROBERT S. STACK dba PRONTO PROCESS SERVICES | TITLE OWNER & REGISTERED PROCESS SERVER |

FILED 08 SEP -8 AM 10:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

MICHAEL AQUINO

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

X Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: "SHELLEY DOE"
White female, 5'2", 120 lbs. black hair, 50 y.o. +/-

Return unexecuted: 2430 Leavenworth Street, San Francisco, CA on JULY 16, 2008 @ 12:45 P.M.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES $80.00 | $ 80.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: AUGUST 3, 2008
Date

Signature of Server ROBERT S. STACK dba PRONTO PROCESS SERVICES

Address of Server P. O. BOX 611, SAN ANSELMO, CA 94979

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

*NARCUS/ AQUINO*

```
          KELSEYVILLE MAIN OFFICE
          KELSEYVILLE, California
                 954519103
              0567830531 -0097
07/30/2008    (707)279-4562      11:43:42 AM

                  Sales Receipt
Product          Sale    Unit        Final
Description      Qty     Price       Price

Vacation / Hold Mail Pickup          $0.00
SAN FRANCISCO CA 94133               $6.45
Zone-1 Priority Mail
4 lb. 8.40 oz.
                                  ========
  Issue PVI:                         $6.45

                                  ========
Total:                               $6.45

Paid by:
Cash                                $10.00
Change Due:                         -$3.55

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000301420237
Clerk: 02

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.
**********************************************
**********************************************
            HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

          TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

              YOUR OPINION COUNTS
**********************************************
**********************************************


              Customer Copy
```

# PRONTO PROCESS SERVICES
**Marin County, CA RPS # 174**
P.O. Box 1472
Kelseyville, CA 95451-1472
707.278.7075 (o)
707.279.6030 (f)
415.312.1744 (c)
icu_7@netzero.com

August 18, 2008

Ms. Diana Napolis
6977 Navajo Road – PMB 114
San Diego, CA 92119-1503

**BY MAIL & EMAIL**

**FOR SERVICES RENDERED**
Service of Process/Summons in a
Civil Action, Complaint
United States District Court
Southern District of California
Civil Case Number 08CV557 WQHNLS
Diana Napolis v. Michael Aquino,
Michelle Devereaux et al

| | | |
|---|---|---|
| **MICHAEL AQUINO** | July 16, 2008 | $ 80.00 |
| Mailed Conformed Copy | July 30, 2008 | $ 6.45 |
| | | |
| **MICHELLE DEVEREAUX** | | |
| (Attempted Service of Process) | July 16, 2008 | $ 80.00 |
| | | |
| **TELEPHONE CALLS** | July 16, 2008 | $ 7.50 |
| | TOTAL | $173.95 |
| | LESS RETAINER | -$160.00 |
| | BALANCE DUE | $ 13.95 |

*[handwritten: Thank you for your business!]*

Ref:Napolis01.posbil