PRO PER

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>DIANA NAPOLIS<br>6977 NAVAJO RD PMB 114<br>SAN DIEGO, CA 92119<br>619-873-5917 | FOR COURT USE ONLY<br><br>FILED<br><br>08 SEP -8 AM 10: 53<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |
|---|---|
| NAME AND ADDRESS OF COURT<br>UNITED STATES DISTRICT COURT USDC-SAN DIEGO-SOUTHERN<br>880 FRONT STREET 4290<br>SAN DIEGO CACA 92101 | |
| PLAINTIFF / PETITIONER: NAPOLIS<br>DEFENDANT / RESPONDENT: AQUINO | CASE NUMBER<br>08CV557 WQH |
| **PROOF OF SERVICE** | INVOICE # 56601A<br>CLIENT INV # |

1. At the time of service I was 18 years of age and not a party to this action.

2. I served copies of the:

    **SUMMONS AND FIRST AMENDED COMPLAINT**

3. Party served: **DR. ELIZABETH LOFTUS**

4. Address where the party was served: .
    **2393 SOCIAL ECOLOGY II**
    **IRVINE CA 92697**

5. I served the party **by substituted service** on: **DATE: Jul 8, 2008   TIME: 4:55 pm**

6. I left the documents listed in item 2 with or in the presence of:
    **JANE DOE, PERSON IN CHARGE**

    Physical Description: **RACE: WHITE  SEX: F  AGE: 35  HEIGHT: 5'6  WEIGHT: 150  HAIR: BROWN  OTHER: BROWN EYES**

7. Due Diligence is attached and incorporated herein.

8. I therefore mailed (by First Class postage prepaid) copies to the party at the place where the copies were left per CCP 415.20 from Corona, California on Jul 8, 2008.

9. The "notice to the person served" was completed as an individual defendant per CCP 415.10.

---

| *JH* | J. Haber Attorney Services, Inc.<br>1128 E 6TH ST.  #2   CORONA CA 92879<br>951-272-2800 | County of ORANGE<br>Independent Contractor (not employee)<br>California Registered Process Server<br>Registration # 1996 |
|---|---|---|

FEE: $60.00

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.

DATE: Jul 29, 2008    07

S. O'MALLEY

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec. 417.10





CLIENT: PRO PER

INV#: 56601A
CLIENT INV#:

COURT: USDC-SAN DIEGO-SOUTHERN

CASE: NAPOLIS vs AQUINO

CASE# 08CV557

**DECLARATION OF DILIGENCE**

I have received the within process of SUMMONS AND FIRST AMENDED COMPLAINT
AND ALL OTHER DOCUMENTS and that after due and diligent effort I have been able to effect
service on the within named party at the following address. However, extraordinary efforts were
required to effect service as described below.

DEFENDANT:  DR. ELIZABETH LOFTUS

ADDRESS: 2393 SOCIAL ECOLOGY II
              IRVINE CA 92697

As enumerated below:

| | | |
|---|---|---|
| Jul 3, 2008 | 5:05 pm | NOT IN |
| Jul 7, 2008 | 9:35 am | SAME |
| Jul 8, 2008 | 4:55 pm | SAME |
| Jul 8, 2008 | 12:10 pm | SPOKE WITH SR. COLLEAGUE WHO REFUSED NAME & TRIED TO REFUSE SERVICE. SHE DID ADMIT SHE WAS HER SR. COLLEAGUE |

I do not know the place of employment/residence unless noted of the above defendant. I declare
under penalty of perjury (under the laws of the State of California) that the foregoing is true and
correct.

---

J. Haber Attorney Services, Inc.                    County of ORANGE
1128 E 6TH ST.  #2   CORONA CA 92879                Independent Contractor (not employee)
951-272-2800          04                            California Registered Process Server
                                                    Registration # 1996
FEE: $60.00

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.

DATE: Jul 29, 2008

                                                    S. O'MALLEY

Judicial Council Form, Rule # 982, (A) (23)