PRO PER

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>DIANA NAPOLIS<br>6977 NAVAJO RD<br>SAN DIEGO, CA, 92119<br>619-873-5917 | FOR COURT USE ONLY<br><br>FILED<br><br>08 SEP -8 AM 10: 53<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

| | |
|---|---|
| NAME AND ADDRESS OF COURT<br>UNITED STATES DISTRICT COURT USDC-SAN DIEGO-SOUTHERN<br>880 FRONT STREET 4290<br>SAN DIEGO CACA 92101 | |

| | |
|---|---|
| PLAINTIFF / PETITIONER: NAPOLIS<br>DEFENDANT / RESPONDENT: AQUINO | CASE NUMBER<br>08CV557 WQH |

| | |
|---|---|
| **PROOF OF SERVICE** | INVOICE # 56601B<br>CLIENT INV # |

1. At the time of service I was 18 years of age and not a party to this action.

2. I served copies of the:

   **SUMMONS AND FIRST AMENDED COMPLAINT**

3.a. Party served: **SAN DIEGO STATE UNIVERSITY**
   **3.b. Person (other than the party in 3a) served on behalf of an entity or as an authorized agent (and not a person on whom substituted service was made)**
   **AUTHORIZED TO ACCEPT ,ATTORNEY WITH THE CALIFORNIA SATE UNVERSITY GENERAL COUNSEL**

4. Address where the party was served:
   **401 GOLDEN SHORE #4TH FLOOR**
   **LONG BEACH CA 90802**

5. I served the party **by personal service** on: **DATE: Jul 9, 2008   TIME: 3:30 pm**

6. The "notice to the person served" was completed as follows:UNKNOWN

JH    J. Haber Attorney Services, Inc.
      1128 E 6TH ST. #2   CORONA CA 92879
      951-272-2800

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 1996

FEE: $70.00

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.

DATE: Jul 29, 2008    07

S. O'MALLEY

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec. 417.10

