# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Diana Napolis )  NO. 08CV557 WQJMA
)
) DECLARATION OF SERVICE
Plaintiff )
) Person served:
Michael Aquino, Michelle Devereaux, ) Adrienne M. Carroll (Attorney
Tani Lysenko aka Tani Jantsang, ) for Defendant Michael Aquino)
Carol Hopkins, Elizabeth Loftus, )
Mark Sauer, David Copley, San Diego ) Date served:
Union-Tribune, a business entity, )
San Diego State University, and ) 9.5.08
Does 1-100 inclusive Defendant )

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Ex Parte Application Requesting a Continuance for Good Cause dated Sept 5, 2008

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the _____ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _✓_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 9-5-08
Adrienne M. Carroll
239 Laurel St., Suite 101
San Diego, Calif. 92101

Executed on Sept. 05, 2008 at San Diego, California

EXPRESS PROCESS SERVICE
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. # 1353

*[signature]*

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Diana Napolis )      NO. 08CV557 WQJMA
             )
             )      DECLARATION OF SERVICE
   Plaintiff )
             )      Person served:
Michael Aquino, Michelle Devereaux, )   Christopher R. Allison (Attorney
Tani Lysenko aka Tani Jantsang, ) vs   for Defendant Tanya Lysenko)
Carol Hopkins, Elizabeth Loftus, )
Mark Sauer, David Copley, San Diego )
Union-Tribune, a business entity, )    Date served:
San Diego State University, and )
Does 1-100 inclusive Defendant )       9.5.08

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

EX PARTE APPLICATION REQUESTING A CONTINUANCE FOR GOOD CAUSE DATED SEPT 5, 2008

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _✓_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 9.5.08
Christopher R. Allison
550 West "C" St, Suite 1900
San Diego, CA. 92101

Executed on SEPT. 05, 2008 at San Diego, California

EXPRESS PROCESS SERVICE
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. #1355

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Diana Napolis )
    **Plaintiff** )
)
Michael Aquino, vs Michelle Devereaux, )
Tani Lysenko aka Tani Jantsang, )
Carol Hopkins, Elizabeth Loftus, )
Mark Sauer, David Copley, San Diego )
Union-Tribune, a business entity, )
San Diego State University, and )
Does 1-100 inclusive **Defendant** )

NO. 08CV557 WQJMA

**DECLARATION OF SERVICE**

Person served:
Christopher M. Patti (attorney for Defendant Elizabeth Loftus)

Date served:
9·5·08

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

EX PARTE APPLICATION REQUESTING A CONTINUANCE FOR GOOD CAUSE DATED SEPT 5, 2008

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 9-5-08.
Christopher M. Patti
1111 Franklin St, 8th Floor
Oakland, Calif. 94607-5200

Executed on Sept. 05, 2008 at San Diego, California

*[signature: Al Gottlieb]*

EXPRESS PROCESS SERVICE
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. # 1355

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Diana Napolis )   NO. 08CV557 WQJMA
                          )
           Plaintiff      )   DECLARATION OF SERVICE
                          )
                          )   Person served: Gregory D. Roper (Attorney for
Michael Aquino, Michelle Devereaux, ) Defendants David Copley, Mark Sauer,
Tani Lysenko aka Tani Jantsang, )   San Diego Union-Tribune)
Carol Hopkins, Elizabeth Loftus, )
Mark Sauer, David Copley, San Diego )  Date served:
Union-Tribune, a business entity, )
San Diego State University, and )        9.5.08
Does 1-100 inclusive  Defendant )

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

EX PARTE APPLICATION REQUESTING A CONTINUANCE FOR GOOD CAUSE

DATED SEPT 5, 2008

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 9.5.08
Gregory D. Roper (LUCE, FORWARD, HAMILTON)
600 West Broadway, Suite 2600
San Diego, Calif. 92101-3372

Executed on SEPT 05, 2008 at San Diego, California

**EXPRESS PROCESS SERVICE**
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. # 1355

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Diana Napolis )  NO. 08CV557 WQJMA
    Plaintiff )
 ) DECLARATION OF SERVICE
vs. )
Michael Aquino, Michelle Devereaux, ) Person served:
Tani Lysenko aka Tani Jantsang, ) Richard Wolfe (Attorney for
Carol Hopkins, Elizabeth Loftus, ) Defendant Board of Trustees of
Mark Sauer, David Copley, San Diego ) the State of California)
Union-Tribune, a business entity, )
San Diego State University, and ) Date served:
Does 1-100 inclusive Defendant ) 9.5.08

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**Ex Parte Application Requesting a Continuance for Good Cause Dated Sept. 5, 2008**

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 9.5.08
Richard Wolfe
110 West A St., Suite 1100
San Diego, Calif. 92101

Executed on Sept. 05, 2008 at San Diego, California

EXPRESS PROCESS SERVICE
110 WEST "C" ST., SUITE 713
SAN DIEGO, CA 92101
PH (619) 232-4800 FAX (619) 232-6339
SAN DIEGO COUNTY REG. # 1355

ORIGINAL