MANUEL ARMANDO RIOS   SBN 146038 (manny@rioslawsd.com)
ADRIENNE M. CARROLL   SBN 234449 (adrienne@rioslawsd.com)
**Law Office of Manuel Armando Rios**
239 Laurel Street, Suite 101
San Diego, CA 92101
Telephone: 619-239-0920
Facsimile:   619-239-RIOS

Attorneys for Defendant, MICHAEL AQUINO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NAPOLIS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL AQUINO, MICHELLE DEVEREAUX, TANYA LYSENKO, AKA TANI JANTSANG, CAROL HOPKINS, DR. ELIZABETH LOFTUS, MARK SAUER, DAVID COPLEY, SAN DIEGO UNION-TRIBUNE, a business entity, SAN DIEGO STATE UNIVERSITY, and DOES 1-100, inclusive,<br><br>   Defendants. | Case No.:   08CV557 WQH (JMA)<br><br>**DEFENDANT AQUINO'S OPPOSITION TO PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE OF MOTION TO DISMISS** |

   Defendant MICHAEL AQUINO, through his counsel, respectfully submit the following in opposition to Plaintiff DIANA NAPOLIS' Ex Parte Application Request a Continuance For Good Cause of the various defendants' motions to dismiss for lack of subject matter jurisdiction.

   AQUINO respectfully submits that PLAINTIFF'S request is without merit.  The Motions to Dismiss were filed on the basis that this court does not have the subject matter jurisdiction to hear PLAINITFF'S case.  In fact, on or about August 27, 2008, PLAINTIFF filed her own Motion to Dismiss based on lack of subject matter jurisdiction, essentially agreeing with the various defendants that the court lacked jurisdiction to hear her case.

///

1    Based on the information in PLAINTIFF'S ex parte application, any additional
2 information she plans to submit to the court, which she contends she discovered on
3 September 3, 2008 during a review of her San Diego County Superior Court criminal file,
4 would not cure the primary deficiency of her complaint - that the court lacks subject matter
5 jurisdiction to hear the matter, or any issues surrounding the merit of the matter.  PLAINTIFF
6 admitted in her own motion to dismiss that the court lacked jurisdiction.

7    Any continuation of the hearing for further pleading to be submitted by PLAINTIFF,
8 on a case which Plaintiff admits the court lacks jurisdiction to hear, would simply be delaying
9 the inevitable and would be wasting the court's resources and the parties' time.  It is
10 respectfully requested the court deny PLAINTIFF'S ex parte request for a continuance and
11 issue a ruling on the various motions of DEFENDANTS, and PLAINTIFF'S own motions to
12 dismiss on September 15, 2008.

13 Date:  September 8, 2008                    Respectfully Submitted,

15                             s/Adrienne M. Carroll
                              MANUEL ARMANDO RIOS
16                            ADRIENNE M. CARROLL
                              Attorneys for Defendant, MICHAEL AQUINO
17                            E-mail: adrienne@rioslawsd.com