1   MANUEL ARMANDO RIOS    SBN 146038 (manny@rioslawsd.com)
    ADRIENNE M. CARROLL      SBN 234449 (adrienne@rioslawsd.com)
2   **Law Office of Manuel Armando Rios**
    239 Laurel Street, Suite 101
3   San Diego, CA 92101
    Telephone: 619-239-0920
4   Facsimile:  619-239-RIOS

5   Attorneys for Defendant, MICHAEL AQUINO

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  DIANA NAPOLIS,                      )    Case No.:     08CV557 WQH (JMA)
                                        )
11          Plaintiff,                  )
                                        )
12  v.                                  )    **CERTIFICATE OF SERVICE**
                                        )
13  MICHAEL AQUINO, MICHELLE DEVEREAUX, )
    TANYA  LYSENKO,  AKA  TANI  JANTSANG,)
14  CAROL HOPKINS, DR. ELIZABETH LOFTUS,)
    MARK SAUER, DAVID COPLEY, SAN DIEGO )
15  UNION-TRIBUNE, a  business  entity,  SAN )
    DIEGO STATE UNIVERSITY, and DOES 1-100, )
16  inclusive,                          )
                                        )
17          Defendants.                 )
                                        )
18  _____ )

19          I hereby certify that I caused the following documents:

20  1.      **DEFENDANT AQUINO'S OPPOSITION TO PLAINTIFF'S EX PARTE REQUEST FOR**

21          **CONTINUANCE OF MOTION TO DISMISS**

22   to be filed electronically through the Court's CM/ECF system, which will send notification of

23  said filing to the following parties:

24  **MICHELLE DEVEREAUX**              **DEFENDANT**

25  **CAROL HOPKINS**                   **DEFENDANT**

26  **GREGORY D. ROPER**
    **Luce, Forward, Hamilton & Scripps LLP**
27  groper@luce.com

28  ///

CERTIFICATE OF SERVICE                                      08 CV 557 WQH (JMA)

1

2  **JUDITH L. FANSHAW**
   **The Copley Press, Inc.**                          **ATTORNEYS FOR DEFENDANTS,**
3                                                       **DAVID COPLEY, MARK SAUER, SAN DIEGO**
                                                        **UNION-TRIBUNE**

4

5  **CHARLES F. ROBINSON**
   **CHRISTOPHER M. PATTI**
6  **MARGARET L. WU**
   **University of California**
   charles.robinson@ucop.edu
7  christopher.patti@ucop.edu
   margaret.wu@ucop.edu                                **ATTORNEYS FOR DEFENDANT**
8                                                       **DR. ELIZABETH LOFTUS**

9  **JOHN D. MARINO**
   **CHRISTOPHER R. ALLISON**
10 **Manning & Marder, Kass, Ellrod, Ramirez LLP**
   jdm@mmker.com
11 cra@mmker.com                                        **ATTORNEYS FOR DEFENDANT TANYA**
                                                        **LYSENKO (AKA TANI JANTSANG)**
12

13 **RICHARD F. WOLFE**
   **Office of the Attorney General**
14 richard.wolfe@usdoj.gov                              **ATTORNEY FOR DEFENDANT**
                                                        **SAN DIEGO STATE UNIVERSITY**
15

16 **DIANA NAPOLIS**                                    **PLAINTIFF, PRO SE**
   69877 Navajo Road, PMB 114
17 San Diego, CA 92119-1503

   *Served via United States Postal Service*
18

19

20 Date:  September 8, 2008                             s/Adrienne M. Carroll
                                                        MANUEL ARMANDO RIOS
21                                                      ADRIENNE M. CARROLL
                                                        Attorneys for Defendant, MICHAEL AQUINO
22                                                      E-mail: adrienne@rioslawsd.com

23

24

25

26

27

28