MANUEL ARMANDO RIOS   SBN 146038 (manny@rioslawsd.com)
ADRIENNE M. CARROLL      SBN 234449 (adrienne@rioslawsd.com)
**Law Office of Manuel Armando Rios**
239 Laurel Street, Suite 101
San Diego, CA 92101
Telephone: 619-239-0920
Facsimile:  619-239-RIOS

Attorneys for Defendant, MICHAEL AQUINO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANA NAPOLIS, | ) | Case No.:    08CV557 WQH (JMA) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| MICHAEL AQUINO, MICHELLE DEVEREAUX, | ) | |
| TANYA LYSENKO, AKA TANI JANTSANG, | ) | |
| CAROL HOPKINS, DR. ELIZABETH LOFTUS, | ) | |
| MARK SAUER, DAVID COPLEY, SAN DIEGO | ) | |
| UNION-TRIBUNE, a business entity, SAN | ) | |
| DIEGO STATE UNIVERSITY, and DOES 1-100, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

I hereby certify that I caused the following documents:

**DEFENDANT AQUINO'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

**WITHOUT PREJUDICE**

to be filed electronically through the Court's CM/ECF system, which will send notification of

said filing to the following parties:

**MICHELLE DEVEREAUX**          **DEFENDANT**

**CAROL HOPKINS**          **DEFENDANT**

**GREGORY D. ROPER**
**Luce, Forward, Hamilton & Scripps LLP**
groper@luce.com

///

- 1 -

1 | **JUDITH L. FANSHAW**
**The Copley Press, Inc.** | **ATTORNEYS FOR DEFENDANTS,**
2 | | **DAVID COPLEY, MARK SAUER, SAN DIEGO**
3 | | **UNION-TRIBUNE**

4 | **CHARLES F. ROBINSON**
**CHRISTOPHER M. PATTI**
5 | **MARGARET L. WU**
**University of California**
6 | charles.robinson@ucop.edu
christopher.patti@ucop.edu
7 | margaret.wu@ucop.edu | **ATTORNEYS FOR DEFENDANT**
**DR. ELIZABETH LOFTUS**

8

9 | **JOHN D. MARINO**
**CHRISTOPHER R. ALLISON**
**Manning & Marder, Kass, Ellrod, Ramirez LLP**
10 | jdm@mmker.com
cra@mmker.com | **ATTORNEYS FOR DEFENDANT TANYA**
11 | | **LYSENKO (AKA TANI JANTSANG)**

12

13 | **RICHARD F. WOLFE**
**Office of the Attorney General**
richard.wolfe@usdoj.gov | **ATTORNEY FOR DEFENDANT**
14 | | **SAN DIEGO STATE UNIVERSITY**

15 | **DIANA NAPOLIS** | **PLAINTIFF, PRO SE**
69877 Navajo Road, PMB 114
16 | San Diego, CA 92119-1503

17 | *Served via United States Postal Service*

18

19 | Date:  September 9, 2008 | s/Adrienne M. Carroll
20 | | MANUEL ARMANDO RIOS
ADRIENNE M. CARROLL
21 | | Attorneys for Defendant, MICHAEL AQUINO
E-mail: adrienne@rioslawsd.com

22

23

24

25

26

27

28