1  CHARLES F. ROBINSON #113197
   charles.robinson@ucop.edu
2  CHRISTOPHER M. PATTI #118283
   christopher.patti@ucop.edu
3  MARGARET L. WU #184167
   margaret.wu@ucop.edu
4  University of California
   Office of the General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
6  Telephone:    510-987-9800
   Facsimile:    510-987-9757
7
   Attorneys for Defendant
8  ELIZABETH LOFTUS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DIANA NAPOLIS, | Case No.  08CV557 WQH-NLS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL AQUINO, et al., | |
| Defendants. | |

I am a citizen of the United States and employed in Alameda County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California  94607-5200.

I served the attached document:

   DEFENDANT ELIZABETH LOFTUS'S OPPOSITION TO
   PLAINTIFF'S EX PARTE APPLICATION REQUESTING
   CONTINUANCE

electronically via CM – ECF on September 11, 2008, to the following email addresses:


Christopher R. Allison, cra@mmker.com, emw@mmker.com

Adrienne M. Carrol, Adrienne@rioslawsd.com, manny@rioslawsd.com

Gregory D Roper, groper@luce.com

Richard F. Wolfe, Richard.wolfe@doj.ca.gov, Kristin,hogue@doj.ca.gov,

Linda.fraley@doj.ca.gov

On September 11, 2008, a true and correct copy of the above listed document was sealed in an envelope addressed as follows:

> Diana Napolis
> 6977 Navajo Road PMB 114
> San Diego, CA 92119-1503

Following ordinary business practices, the envelope was placed for collection by FedEx on this date, and would, in the ordinary course of business, be retrieved by FedEx for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 11, 2008, at Oakland, California.

_____
Lee Jackson